) **DECLARATION OF CONCEPCIÓN E.**
) **LOZANO-BATISTA IN SUPPORT OF**
) **REQUEST FOR ENTRY OF DEFAULT**
) **BY CLERK**

/ / /

/ / /

/ / /

/ / /

---

**WEINBERG, ROGER &**
**ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

DECLARATION OF CONCEPCIÓN E. LOZANO-BATISTA IN SUPPORT OF REQUEST FOR ENTRY OF
DEFAULT BY CLERK
Case No. C 07-04783 BZ

[illegible]

1. [illegible]

2. [illegible]

[illegible]

[illegible] [illegible] ______________________________

[illegible]

[illegible]

[illegible] /s/ [illegible]

115854/482164

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

**PROOF OF SERVICE**

**DECLARATION OF CONCEPCIÓN E. LOZANO-BATISTA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK**

[X]   **BY MAIL**

[ ]   **BY PERSONAL SERVICE**

[ ]   **BY OVERNIGHT DELIVERY SERVICE**

[ ]   **BY FACSIMILE**

DECLARATION OF CONCEPCIÓN E. LOZANO-BATISTA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK
Case No. C 07-04783 BZ

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001