1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  KRISTINA M. ZINNEN, Bar No. 245346
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> GEOTECH CONSTRUCTION, INC., a California Corporation, <br><br> Defendant. | No.   C 07-04783 BZ <br><br> **DECLARATION OF CONCEPCIÓN E. LOZANO-BATISTA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK** |

/ / /

/ / /

/ / /

/ / /

/ / /

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

DECLARATION OF CONCEPCIÓN E. LOZANO-BATISTA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK
Case No. C 07-04783 BZ

1  I, Concepción E. Lozano-Batista, declare as follows:

2  1. I am an associate in the law firm of Weinberg, Roger & Rosenfeld, located at 1001 Marina Village Parkway, Suite 200, Alameda, CA 941501-1091, the attorneys for Plaintiffs in this matter. I have knowledge of the facts stated in this Declaration and I could and would testify competently thereto.

2. Defendant GEOTECH CONSTRUCTION, INC., a California Corporation, has not filed an answer or otherwise responded to the complaint, which was served on them on December 20, 2007, and for which proofs of service were filed before this Court with the Summons on January 7, 2008. A true and correct copy of the Summons and proofs of service are attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>January 28, 2008</u>

WEINBERG, ROGER & ROSENFELD
A Professional Corporation


By:  <u>      /s/                                     </u>
     CONCEPCIÓN E. LOZANO-BATISTA

115854/482164

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

DECLARATION OF CONCEPCIÓN E. LOZANO-BATISTA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK
Case No. C 07-04783 BZ

**PROOF OF SERVICE**
(CCP 1013)

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On January 28, 2008, I served upon the following parties in this action:

> Geotech Construction
> 3801 Third Street
> San Francisco, CA  94124

copies of the document(s) described as:

**DECLARATION OF CONCEPCIÓN E. LOZANO-BATISTA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK**

**[X]   BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]   BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]   BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]   BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on January 28, 2008.

\_\_\_\_/s/_____
Laureen Arnold

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

DECLARATION OF CONCEPCIÓN E. LOZANO-BATISTA IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK
Case No. C 07-04783 BZ