| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034331-01 | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>United States District Court, | | |
| SHORT NAME OF CASE<br>THE BOARD OF TRUSTEES vs. GEOTECH CONSTRUCTION | | |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 4783 BZ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Civil Case Cover Sheet; Welcome to the U.S. District Court, San Francisco; ECF Registration Information Handout; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Order Setting Initial Case Management Conference; Public Notice

    Name of Defendant: GEOTECH CONSTRUCTION, INC. A CALIFORNIA CORPORATION
        Person Served: M. WASHINGTON
              Title: APPARENTLY IN CHARGE

    Date of Delivery: 12/20/07
    Time of Delivery: 02:36 pm

    Place of Service: 3801 THIRD ST. #1007
                      SAN FRANCISCO, CA 94124     (Business)

    Date of Mailing: 12/21/07
    Place of Mailing: SAN FRANCISCO

    Physical Description:

| AGE: 50'S | HAIR: GREY | HEIGHT: 5'9" | RACE: BLACK |
|---|---|---|---|
| SEX: M | EYES: | WEIGHT: 185 | |

Manner of Service:
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Posal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

    Fee for service: $ 59.50

| JUDICIAL COUNCIL FORM, RULE #982 (A)(23) | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
|---|---|
| [X] Registered: SAN FRANCISCO County,<br>Number: 865<br>Expiration Date: 04/12/2008<br>RAPID SERVE<br>210 Fell Street, # 19<br>San Francisco, CA 94102 | on: February 8, 2008<br>at: San Francisco, California.<br><br>Signature:<br>Name: TODD C. DRINNICK |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034331-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. GEOTECH CONSTRUCTION

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 4783 BZ |
|---|---|---|---|---|

I received the within process on December 13, 2007 and that after due and diligent effort I have been able to effect personal service on the within named party at the following address. However, extraordinary efforts were required to effect service as described below.

Name: GEOTECH CONSTRUCTION, INC. A CALIFORNIA CORPORATION

Business: 3801 THIRD ST. #1007
SAN FRANCISCO, CA 94124

As enumerated below:

12/20/07   02:36 pm   ADDRESS IS A COPY AND POST BOX BUSINESS, 'BAY COPY PLUS.' PERSON IN CHARGE, M. WASHINGTON, VERIFIED ADDRESS, PROVIDED BOX NUMBER (#1007), AND ACCEPTED PAPERS FOR GEOTECH CONSTRUCTION. SUBSERVICE EFFECTED.

Fee for service: $ 59.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: SAN FRANCISCO County,
Number: 865
Expiration Date: 04/12/2008
RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94103

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: February 8, 2008
at: San Francisco, California.

Signature: _____