BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> GEOTECH CONSTRUCTION, INC., a California Corporation, <br><br> Defendant. | No.   C 07-04783 BZ <br><br> **DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK** |

I, Kristina M. Zinnen, declare as follows:

1. I am an attorney at law, admitted to practice before this Court, and an associate with the law firm of Weinberg, Roger & Rosenfeld, located at 1001 Marina Village Parkway, Suite 200, Alameda, CA 941501-1091, attorneys for Plaintiffs in the above-referenced matter. I make this declaration upon my personal knowledge, and, if called as a witness, I could competently testify to the facts hereinafter stated.

2. Defendant GEOTECH CONSTRUCTION, INC., a California Corporation, has not filed an answer or otherwise responded to Plaintiffs' Complaint, which was filed on September 17, 2007.

3. Our firm engaged the services of Rapid Serve for service of process on Defendants. The Complaint was served by substituted service under California Code of Civil Procedure section 415.20(a) on December 20, 2007 by leaving a copy of the summons and complaint with the person apparently in charge of Defendant's usual mailing address. The Complaint was mailed to Defendants on December 21, 2007, for which service was deemed complete under CCP 415.20(a) on December 31, 2007, and for which proofs of service were filed before this Court with the Summons on January 7, 2007.

4. Pursuant to the Court's request, our office asked Rapid Serve to submit a revised Proof of Service Summons and Declaration of Due Diligence to provide more information regarding its substitute service on Defendant pursuant to California Code of Civil Procedure section 415.20(a). Our office filed said Proof of Service Summons and Declaration of Due Diligence on February 8, 2008, a true and correct copy of which is attached hereto as Exhibit A, and incorporated by reference herein.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2008

                                  WEINBERG, ROGER & ROSENFELD
                                  A Professional Corporation


                                  By: _____/s/_____
                                       KRISTINA M. ZINNEN

115854/483473

- 2 -

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK
Case No. C 07-04783 BZ

**THE BOARD OF TRUSTEES, et al. v. GEOTECH CONSTRUCTION, INC., et al.**
Case No. C 07-04783 BZ
United States District Court – Northern District of California

# EXHIBIT A

DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034331-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. GEOTECH CONSTRUCTION

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 4783 BZ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons & Complaint; Civil Case Cover Sheet; Welcome to the U.S. District Court, San Francisco; ECF Registration Information Handout; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Order Setting Initial Case Management Conference; Public Notice

Name of Defendant: GEOTECH CONSTRUCTION, INC. A CALIFORNIA CORPORATION
Person Served: M. WASHINGTON
Title: APPARENTLY IN CHARGE

Date of Delivery: 12/20/07
Time of Delivery: 02:36 pm

Place of Service: 3801 THIRD ST.#1007
SAN FRANCISCO, CA 94124     (Business)

Date of Mailing: 12/21/07
Place of Mailing: SAN FRANCISCO

Physical Description:
AGE: 50'S   HAIR: GREY   HEIGHT: 5'9"   RACE: BLACK
SEX: M   EYES:   WEIGHT: 185

Manner of Service:
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Posal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

Fee for service:   $ 59.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: SAN FRANCISCO County,
Number: 865
Expiration Date: 04/12/2008
RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: February 8, 2008
at: San Francisco, California.

Signature: _____
Name: TODD C. BRENNICK

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034331-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES vs. GEOTECH CONSTRUCTION

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 4783 BZ |
|---|---|---|---|---|

I received the within process on December 13, 2007 and that after due and diligent effort I have been able to effect personal service on the within named party at the following address. However, extraordinary efforts were required to effect service as described below.

Name: GEOTECH CONSTRUCTION, INC.A CALIFORNIA CORPORATION

Business: 3801 THIRD ST.#1007
SAN FRANCISCO, CA 94124

As enumerated below:

12/20/07   02:36 pm   ADDRESS IS A COPY AND POST BOX BUSINESS, 'BAY COPY PLUS.' PERSON IN CHARGE, M. WASHINGTON, VERIFIED ADDRESS, PROVIDED BOX NUMBER (#1007), AND ACCEPTED PAPERS FOR GEOTECH CONSTRUCTION. SUBSERVICE EFFECTED.

Fee for service: $ 59.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: SAN FRANCISCO County,
Number: 865
Expiration Date: 04/12/2008
RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: February 8, 2008
at: San Francisco, California.

Signature:

# PROOF OF SERVICE
## (CCP 1013)

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On February 8, 2008, I served upon the following parties in this action:

> Geotech Construction
> 3801 Third Street
> San Francisco, CA  94124

copies of the document(s) described as:

**DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK**

[X]  **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]  **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]  **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]  **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on February 8, 2008.

/s/
J. L. Aranda

- 3 -

DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT BY CLERK
Case No. C 07-04783 BZ

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001