**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                        General Court Number
Clerk                                                                                                              415.522.2000

February 13, 2008

**RE: <u>THE BOARD OF TRUSTEES, et al. -v- GEOTECH CONSTRUCTION, INC.</u>**
     **Case Number: C-07-4783-BZ**

**Default** is *entered* as to *Defendant Geotech Construction, Inc*. on February 13, 2008.

                                              RICHARD W. WIEKING, Clerk

                                              by: <u>Thelma Nudo</u>
                                                    Deputy Clerk

NDC TR-4  Rev. 3/89