BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>GEOTECH CONSTRUCTION, INC., a California Corporation,<br><br>Defendant. | No.   C 07-04783 BZ<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT BY COURT**<br><br>Date: July 16, 2008<br>Time: 10:00 a.m.<br>Courtroom: G, 15th Floor<br><br>**Honorable Bernard Zimmerman** |

## I. NOTICE

PLEASE TAKE NOTICE that on July 16, 2008, at 10:00 a.m. in Courtroom G (15th Floor), in the above captioned Court, Plaintiffs, The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California (hereinafter "Trust Funds" or "Plaintiffs") will move this Court for an order granting entry of a default judgment for unpaid

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT BY COURT
Case No. C 07-04783 BZ

contributions, interest thereon, and attorneys' fees and costs, and for an order compelling Geotech Construction, Inc., a California Corporation (hereinafter "Defendant") to forthwith submit to an audit of their books, records, papers and reports as required by the Agreements to which they are bound. The motion will be brought pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedures (F.R.C.P.), and will be based on the following grounds. The Clerk entered default against the Defendant on February 13, 2008, who were timely served with the complaint, whose service was deemed complete on December 31, 2007, but failed to answer the complaint.

The Trust Funds are therefore entitled to entry of default judgment against the Defendant under F.R.C.P. 55(b)(2) by the Court. This Notice and Motion are supported by the Memorandum Points and Authorities, Declaration of Michelle Lauziere, Declaration of Kristina Zinnen and the [Proposed] Judgment, all of which are filed concurrently herewith.

## II.   MOTION

Plaintiffs, by and through their undersigned counsel, hereby apply, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for judgment by default in their favor and against Defendants for (1) an Order directing Defendant to submit to an audit of their books and records as required by the agreement to which they are bound; (2) that upon the completion of the audit, contributions due and owing in an amount to be determined by said audit and interest thereon; (3) reasonable attorneys' fees, and Plaintiffs' costs of suit; (4) for an order directing and permanently enjoining Defendant to timely submit all required monthly contribution reports and contributions due and owing by Defendant; (5) for this Court to retain jurisdiction; and (6) for such and further relief as to this Court seems just and proper.

/ / /

/ / /

/ / /

/ / /

/ / /

The grounds for this application are as follows:

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -
NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT BY COURT
Case No. C 07-04783 BZ

1. The Clerk of the Court entered default against the Defendant on February 13, 2008 for failure to answer or otherwise respond to the complaint on file in this action; and

2. Plaintiffs are entitled to the relief sought herein.

Dated: April 16, 2008

WEINBERG, ROGER & ROSENFELD

A Professional Corporation

By:  /s/
KRISTINA ZINNEN

115854/490355

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001