BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>GEOTECH CONSTRUCTION, INC., a California Corporation,<br><br>Defendant. | No.   C 07-04783 BZ<br><br>**DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br>Date: July 16, 2008<br>Time: 10:00 a.m.<br>Courtroom: G, 15th Floor<br><br>**Honorable Bernard Zimmerman** |

I, KRISTINA M. ZINNEN, hereby declare that:

1. I am an attorney at law, admitted to practice before this Court, and an associate with the law firm of Weinberg, Roger & Rosenfeld ("the Law Firm"), attorneys for Plaintiffs in the above-referenced matter. I make this declaration upon my personal knowledge, and, if called as a witness, I could competently testify to the facts hereinafter stated.

2. The legal basis upon which Plaintiffs' seek a Default Judgment in this case is set forth in Plaintiffs' Notice of Motion and Motion for Default Judgment; Declaration of John Hagan;

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT
Case No. C 07-04783 BZ

Declaration of Kristina M. Zinnen; Memorandum of Points and Authorities; and the [Proposed] Order filed concurrently herewith.

3. A complaint for audit, injunction, breach of contract and damages was filed against Defendants, on September 17, 2007. Default was entered February 13, 2008.

4. The following work was performed on this case by Plaintiffs' attorneys:

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 4/16/07 | BEH | Initial review | 1.0 | $225 | $225.00 |
| 4/25/07 | KMZ | Review and revise draft Complaint | 2.0 | $225 | $450.00 |
| 4/26/07 | KMZ | Review and revise draft Complaint; discuss changes with paralegal | 0.5 | $225 | $112.50 |
| 8/20/07 | KMZ | Review file for status report | 0.25 | $250 | $62.50 |
| 9/10/07 | KMZ | Review and revise Complaint for Audit for filing | 1.0 | $250 | $250.00 |
| 10/16/07 | KMZ | Receive Order Setting Initial Case Management Conference and ADR Deadlines; serve defendant with same | 0.5 | $250 | $125.00 |
| 12/4/07 | KMZ | Review file; draft status update for status report; check status of service | 0.5 | $250 | $125.00 |
| 1/7/08 | KMZ | Complete ADR Certification; telephone calls and draft memos to B. Donida and J. Hagan re ADR Certification; prepare to file with Court; attempt to contact employer to meet and confer; draft letter to Defendant re meet and confer and Case Management Conference deadlines | 1.75 | $250 | $437.50 |
| 1/22/08 | KMZ | Draft Plaintiffs' Case Management Conference Statement; draft initial disclosures | 3.5 | $250 | $875.00 |
| 1/25/08 | KMZ | Review file in preparation for Case Management Conference | 0.25 | $250 | $62.50 |
| 1/28/08 | CLB | Review file in preparation for Case Management Conference; Phone call with Court re continuing Case Management Conference; Draft Ex Parte to Continue Case Management Conference; Draft Request for Entry of Default; Draft Declaration in Support of same | 2.0 | $250 | $500 |
| 1/28/08 | KMZ | Receive telephone call from Court suggesting Case Management Conference be continued and providing instructions on documents to submit to Court | 0.25 | $250 | $62.50 |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT
Case No. C 07-04783 BZ

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/31/08 | KMZ | Call process server for declaration regarding substitute service at request of Court | 0.25 | $250 | $62.50 |
| 2/8/08 | KMZ | Receive corrected Proof of Service and Due Diligence declaration from Rapid; telephone conference with Court Clerk; file corrected Proof of Service; file Declaration of K. Zinnen in Support of Request for Entry of Default | 1.0 | $250 | $250.00 |
| 4/15/08 | CLB | Review file; Phone call to client to discuss case; Draft Notice of Motion and Motion for Default Judgment; Draft Proposed Judgment; Draft Memorandum of Points and Authorities in Support of Motion for Default Judgment; Draft Declarations in Support of Motion for Default Judgment | 4.0 | $250 | $1000.00 |
| | | **TOTAL:** | **18.75** | | **$4,600.00** |

5.   Barry Hinkle (BEH) is a shareholder with the Law Firm. Mr. Hinkle graduated from University of California at Hastings and was admitted to the California Bar in 1976. Mr. Hinkle has been with the firm for 22 years, specializing exclusively in ERISA work. Mr. Hinkle has represented trust fund clients in Hawaii, Arizona, Nevada, Alaska and Northern California. Mr. Hinkle's time was initially billed at the Trust Fund rate of $225.00 per hour. During the course of this litigation, the Firm's Trust Fund rate increased to $250.00.

6.   Concepción E. Lozano-Batista (CLB), is a fourth-year associate with the Law Firm. She earned a Bachelor of Arts degree in Political Science and Spanish Literature in May 1996 from UC Berkeley. Upon graduating, she worked for a number of technology companies while volunteering as a representative and interpreter at the East Bay Sanctuary Covenant in Berkeley. She graduated from University of San Francisco School of Law in May 2003 and was admitted to the Bar in December 2003. She has been with the Law Firm since August 2004, working on a variety of ERISA matters, including collection work in State and Federal Courts on behalf of a number of Trust Fund clients, litigating and counseling on issues involving ERISA, trust fund collection, benefit denials, as well as general litigation work on numerous cases. Her time was billed at the Trust Fund rate of $250.00 per hour.

7.   I, Kristina M. Zinnen (KMZ) am a second-year associate with the Law Firm. I received my undergraduate degree from Northwestern University in 1993, graduated from the

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 3 -

DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT
Case No. C 07-04783 BZ

University of San Francisco School of Law in May 2006, and was admitted to the California Bar that same year. I have been with the Law Firm since 2006, working on a variety of labor law and ERISA matters, including collection work in State and Federal Courts on behalf of Trust Fund clients. My time was initially billed at the Trust Fund rate of $225.00 per hour and thereafter increased to the rate of $250 during the course of this litigation.

8. The following work was performed on this case by this law firm's paralegal department.

| Date | Timekeeper | Description | Hours | Rate | Fee |
|------|-----------|-------------|-------|------|-----|
| 4/24/07 | ERN | Preparation of Complaint for Audit, Breach of Contract, Damages and Injunction. | 3.0 | $95 | $285.00 |
| 9/19/07 | ERN | Review of applicable rules to determine due dates triggered by filing of Complaint and scheduling of Case Management Conference. | 0.5 | $125 | $62.50 |
| | | **TOTAL:** | **3.5** | | **$347.50** |

9. Eleanor Natwick (ERN) is a paralegal in our office. During the period of October 1980 to January 14, 2007, was a Litigation Case Clerk with the Law Firm, working within the paralegal department. Ms. Natwick holds a Bachelor of Arts in English from Western Michigan University and a teaching credential. Prior to joining the Law Firm, Ms. Natwick worked as a teacher. Ms. Natwick has been with the Law Firm for twenty-six years and has worked as a Litigation Case Clerk since March 1, 2003. Ms. Natwick took paralegal courses prior to becoming a Litigation Case Clerk and earned her paralegal certificate from the University of California at Berkeley in June 2006. On January 15, 2007, Ms. Natwick was promoted to the position of paralegal at the Law Firm. Ms. Natwick's hourly billable rate on Trust Fund cases was initially $95.00, but was raised during the course of this litigation to $125.00.

10. Based on the foregoing the total amount of attorneys' fees billed is $4,947.50. Our client has been billed for all work described above in the amount indicated. The unbilled work associated with Plaintiffs' Amended Motion for Default Judgment is estimated at approximately $1,000.00. The estimated total attorneys' fees is $5,947.50.

11. The following costs have been incurred by Plaintiffs' attorneys:

DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT
Case No. C 07-04783 BZ

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

| Filing fee of U.S. District Court - complaint | $350.00 |
|---|---|
| Service of documents on Geotech Corporation, Inc. in San Francisco, CA | $59.50 |
| **TOTAL:** | $409.50 |

12. Based on the foregoing, the total amount of costs incurred to date is $409.50. Our client has been billed for the costs described above in the amount indicated. Our client will be billed for courier service for filing Plaintiffs' Motion for Default Judgment and related papers.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of April 2008, at Alameda, California.

                                  WEINBERG, ROGER & ROSENFELD
                                  A Professional Corporation

                                  By: /s/_____
                                        KRISTINA M. ZINNEN

115854/490442

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 5 -
DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT
Case No. C 07-04783 BZ