1  BARRY E. HINKLE, Bar No. 071223
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   KRISTINA M. ZINNEN, Bar No. 245346
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
5  Telephone 510.337.1001
   Fax 510.337.1023

6  Attorneys for Plaintiff

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 THE BOARD OF TRUSTEES, in their          ) No.    C 07-04783 BZ
   capacities as Trustees of the LABORERS   )
12 HEALTH AND WELFARE TRUST FUND            )
   FOR NORTHERN CALIFORNIA;                 )
13 LABORERS VACATION-HOLIDAY TRUST          ) **DECLARATION MICHELLE**
   FUND FOR NORTHERN CALIFORNIA;            ) **LAUZIERE IN SUPPORT OF**
14 LABORERS PENSION TRUST FUND FOR          ) **MOTION FOR DEFAULT**
   NORTHERN CALIFORNIA; and LABORERS        ) **JUDGMENT**
15 TRAINING AND RETRAINING TRUST            )
   FUND FOR NORTHERN CALIFORNIA,            )
16                                          ) Date:  July 16, 2008
                                            ) Time:  10:00 a.m.
17          Plaintiffs,                      ) Courtroom:  G, 15th Floor
                                            )
18     v.                                    )
                                            ) **Honorable Bernard Zimmerman**
19 GEOTECH CONSTRUCTION, INC., a            )
   California Corporation,                   )
20                                          )
            Defendant.                       )
21                                          )
                                            )
22 _____ )

23      I, MICHELLE LAUZIERE, hereby declare as follows:

24      1.      I am the Assistant Manager of Accounts Receivable for Plaintiffs' Laborers Funds

25 Administrative Office of Northern California, Inc.(hereinafter "Laborers Funds"), and have been

26 with the Trust Funds for thirteen years.  My business address is Laborers Funds Administrative

27 Office, 220 Campus Lane, Fairfield, CA  94534-1499, and my business phone number is (707)

28 864-2800.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

DECLARATION MICHELLE LAUZIERE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT
Case No. C 07-04783 BZ

2.     As the Assistant Manager, I oversee payment of employer contributions, pursuant to collective bargaining agreements and trust agreements, and institute negotiations and collection actions on delinquent accounts. I am also responsible for the collection of fringe benefit contributions owed based upon an employer audit.

3.     In the course of my duties as the Assistant Manager, I became familiar with the account of Geotech Construction, Inc., the Defendant in this proceeding. I therefore have personal knowledge of the matters stated herein and could competently testify to them if called upon to do so at trial.

4.     The Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California (hereinafter "Trust Funds") were created by Trust Agreements. Said Trust Agreements were made pursuant and are incorporated into the Collective Bargaining Agreement signed by Defendant. Attached hereto as Exhibit "A" are true and correct copies of said Trust Agreements.

5.     The Trust Funds are organized under and pursuant to the provisions of Sections 302(c)(5), 302(c)(6) and 302(c)(9) of the Labor Management Relations Act of 1947, as amended, 29 U.S.C. Sections 186(c)(5), 186(c)(6) and 186(c)(9).

6.     On November 21, 2000, Defendant executed a Memorandum Agreement with the Laborers. The Memorandum Agreement incorporates the terms of the Laborers Master Agreement (hereinafter "Master Agreement") and the Trust Agreements that govern each of the Trust Funds (hereinafter the Master Agreement and Trust Fund Agreements when collectively referred to will be called the "Agreements"). Attached hereto and marked as Exhibit "B" is a true and correct copy of the Memorandum Agreement signed on November 21, 2000. Also attached hereto and marked as Exhibit "C" is a true and correct copy of the Master Agreement covering that period of time. Also attached hereto as Exhibit "D" is a true and correct copy of the Master Agreement for the following term, 2002-2006. Also attached hereto as Exhibit "E" is a true and correct copy of the Master Agreement for the following term, 2006-2010.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

28

DECLARATION MICHELLE LAUZIERE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT
Case No. C 07-04783 BZ

7. Geotech Construction, Inc. is a general contractor. I know this because Anthony Morrow, the Project Manager of Geotech Construction, provided this information when he signed the Memorandum Agreement. This information is also listed on the Oregon State Contractors' website. The records of the Oregon State License Board for Geotech Construction's contracting license, which I reviewed on the Oregon State Contractors' website at www.ccb.state.or.us, are attached hereto as Exhibit "F."

8. The Agreements require signatory employers to make timely contributions into the Trust Funds at a specified rate for each hour worked by, or paid by, all employees performing work covered under the Master Agreement. The Agreements also require employers to report the number of covered hours worked by, or paid to, each of their employees performing covered work by submitting Employer Reports of Contributions, along with the amounts owed pursuant to the Reports, to the Trust Funds. Liquidated damages are assessed at a flat fee of $150.00 per month along with 1.5% per month of interest on all unpaid contributions. See Exh. D, Section 28A, pp. 22-23; and Exh. E, Section 28A, p. 58.

9. At all times material hereto, the Defendant Geotech Construction was, and is, an employer within the meaning of Section 3(5) and Section 515 of ERISA, 29 U.S.C. Section 1002(5), 1145, and an employer in an industry affecting commerce within the meaning of Section 301 of the Labor Management Relations Act, 29 U.S.C. Section 185. I know this based upon the Memorandum Agreement and the Employers Reports of Contribution submitted by, and on behalf of Defendant to the Trust Funds.

10. The Collective Bargaining Agreement between the Laborers and the Defendant has never been terminated.

11. Section 7 of the Master Agreement provides that "Each Individual Employer, upon request of any Trust Fund specified in this Agreement, shall permit a Trust Fund Auditor to review any and all records relevant to the enforcement of the provisions of this Agreement pertaining to the Trust Funds." See Exh. C, Section 7(B), p. 15; Exh. D, Section 7(B), p. 9; and Exh. E, Section 7(B), p. 17.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001

DECLARATION MICHELLE LAUZIERE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT
Case No. C 07-04783 BZ

12.    Defendant has refused to submit to an audit of its books and records, despite numerous requests by the Trust Funds. In light of the Defendant's failure to submit to an audit, the Trust Funds have incurred attorney's fees and costs as detailed in the accompanying Declaration of Kristina M. Zinnen for attorney's fees.

13.    The Agreements provide for the recovery of attorney's fees and costs in an action to enforce the Agreements and recover delinquent amounts due. In addition, section 502(g)(2) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(g)(2) ("ERISA") also provides for the recovery of attorney's fees and costs incurred in an action to recover a delinquent balance due. Attached hereto as Exhibit "G" is a true and correct copy of the relevant provisions providing for recovery of these amounts, including Health and Welfare Trust Fund Article IV, §3 (Exh. "A" p.11); Pension Trust Fund Article IV, §3 (pp. 41-42); Vacation-Holiday Trust Fund Article III, §6 (p. 73); and Training & Retraining Article IV, §3 (pp. 104-105).

14.    The Trust Funds rely on employers' self-reporting and conduct audits to ensure the employers' compliance with their contributing obligations. Performing audits is one way to find out whether an employer has complied with the contribution requirements in the Collective Bargaining Agreement and Trust Agreements. Plaintiffs rely on Defendant to self report.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001

- 4 -

15. Not being able to conduct an audit creates uncertainty. Without an audit, the Trust Funds will be unable to fulfill their fiduciary duty to assure that the Defendant has made proper payments in compliance with the Master Agreement. Because benefits cannot be verified without Defendant's payroll records, the Pension Trust Fund runs the risk of extending benefits to individuals not covered by the plan and not providing the appropriate level of benefits to participants. Without being able to review Defendant's records, the Trust Funds do not know whether Defendant has reported contributions for all individuals performing covered work. The Health and Welfare Trust Fund may deny a participant's claim because it has not received contribution payments from Defendant or may pay a claim on behalf of an individual that should not be covered. If unpaid contributions go undetected, the Pension Trust Fund may make payments to some beneficiaries at the expense of other participants and beneficiaries.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and if called as a witness I could competently testify thereto.

Executed April 16, 2008 in Fairfield, California.

MICHELLE LAUZIERE

115854/490462

DECLARATION MICHELLE LAUZIERE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT



# LABORERS TRUST AGREEMENTS

LABORERS HEALTH AND WELFARE
LABORERS PENSION
LABORERS VACATION-HOLIDAY
LABORERS TRAINING AND RETRAINING

**TRUST FUNDS**
*FOR NORTHERN CALIFORNIA*

**DECEMBER 31, 1975**

EXHIBIT A
PART 1

GENERAL INDEX

Health and Welfare Trust Fund...............Page  3
Pension Trust Fund.........................Page  .1
Vacation - Holiday Trust Fund...............Page  .3
Training and Retraining Trust Fund..........Page  '5

91

# HEALTH

## and

# WELFARE

# TRUST FUND

LABORERS HEALTH AND WELFARE TRUST FUND
FOR NORTHERN CALIFORNIA

**BOARD OF TRUSTEES**

| Employer Trustees | Employee Trustees |
|---|---|
| Morris K. Daley | Sal Minerva |
| Co-Chairman | Chairman |
| Wallace Benson | George Goodfellow |
| Richard E. Hall | C. R. Johnson |
| James W. Lowrie | Robert H. Medina |
| Clifford W. Swenson | Jessie O. Payne |

INDEX

LABORERS HEALTH AND WELFARE TRUST FUND
FOR NORTHERN CALIFORNIA

|  | Page |
|---|---|
| Trust Agreement—Recitals ...................... | 4 |
| Article 1 — Definitions ......................... | 5 |
| " 2 — Trust Fund ........................... | 6 |
| " 3 — Board of Trustees .................... | 9 |
| " 4 — Functions and Powers of Board of Trustees .................... | 10 |
| " 5 — Procedure of Board of Trustees ....... | 16 |
| " 6 — General Provisions Applicable to Trustees | 17 |
| " 7 — Arbitration .......................... | 21 |
| " 8 — General Provisions ................... | 22 |
| " 9 — Non-member Employers .............. | 24 |
| " 10 — Amendment and Termination ......... | 24 |

2

3

## TRUST AGREEMENT

### LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA

#### Revised, 1975

This TRUST AGREEMENT, made and entered into as of the 4th day of March, 1953, by and between NORTHERN CALIFORNIA CHAPTER AND CENTRAL CALIFORNIA CHAPTER, THE ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC., hereinafter referred to as the "Employers," and NORTHERN CALIFORNIA DISTRICT COUNCIL OF HOD CARRIERS, BUILDING AND CONSTRUCTION LABORERS OF THE INTERNATIONAL HOD CARRIERS, BUILDING AND COMMON LABORERS' UNION OF AMERICA, hereinafter referred to as the "Union," recites and provides as follows:

Recitals:

1. The Employers, and the other employer organizations signatory to this Trust Agreement, are parties to collective bargaining agreements with the Union known respectively as the Laborers 46 Northern California Counties Master Agreement and the Laborers 46 Northern California Counties Tunnel Master Agreement, which provide that each individual employer covered by either of said Agreements shall pay hourly contributions for each hour paid and/or worked by employees under such agreement to the Laborers Health and Welfare Trust Fund for Northern California at rates specified from time to time in said Agreements.

*(Amended December 31, 1975)*

2. The parties have agreed that such contributions shall be payable to and be deposited in the Trust Fund created and established by this trust agreement.

3. The purpose of this trust agreement is to provide for the establishment of such Trust Fund and for the maintenance of such Health and Welfare Plan in accordance with the terms of the collective bargaining agreements.

4. Since the establishment of the Trust Fund, the Northern California Chapter and Central California Chapter, the Associated General Contractors of America, Inc., originally named as the "Employers" herein, were consolidated and thereafter merged into the Associated General Contractors of California, Inc., which succeeded to all of the rights and obligations of said Employers and thereby became the entity referred to herein as the "Employers". The name of the Union has also been changed to Northern California District Council of Laborers, affiliated with the Laborers' International Union of North America, AFL-CIO.

*(Amended December 31, 1975)*

5. The Employers and the Union have agreed that this Trust Agreement shall be and is amended, modified and restated to conform with all of the requirements of the Employee Retirement Income Security Act of 1974 and of any valid regulations issued pursuant to said Act.
*(Amended December 31, 1975)*

Provisions:

In consideration of the foregoing, and of the mutual promises hereinafter provided, the parties agree as follows:

### ARTICLE I

#### Definitions

Unless the context or subject matter otherwise requires, the following definitions shall govern in this trust agreement:

**Section 1.** The term "collective bargaining agreements" includes (a) the Master Agreement between Employers and the Union for the 46 Northern California Counties dated June 4, 1952, and the Tunnel Master Agreement between Employers and Union, dated June 18, 1952, (b) any other collective bargaining agreement between the Union, or any of its affiliated local unions, and any employer organization or individual employer which provides for the making of employer contributions to the Fund, and (c) any extension or renewal of any of said agreements which provides for the making of employer contributions to the Fund.

**Section 2.** The term "individual employer" means any employer who is required by any of the collective bargaining agreements to make contributions to the Fund, or who does in fact make one or more contributions to the Fund. The term "individual employer" shall also include the Union or any of its affiliated local unions which makes contributions to the Fund with respect to the work of its employees pursuant to Subscriber Agreements to be approved by the Board of Trustees, but only to the extent that such inclusion is permitted by existing laws and regulations and subject to the terms and conditions of any such law or regulation. The Union and its affiliated local unions shall be individual employers solely for the purpose of making contributions with respect to the work of their respective employees and shall have no other rights or privileges under this Trust Agreement as individual employers.

*(Amended August 28, 1964 and December 31, 1975)*

**Section 3.** The term "employee" means any employee of an individual employer who performs one or more hours of work covered by any of the collective bargaining agreements. The term "employee" shall also include (a) employees of the Union or any of its affiliated local unions with respect to whose work contributions are

made to the Fund pursuant to regulations adopted by the Board of Trustees, (b) retired employees eligible for benefits provided by the Laborers Pension Trust Fund for Northern California, and (c) employees who perform administrative services for the Fund, but only to the extent that such inclusion is permitted by existing laws and regulations and subject to the terms and conditions of any such law or regulation.

*(Amended August 28, 1964 and December 31, 1975)*

Section 4. The term "Fund" means the trust fund created and established by this agreement.

Section 5. The terms "Health and Welfare Plan" or "Plan" mean the Health and Welfare Plan established pursuant to this trust agreement, and any amendments to or modifications of the Plan pursuant to such agreement.

*(Amended August 28, 1964)*

Section 6. The term "signatory association" means any employer organization, other than Employers, which signs this agreement on behalf of its members or executes on behalf of such members a written acceptance of any agreement to be bound by the terms of this agreement.

Section 7. The term "ERISA" means the Employee Retirement Income Security Act of 1974 and any valid regulation issued pursuant thereto.

*(Amended December 31, 1975)*

## ARTICLE II

### Trust Fund

Section 1. There is hereby created the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, which shall consist of all contributions required by the collective bargaining agreements to be made for the establishment and maintenance of the Health and Welfare Plan, and all interest, income and other returns thereon of any kind whatsoever.

Section 2. The Fund shall have its principal office in the City and County of San Francisco.

Section 3. Contributions to the Fund shall not constitute or be deemed to be wages due to the employees with respect to whose work such payments are made, and no employee shall be entitled to receive any part of the contributions made or required to be made to the Fund in lieu of the benefits provided by the Health and Welfare Plan.

Section 4. Neither the Employers, any signatory association, any individual employer, the Union, any beneficiary of the Health and Welfare Plan nor any other person shall have any right, title or interest in the Fund

other than as specifically provided in this agreement, and no part of the Fund shall revert to the Employers, any signatory association or any individual employer, except for such contributions, if any, as may be returned to an individual employer, as paid by a mistake of fact, within one year of the payment thereof or as may otherwise be permitted by ERISA. Neither the Fund nor any contributions to the Fund shall be in any manner liable for or subject to the debts, contracts or liabilities of the Employers, any signatory association, any individual employer, the Union, or any employee. No part of the Fund, nor any benefits payable in accordance with the Health and Welfare Plan shall be subject in any manner to anticipation, alienation, sale, transfer, assignment, pledge, encumbrance or charge by any person; provided, however, that the Board of Trustees shall establish a procedure whereby any employee may direct that benefits due him be paid to an institution in which he is hospitalized in consideration for medical or hospital services rendered or to be rendered, and may establish a procedure whereby an employee may direct that any such benefits be paid to any other person, entity or institution furnishing services or supplies for which such benefits are payable.

*(Amended March 17, 1970 and December 31, 1975)*

Section 5. Neither the Employers or any signatory association, nor any officer, agent, employee or committee member of the Employers or any signatory association, shall be liable to make contributions to the Fund or be under any other liability to the Fund or with respect to the Health and Welfare Plan, except to the extent that he may be an individual employer required to make contributions to the Fund with respect to his own individual or joint venture operations, or to the extent he may incur liability as a trustee as hereinafter provided. The liability of any individual employer to the Fund, or with respect to the Health and Welfare Plan, shall be limited to the payments required by the collective bargaining agreements with respect to his or its individual or joint venture operations, and in no event shall he or it be liable or responsible for any portion of the contributions due from other individual employers with respect to the operations of such employers. The basis on which payments are made to the Fund shall be as specified in the Collective Bargaining Agreements, in Subscriber Agreements and in this Trust Agreement and the individual employers shall not be required to make any further payments or contributions to the cost of operation of the Fund or of the Plan, except as may be provided in such Agreements or in ERISA.

*(Amended December 31, 1975)*

Section 6. Neither the Employers, any signatory association, any individual employer, the Union, nor any

employee shall be liable or responsible for any debts, liabilities or obligations of the Fund or the trustees.

Section 7. Contributions to the Fund shall be due commencing February 1, 1953, for work on or after that date, and shall be payable in San Francisco, California, in regular monthly installments starting on or before March 15, 1953, and continuing from month to month thereafter subject to the provisions of the collective bargaining agreements. The contribution payable on or before March 15, 1953, shall include all payments which have theretofore accrued for work performed during the period from February 1, 1953, up to the close of the individual employer's payroll period ending closest to the last day of that month, and thereafter each monthly contribution shall include all payments which have accrued in the interim for work performed up to the close of the individual employer's payroll period ending closest to the last day of the preceding calendar month. Each monthly contribution shall be accompanied by a report in a form prescribed by the Board of Trustees.

Section 8. Each contribution to the Fund shall be made promptly, and in any event on or before the 15th day of the calendar month in which it becomes payable, on which date said contribution, if not then paid in full, shall be delinquent. If any individual employer fails to make his or its monthly contribution in full on or before the 25th day of the month on four occasions within any twelve-month period, the Board of Trustees may provide by resolution that thereafter during the twelve-month period immediately following such resolution the 15th day of the month shall be the delinquency date for such individual employer. The parties recognize and acknowledge that the regular and prompt payment of employer contributions to the Fund is essential to the maintenance in effect of the Health and Welfare Plan, and that it would be extremely difficult, if not impracticable to fix the actual expense and damage to the Fund and to the Health and Welfare Plan which would result from the failure of an individual employer to pay such monthly contributions in full within the time above provided. Therefore, the amount of damage to the Fund and Health and Welfare Plan resulting from any such failure shall be presumed to be the sum of $20 per delinquency or 10% of the amount of the contribution or contributions due, whichever is greater, which amount shall become due and payable to the Fund as liquidated damage and not as a penalty, in San Francisco, California, upon the day immediately following the date on which the contribution or contributions become delinquent. Said delinquent contribution or contributions shall be increased by the amount of said liquidated damages and such contributions, as thus increased, shall be the payments specified in this Trust Agreement and the Health and

Welfare Plan pursuant to ERISA as required to be made to the Fund.
*(Amended December 31, 1975)*

## ARTICLE III

### Board of Trustees

Section 1. The Fund shall be administered by a Board of Trustees which shall consist of five trustees representing the individual employers and five trustees representing the employees. The trustees representing the individual employers shall be appointed in writing by the Employers, who are hereby irrevocably designated by each individual employer as his or its attorneys in fact for the purpose of appointing and removing trustees and successor trustees. The trustees representing the employees shall be appointed by the Union by an instrument in writing signed by the Executive Officer of the Union, and bearing the Union seal. The Employers and the Union expressly designate the Trustees jointly as named fiduciaries, who shall have exclusive authority and discretion acting as the Board of Trustees as herein provided to control and manage the operation and administration of the Fund and the Health and Welfare Plan. Each of the current Trustees expressly accepts designation as a fiduciary and as Trustee by written acceptance and signature of this Agreement and assumes the duties, responsibilities and obligations of the Trustees as created and established by this Agreement and under applicable law. Any Trustee named hereafter shall do likewise by signing the Trust Agreement or a written acceptance thereof, in a form approved by and filed with the Board of Trustees.

*(Amended December 31, 1975)*

Section 2. The trustees shall select one of their number to act as Chairman of the Board of Trustees and one to act as Co-Chairman, to serve for such period as the trustees shall determine. When the Chairman is selected from among the Employer Trustees, the Co-Chairman shall be selected from among the Employee Trustees, and vice versa.

Section 3. Each trustee shall serve until his death, resignation or removal from office.

Section 4. A Trustee may resign at any time by serving written notice of such resignation upon the Secretary of the Board of Trustees at least thirty (30) days prior to the date on which such resignation is to be effective. The Secretary shall promptly notify in writing the Chairman and Co-Chairman of the Board, and the Employers and the Union of such resignation.

*(Amended December 31, 1975)*

Section 5. Any Employer Trustee may be removed from office at any time, for any reason, by a writing

signed by the Employers and served on the Secretary of
the Board of Trustees. Any Employee Trustee may be
removed from office at any time, for any reason, by a
writing signed by the Executive Officer of the Union and
served on the Secretary of the Board of Trustees. The
Secretary shall promptly notify in writing the Chairman
and Co-Chairman of the Board, the Trustee being re-
moved and the Union or Employers, as the case may be,
of such removal.

*(Amended December 31, 1975)*

Section 6. If any Employer Trustee dies, resigns or
is removed from office, a successor trustee shall be ap-
pointed forthwith by an instrument in writing signed by
the Employers. If any Employee Trustee dies, resigns or
is removed from office, a successor trustee shall be ap-
pointed forthwith by an instrument in writing signed by
the Executive Officer of the Union and bearing the Union
seal.

*(Amended December 31, 1975)*

## ARTICLE IV

### Functions and Powers of Board of Trustees

Section 1. The Board of Trustees acting jointly shall
have the power to control and manage the assets, opera-
tions and administration of the Fund and the Plan as a
fiduciary and shall exercise such authority with the care,
skill, prudence and diligence under the circumstances then
prevailing that a prudent Board acting in a like capacity
and familiar with such matters would use in the conduct
of an enterprise of like character and with like aims;
provided, however, that the Board may:

(a) appoint an investment manager or managers (as
defined in ERISA) to manage (including the power to
acquire and dispose of) any assets of the Fund,

(b) enter into an agreement allocating among Trustees
such specific responsibilities, obligations or duties as the
Board shall determine, after receiving and considering
the written reports and recommendations of the consul-
tant-actuary, co-legal counsel and the qualified public
accountant engaged by the Fund, may be properly so
allocated,

(c) designate pursuant to the same procedure persons
other than named fiduciaries to carry out fiduciary re-
sponsibilities (other than trustee responsibilities) under
this Trust Agreement or the Plan,

(d) employ one or more persons to render advice with
regard to any responsibility the Board has under this
Trust Agreement or Plan, or

(e) do any one or more of the foregoing.

Any person or entity so appointed, designated or em-

10

ployed shall act solely in the interests of the participants
and beneficiaries of the Fund and Plan.

*(Amended August 28, 1964 and December 31, 1975)*

Section 2. All contributions to the Plan or the Fund
shall be due and payable at San Francisco, California,
and shall be paid to, received and held subject to the
trust established by this Trust Agreement and all the
terms and provisions hereof. The acceptance and cashing
of any checks for such contributions, and the disposition
of the moneys covered thereby in accordance with this
Trust Agreement, shall not release or discharge the
individual employer from his or its obligation under the
collective bargaining agreement for hours worked under
said agreement for which no contribution has actually
been received, notwithstanding any statement, restriction
or qualification appearing on the check or any attachment
thereto.

*(Amended August 28, 1964)*

Section 3. The Board of Trustees shall have the power,
in the name of the Fund, in the name of its joint de-
linquency committee or jointly with other funds, or
otherwise as in its discretion may be deemed necessary or
desirable, to demand and enforce, by suit in court or
otherwise, the prompt payment of contributions to the
Fund, including payments due to delinquencies as pro-
vided in Section 8 of Article II, without being limited or
restricted by any grievance or arbitration procedures
provided in a Collective Bargaining Agreement, and to
assert and enforce all priorities, lien rights, and other
claims or rights with respect to any contributions or pay-
ments belonging to the Fund, this Trust or any of its
beneficiaries, including the right to file priority and other
claims in bankruptcy. If any individual employer de-
faults in the making of such contributions or payments
and if the Board consults or causes to be consulted legal
counsel with respect thereto, there shall be added to
the obligation of the individual employer who is in
default, reasonable attorneys fees, court costs and all
other reasonable expenses incurred in connection with
such suit or claim, including any and all appellate pro-
ceedings therein.

*(Amended August 28, 1964 and December 31, 1975)*

Section 4. The Board of Trustees shall establish the
Health and Welfare Plan, which shall consist of (a) the
benefits provided by and the other terms and conditions
of the contracts and insurance policies entered into pur-
suant to the provisions of this section and, in the alterna-
tive or in combination, (b) such written statement of
benefits and rules and regulations as may be established
by the Board pursuant to this section to govern the direct
payment of benefits. The Board shall promptly use the
moneys available in the Fund first to provide the benefits
specified in the Plan. The Board shall have power to

11

enter into contracts and procure insurance policies necessary to place into effect and maintain all or any part of the Plan, to terminate, modify or renew any such contracts or policies subject to the provisions of the Plan, and to exercise and claim all rights and benefits granted to the Board or the Fund by any such contracts or policies. Any such contract may be executed in the name of the Fund, and any such policy may be procured in such name. If, after reviewing the matter, the Board deems it advisable to do so, the Board shall also have power (c) to provide for the direct payment out of the Fund of all or any part of the benefits to be furnished under the Plan and (d) to provide for contributions by employees to the Fund to defray all or any part of the cost of any such benefits, but only to the extent that such payment or contribution is permitted by any applicable laws and regulations and subject to the terms and conditions of any such law or regulation. In the event that the Board elects to provide for the direct payment of any benefit or benefits the detailed basis on which such payments are to be made shall be set forth in a written statement, which statement, and any amendment or modification thereof, shall be signed on behalf of the Board by the Chairman and Co-Chairman thereof, and when so signed shall be a part of this agreement for all purposes of the Labor Management Relations Act, as amended, or of any other law or regulation. An accurate summary of such benefit or benefits, and the terms and conditions of the payment thereof, shall be printed and made available to each active or retired employee who is eligible for any such benefit or benefits.

*(Amended August 28, 1964 and November 19, 1974)*

Section 5. The Board of Trustees shall have power:

(A) To pay out of the Fund the reasonable expenses incurred in the establishment of the Fund and the Health and Welfare Plan.

(B) To establish and accumulate such reserve funds as may be adequate to provide for administration expenses and other obligations of the Fund, including the maintenance in effect of the Health and Welfare Plan.

(C) To provide a procedure for establishing and carrying out the funding policy and method consistent with the objectives of the Health and Welfare Plan and the requirements of ERISA in adopting a plan of benefits and in amending the plan.

*(Amended December 31, 1975)*

(D) To employ such executive, consultant, accounting, administrative, clerical, secretarial and legal personnel and other employees and assistants, as may be necessary in connection with the administration of the Fund and the Health and Welfare Plan and to pay or cause to be paid, out of the Fund, the compensation and necessary expenses of such personnel and assistants and the cost

of office space, furnishings and supplies and other essentials required in such administration. If the Board is unable to agree upon the employment of either a consultant or an attorney pursuant to this clause, the Employer Trustees and the Employee Trustees may each select either a consultant or an attorney, or both, as the case may require, who shall be directed to act jointly with each other in connection with the administration of the Fund, and the reasonable cost of such advice or services shall be paid from the Fund.

(E) To incur and pay out of the Fund any other expense reasonably incidental to the administration of the Fund or the Health and Welfare Plan.

(F) To compromise, settle, or release claims or demands in favor of or against the Fund on such terms and conditions as the Board may deem desirable, including the power to continue, maintain and from time to time modify or revoke, in whole or in part, a policy and procedure for the waiver of all or any part of the liquidated damages portion of any contribution or contributions upon such terms and conditions as the Board determines would be in the interest of the Fund and its participants and beneficiaries; provided, however, that this clause shall not excuse any violation of any of the collective bargaining agreements.

*(Amended December 31, 1975)*

(G) If no investment manager is designated and appointed by the Board, to invest and reinvest or cause to be invested and reinvested the assets of the Fund, in accordance with all applicable laws. Investments may be made with a bank or other fiduciary to the fullest extent permitted by law. No indicia of ownership shall be maintained outside the jurisdiction of the district courts of the United States, except to the extent permitted by law.

*(Amended August 28, 1964 and December 31, 1975)*

(H) To purchase, exchange, lease, mortgage or otherwise hypothecate, or otherwise acquire, or cause to be purchased, exchanged, leased, mortgaged or otherwise hypothecated, or otherwise acquired, any property, real, personal or mixed, on such terms as it may deem proper, and to execute and deliver or cause to be executed and delivered, any and all instruments in connection therewith.

*(Amended August 28, 1964)*

(I) To sell, exchange, lease, convey or otherwise dispose of or to cause to be sold, exchanged, leased, conveyed or otherwise disposed of, any property of any kind forming a part of the Fund upon such terms as it may deem proper and to execute and deliver or cause to be executed and delivered, any and all instruments of conveyance or transfer in connection therewith.

*(Amended August 28, 1964)*

12

13

(J) To borrow money, and to encumber or hypothecate real or personal property by mortgage, deed of trust (with power of sale), contract of sale, security agreement, pledge or otherwise; to borrow money on the credit of the trust estate; and to purchase real or personal property subject to, and assume the obligation secured by, mortgage, deed of trust (with power of sale), contract of sale, security agreement, pledge or otherwise.
*(Amended December 31, 1975)*

(K) To construe the provisions of this Trust Agreement and the Plan and any such construction adopted by the Board in good faith shall be binding upon any and all parties or persons affected thereby.
*(Amended August 28, 1964)*

(L) To pay or cause to be paid any and all real or personal property taxes, income taxes, or other taxes or assessments of any or all kinds levied or assessed upon or with respect to the Fund or the Plan.
*(Amended August 28, 1964)*

(M) To maintain or cause to be maintained, on a current basis, all actuarial data, records and information in connection with the administration of the Plan and to cause the books and records to be checked and evaluated annually, or more often if the Board so determines, by the Fund consultant-actuary or consultant-actuaries as the case may be, whose reports shall be available for inspection by interested persons at reasonable times and upon proper notice, at such place or places as may be designated by the Board; and the Board shall have the right to rely upon all such reports and records.
*(Amended August 28, 1964)*

(N) To prepare or cause to be prepared such reports, descriptions, summaries and other information as are or may be required by law or as the Board in its discretion deems necessary or advisable and to file and furnish such reports, descriptions, summaries and information to participants and their beneficiaries, Unions, the Employers and individual employers, the Trustees, or other persons or entities, including government agencies, as required by law.
*(Amended August 28, 1964 and December 31, 1975)*

(O) To maintain or cause to be maintained such bank account or accounts as may be necessary or advisable in the administration of the Fund or the Plan, and to designate the person or persons authorized to sign checks and withdrawal orders on any such accounts.
*(Amended August 28, 1964)*

(P) With or without any of the contracts or policies mentioned in Section 4 of this Article, to pay or cause to be paid all or any part of the benefits provided in the Plan, to the persons entitled thereto under the Plan, and in accordance with the terms and provisions of the Plan, which shall be the basis on which payments are made from the Plan.
*(Amended December 31, 1975)*

(Q) To adopt and prescribe reasonable rules and procedures, which shall not be inconsistent with the provisions of this Trust Agreement or of the Plan, governing the reporting of contributions, the entitlement to benefits, the method of applying for benefits, and any and all other matters in connection with the Fund and the Plan.
*(Amended August 28, 1964)*

(R) To exercise and perform any and all of the other powers and duties specified in this Trust Agreement or the Plan.
*(Amended August 28, 1964)*

Section 6. The Board of Trustees shall engage an independent qualified public accountant on behalf of all Plan participants as required by ERISA.
*(Amended December 31, 1975)*

Section 7. The Board of Trustees shall provide at the expense of the Fund, where and to the extent permissible by applicable law, insurance and bonding protection for the Fund and for each Trustee, former Trustee or estate of a deceased Trustee or former Trustee, and all other persons who handle funds or other property of the Fund for any purpose whatsoever. The protection shall be from such companies as the Board shall determine.
*(Amended August 28, 1964, February 20, 1968 and June 17, 1975)*

Section 8. All checks, drafts, vouchers or other withdrawals of money from the Fund shall be authorized in writing or countersigned by at least one Employer Trustee and one Employee Trustee.

Section 9. The Board of Trustees shall maintain suitable and adequate records of and for the administration of the Fund and the Health and Welfare Plan. The Board may require the Employers, any signatory association, any individual employer, the Union, any employee or any other beneficiary under the Health and Welfare Plan to submit to it any information, data, report or documents reasonably relevant to and suitable for the purposes of such administration; provided, however, that the Union shall not be required to submit lists of membership. The parties agree that they will use their best efforts to secure compliance with any reasonable request of the Board for any such information, data, report or documents. Upon request in writing from the Board, any Individual Employer will permit a Trust Fund Auditor

14

15

to enter upon the premises of such Individual Employer during business hours, at a reasonable time or times, no less than two (2) working days after such request, and to examine and copy such books, records, papers or reports of such Individual Employer as may be necessary to determine whether the Individual Employer is making full and prompt payment of all sums required to be paid by him or it to the Fund.

*(Amended August 1, 1974)*

Section 10. The books of account and records of the Board of Trustees, including the books of account and records pertaining to the Fund, shall be audited at least once each year by an independent qualified public accountant engaged by the Board on behalf of all Plan participants who shall conduct such an examination of any financial statements of the Fund and Plan, and of other books and records of the Fund and Plan, as is required by ERISA. The Board shall also make all other reports required by law. A statement of the results of the annual audit shall be available for inspection by interested persons at the principal office of the Fund and at such other suitable place as the Board may designate from time to time. Copies of such statement shall be delivered to the Employers, the Union and each trustee within five days after the statement is prepared.

*(Amended December 31, 1975)*

Section 11. The Board of Trustees may coordinate its activities in the administration of the Fund and the Health and Welfare Plan with the administrative activities of the boards of trustees of other trust funds and health and welfare plans to such extent as may be necessary or desirable to minimize administrative costs, eliminate unnecessary bookkeeping and other expenses for the individual employers and avoid or eliminate duplicating employer contributions or insurance coverage with relation to the same employee. The Board may agree to exercise and exercise any of its functions and powers jointly with any one or more of the board of trustees of such other trust funds, and it may agree to join with and join with any one or more of said boards in establishing a joint office or joint administrative personnel.

*(Amended April 5, 1965)*

## ARTICLE V

### Procedure of Board of Trustees

Section 1. The Board of Trustees shall determine the time and place for regular periodic meetings of the Board. Either the Chairman or the Co-Chairman, or any three members of the Board, may call a special meeting of the Board by giving written notice to all other trustees of the time and place of such meeting at least five days before the date set for the meeting. Any such notice of

16

special meeting shall be sufficient if sent by ordinary mail or by wire addressed to the trustee at his address as shown in the records of the Board. Any meeting at which all trustees are present, or concerning which all trustees have waived notice in writing, shall be a valid meeting without the giving of any notice.

Section 2. The Board shall appoint a secretary who shall keep minutes or records of all meetings, proceedings and acts of the Board. Such minutes need not be verbatim.

Section 3. The Board shall not take any action or make any decision on any matter coming before it or presented to it for consideration or exercise any power or right given or reserved to it or conferred upon it by this trust agreement except upon the vote of a majority of all ten of the trustees at a meeting of the Board duly and regularly called or except by the signed concurrence of all ten trustees without a meeting, as provided in section 5 of this Article. In the event of the absence of any Employer Trustee from a meeting of the Board, the Employer Trustees present at such meeting may vote on behalf of such absent trustee and if such Employer Trustees cannot all agree as to how the vote of such absent Employer Trustee shall be cast then it shall be cast as the majority of them shall determine or, in the absence of such majority determination, it shall be cast as the Employer Trustee Chairman or Co-Chairman of the Board shall determine. In the event of the absence of any Employee Trustee from a meeting of the Board, the Employee Trustees present at such meeting may vote on behalf of such absent trustee pursuant to the same method and in the same manner as above provided for Employer Trustees to cast the vote of any absent Employer Trustee.

Section 4. All meetings of the Board shall be held at the principal office of the Fund unless another place is designated from time to time by the Board.

Section 5. Upon any matter which may properly come before the Board of Trustees, the Board may act in writing without a meeting, provided such action has the concurrence of all of the trustees.

## ARTICLE VI

### General Provisions Applicable to Trustees

Section 1. The provisions of this Article are subject to and qualified by the provisions of ERISA to the extent that such provisions are constitutionally applicable. In order to induce experienced, competent and qualified persons and entities to serve as fiduciaries, to deal with the Fund and the Board of Trustees and to participate in other ways in the administration and operation of the Fund and Plan and thus to further the interests of the

17

participants and beneficiaries of the Plan, it is the intent and purpose of the parties to provide herein for the maximum permissible protection and indemnification of such persons or entities from and against personal liability, loss, cost or expense as a result of such service, dealing or participation, and the provisions of this Article shall be liberally construed and applied to accomplish this objective.

*(Amended June 17, 1975).*

Section 2. No party who has verified that he or it is dealing with the duly appointed trustees, or any of them, shall be obligated to see to the application of any moneys or property of the Fund, or to see that the terms of this agreement have been complied with, or to inquire as to the necessity or expediency of any act of the trustees. Every instrument executed by the Board of Trustees or by its direction shall be conclusive in favor of every person who relies on it, that (A) at the time of the delivery of the instrument this trust agreement was in full force and effect, (B) the instrument was executed in accordance with the terms and conditions of this agreement, and (C) the Board was duly authorized to execute the instrument or direct its execution.

Section 3. The duties, responsibilities, liabilities and disabilities of any trustee under this agreement shall be determined solely by the express provisions of the agreement and no further duties, responsibilities, liabilities or disabilities shall be implied or imposed.

Section 4. The trustees shall incur no liability, either collectively or individually, in acting upon any papers, documents, data or information believed by them to be genuine and accurate and to have been made, executed, delivered or assembled by the proper parties. The trustees may delegate any of their ministerial powers or duties to any of their agents or employees. No trustee shall incur any liability for simple negligence, oversight or carelessness in connection with the performance of his duties as such trustee. No trustee shall be liable for the act or omission of any other trustee. The Fund shall exonerate, reimburse and save harmless the trustees, individually and collectively, against any and all liabilities and reasonable expenses arising out of the trusteeship, except (as to the individual trustee or trustees directly involved) for expenses or liabilities arising out of wilful misconduct or gross negligence. No expense shall be deemed reasonable under this section unless and until approved by the Board of Trustees.

Section 5. (A) Except as otherwise provided in Subsection (B) of this Section, upon request of a Trustee or former Trustee, or the legal representative of a deceased Trustee or former Trustee, the Board of Trustees shall provide for the defense of any civil action or proceeding

brought against the Trustee, former Trustee or estate of a deceased Trustee or former Trustee, in his capacity as such Trustee or former Trustee or in his individual capacity or in both, on account of any act or omission in the scope of his service or duties as a Trustee of the Fund. For the purposes of this Section, a cross-action, counterclaim, cross-complaint or administrative or arbitration proceeding against a Trustee or former Trustee or estate shall be deemed to be a civil action or proceeding brought against him or it.

(B) The Board of Trustees may refuse to provide for the defense of a civil action or proceeding brought against a Trustee or former Trustee or estate if the Board determines that:

(1) The act or omission was not within the scope of his service as a Trustee of the Fund; or

(2) He acted or failed to act in breach of his fiduciary duty because of willful misconduct or gross negligence; or

(3) The defense of the action or proceeding by the Board would create a conflict of interest between the Board or Fund and the Trustee, former Trustee or estate.

(C) The Board of Trustees may provide for the defense of a criminal action brought against a Trustee or former Trustee if:

(1) The criminal action or proceeding is brought on account of an act or omission in the scope of his services or duties as a Trustee or former Trustee; and

(2) The Board determines that such defense would be in the best interests of the Fund and its participants and beneficiaries and that the Trustee or former Trustee acted, or failed to act, in good faith, without actual malice and in the apparent interests of the Fund and its participants and beneficiaries.

(D) The Board may provide for a defense pursuant to this section by Fund counsel or co-counsel or by employing other counsel for such purpose or by purchasing insurance which requires that the insurer provide the defense. All of the expenses of providing a defense pursuant to this Section are proper charges against the Fund. The Fund shall have no right to recover such expenses from the Trustee, former Trustee or estate.

(E) If after request the Board fails or refuses to provide a Trustee, former Trustee or estate with a defense against a civil action or proceeding brought against him or it and the Trustee or former Trustee or legal representative retains his own counsel to defend the action or proceeding, he shall be entitled to recover from the Fund such reasonable attorneys fees, costs and expenses as are necessarily incurred by him in defending the action or proceeding if the action or proceeding arose out of an act

18

19

or omission in the scope of his service or duties as a Trustee of the Fund, unless the Board establishes that the Trustee or former Trustee acted or failed to act in breach of his fiduciary duty because of willful misconduct or gross negligence.

*(Amended June 17, 1975)*

Section 6. Neither the Employers, any signatory association, the individual employers, the Union, nor any of the trustees shall be responsible or liable for:

(A) The validity of this trust agreement or the Health and Welfare Plan.

(B) The form, validity, sufficiency, or effect of any contract or policy for health and welfare benefits which may be entered into.

(C) Any delay occasioned by any restriction or provision in this trust agreement, the Health and Welfare Plan, the rules and regulations of the Board of Trustees issued hereunder, any contract or policy procured in the course of the administration of the Fund, or by any other proper procedure in such administration; provided, however, that this clause shall not excuse any violation of any of the collective bargaining agreements.

(D) The making or retention of any deposit or investment of the Fund, or any portion thereof, or the disposition of any such investment, or the failure to make any investment of the Fund, or any portion thereof, or any loss or diminution of the Fund, except as to the particular person involved, such loss as may be due to the gross neglect or wilful misconduct of such person.

Section 7. Neither the Employers, any signatory association, any individual employer, nor the Union shall be liable in any respect for any of the obligations or acts of the trustees because such trustees are in any way associated with any such Employers, association, individual employer or Union.

Section 8. Subject to and within the limitations provided in ERISA, the Board of Trustees may provide for the reimbursement to the Trustees for expenses incurred in the performance of their duties as Trustees, including attendance at education or training conferences, institutes or other meetings relevant to such duties as authorized by the Board, and for a reasonable payment to the Trustees for attendance at meetings or other services rendered to the Fund at the request or direction of the Board.

*(Amended February 20, 1968, February 15, 1972 and December 31, 1975)*

Section 9. Any trustee who resigns or is removed from office shall forthwith turn over to the Chairman or Co-Chairman of the Board of Trustees at the principal

office of the Fund any and all records, books, documents, moneys and other property in his possession or under his control which belong to the Fund or which were received by him in his capacity as such trustee.

Section 10. The name of the Fund may be used to designate the Trustees collectively and all instruments may be effected by the Board of Trustees in such name.

## ARTICLE VII

### Arbitration

Section 1. In the event that the trustees deadlock on any matter arising in connection with the administration of the Fund or the Health and Welfare Plan, they shall agree upon a neutral person to serve as an impartial umpire to decide the dispute. The Employer Trustees and the Employee Trustees may, by mutual agreement, select an equal number of representatives from their respective trustee groups to sit with the umpire to constitute a Board of Arbitration. If such is done, the decision of a majority of this Board shall be final and binding upon the trustees and the parties and beneficiaries of this agreement and of the Health and Welfare Plan. Otherwise, the decision of the impartial umpire shall be final and binding upon the trustees, the parties and the beneficiaries of the agreement and the Health and Welfare Plan. Any matter in dispute and to be arbitrated shall be submitted to the Board of Arbitration or the impartial umpire, as the case may be, in writing, and in making its or his decision, the Board or umpire shall be bound by the provisions of this agreement, the Health and Welfare Plan and the collective bargaining agreements and shall have no authority to alter or amend the terms of any thereof. If the trustees cannot jointly agree upon a statement submitting said matter to arbitration, each group shall prepare and state in writing its version of the dispute and the question or questions involved. The decision of the Board of Arbitration or the impartial umpire, as the case may be, shall be rendered in writing within 10 days after the submission of the dispute.

Section 2. If no agreement on an impartial umpire is reached within ten days, or within such further time as the trustees may allow for such purpose by mutual agreement, such umpire shall, on petition of either the Employee Trustees or the Employer Trustees, be appointed by the United States District Court for the Northern District of California.

Section 3. The reasonable expenses of any such arbitration, including any necessary court proceedings to secure the appointment of an umpire or the enforcement of the arbitration award (excluding the fees and expenses of witnesses called by the parties and the cost of any attorneys other than the Fund attorneys selected

20

21



pursuant to Section 5 (D) of Article IV), shall be a proper charge against the Fund. No expenses shall be deemed reasonable under this section unless and until approved by the Board of Trustees.
*(Amended December 31, 1975)*

Section 4. No matter in connection with the interpretation or enforcement of any collective bargaining agreement shall be subject to arbitration under this Article. No matter which is subject to arbitration under this Article shall be subject to the grievance procedure or any other arbitration procedure provided in any of the collective bargaining agreements.

## ARTICLE VIII

### General Provisions

Section 1. Subject to the provisions of the collective bargaining agreements, the rights and duties of all parties, including the Employers, the signatory associations, the individual employers, the Union, the employees and the trustees, shall be governed by the provisions of this agreement and the Health and Welfare Plan and any insurance policies or contracts procured or executed pursuant to this agreement.

Section 2. No employee or other beneficiary or person shall have any right or claim to benefits under the Plan other than as specified in the Plan. Any and every claim to benefits from the Fund, and any claim or right asserted under the Plan or against the Fund, regardless of the basis asserted for the claim and regardless of when the act or omission upon which the claim is based occurred, shall be resolved by the Board of Trustees under and pursuant to the Plan and its decision with regard to the claim or right shall be final and binding upon all persons affected by the decision. The Board of Trustees shall establish a procedure for the presentation, consideration and determination of any such claim or right, which procedure shall comply with ERISA. No action may be brought for benefits under the Plan or to enforce any right or claim under the Plan or against the Fund until after the claim for benefits or other claim has been submitted to and determined by the Board in accordance with the procedure thus established and thereafter the only action which may be brought is one to enforce the decision of the Board or to clarify the rights of the claimant under such decision. Neither the Employers, any signatory association, the Union, any affiliated local union, nor any of the trustees shall be liable for the failure or omission for any reason to pay any benefits under the Plan.

*(Amended August 28, 1964 and December 31, 1975)*

Section 3. Any notice required to be given under the terms of this agreement, the Health and Welfare Plan or the rules and regulations of the Board of Trustees shall

be deemed to have been duly served if delivered personally in writing to the person to be notified, or if mailed in a sealed envelope, postage prepaid, to such person at his last known address as shown in the records of the Fund, or if sent by wire or other means of written communication to such person at said last known address.

*(Amended August 28, 1964)*

Section 4. This agreement shall be binding upon and inure to the benefit of all individual employers who are now or hereafter may become members of Employers or any signatory association, and the heirs, executors, administrators, successors, purchasers and assigns of the Employers, any signatory association, any individual employer, the Union, and the trustees.

Section 5. All questions pertaining to this agreement, the Fund or the Health and Welfare Plan, and their validity, administration and construction, shall be determined in accordance with the laws of the State of California and with any pertinent laws of the United States.

Section 6. If any provision of this trust agreement, the Health and Welfare Plan, the rules and regulations made pursuant thereto, or any step in the administration of the Fund or the Health and Welfare Plan is held to be illegal or invalid for any reason, such illegality or invalidity shall not affect the remaining portions of the agreement, the Plan or the rules and regulations, unless such illegality or invalidity prevents accomplishment of the objectives and purposes of the agreement and the Plan. In the event of any such holding, the parties will immediately commence negotiations to remedy any such defect.

Section 7. Except to the extent necessary for the proper administration of the Fund or the Health and Welfare Plan, all books, records, papers, reports, documents, or other information obtained with respect to the Fund or the Plan shall be confidential and shall not be made public or used for any other purposes. Nothing in this section shall prohibit the preparation and publication of statistical data and summary reports with respect to the operations of the Fund and the Plan.

Section 8. Any payment required by a decision of the Board shall be due and payable in the City and County of San Francisco and any action or proceeding to enforce or clarify such decision shall be brought in a court of competent jurisdiction in that City and County. Any action or proceeding affecting the Fund, the Plan or the Trust hereby established shall be brought solely against the Fund as an entity, and solely by or on behalf of the claimant in the claims procedure established pursuant to Section 2 of this Article, and neither the Employers nor any signatory association, the Union, any

22

23



affiliated local union, any employee, any beneficiary or other person shall be entitled to notice of any such action or proceeding or to service of process therein. Any final judgment entered in any such action or proceeding shall be binding upon all of the above-mentioned parties so long as such judgment does not attempt or purport to impose any personal liability upon or against any party not joined or not served in any such action or proceeding.

*(Amended August 28, 1964 and December 31, 1975)*

## ARTICLE IX

### Non-member Employers

Section 1. Any individual employer who is not a member of or represented by Employers or a signatory association but who is performing work coming within the jurisdiction of the Union may become a party to this agreement by executing in writing and depositing with the Administrative Office of the Board of Trustees his or its acceptance of the terms of this agreement, in a form acceptable to the Board.

*(Amended December 31, 1975)*

Section 2. Any individual employer who executes and deposits any such written acceptance, or who in fact makes one or more contributions to the Fund, assumes and shall be bound by all of the obligations imposed by this trust agreement upon the individual employer, is entitled to all rights under this agreement and is otherwise subject to it in all respects.

## ARTICLE X

### Amendment and Termination

Section 1. The provisions of this trust agreement may be amended or modified at any time, and from time to time, by mutual agreement of the Employers and the Union subject to the terms and conditions of the collective bargaining agreements and any applicable law or regulation.

Section 2. The provisions of this trust agreement shall continue in effect during the term of the collective bargaining agreements, and any renewals or extensions thereof with respect to such collective bargaining agreements as provided for the continuation of payments into the Fund and of the Health and Welfare Plan.

Section 3. This agreement may be terminated by the Employers and the Union by an instrument in writing executed by mutual consent at any time.

Section 4. In no event shall the trust established by this agreement continue for a longer period than is permitted by law.

24

Section 5. Upon the termination of the trust herein provided, any and all moneys remaining in the Fund after the payment of all expenses shall be used for the continuance of one or more benefits of the type provided by the Health and Welfare Plan, until such moneys have been exhausted.

Executed as of the day and year first above written.

EMPLOYER:

Northern California Chapter, The Associated General Contractors of America, Inc.

(Sgd.) *D. Young*
President

(Sgd.) *Winfield H. Arata*
Secretary

Central California Chapter, The Associated General Contractors of America, Inc.

(Sgd.) *Melvin Gautier*
President

(Sgd.) *F. G. Corker*
Secretary

UNION:

Northern California District Council of Hod Carriers, Building and Construction Laborers of the International Hod Carriers, Building and Common Laborers' Union of America

(Sgd.) *Harry Sherman*
President

(Sgd.) *Ronald D. Wright*
Secretary

(Sgd.) *Chas. Robinson*
Business Representative

25



PENSION

TRUST

FUND

LABORERS PENSION TRUST FUND
FOR NORTHERN CALIFORNIA

BOARD OF TRUSTEES

| Employer Trustees | Employee Trustees |
|---|---|
| Morris K. Daley | Sal Minerva |
| *Co-Chairman* | *Chairman* |
| Wallace Benson | George Goodfellow |
| Richard E. Hall | C. R. Johnson |
| James W. Lowrie | Robert H. Medina |
| Clifford W. Swenson | Jessie O. Payne |

30

# INDEX

## LABORERS PENSION TRUST FUND
## FOR NORTHERN CALIFORNIA

Page

Trust Agreement — Recitals ..................... 32

Article 1 — Definitions ......................... 34

    ″    2 — Trust Fund ......................... 36

    ″    3 — Board of Trustees .................. 39

    ″    4 — Functions and Powers of
              Board of Trustees .................. 41

    ″    5 — Procedure of Board of Trustees ...... 46

    ″    6 — Corporate Co-Trustee ................ 47

    ″    7 — General Provisions Applicable to Trustees 48

    ″    8 — Arbitration ......................... 51

    ″    9 — General Provisions .................. 52

    ″   10 — Non-member Employers .............. 55

    ″   11 — Amendment and Termination ......... 56

31

# TRUST AGREEMENT

## LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA

### Revised, 1975

THIS TRUST AGREEMENT, made and entered into as of the 2nd day of August, 1961, by and between NORTHERN AND CENTRAL CALIFORNIA CHAPTER, THE ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC., hereinafter referred to as the "Employer," and the NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS, AFL-CIO, hereinafter referred to as the "Union," recites and provides as follows:

Recitals:

1. The Employer, and the other employer organizations signatory to this Trust Agreement, are parties to collective bargaining agreements with the Union known respectively as the Laborers 46 Northern California Counties Master Agreement and the Laborers 46 Northern California Counties Tunnel Master Agreement, which provide that each individual employer covered by either of said Agreements shall pay hourly contributions for each hour paid and/or worked by employees under such agreement to the Laborers Pension Trust Fund for Northern California at rates specified from time to time in said Agreements.

*(Amended December 31, 1975)*

2. In addition, various individual employers performing work within the area covered by said Master Agreements are now or will become parties to collective bargaining agreements with the Union providing that said individual employers will comply with the wages, hours and working conditions as set forth in said Master Agreement, or providing for payments to a Pension Plan for employees covered by said collective bargaining agreements.

3. The parties have agreed that such contributions shall be payable to and be deposited in the Trust Fund created and established by this Trust Agreement.

4. Pursuant to said Master Agreements, and other collective bargaining agreements, a Subcommittee was established upon which the Employer and the Union were equally represented and said Subcommittee has negotiated the details of the Pension Plan referred to in said Master Agreements, which include the details of the trust for which provision is herein made.

5. Pending completion of said negotiations, the Subcommittee established pursuant to the Master Agreements entered into an Escrow Agreement with the CROCKER-ANGLO NATIONAL BANK, dated October

2, 1961, providing for the payment of the contributions coming due under such collective bargaining agreements for work on and after September 1, 1962, into an escrow account with said Bank, known as the Laborers Pension Plan for Northern California—Escrow Account, pending the preparation and execution of this Trust Agreement, and under said Escrow Agreement contributions have been paid by individual employers into such account.

6. This trust is being created and the Pension Plan implemented, each of which shall at all times conform to the applicable requirements of the Labor-Management Relations Act of 1947, as amended, and be qualified pursuant to the applicable provisions of the Internal Revenue Code, as amended, for all available exemptions and immunities.

7. The Subcommittee referred to in said Master Agreements, having duly and regularly extended the time limit for the completion of negotiations as provided in said Sections 28 (b) and 26 (B), respectively, has negotiated the following terms and provisions as the terms and provisions of the Trust Agreement governing the establishment and administration of the Laborers Pension Trust Fund for Northern California.

8. The purpose of this Trust Agreement is to provide for the establishment of such Trust Fund and for the maintenance of such Pension Plan in accordance with the terms of the collective bargaining agreements and this Trust Agreement.

9. Since the establishment of the Trust Fund, the Northern and Central California Chapter, the Associated General Contractors of America, Inc., originally named as the Employer herein, has been merged into the Associated General Contractors of California, Inc., which succeeded to all of the rights and obligations of said Employer and thereby became the entity referred to herein as the Employer. The name of the Union has also been changed to Northern California District Council of Laborers, affiliated with the Laborers' International Union of North America, AFL-CIO.

*(Amended December 31, 1975)*

10. The Employer and the Union have agreed that this Trust Agreement shall be and is amended, modified and restated to conform with all of the requirements of the Employee Retirement Income Security Act of 1974 and of any valid regulations issued pursuant to said Act.

*(Amended December 31, 1975)*

Provisions:

In consideration of the foregoing, and of the mutual promises hereinafter provided, the parties agree as follows:

# ARTICLE I

## Definitions

Unless the context or subject matter otherwise requires, the following definitions shall govern in this Trust Agreement:

**Section 1.** The term "Collective Bargaining Agreement" includes (a) each of the Master Agreements between Employer and the Union for the 46 Northern California Counties, dated June 27, 1962, (b) any other collective bargaining agreement between the Union or any of its affiliated local unions and any Individual Employer which provides that such Individual Employer shall make contributions to the Pension Plan or Pension Fund or shall comply with the wages, hours and working conditions of one or both of the Master Agreements, and (c) any modification, amendment, extension or renewal of any of said agreements, or any substitute for or successor to any such agreement, which provides for the making of employer contributions to the Pension Plan or Pension Fund.

**Section 2.** The term "Master Agreement" means the Laborers 46 Northern California Counties Master Agreement and the Laborers 46 Northern California Counties Tunnel Master Agreement, both dated June 27, 1962, and any modification, amendment, extension or renewal thereof, or any substitute for or successor to such Master Agreement.

**Section 3.** The term "Individual Employer" means any Individual Employer who is required by any of the Collective Bargaining Agreements to make contributions to the Pension Fund or who in fact makes one or more contributions to the Fund. The term "Individual Employer" shall also include the Union or any of its affiliated local unions which makes contributions to the Pension Fund with respect to the work of its employees pursuant to Subscriber Agreements to be approved by the Board of Trustees; provided, the inclusion of said Union or any of its affiliated local unions as Individual Employers is not a violation of any existing law or regulation. The Union and its affiliated local unions shall be Individual Employers solely for the purpose of making contributions with respect to the work of their respective employees and shall have no other rights or privileges under this Trust Agreement as Individual Employers.

*(Amended December 31, 1975)*

**Section 4.** The term "Employee" means any employee of an Individual Employer who performs one or more hours of work covered by any of the Collective Bargaining Agreements. The term "Employee" shall also include employees of the Union or any of its affiliated local unions with respect to whose work contributions are made to the Pension Fund pursuant to regulations adopted by the Board of Trustees; provided, the inclusion

34

of said employees is not a violation of any existing law or regulation.

*(Amended December 31, 1975)*

**Section 5.** The term "Retired Employee" means a person who has retired and who is receiving pension benefits under the Pension Plan.

**Section 6.** The term "Signatory Association" means any employer organization, other than the Employer, which is a party to this Trust Agreement, or the Master Agreements, on behalf of its members or executes on behalf of such members any agreement to be bound by the terms of this Trust Agreement or a written acceptance or authorization of this Trust Agreement or any such Master Agreements.

**Section 7.** The term "Trustee" means any natural person designated as Trustee pursuant to ARTICLE III hereof, but shall not include the Corporate Co-Trustee hereinafter defined.

**Section 8.** The terms "Board of Trustees" or "Board" mean the Board of Trustees established by this Trust Agreement.

**Section 9.** The terms "Pension Fund" or "Fund" mean the trust fund created and established by this Trust Agreement.

**Section 10.** The terms "Pension Plan" or "Plan" mean the Pension Plan created pursuant to the Collective Bargaining Agreements and this Trust Agreement and any modification, amendment, extension or renewal of said Plan.

**Section 11.** The term "Trust Agreement" means this agreement and any modification, amendment, extension or renewal thereof.

**Section 12.** The term "Contribution" means the payment made or to be made to the Fund by an Individual Employer. The term "Contribution" shall also include a payment made on behalf of an Employee of the Union or any affiliated local union pursuant to regulations adopted by the Board of Trustees.

**Section 13.** The term "Affiliated Local Union" means any local union affiliated with the Union whose members perform work covered by a Collective Bargaining Agreement.

**Section 14.** The term "Corporate Co-Trustee" means a Corporate Co-Trustee, if one is appointed, for the purposes specified in this Trust Agreement.

*(Amended December 31, 1975)*

**Section 15.** The term "ERISA" means the Employee Retirement Income Security Act of 1974 and any valid regulations issued pursuant thereto.

*(Amended December 31, 1975)*

35

## ARTICLE II

### Trust Fund

Section 1. There is hereby created the Laborers Pension Trust Fund for Northern California, which shall consist of all Contributions required by the Collective Bargaining Agreements to be made for the establishment and maintenance of the Plan, and all interest, income and other returns thereon of any kind whatsoever, and any other property received or held by reason of or pursuant to this trust. All sums held in escrow by the Crocker-Anglo National Bank pursuant to the Escrow Agreement dated October 2, 1962, and all interest or other returns of any kind thereon shall be and become a part of this trust and of the Fund.

Section 2. The Fund shall have its principal office in the City and County of San Francisco.

Section 3. No Employee shall be entitled to receive any part of the Contributions made or required to be made to the Fund in lieu of the benefits provided by the Plan.

Section 4. Subject to the continuing supervision, control and direction of the Board of Trustees and to the provisions hereof, the Corporate Co-Trustee may be vested with all right, title and interest in and to the Fund for the uses, purposes and duties set forth in this Trust Agreement. The Fund shall be administered by the Board of Trustees for the exclusive benefit of Employees and Retired Employees and the beneficiaries of such Employees or Retired Employees pursuant to the provisions of the Pension Plan. Notwithstanding anything to the contrary contained in this Trust Agreement or in the Plan, or any modification, amendment, extension or renewal hereof or of the Plan, no portion of the Fund shall at any time revert to, or be recoverable by, the Employer, any Signatory Association, any Individual Employer, the Union, any affiliated local union, or be used for, or diverted to, purposes other than for the exclusive benefit of Employees, Retired Employees or their beneficiaries under the Plan, and the payment of the administrative expenses of the Fund and the Plan, except for such contributions, if any, as may be returned to an Individual Employer, as paid by a mistake of fact, within one year of the payment thereof or as may otherwise be permitted by ERISA.

*(Amended December 31, 1975)*

Section 5. Neither the Employer, any Signatory Association, any Individual Employer, the Union, any affiliated local union, any Employee, any Retired Employee, any beneficiary under the Plan, nor any other person shall have any right, title or interest in or to the Fund other than as specifically provided in this Trust Agreement or in the Plan and no part of the Fund shall revert

36

to the Employer, any Signatory Association, or any Individual Employer other than as specifically provided herein. Neither the Fund nor any Contributions to the Fund shall be in any manner liable for or subject to the debts, contracts or liabilities of the Employer, any Signatory Association, any Individual Employer, the Union, any affiliated local union, any Employee, any Retired Employee, or any beneficiary.

*(Amended December 31, 1975)*

Section 6. Neither the Employer or any Signatory Association, nor any officer, agent, employee or committee member of the Employer or any Signatory Association, shall be liable to make Contributions to the Fund or be under any other liability to the Fund or with respect to the Plan, except to the extent that be may be an Individual Employer required to make Contributions to the Fund with respect to his own individual or joint venture operations, or to the extent he may incur liability as a Trustee as hereinafter provided. The liability of any Individual Employer to the Fund, or with respect to the Plan, shall be limited to the payments required by the Collective Bargaining Agreements with respect to his or its individual or joint venture operations and in no event shall he or it be liable or responsible for any portion of the Contributions due from other Individual Employers with respect to the operations of such Individual Employers. The basis on which payments are made to the Fund shall be as specified in the Collective Bargaining Agreements, in Subscriber Agreements and in this Trust Agreement and the Individual Employers shall not be required to make any further payments or contributions to the cost of operation of the Fund or of the Plan, except as may be provided in such Agreements or in ERISA.

*(Amended December 31, 1975)*

Section 7. Each Employee, Retired Employee or beneficiary under the Plan is hereby restrained from selling, transferring, anticipating, assigning, alienating, hypothecating or otherwise disposing of his pension, prospective pension or any other right or interest under the plan, and the Board of Trustees shall not recognize, or be required to recognize, any such sale, transfer, anticipation, assignment, alienation, hypothecation or other disposition. Any such pension, prospective pension, right or interest shall not be subject in any manner to voluntary transfer or transfer by operation of law or otherwise, and shall be exempt from the claims of creditors or other claimants and from all orders, decrees, garnishments, executions or other legal or equitable process or proceeding to the fullest extent permissible by law; provided, however, that the Board of Trustees may establish a procedure whereby any Retired Employee, and any surviving spouse while entitled to receive a pension, may direct that a portion of the pension due him or her shall be paid to the Laborers Health and Welfare Trust Fund for North-

37

ern California to defray all or part of the cost of benefits to be provided to him or her by that Fund and shall make such payments when so directed. The rights of a spouse of any Employee or Retired Employee shall be limited to a community property share of the pension actually received by a Retired Employee, after such receipt, and to rights as the designated beneficiary of an Employee or Retired Employee, and no pension, prospective pension, right or interest of an Employee or Retired Employee shall be subject to any order, decree, execution or other legal or equitable process or proceeding for the benefit of such spouse directed to the Fund.

*(Amended November 19, 1974 and December 31, 1975)*

Section 8. Neither the Employer, any Signatory Association, any Individual Employer, the Union, any affiliated local union, any Retired Employee, any Employee, nor any other beneficiary shall be liable or responsible for any debts, liabilities or obligations of the Fund or the Trustees.

Section 9. Contributions to the Fund shall be due commencing September 1, 1962, for work on or after that date, and shall be payable in San Francisco, California, in regular monthly installments starting on or before October 15, 1962, and continuing from month to month thereafter, subject to the provisions of the Collective Bargaining Agreements. The Contribution payable on or before October 15, 1962, shall include all payments which have theretofore accrued for work performed during the period from September 1, 1962, up to the close of the Individual Employer's payroll period ending closest to the last day of September, 1962, and thereafter each monthly Contribution shall include all payments which have accrued in the interim for work performed up to the close of the Individual Employer's payroll period ending closest to the last day of the preceding calendar month. Each monthly Contribution shall be accompanied by a report in a form prescribed by the Board of Trustees. The rate of Contributions made by the Union, or any affiliated local union, pursuant to regulations adopted by the Board of Trustees, shall be not less than the rate of Contributions called for by the Collective Bargaining Agreements.

Section 10. Each Contribution to the Fund shall be made promptly, and in any event on or before the 15th day of the calendar month in which it becomes payable, on which date said Contribution, if not then paid in full, shall be delinquent and such contributions, as thus increased, shall be the payments specified in this Trust Agreement and the Pension Plan pursuant to ERISA as required to be made to the Fund. If any Individual Employer fails to make his or its monthly Contribution in full on or before the 25th day of the month on four occasions within any twelve-month period, the Board of Trustees may provide by resolution that thereafter during

the twelve-month period immediately following such resolution the 15th day of the month shall be the delinquency date for such Individual Employer. The parties recognize and acknowledge that the regular and prompt payment of Contributions to the Fund is essential to the maintenance in effect of the Plan, and that it would be extremely difficult, if not impracticable to fix the actual expense and damage to the Fund and to the Plan which would result from the failure of an Individual Employer to pay such monthly Contributions in full within the time above provided. Therefore, the amount of damage to the Fund and Plan resulting from any such failure shall be presumed to be the sum of $20 per delinquency or 10% of the amount of the Contribution or Contributions due, whichever is greater, which amount shall become due and payable to the Fund as liquidated damages and not as a penalty, in San Francisco, California, upon the day immediately following the date on which the Contribution or Contributions become delinquent and said delinquent Contribution or Contributions shall be increased by the amount of said liquidated damages.

*(Amended December 31, 1975)*

## ARTICLE III

### Board of Trustees

Section 1. The Fund shall be administered by a Board of Trustees which shall consist of five Trustees representing the Individual Employers and five Trustees representing the Employees. The Trustees representing the Individual Employers shall be appointed in writing by the Employer, who is hereby irrevocably designated by each Individual Employer as his or its attorney in fact for the purpose of appointing and removing Trustees and successor Trustees. The Trustees representing the Employees shall be appointed by the Union by an instrument in writing signed by the Executive Officer of the Union. The Employer and the Union expressly designate the Trustees jointly as named fiduciaries, who shall have exclusive authority and discretion acting as the Board of Trustees as herein provided to control and manage the operation and administration of the Fund and the Pension Plan. Each of the current Trustees expressly accepts designation as a fiduciary and as Trustee by written acceptance and signature of this Agreement and assumes the duties, responsibilities and obligations of the Trustees as created and established by this Agreement and under applicable law. Any Trustee named hereafter shall do likewise by signing the Trust Agreement or a written acceptance thereof, in a form approved by and filed with the Board of Trustees.

*(Amended December 31, 1975)*

Section 2. The Trustees shall select one of their number to act as Chairman of the Board of Trustees and one to act as Co-Chairman, to serve for such period as

the Trustees shall determine. When the Chairman is selected from among the Employer Trustees, the Co-Chairman shall be selected from among the Employee Trustees, and vice versa.

Section 3. Each Trustee shall serve until his death, resignation or removal from office.

Section 4. A Trustee may resign at any time by serving written notice of such resignation upon the Secretary of the Board of Trustees at least thirty (30) days prior to the date on which such resignation is to be effective. The Secretary shall promptly notify in writing the Chairman and Co-Chairman of the Board and the Employer and Union of such resignation.

*(Amended December 31, 1975)*

Section 5. Any Employer Trustee may be removed from office at any time, for any reason, by a writing signed by the Employer and served on the Secretary of the Board of Trustees. Any Employee Trustee may be removed from office at any time, for any reason, by a writing signed by the Executive Officer of the Union and served on the Secretary of the Board of Trustees. The Secretary shall promptly notify in writing the Chairman and Co-Chairman of the Board, the Trustee being removed and the Union or Employer, as the case may be, of such removal.

*(Amended December 31, 1975)*

Section 6. If any Employer Trustee dies, resigns or is removed from office, a successor Trustee shall be appointed forthwith by an instrument in writing signed by the Employer. If any Employee Trustee dies, resigns or is removed from office, a successor Trustee shall be appointed forthwith by an instrument in writing signed by the Executive Officer of the Union.

*(Amended December 31, 1975)*

Section 7. The initial Employees Trustee shall be:

CHARLES ROBINSON
PERCY F. BALL
HARRY WHITEHOUSE
PHILIP THORPE
JAY JOHNSON

The initial Employer Trustees shall be:

A. E. HOLT
W. F. AMES, JR.
G. S. HERRINGTON
MORRIS K. DALEY
CARL K. LAWRENCE

40

## ARTICLE IV

### Functions and Powers of Board of Trustees

Section 1. The Board of Trustees acting jointly shall have the power to control and manage the assets, operations and administration of the Fund and the Plan as a fiduciary and shall exercise such authority with the care, skill, prudence and diligence under the circumstances then prevailing that a prudent Board acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of like character and with like aims; provided, however, that the Board may:

(a) appoint an investment manager or managers (as defined in ERISA) to manage (including the power to acquire and dispose of) any assets of the Fund,

(b) enter into an agreement allocating among Trustees such specific responsibilities, obligations or duties as the Board shall determine, after receiving and considering the written reports and recommendations of the consultant-actuary, co-legal counsel, the investment counselor or investment manager and the qualified public accountant engaged by the Fund, may be properly so allocated,

(c) designate pursuant to the same procedure persons other than named fiduciaries to carry out fiduciary responsibilities (other than Trustee responsibilities) under this Trust Agreement or the Plan,

(d) employ one or more persons to render advice with regard to any responsibility the Board has under this Trust Agreement or Plan, or

(e) do any one or more of the foregoing. Any person or entity so appointed, designated or employed shall act solely in the interests of the participants and beneficiaries of the Fund and Plan.

*(Amended December 31, 1975)*

Section 2. All Contributions to the Plan or the Fund shall be due and payable at San Francisco, California and shall be paid to, received and held by the Fund subject to the trust established by this Trust Agreement and all the terms and provisions hereof. The acceptance and cashing of any checks for such Contributions, and the disposition of the moneys covered thereby in accordance with this Trust Agreement, shall not release or discharge the Individual Employer from his or its obligation under the Collective Bargaining Agreement for hours compensated under said Agreement for which no Contribution has actually been received, notwithstanding any statement, restriction or qualification appearing on the check or any attachment thereto.

*(Amended December 31, 1975)*

Section 3. The Board of Trustees shall have the power, in the name of the Fund, in the name of its joint delinquency committee, or jointly with other funds, or

41

otherwise, as in its discretion may be deemed necessary or desirable, to demand and enforce, by suit in court or otherwise, the prompt payment of contributions to the Fund, including payments due to delinquencies as provided in Section 10 of Article II, without being limited or restricted by any grievance or arbitration procedures provided in a Collective Bargaining Agreement, and to assert and enforce all priorities, lien rights, and other claims or rights with respect to any contributions or payments belonging to the Fund, this Trust or any of its beneficiaries, including the right to file priority and other claims in bankruptcy. If any Individual Employer defaults in the making of such Contributions or payments and if the Board consults or causes to be consulted legal counsel with respect thereto, there shall be added to the obligation of the Individual Employer who is in default, reasonable attorneys fees, court costs and all other reasonable expenses incurred in connection with such suit or claim, including any and all appellate proceedings therein.

*(Amended December 31, 1975)*

Section 4. Without limitation of the provisions of Section 1 of this Article, the Board of Trustees shall have power:

(A) To pay or cause to be paid out of the Fund the reasonable expenses incurred in the establishment of the Fund and the Plan.

(B) To establish and accumulate such reserve funds as may be adequate to provide for administration expenses and other obligations of the Fund, including the maintenance in effect of the Plan.

(C) To provide a procedure for establishing and carrying out a funding policy and method consistent with the objectives of the Pension Plan and the requirements of ERISA in adopting a plan of benefits and in amending the plan.

*(Amended December 31, 1975)*

(D) To employ such executive, consultant, actuarial, accounting, administrative, clerical, secretarial and legal personnel and other employees and assistants, as may be necessary in connection with the administration of the Fund and the Plan and to pay or cause to be paid, out of the Fund, the compensation and necessary expenses of such personnel and assistants and the costs of office space, furnishings and supplies and other essentials required in such administration. If the Board is unable to agree upon the employment of either a consultant actuary or an attorney, pursuant to this clause, the Employer Trustees and the Employee Trustees may each select a consultant-actuary or an attorney, or both, as the case may require, who shall be directed to act jointly with each other in connection with the administration of the Fund,

and the reasonable cost of such advice or services shall be paid from the Fund.

*(Amended December 31, 1975)*

(E) To incur and pay or cause to be paid out of the Fund any other expense reasonably incidental to the administration of the Fund or the Plan.

(F) To compromise, settle, or release claims or demands in favor of or against the Fund on such terms and conditions as the Board may deem desirable, including the power to continue, maintain and from time to time modify or revoke, in whole or in part, a policy and procedure for the waiver of all or any part of the liquidated damages portion of any Contribution or Contributions upon such terms and conditions as the Board determines would be in the interests of the Fund and its participants and beneficiaries; provided, however, that this clause shall not excuse any violation of any of the Collective Bargaining Agreements.

*(Amended December 31, 1975)*

(G) If no investment manager is designated and appointed by the Board, to invest and reinvest or cause to be invested and reinvested the assets of the Fund, in accordance with all applicable laws. Investments may be made with a bank or other fiduciary to the fullest extent permitted by law. No indicia of ownership shall be maintained outside the jurisdiction of the district courts of the United States, except to the extent permitted by law.

*(Amended February 15, 1972 and December 31, 1975)*

(H) To enter into contracts and procure insurance policies in its own name or in the name of the Fund, to provide any or all of the benefits specified in the Plan, to terminate, modify or renew any such contracts or policies subject to the provisions of the Plan, and to exercise and claim all rights and benefits granted to the Board or the Fund by any such contracts or policies.

(I) With or without any of the contracts or policies mentioned in paragraph (H) of this Section, to pay or cause to be paid all or any part of the benefits provided in the Plan, to the persons entitled thereto under the Plan, and in accordance with the terms and provisions of the Plan which shall be the basis on which payments are made from the Plan.

*(Amended December 31, 1975)*

(J) To borrow money, and to encumber or hypothecate real or personal property by mortgage, deed of trust (with power of sale), contract of sale, security agreement, pledge or otherwise; to borrow money on the credit of the trust estate; and to purchase real or personal property subject to, and assume the obligation secured

42

43

by a mortgage, deed of trust (with power of sale), contract of sale, security agreement, pledge or otherwise.
*(Amended December 31, 1975)*

(K) To purchase, exchange, lease, mortgage or otherwise hypothecate, or otherwise acquire, or cause to be purchased, exchanged, leased, mortgaged or otherwise hypothecated, or otherwise acquired, any property, real, personal or mixed, on such terms as it may deem proper, and to execute and deliver or cause to be executed and delivered, any and all instruments in connection therewith.

(L) To sell, exchange, lease, convey or otherwise dispose of or to cause to be sold, exchanged, leased, conveyed or otherwise disposed of, any property of any kind forming a part of the Fund upon such terms as it may deem proper and to execute and deliver or cause to be executed and delivered, any and all instruments of conveyance or transfer in connection therewith.

(M) To construe the provisions of this Trust Agreement and the Plan and any such construction adopted by the Board in good faith shall be binding upon any and all parties or persons affected thereby.

(N) To pay or cause to be paid any and all real or personal property taxes, income taxes, or other taxes or assessments of any or all kinds levied or assessed upon or with respect to the Fund or the Plan.

(O) To maintain or cause to be maintained, on a current basis, all actuarial data, records and information in connection with the administration of the Plan and to cause the books and records to be checked and evaluated annually, or more often if the Board so determines, by the Fund consultant-actuary or consultant-actuaries as the case may be, whose reports shall be available for inspection by interested persons at reasonable times and upon proper notice, at such place or places as may be designated by the Board; and the Board shall have the right to rely upon all such reports and records.

(P) To prepare or cause to be prepared such reports, descriptions, summaries and other information as are or may be required by law or as the Board in its discretion deems necessary or advisable and to file and furnish such reports, descriptions, summaries and information to participants and their beneficiaries, Unions, the Employers and individual employers, the Trustees, or other persons or entities, including government agencies, as required by law.
*(Amended December 31, 1975)*

(Q) To maintain or cause to be maintained such bank account or accounts as may be necessary or advisable in the administration of the Fund or the Plan, and to designate the person or persons authorized to sign checks and withdrawal orders on any such accounts.

(R) To adopt and prescribe reasonable rules and procedures, which shall not be inconsistent with the provisions of this Trust Agreement or of the Plan, governing the reporting of Contributions, the entitlement to pension benefits, the method of applying for pension benefits, and any and all other matters in connection with the Fund and the Plan.

(S) To exercise and perform any and all of the other powers and duties specified in this Trust Agreement or the Plan.

**Section 5.** The Board of Trustees shall engage an independent qualified public accountant on behalf of all Plan participants as required by ERISA and an enrolled consultant-actuary on behalf of all Plan participants also as required by ERISA.
*(Amended December 31, 1975)*

**Section 6.** The Board of Trustees shall provide at the expense of the Fund, where and to the extent permissible by applicable law, insurance and bonding protection for the Fund and for each Trustee, former Trustee or estate of a deceased Trustee or former Trustee, and all other persons who handle funds or other property of the Fund for any purpose whatsoever. The protection shall be from such companies as the Board shall determine.
*(Amended June 17, 1975)*

**Section 7.** All checks, drafts, vouchers or other withdrawals of money from the Fund shall be authorized in writing or countersigned by at least one Employer Trustee and one Employee Trustee.

**Section 8.** The Board of Trustees shall maintain suitable and adequate records of and for the administration of the Fund and the Plan. The Board may require the Employer, any Signatory Association, any Individual Employer, the Union, any affiliated local union, any Employee, Retired Employee or any other beneficiary under the Plan to submit to it any information, data, report or documents reasonably relevant to and suitable for the purposes of such administration; provided, however, that neither the Union nor any affiliated local union shall be required to submit lists of membership. The parties agree that they will use their best efforts to secure compliance with any reasonable requests of the Board for any such information, data, report or documents. Upon request in writing from the Board, any Individual Employer will permit a Trust Fund Auditor to enter upon the premises of such Individual Employer during business hours, at a reasonable time or times, not less than two (2) working days after such request, and to examine and copy such books, records, papers or reports of such Individual Employer as may be necessary to determine whether the Individual Employer is making full and

44

45

prompt payment of all sums required to be paid by him or it to the Fund.

*(Amended August 1, 1974)*

Section 9. The books of account and records of the Board of Trustees, including the books of account and records pertaining to the Fund, shall be audited at least once each year by an independent qualified public accountant engaged by the Board on behalf of all Plan participants who shall conduct such an examination of any financial statements of the Fund and Plan, and of other books and records of the Fund and Plan, as is required by ERISA. The Board shall also make all other reports required by law. A statement of the results of the annual audit shall be available for inspection by interested persons at the principal office of the Fund and at such other suitable place as the Board may designate from time to time.

*(Amended December 31, 1975)*

Section 10. Compatible with equitable principles and to the extent that sound accounting principles permit, the Board of Trustees may coordinate its activities in the administration of the Fund and the Plan with the administrative activities of the governing board or boards of any other fund or funds, or plan or plans, established or to be established for employees in the building and construction industry to such extent and upon such terms as may be deemed necessary or desirable by the Board, including the entering into and performance of agreements or arrangements with any such board or boards providing for reciprocity or the transfer or exchange of credits or contributions between or among such funds or plans upon such terms as the Board may determine are for the best interests of the beneficiaries of the Plan.

*(Amended June 1, 1967)*

## ARTICLE V

### Procedure of Board of Trustees

Section 1. The Board of Trustees shall determine the time and place for regular periodic meetings of the Board. Either the Chairman or the Co-Chairman, or any two members of the Board, may call a special meeting of the Board by giving written notice to all other trustees of the time and place of such meeting at least five days before the date set for the meeting. Any such notice of special meeting shall be sufficient if sent by ordinary mail or by wire addressed to the Trustee at his address as shown in the records of the Board. Any meeting at which all Trustees are present, or concerning which all Trustees have waived notice in writing, shall be a valid meeting without the giving of any notice.

Section 2. The Board shall appoint a secretary who shall keep minutes or records of all meetings, proceedings

46

and acts of the Board. Such minutes need not be verbatim.

Section 3. The Board shall not take any action or make any decision on any matter coming before it or presented to it for consideration or exercise any power or right given or reserved to it or conferred upon it by this Trust Agreement except upon the vote of a majority of all ten of the Trustees at a meeting of the Board duly and regularly called or except by the signed concurrence of all ten Trustees without a meeting, as provided in section 5 of this Article. In the event of the absence of an Employer Trustee from a meeting of the Board, the Employer Trustees present at such meeting may vote on behalf of such absent Trustee and if such Employer Trustees cannot all agree as to how the vote of such absent Employer Trustee shall be cast then it shall be cast as the majority of them shall determine, or in the absence of such majority determination, it shall be cast as the Employer Trustee Chairman or Co-Chairman of the Board shall determine. In the event of the absence of any Employee Trustee from a meeting of the Board, the Employee Trustees present at such meeting may vote on behalf of such absent Trustee pursuant to the same method and in the same manner as above provided for Employer Trustees to cast the vote of any absent Employer Trustee.

Section 4. All meetings of the Board shall be held at the principal office of the Fund unless another place is designated from time to time by the Board.

Section 5. Upon any matter which may properly come before the Board of Trustees, the Board may act in writing without a meeting, provided such action has the concurrence of all the Trustees.

## ARTICLE VI

### Corporate Co-Trustee

Section 1. The Corporate Co-Trustee and any successor may be appointed by the Board of Trustees.

*(Amended December 31, 1975)*

Section 2. The Corporate Co-Trustee shall not be a representative of either the Employer or the Union.

Section 3. The duties, responsibilities, rights and powers of the Corporate Co-Trustee shall be such as may be delegated to it by the Board of Trustees, and the same shall be set forth in a contract between the Board of Trustees and the Corporate Co-Trustee. The Corporate Co-Trustee currently designated as a fiduciary and Corporate Co-Trustee is the Bank of America National Trust and Savings Association.

*(Amended December 31, 1975)*

47

## ARTICLE VII

### General Provisions Applicable to Trustees

Section 1. The provisions of this Article are subject to and qualified by the provisions of ERISA to the extent that such provisions are constitutionally applicable. In order to induce experienced, competent and qualified persons and entities to serve as fiduciaries, to deal with the Fund and the Board of Trustees and to participate in other ways in the administration and operation of the Fund and Plan and thus to further the interests of the participants and beneficiaries of the Plan, it is the intent and purpose of the parties to provide herein for the maximum permissible protection and indemnification of such persons or entities from and against personal liability, loss, cost or expense as a result of such service, dealing or participation, and the provisions of this Article shall be liberally construed and applied to accomplish this objective.

*(Amended June 17, 1975)*

Section 2. No party who has verified that he or it is dealing with the duly appointed Trustees, or any of them, shall be obligated to see to the application of any moneys or property of the Fund, or to see that the terms of this Trust Agreement have been complied with, or to inquire as to the necessity or expediency of any act of the Trustees. Every instrument executed by the Board of Trustees or by its direction shall be conclusive in favor of every person who relies on it, that (A) at the time of the delivery of the instrument this Trust Agreement was in full force and effect, (B) the instrument was executed in accordance with the terms and conditions of this Trust Agreement, and (C) the Board was duly authorized to execute the instrument or direct its execution.

Section 3. The duties, responsibilities, liabilities and disabilities of any Trustee under this Trust Agreement shall be determined solely by the express provisions of this Trust Agreement and no further duties, responsibilities, liabilities or disabilities shall be implied or imposed.

Section 4. The Trustees shall incur no liability either collectively or individually, in acting upon any papers, documents, data or information believed by them to be genuine and accurate and to have been made, executed, delivered or assembled by the proper parties. The Trustees may delegate any of their ministerial powers or duties to any of their agents or employees. No Trustee shall incur any liability for simple negligence, oversight or carelessness in connection with the performance of his duties as such Trustee. No Trustee shall be liable for the act or omission of any other Trustee. The Fund shall exonerate, reimburse and save harmless the Trustees, individually and collectively, against any and all liabilities and reasonable expenses arising out of the trusteeship, except (as to the individual Trustee or

Trustees directly involved) for expenses or liabilities arising out of wilful misconduct or gross negligence. No expense shall be deemed reasonable under this section unless and until approved by the Board of Trustees.

Section 5. (A) Except as otherwise provided in Subsection (B) of this Section, upon request of a Trustee or former Trustee, or the legal representative of a deceased Trustee or former Trustee, the Board of Trustees shall provide for the defense of any civil action or proceeding brought against the Trustee, former Trustee or estate of a deceased Trustee or former Trustee, in his capacity as such Trustee or former Trustee or in his individual capacity or in both, on account of any act or omission in the scope of his service or duties as a Trustee of the Fund. For the purposes of this Section, a cross-action, counterclaim, cross-complaint or administrative or arbitration proceeding against a Trustee or former Trustee or estate shall be deemed to be a civil action or proceeding brought against him or it.

(B) The Board of Trustees may refuse to provide for the defense of a civil action or proceeding brought against a Trustee or former Trustee or estate if the Board determines that:

(1) The act or omission was not within the scope of his service as a Trustee of the Fund; or

(2) He acted or failed to act in breach of his fiduciary duty because of wilful misconduct or gross negligence; or

(3) The defense of the action or proceeding by the Board would create a conflict of interest between the Board or Fund and the Trustee, former Trustee or estate.

(C) The Board of Trustees may provide for the defense of a criminal action brought against a Trustee or former Trustee if:

(1) The criminal action or proceeding is brought on account of an act or omission in the scope of his services or duties as a Trustee or former Trustee; and

(2) The Board determines that such defense would be in the best interests of the Fund and its participants and beneficiaries and that the Trustee or former Trustee acted, or failed to act, in good faith, without actual malice and in the apparent interests of the Fund and its participants and beneficiaries.

(D) The Board may provide for a defense pursuant to this section by Fund counsel or co-counsel or by employing other counsel for such purpose or by purchasing insurance which requires that the insurer provide the defense. All of the expenses of providing a defense pursuant to this Section are proper charges against the Fund. The Fund shall have no right to recover such expenses from the Trustee, former Trustee or estate.

48

49

(E) If after request the Board fails or refuses to provide a Trustee, former Trustee or estate with a defense against a civil action or proceeding brought against him or it and the Trustee or former Trustee or legal representative retains his own counsel to defend the action or proceeding, he shall be entitled to recover from the Fund such reasonable attorneys fees, costs and expenses as are necessarily incurred by him in defending the action or proceeding if the action or proceeding arose out of an act or omission in the scope of his service or duties as a Trustee of the Fund, unless the Board establishes that the Trustee or former Trustee acted or failed to act in breach of his fiduciary duty because of willful misconduct or gross negligence.

*(Amended June 17, 1975)*

Section 6. Neither the Employer, any Signatory Association, the Individual Employers, the Union, any affiliated local union, nor any of the Trustees shall be responsible or liable for:

(A) The validity of this Trust Agreement or the Plan.

(B) The form, validity, sufficiency, or effect of any contract or policy for pension benefits which may be entered into.

(C) Any delay occasioned by any restriction or provision in this Trust Agreement, the Pension Plan, the rules and regulations of the Board of Trustees issued hereunder, any contract or policy procured in the course of the administration of the Fund, or by any other proper procedure in such administration; provided, however, that this clause shall not excuse any violation of any Collective Bargaining Agreement.

(D) The making or retention of any deposit or investment of the Fund, or any portion thereof, or the disposition of any such investment, or the failure to make any investment of the Fund, or any portion thereof, or any loss or diminution of the Fund, except as to the particular person involved, such loss as may be due to the gross neglect or wilful misconduct of such person.

Section 7. Neither the Employer, any Signatory Association, any Individual Employer, the Union, nor any affiliated local union shall be liable in any respect for any of the obligations or acts of the Trustees because such Trustees are in any way associated with the Employer, any Signatory Association, any Individual Employer, the Union, or any affiliated local union.

Section 8. Subject to and within the limitations provided in ERISA, the Board of Trustees may provide for the reimbursement to the Trustees for expenses incurred in the performance of their duties as Trustees, including attendance at educational or training conferences, institutes or other meetings relevant to such duties as authorized by the Board, and for a reasonable payment to

50

the Trustees for attendance at meetings or other services rendered to the Fund at the request or direction of the Board.

*(Amended February 20, 1968, February 15, 1972 and December 31, 1975)*

Section 9. Any Trustee who resigns or is removed from office shall forthwith turn over to the Chairman or Co-Chairman of the Board of Trustees at the principal office of the Fund any and all records, books, documents, moneys and other property in his possession or under his control which belongs to the Fund or which were received by him in his capacity as such Trustee.

Section 10. The name of the Fund may be used to designate the Trustees collectively and all instruments may be affected by the Board of Trustees in such name.

## ARTICLE VIII

### Arbitration

Section 1. In the event that the Trustees deadlock on any matter arising in connection with the administration of the Fund or the Plan, they shall agree upon a neutral person to serve as an impartial umpire to decide the dispute. The Employer Trustees and the Employee Trustees may, by mutual agreement, select an equal number of representatives from their respective trustee groups to sit with the umpire to constitute a Board of Arbitration. If such is done, the decision of a majority of this Board shall be final and binding upon the Trustees and the parties and beneficiaries of this Trust Agreement and of the Plan. Otherwise, the decision of the impartial umpire shall be final and binding upon the Trustees, the parties and the beneficiaries of the Trust Agreement and the Plan. Any matter in dispute and to be arbitrated shall be submitted to the Board of Arbitration or the impartial umpire, as the case may be, in writing, and in making its or his decision, the Board or umpire shall be bound by the provisions of this Trust Agreement, the Plan and the Collective Bargaining Agreement and shall have no authority to alter or amend the terms of any thereof. If the Trustees cannot jointly agree upon a statement submitting said matter to arbitration, each group shall prepare and state in writing its version of the dispute and the question or questions involved. The decision of the Board of Arbitration or the impartial umpire, as the case may be, shall be rendered in writing within 10 days after the submission of the dispute.

Section 2. If no agreement on an impartial umpire is reached within ten days, or within such further time as the Trustees may allow for such purpose by mutual agreement, such umpire shall on petition of either the Employee Trustees or the Employer Trustees, be ap-

51

pointed by the United States District Court for the Northern District of California.

Section 3. The reasonable expense of any such arbitration, including any necessary court proceedings to secure the appointment of an umpire or the enforcement of the arbitration award (excluding the fees and expenses of witnesses called by the parties and the cost of any attorneys other than the Fund attorneys selected pursuant to section 4 (D) of Article IV), shall be a proper charge against the Fund. No expenses shall be deemed reasonable under this section unless and until approved by the Board of Trustees.

*(Amended December 31, 1975)*

Section 4. No matter in connection with the interpretation or enforcement of any Collective Bargaining Agreement shall be subject to arbitration under this Article. No matter which is subject to arbitration under this Article shall be subject to the grievance procedure or any other arbitration procedure provided in any of the Collective Bargaining Agreements.

## ARTICLE IX

### General Provisions

Section 1. Subject to the provisions of the Collective Bargaining Agreements, the rights and duties of all parties, including the Employer, the Signatory Associations, the Individual Employers, the Union, the affiliated local unions, the Employees, Retired Employees and their beneficiaries, and the Trustees, shall be governed by the provisions of this Trust Agreement and the Plan and any insurance policies or contracts procured or executed pursuant to this Trust Agreement.

Section 2. No Employee, Retired Employee or other beneficiary or person shall have any right or claim to benefits under this Plan other than as specified in the Plan. Any and every claim to benefits from the Fund, and any claim or rights asserted under the Plan or against the Fund, regardless of the basis asserted for the claim and regardless of when the act or omission upon which the claim is based occurred, shall be resolved only by the Board of Trustees under and pursuant to the Plan and its decision with regard to the claim or right shall be final and binding upon all persons affected by the decision. The Board of Trustees shall establish a procedure for the presentation, consideration and determination of any such claim or right, which procedure shall comply with ERISA. No action may be brought for benefits under the Plan or to enforce any right or claim under the Plan or against the Fund until after the claim for benefits or other claim has been submitted to and determined by the Board in accordance with the procedure thus established and thereafter the only action which may be brought is one to enforce the decision of

the Board or to clarify the rights of the claimant under such decision. Neither the Employer, any Signatory Association, the Union, any affiliated local union, nor any of the Trustees shall be liable for the failure or omission for any reason to pay any benefits under the Plan.

*(Amended December 31, 1975)*

Section 3. Any notice required to be given under the terms of this Trust Agreement or the Plan shall be deemed to have been duly served if delivered personally to the person to be notified in writing, or if mailed in a sealed envelope, postage prepaid, to such person at his last known address as shown in the records of the Fund, or if sent by wire to such person at said last known address.

Section 4. This Trust Agreement shall be binding upon and inure to the benefit of all Individual Employers who are now or hereafter may become members of the Employer, or any Signatory Association, and the heirs, executors, administrators, successors, purchasers and assigns of the Employer, any Signatory Association, any Individual Employer, the Union, any affiliated local union, and the Trustees.

Section 5. All questions pertaining to this Trust Agreement, the Fund or the Plan, and their validity, administration and construction, shall be determined in accordance with the laws of the State of California and with any pertinent laws of the United States.

Section 6. If any provision of this Trust Agreement, the Plan, the rules and regulations made pursuant hereto, or any step in the administration of the Fund or the Plan is held to be illegal or invalid for any reason, such illegality or invalidity shall not affect the remaining portions of the Trust Agreement, the Plan or the rules and regulations, unless such illegality or invalidity prevents accomplishment of the objectives and purposes of the Trust Agreement and the Plan. In the event of any such holding, the parties will immediately commence negotiations to remedy any such defect.

Section 7. Except to the extent necessary for the proper administration of the Fund or the Plan, all books, records, papers, reports, documents, or other information obtained with respect to the Fund or the Plan shall be confidential and shall not be made public or used for any other purposes. Nothing in this section shall prohibit the preparation and publication of statistical data and summary reports with respect to the operations of the Fund and the Plan, nor the cooperation with benefit funds or plans authorized by other provisions of this Trust Agreement.

Section 8. In the establishment and maintenance of the Pension Plan, and in the execution, amendment and

implementation of this Trust Agreement, the Union acts for and on behalf of the Employees and as their collective bargaining representative and agent, and every agreement or act of the Union in connection with the establishment, maintenance and operation of the Fund or the Plan shall be deemed to be and is the agreement or act of the Employee, or Employees, concerned or affected by such agreement or action.

Section 9. In the establishment and maintenance of the Pension Plan, and in the execution, amendment and implementation of this Trust Agreement, the Employer acts for and on behalf of the Individual Employers who, at the time of the execution of this Trust Agreement are, or during the term thereof become members of the Employer, or of any Signatory Association, and for and on behalf of any other Individual Employer who is required by any of the Collective Bargaining Agreements to make Contributions to the Fund or who in fact makes one or more Contributions to the Fund. Every agreement or act of the Employer in connection with the establishment, maintenance and operation of the Fund or the Plan shall be deemed to be and is the agreement or act of the Individual Employers, or Individual Employer, concerned or affected by such agreement or action.

Section 10. It is the intent and purpose of the parties that Contributions to the Fund shall be at all times deductible by the Individual Employers for income tax purposes in the taxable year when paid, that benefits to Employees, Retired Employees or other beneficiaries shall be at all times taxable to them, if at all, only in the year such benefits are distributed or made available to such Employees, Retired Employees or other beneficiaries and that the trust created hereby shall be at all times tax exempt. Application for the qualification of the trust created by this Trust Agreement under the Internal Revenue Code shall be made as soon as practicable, and the parties and the Board of Trustees shall do whatever may be necessary to secure such qualification as soon as possible. If any administrative or judicial ruling holds that any provision of this Trust Agreement or of the Pension Plan prevents or defeats the qualification of the trust as herein provided or any other objective stated in this section, either under presently existing laws or regulations or under any laws or regulations hereafter enacted or adopted, or if for any reason it shall be necessary or desirable to amend this Trust Agreement or the Pension Plan to accomplish any such objective, the parties will forthwith enter into negotiations with regard to the amendment of this Trust Agreement or the Pension Plan in such respects as may be necessary to accomplish such qualification or other objective, consistently with the other objectives and purposes of this agreement, and any such amendment shall be effective, insofar as practicable, as of the effective date of this Trust Agreement

54

or of the Pension Plan or as of the effective date of any such law or regulations hereafter enacted or adopted, as the case may require.

Section 11. In any action or proceeding affecting the Fund, the Plan, or the trust hereby established, it shall be necessary to join as parties only the Trustees and neither the Employer nor any Signatory Association, the Union, any affiliated local union, any Employee, Retired Employee, any beneficiary or other person shall be entitled to notice of any such proceeding or to service of process therein. Any final judgment entered in any such action or proceeding shall be binding upon all of the above mentioned parties so long as such judgment does not attempt or purport to impose any personal liability upon or against any party not joined or not served in any such action or proceeding.

Section 12. Any payment required by a decision of the Board shall be due and payable in the City and County of San Francisco and any action or proceeding to enforce or clarify such decision shall be brought in a court of competent jurisdiction in that City and County. Any action or proceeding affecting the Fund, the Plan or the Trust hereby established shall be brought solely against the Fund as an entity, and solely by or on behalf of the claimant in the claims procedure established pursuant to Section 7 of this Article, and neither the Employer nor any Signatory Association, the Union, any affiliated local union, any Employee, Retired Employee, any beneficiary or other person shall be entitled to notice of any such action or proceeding or to service of process therein. Any final judgment entered in any such action or proceeding shall be binding upon all of the above-mentioned parties so long as such judgment does not attempt or purport to impose any personal liability upon or against any party not joined or not served in any such action or proceeding.

*(Amended December 31, 1975)*

## ARTICLE X

## Non-member Employers

Section 1. Upon the approval of the Board of Trustees, any Individual Employer who is not a member of or represented by the Employer or a Signatory Association but who is performing work coming within the jurisdiction of the Union may become a party to this Trust Agreement by executing in writing and depositing with the Administrative Office of the Board of Trustees his or its acceptance of the terms of this Trust Agreement, in a form acceptable to the Board.

*(Amended December 31, 1975)*

Section 2. Any Individual Employer who executes and deposits any such written acceptance, or who in fact

55

makes one or more Contributions to the Fund with the approval of the Board of Trustees, assumes and shall be bound by all of the obligations imposed by this Trust Agreement upon the Individual Employer, is entitled to all rights under this Trust Agreement and is otherwise subject to it in all respects.

## ARTICLE XI

### Amendment and Termination

Section 1. The provisions of this Trust Agreement may be amended or modified at any time, and from time to time, by mutual agreement of the Employer and the Union subject to the terms and conditions of the Collective Bargaining Agreements, any applicable law or regulation and the provisions of Section 4 of this Article.

Section 2. Subject to the provisions of this Article and Section 6 of Article IX of this Trust Agreement, this Trust is irrevocable and the provisions of this Trust Agreement shall continue in effect during the term of the Collective Bargaining Agreements, and any amendments, modifications, renewals or extensions thereof with respect to such Collective Bargaining Agreements as provided for the continuation of payments into the Fund and of the Pension Plan.

*(Amended July 20 1965)*

Section 3. This Trust Agreement and the trust herein provided may be terminated by the Employer and the Union by an instrument in writing executed by mutual consent at any time, subject to the provisions of Section 4 of this Article. Upon the termination of such trust, any moneys remaining in the Fund after the payment of all expenses and obligations of the trust shall be paid or used for the continuance of one or more pension benefits in accordance with the provisions of the Pension Plan, until such Fund is exhausted.

Section 4. In no event shall any amendment or modification of this Trust Agreement, or the termination of this Trust Agreement, cause or result in any portion of the Fund reverting to, or being recoverable by the Employer, any Signatory Association, any Individual Employer, the Union, any affiliated local union, or cause or result in the diversion of any portion of the Fund to any purpose other than the exclusive benefit of Employees, Retired Employees or their beneficiaries under the Plan and the payment of the administrative expenses of the Fund and the Plan, except to the extent of such sums, if any, as may be refunded to Individual Employers as having been paid erroneously in excess of their obligations under the Collective Bargaining Agreements or his Trust Agreement.

56

Section 5. In no event shall the trust established by this Trust Agreement continue for a longer period than is permitted by law.

EMPLOYER:

Northern and Central California Chapter, The Associated General Contractors of America, Inc.

By Budd O. Stevenson
President

Bruce McKenzie
Secretary

UNION:

Northern California District Council of Laborers, AFL-CIO

By Jay Johnson
President

Percy F. Ball
Secretary

Chas. Robinson
Business Representative

57

# VACATION-HOLIDAY

## TRUST FUND

# TRUST AGREEMENT

## LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA

### Revised, 1975

THIS TRUST AGREEMENT, made and entered into as of the 4th day of June, 1963, by and between NORTHERN AND CENTRAL CALIFORNIA CHAPTER, THE ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC., hereinafter referred to as the "Employer," and the NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS, AFL-CIO, hereinafter referred to as the "Union," recites and provides as follows:

Recitals:

1. The Employer, and the other employer organizations signatory to this Trust Agreement, are parties to collective bargaining agreements with the Union known respectively as the Laborers 46 Northern California Counties Master Agreement and the Laborers 46 Northern California Counties Tunnel Master Agreement, which provide that each individual employer covered by either of said Agreements shall pay hourly contributions for each hour paid and/or worked by employees under such agreement to the Laborers Vacation-Holiday Trust Fund for Northern California at rates specified from time to time in said Agreements.

*(Amended December 31, 1975)*

2. In addition, various individual employers performing work within the area covered by said Master Agreements are now or will become parties to collective bargaining agreements with the Union providing that said individual employers will comply with the wages, hours and working conditions as set forth in said Master Agreements or providing for payments to a vacation plan for employees covered by said collective bargaining agreements.

3. The parties have agreed that such contributions shall be payable to and be deposited in the Trust Fund created and established by this Trust Agreement.

4. Pursuant to said Master Agreements, and other collective bargaining agreements, a Subcommittee was established upon which the Employer and the Union were equally represented and said Subcommittee has negotiated the details of the Vacation Plan referred to in said Master Agreements, which include the details of the trust for which provision is herein made.

5. Pending completion of said negotiations, the Subcommittee established pursuant to the Master Agreements entered into an Escrow Agreement with the CROCKER-ANGLO NATIONAL BANK, dated October 2, 1962, providing for the payment of the contributions coming due under such collective bargaining agreements for work on and after September 1, 1962, into an escrow account with said Bank, known as the Laborers Vacation Plan for Northern California — Escrow Account, pending the preparation and execution of this Trust Agreement, and under said Escrow Agreement contributions have been paid by individual employers into such account.

6. This trust is being created and the Vacation Plan implemented, each of which shall at all times conform to the applicable requirements of the Labor-Management Relations Act of 1947, as amended, and be qualified pursuant to the applicable provisions of the Internal Revenue Code, as amended, for all available exemptions and immunities.

7. The Subcommittee referred to in said Master Agreements, having duly and regularly extended the time limit for the completion of negotiations as provided in said Sections 28(c) and 26(C), respectively, has negotiated the following terms and provisions as the terms and provisions of the Trust Agreement governing the establishment and administration of the Laborers Vacation Trust Fund for Northern California.

8. The purpose of this Trust Agreement is to provide for the establishment of such Trust Fund and for the maintenance of such Vacation Plan in accordance with the terms of the collective bargaining agreements and this Trust Agreement.

9. Since the establishment of the Trust Fund, the Northern and Central California Chapter, The Associated General Contractors of America, Inc., originally named as the Employer herein, has been merged into the Associated General Contractors of California, Inc., which succeeded to all of the rights and obligations of said Employer and thereby became the entity referred to herein as the Employer. The name of the Union has also been changed to Northern California District Council of Laborers, affiliated with the Laborers' International Union of North America, AFL-CIO.

*(Amended December 31, 1975)*

10. The Employer and the Union have agreed that this Trust Agreement shall be and is amended, modified and restated to conform with all of the requirements of the Employee Retirement Income Security Act of 1974 and to any valid regulations issued pursuant to said Act.

*(Amended December 31, 1975)*

Provisions:

In consideration of the foregoing, and of the mutual promises hereinafter provided, the parties agree as follows:

# ARTICLE I

## Definitions

Unless the context or subject matter otherwise require, the following definitions shall govern in this Trust Agreement:

**Section 1.** The term "Collective Bargaining Agreement" includes (a) each of the Master Agreements between Employer and the Union for the 46 Northern California Counties, dated June 27, 1962, (b) any other collective bargaining agreement between the Union or any of its affiliated local unions and any Individual Employer which provides that such Individual Employer shall make contributions to the Plan or Fund or shall comply with the wages, hours and working conditions of one or both of the Master Agreements, and (c) any modification, amendment, extension or renewal of any of said agreements, or any substitute for or successor to any such agreement, which provides for the making of employer contributions to the Plan or Fund.

**Section 2.** The term "Master Agreement" means the Laborers 46 Northern California Counties Master Agreement and the Laborers 46 Northern California Counties Tunnel Master Agreement, both dated June 27, 1962, and any modification, amendment, extension or renewal thereof, or any substitute for or successor to such Master Agreement.

**Section 3.** The term "Individual Employer" means any Individual Employer who is required by any of the Collective Bargaining Agreements to make contributions to the Fund or who in fact makes one or more contributions to the Fund. The term "Individual Employer" shall also include the Union or any of its affiliated local unions which makes contributions to the Fund with respect to the work of its employees pursuant to Subscriber Agreements to be approved by the Board of Trustees; provided, the inclusion of said Union or any of its affiliated local unions as an Individual Employer is not a violation of any existing law or regulation. The Union and its affiliated local unions shall be Individual Employers solely for the purpose of making Contributions with respect to the work of their respective employees and shall have no other rights or privileges under this Trust Agreement as Individual Employers.

*(Amended December 31, 1975)*

**Section 4.** The term "Employee" means any employee of an Individual Employer who performs one or more hours of work covered by any of the Collective Bargaining Agreements. The term "Employee" shall also include employees of the Union or any of its affiliated local unions with respect to whose work contributions are made to the Fund pursuant to regulations adopted by the Board of Trustees; provided, the inclusion of said

employees is not a violation of any existing law or regulation.

*(Amended December 31, 1975)*

**Section 5.** The term "Signatory Association" means any employer organization, other than the Employer, which is a party to this Trust Agreement, or the Master Agreements, on behalf of its members or executes on behalf of such members any agreement to be bound by the terms of this Trust Agreement or a written acceptance or authorization of this Trust Agreement or any such Master Agreement.

**Section 6.** The term "Trustee" means any natural person designated as Trustee pursuant to Article III hereof.

**Section 7.** The terms "Board of Trustees" or "Board" mean the Board of Trustees established by this Trust Agreement.

**Section 8.** The term "Fund" means the trust fund created and established by this Trust Agreement. (1)

*(Amended September 15, 1965)*

**Section 9.** The term "Plan" means the Vacation-Holiday Plan created pursuant to the Collective Bargaining Agreements and this Trust Agreement and any modification, amendment, extension or renewal of said Plan. (1)

*(Amended September 15, 1965)*

**Section 10.** The term "Trust Agreement" means this agreement and any modification, amendment, extension or renewal thereof.

**Section 11.** The term "Contribution" means the payment made or to be made to the Fund by an Individual Employer. The term "Contribution" shall also include a payment made on behalf of an Employee of the Union or any affiliated local union pursuant to regulations adopted by the Board of Trustees.

**Section 12.** The term "affiliated local union" means any local union affiliated with the Union whose members perform work covered by the Master Agreements.

**Section 13.** The term "ERISA" means the Employee Retirement Income Security Act of 1974 and any valid regulations issued pursuant thereto.

*(Amended December 31, 1975)*

# ARTICLE II

## Trust Fund

**Section 1.** There is hereby created the Laborers Vacation-Holiday Trust Fund for Northern California, which

---

(1) The terms "Vacation Fund" and "Vacation Plan" as used in any article heading or section of the Trust Agreement were shortened to "Fund" and "Plan", respectively as amended September 15, 1965.

shall consist of all contributions required by the Collective Bargaining Agreements to be made for the establishment and maintenance of the Plan, and all interest, income and other returns thereon of any kind whatsoever, and any other property received or held by reason of or pursuant to this trust. All sums held in escrow by the Crocker-Anglo National Bank pursuant to the Escrow Agreement dated October 2, 1962, and all interest or other returns of any kind thereon shall be and become a part of this trust and of the Fund.

*(Amended September 15, 1965)*

Section 2. The Fund shall have its principal office in the City and County of San Francisco.

Section 3. No employee shall be entitled to receive any part of the Contributions made or required to be made to the Fund in lieu of the benefits provided by the Plan.

Section 4. The Fund shall be administered by the Board of Trustees for the exclusive benefit of Employees and their beneficiaries pursuant to the provisions of the Plan. Notwithstanding anything to the contrary contained in this Trust Agreement or in the Plan, or any modification, amendment, extension or renewal hereof or of the Plan, no portion of the Fund shall at any time revert to, or be recoverable by, the Employer, any Signatory Association, any Individual Employer, the Union, any affiliated local union, or be used for, or diverted to, purposes other than for the exclusive benefit of Employees or their beneficiaries under the Plan, and the payment of the administrative expenses of the Fund and Plan, except for such Contributions, if any, as may be returned to an Individual Employer, as paid by a mistake of fact, within one year of the payment thereof or as may otherwise be permitted by ERISA.

*(Amended December 31, 1975)*

Section 5. Neither the Employer, any Signatory Association, any Individual Employer, the Union, any affiliated local union, any Employee, any beneficiary under the Plan, nor any other person shall have any right, title or interest in or to the Fund other than as specifically provided in this Trust Agreement or in the Plan. Neither the Fund nor any Contributions to the Fund shall be in any manner liable for or subject to the debts, contracts or liabilities of the Employer, any Signatory Association, any Individual Employer, the Union, any affiliated local union, any Employee, or any beneficiary.

Section 6. Neither the Employer or any Signatory Association, nor any officer, agent, employee or committee member of the Employer or any Signatory Association, shall be liable to make Contributions to the Fund

68

or be under any other liability to the Fund or with respect to the Plan, except to the extent that he may be an Individual Employer required to make Contributions to the Fund with respect to his own individual or joint venture operations, or to the extent he may incur liability as a Trustee as hereinafter provided. The liability of any Individual Employer to the Fund, or with respect to the Plan, shall be limited to the payments required by the Collective Bargaining Agreements with respect to his or its individual or joint venture operations and in no event shall he or it be liable or responsible for any portion of the Contributions due from other Individual Employers with respect to the operations of such Individual Employers. The basis on which payments are made to the Fund shall be as specified in the Collective Bargaining Agreements, in Subscriber Agreements and in this Trust Agreement and the Individual Employers shall not be required to make any further payments or contributions to the cost of operation of the Fund or of the Plan, except as may be provided in such Agreements or in ERISA.

*(Amended December 31, 1975)*

Section 7. Each Employee or beneficiary under the Plan is hereby restrained from selling, transferring, anticipating, assigning, alienating, hypothecating or otherwise disposing of his vacation account or any other right or interest under the Plan, and the Board of Trustees shall not recognize, or be required to recognize, any such sale, transfer, anticipation, assignment, alienation, hypothecation or other disposition. Any such vacation account, right or interest shall not be subject in any manner to voluntary transfer or transfer by operation of law or otherwise, and shall be exempt from the claims of creditors or other claimants and from all orders, decrees, garnishments, executions or other legal or equitable process or proceeding to the fullest extent permissible by law; provided, however, that the Board of Trustees shall have authority to continue, maintain and from time to time modify or revoke, in whole or in part, a policy and procedure for the recognition and payment, from the vacation account affected thereby, of any order, decree, warrant, garnishment, execution or other legal or equitable process for the enforcement of any liability to any governmental agency, or in connection with any domestic relations or child support proceeding, to such extent as the Board in the exercise of its sole discretion determines is for the best interests of all participants and beneficiaries of the Plan.

*(Amended October 21, 1975 and December 31, 1975)*

Section 8. Neither the Employer, any Signatory Association, any Individual Employer, the Union, any affiliated local union, nor any Employee shall be liable or responsible for any debts, liabilities or obligations of the Fund or the Trustees.

69

Section 9. Contributions to the Fund shall be due commencing September 1, 1962, for work on or after that date, and shall be payable in San Francisco, California, in regular monthly installments starting on or before October 15, 1962, and continuing from month to month thereafter, subject to the provisions of the Collective Bargaining Agreements. The Contribution payable on or before October 15, 1962, shall include all payments which have theretofore accrued for work performed during the period from September 1, 1962, up to the close of the Individual Employer's payroll period ending closest to the last day of September, 1962, and thereafter each monthly Contribution shall include all payments which have accrued in the interim for work performed up to the close of the Individual Employer's payroll period ending closest to the last day of the preceding calendar month. Each monthly Contribution shall be accompanied by a report in a form prescribed by the Board of Trustees. The rate of Contribution made by the Union, or any affiliated local union, pursuant to regulations adopted by the Board of Trustees, shall be not less than the rate of Contributions called for by the Collective Bargaining Agreements.

Section 10. Each Contribution to the Fund shall be made promptly, and in any event on or before the 25th day of the calendar month in which it becomes payable, on which date said Contribution, if not then paid in full, shall be delinquent. If any Individual Employer fails to make his or its monthly Contribution in full on or before the 25th day of the month on four occasions within any twelve-month period, the Board of Trustees may provide by resolution that thereafter during the twelve-month period immediately following such resolution the 15th day of the month shall be the delinquency date for such Individual Employer. The parties recognize and acknowledge that the regular and prompt payment of Contributions to the Fund is essential to the maintenance in effect of the Plan, and that it would be extremely difficult, if not impracticable to fix the actual expense and damage to the Fund and to the Plan which would result from the failure of an Individual Employer to pay such monthly Contributions in full within the time above provided. Therefore, the amount of damage to the Fund and Plan resulting from any such failure shall be presumed to be the sum of $20 per delinquency or 10% of the amount of the Contribution or Contributions due, whichever is greater, which amount shall become due and payable to the Fund as liquidated damages and not as a penalty, in San Francisco, California, upon the day immediately following the date on which the Contribution or Contributions become delinquent and said delinquent Contribution or Contributions shall be increased by the amount of said liquidated damages. Such Contributions, as thus increased, shall be the payments specified in this Trust

Agreement and the Plan pursuant to ERISA as required to be made to the Fund.

*(Amended December 31, 1975)*

## ARTICLE III

### General Provisions Concerning the Plan

Section 1. The Plan is established for the benefit of the Employees and the objective of the Plan is to provide such Employees with paid vacations from work, thereby allowing the Employee to return to his work refreshed and reinvigorated and securing to the Individual Employer the performance of better and more efficient work. The restrictions imposed by the Plan upon the use and enjoyment by the Employees of the moneys contributed by the Individual Employers are for the purpose of accomplishing this objective, and are voluntarily assumed and agreed to by the Employees for this purpose.

Section 2. In the establishment and maintenance of the Plan, and in the execution of this Agreement, the Union acts for and on behalf of the Employees and as their collective bargaining representatives and agent, and every agreement or act of the Union in connection with the establishment, maintenance and operation of the Plan shall be deemed to be and is the agreement or act of the Individual Employees, or Individual Employee, concerning or affected by such agreement or action.

Section 3. In the establishment and maintenance of the Plan, and in the execution of this agreement, the Employer acts for and on behalf of the Individual Employers who, at the time of the execution of this Agreement are, or during the term hereof become members of the Employer or any Signatory Association and for and on behalf of any other Individual Employers who have heretofore agreed or during the term hereof agree to comply with the wages, hours and working conditions of the Master Agreements. Every agreement or act of the Employer in connection with the establishment, maintenance and operation of the Plan shall be deemed to be and is the agreement or act of the Individual Employers, or Individual Employer, concerned or affected by such agreement or action.

Section 4. Contributions to the Fund, and any liquidated damages payable in connection therewith, shall be deemed to be, and shall be, a part of the wages due to the Employees with respect to whose work such payments are made. No Individual Employer shall have any right, title or interest in such payments, or any part thereof, and no part thereof shall revert to any such Individual Employer except to the extent permitted by ERISA. Insofar as consistent with the other provisions of this Agreement, the Contributions shall be treated and reported as a part of the compensation earned at

70

71

the time the work to which the Contributions pertain is performed, subject to the terms of this Agreement, and shall be deemed to be, and shall be treated as, subject to withholding tax and Social Security and Unemployment taxes as a part of the total compensation payable at the end of the Individual Employer's payroll period during which such work is performed. Such Contributions shall not be a part of the hourly wage rates for the purpose of computing overtime or reporting time or for any other purpose of the Collective Bargaining Agreement, or part of the "regular rate" or "basic hourly rate" for the purpose of the Federal Fair Labor Standards Act, the Contract Work Hours Standards Act or the Walsh-Healey Act or any other law, ordinance or regulation, except that if, consistent with the foregoing, such Contributions can be considered and treated as a part of the wages prevailing in the area for the purpose of the Federal Davis-Bacon Act and similar federal, state or local laws, ordinances or regulations, they shall be so considered and treated. If any administrative or judicial ruling holds that any of the provisions of this Agreement prevents or defeats any of the objectives stated in this section, the parties will forthwith enter into negotiations with regard to the amendment of this Agreement in such respects as may be necessary to accomplish the objectives so stated, consistently with the other objectives and purposes of this Agreement, and any such amendment shall be effective, insofar as practicable, as of the date of execution of this Agreement.

*(Amended December 31, 1975)*

Section 5. The Board of Trustees shall establish and maintain records of the Contributions received with respect to the work performed by each Employee and shall credit such Contributions to a vacation account for the Employee. Each Employee shall be at all times the owner of and entitled to the money credited to his individual vacation account, subject to the terms and conditions of this Trust Agreement and of any regulation or resolution of the Board pursuant to the authority given by this Trust Agreement. The account of each Employee shall be reflected in the records of the Fund but notwithstanding such records, the Board of Trustees shall have the right and authority to commingle such Contributions with any or all other Contributions received with respect to the work performed by other Employees and any or all other payments to the Fund, to deposit all or any part of such commingled Contributions and payments in one or more bank accounts, to invest and reinvest all or any portion of such Contributions and payments and to pay and distribute or cause the payment and distribution of such Contributions and payments in accordance with the provisions of this Trust Agreement. The Board may charge against and deduct from the vacation account of each Employee an administrative charge not exceeding $2.00 annually for use in defraying the cost of administ-

istering the Fund and Plan. Such portion of the Contributions as represents liquidated damages or expenses of collection and any interest or other return on the Contributions may also be used by the Board to defray such administrative cost or to provide for a reserve for the payment of such cost, and if not so used, shall be distributed equitably to the Employees and their beneficiaries at such times, upon such terms and in such proportions without regard to any specific vacation account or accounts, as the Board of Trustees may determine.

Section 6. The Board of Trustees shall have the power, in the name of the Fund, in the name of its joint delinquency committee or jointly with other funds, or otherwise as in its discretion may be deemed necessary or desirable, to demand and enforce, by suit in court or otherwise, the prompt payment of contributions to the Fund, including payments due to delinquencies as provided in Section 10 of Article II, without being limited or restricted by any grievance or arbitration procedures provided in a Collective Bargaining Agreement, and to assert and enforce all priorities, lien rights, and other claims or rights with respect to any contributions or payments belonging to the Fund, this Trust or any of its beneficiaries, including the right to file priority and other claims in bankruptcy. If any Individual Employer defaults in the making of any such Contributions or payments and if the Board consults legal counsel with respect thereto, or files any suit or claim with respect thereto, there shall be added to the obligation of the Individual Employer who is in default, reasonable attorneys fees, court costs and all other reasonable expenses incurred in connection with such suit or claim, including any and all appellate proceedings therein. Effective upon any such default or delinquency, the Employees, individually and collectively, assign to the Board for collection purposes, all of their right, title and interest in and to said Contributions and other payments, and confer upon and grant to the Board all rights of action, lien rights, preferences, priorities or other security or rights they may have in connection with or relating to such Contributions and payments, including the right and authority to file claims in bankruptcy, mechanics' liens and any and all other kinds of claims, demands or action. All delinquent Contributions collected by the Board shall be credited to the respective vacation accounts of the Employees to whom the Contributions pertain and all liquidated damages and reimbursement for attorneys fees and costs shall be credited to the administrative account of the Plan. No provision of this section, or of any section of this Agreement, shall interfere with or qualify the right of the Unions and their representatives to enforce compliance with the terms and provisions of any of the Collective Bargaining Agreements or to assist in the

processing of claims before the Labor Commission: or any other claims for the payments of sums due the Plan.

*(Amended December 31, 1975)*

## ARTICLE IV

### Benefits

**Section 1.** On and after January 1, 1964, the Employees entitled to vacation benefits shall have the right to be paid the sums credited to their respective vacation accounts subject to the terms and conditions specified in this Article and subject to such further terms and conditions as may be provided by regulation or resolution of the Board of Trustees pursuant to the authority given by this Agreement.

**Section 2.** The period during which vacations shall be taken shall be from January 1, of each year through December 31, of the year (designated the "Vacation Year"). The sums credited to each vacation account for work performed during the period from August 1, of each calendar year to July 31, of the succeeding calendar year (designated the "Work Year") shall be distributed within a reasonable time before the start of the Vacation Year commencing with January 1 of the following calendar year. The distribution of vacation benefits for each Vacation Year shall be made by check mailed to Employees in a single mailing as directed by the Board of Trustees not later than December 31, immediately preceding the Vacation Year.

*(Amended February 20, 1968)*

**Section 3.** Each Employee who is currently employed shall give his employer at least 30 days' notice of the time at which he desires to go on vacation, unless the employer waives such notice or agrees to a shorter period of notice. The starting time and the duration of such vacation shall be fixed by mutual agreement between the Individual Employer and the Employee. In fixing the starting time and duration of a vacation due consideration shall be given to prevailing conditions at the individual job site, but unless the Individual Employer agrees to the contrary, not more than 20% of the employer's Employees shall be on vacation at the same time.

**Section 4.** Each Employee who desires to go on a vacation shall complete such forms and comply with such procedures as may be prescribed by the Board of Trustees.

**Section 5.** It is the intent and purpose of the Plan, and of this Agreement, and a material part of the consideration for the making of Contributions to the Fund by Individual Employers, that the money in each vacation account shall be received by the Employee entitled thereto personally and shall in fact be used by him personally

to enable him to take a bona fide vacation from work, and for no other purpose. Accordingly, no Contributions due the Fund, and no moneys in vacation accounts established pursuant to the Plan, shall be subject in any manner to anticipation, alienation, sale, transfer, assignment, pledge, encumbrance or charge by any Employee or any other persons, except as specifically provided in this Trust Agreement, and any such anticipation, alienation, sale, transfer, assignment, pledge, encumbrance or charge shall be void and ineffective. The money credited to a vacation account shall only be subject to withdrawal at the times, in the manner and for the purposes specified in this Agreement.

*(Amended October 21, 1975)*

**Section 6.** The amount otherwise payable to an Employee as vacation benefits may be accumulated from year to year subject to the conditions provided herein, except that if the Board is not advised as to an address to which notices and checks may be sent to an Employee as herein provided within four calendar years after the start of a Vacation Year, or if the amount in such account is not withdrawn within such four calendar years period for any reason, the amount in such account, including any amount received after the start of such Vacation Year, with respect to such Vacation Year, shall be deemed contributed to the cost of maintaining the Plan in effect, and any check issued for any such amount shall be void and ineffective. All such amounts so contributed shall be transferred promptly to the administrative account of the Plan.

*(Amended February 20, 1968)*

**Section 7.** Each Employee entitled to benefits under the Plan shall file with the Board of Trustees a designation of the person to whom such benefits shall be paid in the event of the Employee's death. The Employee may change a beneficiary at any time by signing and filing a new designation. If an Employee dies, the amount credited to his vacation account shall be paid to the beneficiary named by the Employee, or if no beneficiary is named, or the beneficiary so named is dead, to the person or persons entitled thereto by law. Payment to such person or persons shall be a complete discharge from liabilities to the extent of such payment and the Board shall not be obligated to see to the application of money so paid. The person or persons claiming any such payment shall file with the Board a signed application for the payment and proof of the death of the Employee, and of the right of the applicant or applicants to receive such payment, in such forms as the Board shall prescribe, at any time after death and not later than the end of the period specified in Section 6 of this Article, and if such application and proof is not filed within such time, the person or persons entitled to the payment shall be deemed to have elected to contribute such amount to

74

75

the cost of maintaining the Plan in effect and to have released to the Board and the Plan all right, title and interest in and to such payment.

Section 8. The Fund is hereby designated as the Laborers Vacation-Holiday — Dues Supplement Trust Fund for Northern California referred to in the Laborers Master Agreement, 1974-1977. Notwithstanding any other provision of this Trust Agreement to the contrary, the Board of Trustees is authorized, and is hereby expressly directed by the parties hereto, to deduct the amount specified in Section 28(e) of said Laborers' Master Agreement (or the same or similar provisions in other agreements to which the Union is a party) from the undisbursed Vacation-Holiday benefits of every employee executing a voluntary dues authorization therefor as required by law, for all hours worked by or paid to such employee on or after August 1, 1974, and to remit said amount to the Union not less than four times per year as supplemental membership dues of such employee. The Union shall provide the Board with a receipt for each such remittance signed by its Executive Officer, and the Fund shall send each employee from whose benefits a deduction has been made an annual statement specifying the amount of such deduction.

*(Amended August 1, 1974)*

## ARTICLE V

### Board of Trustees

Section 1. The Fund shall be administered by a Board of Trustees which shall consist of five Trustees representing the Individual Employers and five Trustees representing the Employees. The Trustees representing the Individual Employers shall be appointed in writing by the Employer, who is hereby irrevocably designated by each Individual Employer as his or its attorney in fact for the purpose of appointing and removing Trustees and successor Trustees. The Trustees representing the Employees shall be appointed by the Union by an instrument in writing signed by the Executive Officer of the Union. The Employer and the Union expressly designate the Trustees jointly as named fiduciaries, who shall have exclusive authority and discretion acting as the Board of Trustees as herein provided to control and manage the operation and administration of the Fund and the Plan. Each of the current Trustees expressly accepts designation as a fiduciary and as Trustee by written acceptance and signature of this Agreement and assumes the duties, responsibilities and obligations of the Trustees as created and established by this Agreement and under applicable law. Any Trustee named hereafter shall do likewise by signing the Trust Agreement or a written acceptance thereof, in a form approved by and filed with the Board of Trustees.

*(Amended December 31, 1975)*

76

Section 2. The Trustees shall select one of their number to act as Chairman of the Board of Trustees and one to act as Co-Chairman, to serve for such period as the Trustees shall determine. When the Chairman is selected from among the Employer Trustees, the Co-Chairman shall be selected from among the Employee Trustees, and vice versa.

Section 3. Each Trustee shall serve until his death, resignation or removal from office.

Section 4. A Trustee may resign at any time by serving written notice of such resignation upon the Secretary of the Board of Trustees at least thirty (30) days prior to the date on which such resignation is to be effective. The Secretary shall promptly notify in writing the Chairman and Co-Chairman of the Board, and the Employer and the Union of such resignation.

*(Amended December 31, 1975)*

Section 5. Any Employer Trustee may be removed from office at any time, for any reason, by a writing signed by the Employer and served on the Secretary of the Board of Trustees. Any Employee Trustee may be removed from office at any time, for any reason, by a writing signed by the Executive Officer of the Union and served on the Secretary of the Board of Trustees. The Secretary shall promptly notify in writing the Chairman and Co-Chairman of the Board, the Trustee being removed and the Union or Employer, as the case may be, of such removal.

*(Amended December 31, 1975)*

Section 6. If any Employer Trustee dies, resigns or is removed from office, a successor Trustee shall be appointed forthwith by an instrument in writing signed by the Employer. If any Employee Trustee dies, resigns or is removed from office, a successor Trustee shall be appointed forthwith by an instrument in writing signed by the Executive Officer of the Union.

*(Amended December 31, 1975)*

Section 7. The initial Employee Trustees shall be:

CHARLES ROBINSON
PERCY F. BALL
HARRY WHITEHOUSE
PHILIP THORPE
JAY JOHNSON

The initial Employer Trustees shall be:

A. E. HOLT
W. F. AMES, JR.
G. S. HERRINGTON
MORRIS K. DALEY
CARL K. LAWRENCE

77

## ARTICLE VI

### Functions and Powers of Board of Trustees

**Section 1.** The Board of Trustees acting jointly shall have the power to control and manage the assets, operations and administration of the Fund and the Plan as a fiduciary and shall exercise such authority with the care, skill, prudence and diligence under the circumstances then prevailing that a prudent Board acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of like character and with like aims; provided, however, that the Board may:

(a) appoint an investment manager or managers (as defined in ERISA) to manage (including the power to acquire and dispose of) any assets of the Fund,

(b) enter into an agreement allocating among Trustees such specific responsibilities, obligations or duties as the Board shall determine, after receiving and considering the written reports and recommendations of the investment manager, if any, co-legal counsel, and the qualified public accountant engaged by the Fund, may be properly so allocated,

(c) designate pursuant to the same procedure persons other than named fiduciaries to carry out fiduciary responsibilities (other than trustee responsibilities) under this Trust Agreement or the Plan,

(d) employ one or more persons to render advice with regard to any responsibility the Board has under this Trust Agreement or Plan, or

(e) do any one or more of the foregoing.

Any person or entity so appointed, designated or employed shall act solely in the interests of the participants and beneficiaries of the Fund and Plan.

*(Amended December 31, 1975)*

**Section 2.** All Contributions to the Plan or the Fund shall be due and payable at San Francisco, California and shall be paid to, received and held subject to the trust established by this Trust Agreement and all the terms and provisions hereof. The acceptance and cashing of any checks for such Contributions, and the disposition of the moneys covered thereby in accordance with this Trust Agreement, shall not release or discharge the Individual Employer from his or its obligation under the Collective Bargaining Agreement for hours worked under said Agreement for which no Contribution has actually been received, notwithstanding any statement, restriction or qualification appearing on the check or any attachment thereto.

**Section 3.** The Trustees shall have the power to demand and enforce the prompt payment of Contributions to the Fund, including payments due to delinquencies as provided in Section 10 of Article II, and to assert and enforce all priorities, lien rights, and other claims or rights with respect to any Contributions or payments belonging to the Fund, this trust or any of its beneficiaries, including the right to file priority and other claims in bankruptcy. If any Individual Employer defaults in the making of such Contributions or payments and if the Board consults or causes to be consulted legal counsel with respect thereto, there shall be added to the obligation of the Individual Employer who is in default, reasonable attorneys fees, court costs and all other reasonable expenses incurred in connection with such suit or claim, including any and all appellate proceedings therein.

**Section 4.** Without limitation of the provisions of Section 1 of this Article, the Board of Trustees shall have power:

(A) To pay or cause to be paid out of the Fund the reasonable expenses incurred in the establishment of the Fund and the Plan.

(B) To establish and accumulate such reserve funds as may be adequate to provide for administration expenses and other obligations of the Fund, including the maintenance in effect of the Plan.

(C) To provide a procedure for establishing and carrying out the funding policy and method consistent with the objectives of the Plan and the requirements of ERISA in adopting a plan of benefits and in amending the plan.

*(Amended December 31, 1975)*

(D) To employ such executive, administrative, clerical, secretarial and legal personnel and other employees and assistants, as may be necessary in connection with the administration of the Fund and the Plan and to pay or cause to be paid, out of the Fund, the compensation and necessary expenses of such personnel and assistants and the costs of office space, furnishings and supplies and other essentials required in such administration. If the Board is unable to agree upon the employment of an attorney pursuant to this clause, the Employer Trustees and the Employee Trustees may each select an attorney, who shall be directed to act jointly with each other in connection with the administration of the Fund, and the reasonable cost of such advice or services shall be paid from the Fund.

(E) To incur and pay or cause to be paid out of the Fund any other expense reasonably incidental to the administration of the Fund or the Plan.

(F) To compromise, settle, or release claims or demands in favor of or against the Fund on such terms and conditions as the Board may deem desirable, including the power to continue, maintain and from time to time modify or revoke, in whole or in part, a policy and pro-

78

79

cedure for the waiver of all or any part of the liquidated damages portion of any contribution or contributions upon such terms and conditions as the Board determines would be in the interests of the Fund and its participants and beneficiaries; provided, however, that this clause shall not excuse any violation of any of the Collective Bargaining Agreements.

*(Amended December 31, 1975)*

(G) If no investment manager is designated and appointed by the Board, to invest and reinvest or cause to be invested and reinvested the assets of the Fund, in accordance with all applicable laws. Investments may be made with a bank or other fiduciary to the fullest extent permitted by law. No indicia of ownership shall be maintained outside the jurisdiction of the district courts of the United States, except to the extent permitted by law.

*(Amended December 31, 1975)*

(H) To purchase, exchange, lease, mortgage or otherwise hypothecate, or otherwise acquire, or cause to be purchased, exchanged, leased, mortgaged or otherwise hypothecated, or otherwise acquired, any property, real, personal or mixed, on such terms as it may deem proper, and to execute and deliver or cause to be executed and delivered, any and all instruments in connection therewith.

(I) To sell, exchange, lease, convey or otherwise dispose of or to cause to be sold, exchanged, leased, conveyed or otherwise disposed of, any property of any kind forming a part of the Fund upon such terms as it may deem proper and to execute and deliver or cause to be executed and delivered, any and all instruments of conveyance or transfer in connection therewith.

(J) To construe the provisions of this Trust Agreement and the Plan and any such construction adopted by the Board in good faith shall be binding upon any and all parties or persons affected thereby.

(K) To pay or cause to be paid any and all real or personal property taxes, income taxes, or other taxes or assessments of any or all kinds levied or assessed upon or with respect to the Fund or the Plan.

(L) To prepare or cause to be prepared such reports, descriptions, summaries and other information as are or may be required by law or as the Board in its discretion deems necessary or advisable and to file and furnish such reports, descriptions, summaries and information to participants and their beneficiaries, Unions, the Employers, and individual employers, the Trustees, or other persons or entities, including government agencies, as required by law.

*(Amended December 31, 1975)*

(M) To maintain or cause to be maintained such bank account or accounts as may be necessary or advisable in the administration of the Fund or the Plan, and to designate the person or persons authorized to sign checks and withdrawal orders on any such accounts.

(N) To adopt and prescribe reasonable rules and procedures, which shall not be inconsistent with the provisions of this Trust Agreement or of the Plan, governing the reporting of Contributions, the entitlement to vacation benefits, the method of applying for vacation benefits, and any and all other matters in connection with the Fund and the Plan.

(O) To exercise and perform any and all of the other powers and duties specified in this Trust Agreement or the Plan.

**Section 5.** The Board of Trustees shall engage an independent qualified public accountant on behalf of all Plan participants as required by ERISA.

*(Amended December 31, 1975)*

**Section 6.** The Board of Trustees shall provide at the expense of the Fund, where and to the extent permissible by applicable law, insurance and bonding protection for the Fund and for each Trustee, former Trustee or estate of a deceased Trustee or former Trustee, and all other persons who handle funds or other property of the Fund for any purpose whatsoever. The protection shall be from such companies as the Board shall determine.

*(Amended June 17, 1975)*

**Section 7.** All checks, drafts, vouchers or other withdrawals of money from the Fund shall be authorized in writing or countersigned by at least one Employer Trustee and one Employee Trustee.

**Section 8.** The Board of Trustees shall maintain suitable and adequate records of and for the administration of the Fund and the Plan. The Board may require the Employer, any Signatory Association, any Individual Employer, the Union, any affiliated local union, any Employee or any other beneficiary under the Plan to submit to it any information, data, report or documents reasonably relevant to and suitable for the purposes of such administration; provided, however, that neither the Union nor any affiliated local union shall be required to submit lists of membership. The parties agree that they will use their best efforts to secure compliance with any reasonable requests of the Board for any such information, data, report or documents. Upon request in writing from the Board, any Individual Employer will permit a Trust Fund Auditor to enter upon the premises of such Individual Employer during business hours, at a reasonable time or times, not less than two (2) working days after such request, and to examine and copy such books, records, papers or reports of such Individual

Employer as may be necessary to determine whether the Individual Employer is making full and prompt payment of all sums required to be paid by him or it to the Fund.

*(Amended August 1, 1974)*

Section 9. The books of account and records of the Board of Trustees, including the books of account and records pertaining to the Fund, shall be audited at least once each year by an independent qualified public accountant engaged by the Board on behalf of all Plan participants who shall conduct such an examination of any financial statements of the Fund and Plan, and of other books and records of the Fund and Plan, as is required by ERISA. The Board shall also make all other reports required by law. A statement of the results of the annual audit shall be available for inspection by interested persons at the principal office of the Fund and at such other suitable place as the Board may designate from time to time.

*(Amended December 31, 1975)*

Section 10. Compatible with equitable principles and to the extent that sound accounting principles permit, the Board of Trustees may coordinate its activities in the administration of the Fund and the Plan with the administrative activities of the governing board or boards of any other fund or funds, or plan or plans, established or to be established for employees in the building and construction industry in California to such extent and upon such terms as may be deemed necessary or desirable by the Board, including the entering into and performance of agreements or arrangements with any such board or boards providing for reciprocity or the transfer or exchange of credits or contributions between or among such funds or plans upon such terms as the Board may determine are for the best interests of the beneficiaries of the Plan.

## ARTICLE VII

### Procedure of Board of Trustees

Section 1. The Board of Trustees shall determine the time and place for regular periodic meetings of the Board. Either the Chairman or the Co-Chairman, or any two members of the Board, may call a special meeting of the Board by giving written notice to all other Trustees of the time and place of such meeting at least five days before the date set for the meeting. Any such notice of special meeting shall be sufficient if sent by ordinary mail or by wire addressed to the Trustee at his address as shown in the records of the Board. Any meeting at which all Trustees are present, or concerning which all Trustees have waived notice in writing, shall be a valid meeting without the giving of any notice.

82

Section 2. The Board shall appoint a secretary who shall keep minutes or records of all meetings, proceedings and acts of the Board. Such minutes need not be verbatim.

Section 3. The Board shall not take any action or make any decision on any matter coming before it or presented to it for consideration or exercise any power or right given or reserved to it or conferred upon it by this Trust Agreement except upon the vote of a majority of all ten of the Trustees at a meeting of the Board duly and regularly called or except by the signed concurrence of all ten Trustees without a meeting, as provided in section 5 of this Article. In the event of the absence of an Employer Trustee from a meeting of the Board, the Employer Trustees present at such meeting may vote on behalf of such absent Trustee and if such Employer Trustees cannot all agree as to how the vote of such absent Employer Trustee shall be cast then it shall be cast as the majority of them shall determine, or in the absence of such majority determination, it shall be cast as the Employer Trustee Chairman or Co-Chairman of the Board shall determine. In the event of the absence of any Employee Trustee from a meeting of the Board, the Employee Trustees present at such meeting may vote on behalf of such absent Trustee pursuant to the same method and in the same manner as above provided for Employer Trustees to cast the vote of any absent Employer Trustee.

Section 4. All meetings of the Board shall be held at the principal office of the Fund unless another place is designated from time to time by the Board.

Section 5. Upon any matter which may properly come before the Board of Trustees, the Board may act in writing without a meeting, provided such action has the concurrence of all of the Trustees.

## ARTICLE VIII

### General Provisions Applicable to Trustees

Section 1. The provisions of this Article are subject to and qualified by the provisions of ERISA to the extent that such provisions are constitutionally applicable. In order to induce experienced, competent and qualified persons and entities to serve as fiduciaries, to deal with the Fund and the Board of Trustees and to participate in other ways in the administration and operation of the Fund and Plan and thus to further the interests of the participants and beneficiaries of the Plan, it is the intent and purpose of the parties to provide herein for the maximum permissible protection and indemnification of such persons or entities from and against personal liability, loss, cost or expense as a result of such service, dealing or participation, and the provisions of this Arti-

83

cle shall be liberally construed and applied to accomplish this objective.

(Amended June 17, 1975)

Section 2. No party who has verified that he or it is dealing with the duly appointed Trustees, or any of them, shall be obligated to see to the application of any moneys or property of the Fund, or to see that the terms of this Trust Agreement have been complied with, or to inquire as to the necessity or expediency of any act of the Trustees. Every instrument executed by the Board of Trustees or by its direction shall be conclusive in favor of every person who relies on it, that (A) at the time of the delivery of the instrument this Trust Agreement was in full force and effect, (B) the instrument was executed in accordance with the terms and conditions of this Trust Agreement, and (C) the Board was duly authorized to execute the instrument or direct its execution.

Section 3. The duties, responsibilities, liabilities and disabilities of any Trustee under this Trust Agreement shall be determined solely by the express provisions of this Trust Agreement and no further duties, responsibilities, liabilities or disabilities shall be implied or imposed.

Section 4. The Trustees shall incur no liability, either collectively or individually, in acting upon any papers, documents, data or information believed by them to be genuine and accurate and to have been made, executed, delivered or assembled by the proper parties. The Trustees may delegate any of their ministerial powers or duties to any of their agents or employees. No Trustee shall incur any liability for simple negligence, oversight or carelessness in connection with the performance of his duties as such Trustee. No Trustee shall be liable for the act or omission of any other Trustee. The Fund shall exonerate, reimburse and save harmless the Trustees, individually and collectively, against any and all liabilities and reasonable expenses arising out of the trusteeship, except (as to the individual Trustee or Trustees directly involved) for expenses or liabilities arising out of wilful misconduct or gross negligence. No expense shall be deemed reasonable under this section unless and until approved by the Board of Trustees.

Section 5. (A) Except as otherwise provided in Subsection (B) of this Section, upon request of a Trustee or former Trustee, or the legal representative of a deceased Trustee or former Trustee, the Board of Trustees shall provide for the defense of any civil action or proceeding brought against the Trustee, former Trustee or estate of a deceased Trustee or former Trustee, in his capacity as such Trustee or former Trustee or in his individual capacity or in both, on account of any act or omission in the scope of his service or duties as a Trustee or the

Fund. For the purposes of this Section, a cross-action, counterclaim, cross-complaint or administrative or arbitration proceeding against a Trustee or former Trustee or estate shall be deemed to be a civil action or proceeding brought against him or it.

(B) The Board of Trustees may refuse to provide for the defense of a civil action or proceeding brought against a Trustee or former Trustee or estate if the Board determines that:

(1) The act or omission was not within the scope of his service as a Trustee of the Fund; or

(2) He acted or failed to act in breach of his fiduciary duty because of willful misconduct or gross negligence; or

(3) The defense of the action or proceeding by the Board would create a conflict of interest between the Board or Fund and the Trustee, former Trustee or estate.

(C) The Board of Trustees may provide for the defense of a criminal action brought against a Trustee or former Trustee if:

(1) The criminal action or proceeding is brought on account of an act or omission in the scope of his services or duties as a Trustee or former Trustee; and

(2) The Board determines that such defense would be in the best interests of the Fund and its participants and beneficiaries and that the Trustee or former Trustee acted, or failed to act, in good faith, without actual malice and in the apparent interests of the Fund and its participants and beneficiaries.

(D) The Board may provide for a defense pursuant to this section by Fund Counsel or co-counsel or by employing other counsel for such purpose or by purchasing insurance which requires that the insurer provide the defense. All of the expenses of providing a defense pursuant to this Section are proper charges against the Fund. The Fund shall have no right to recover such expenses from the Trustee, former Trustee or estate.

(E) If after request the Board fails or refuses to provide a Trustee, former Trustee or estate with a defense against a civil action or proceeding brought against him or it and the Trustee or former Trustee or legal representative retains his own counsel to defend the action or proceeding, he shall be entitled to recover from the Fund such reasonable attorneys fees, costs and expenses as are necessarily incurred by him in defending the action or proceeding if the action or proceeding arose out of an act or omission in the scope of his service or duties as a Trustee of the Fund, unless the Board establishes that the Trustee or former Trustee acted or failed to act in

84

85

breach of his fiduciary duty because of willful misconduct or gross negligence.

*(Amended June 17, 1975)*

Section 6. Neither the Employer, any Signatory Association, the Individual Employers, the Union, any affiliated local union, nor any of the Trustees shall be responsible or liable for:

(A) The validity of this Trust Agreement or the Plan.

(B) Any delay occasioned by any restriction or provision in this Trust Agreement, the Plan, the rules and regulations of the Board of Trustees issued hereunder, or by any other proper procedure in such administration; provided, however, that this clause shall not excuse any violation of any Collective Bargaining Agreement.

(C) The making or retention of any deposit or investment of the Fund, or any portion thereof, or the disposition of any such investment, or the failure to make any investment of the Fund; or any portion thereof, or any loss or diminution of the Fund, except as to the particular person involved, such loss as may be due to the gross neglect or wilful misconduct of such person.

Section 7. Neither the Employer, any Signatory Association, any Individual Employer, the Union, nor any affiliated local union shall be liable in any respect for any of the obligations or acts of the Trustees because such Trustees are in any way associated with the Employer, any Signatory Association, any Individual Employer, the Union, or any affiliated local union.

Section 8. Subject to and within the limitations provided in ERISA, the Board of Trustees may provide for the reimbursement to the Trustees for expenses incurred in the performance of their duties as Trustees, including attendance at educational or training conferences, institutes or other meetings relevant to such duties as authorized by the Board, and for a reasonable payment to the Trustees for attendance at meetings or other services rendered to the Fund at the request or direction of the Board.

*(Amended February 20, 1968, February 15, 1972 and December 31, 1975)*

Section 9. Any Trustee who resigns or is removed from office shall forthwith turn over to the Chairman or Co-Chairman of the Board of Trustees at the principal office of the Fund any and all records, books, documents, moneys and other property in his possession or under his control which belongs to the Fund or which were received by him in his capacity as such Trustee.

Section 10. The name of the Fund may be used to designate the Trustees collectively and all instruments may be effected by the Board of Trustees in such name.

86

# ARTICLE IX
## Arbitration

Section 1. In the event that the Trustees deadlock on any matter arising in connection with the administration of the Fund or the Plan, they shall agree upon a neutral person to serve as an impartial umpire to decide the dispute. The Employer Trustees and the Employee Trustees may, by mutual agreement, select an equal number of representatives from their respective trustee groups to sit with the umpire to constitute a Board of Arbitration. If such is done, the decision of a majority of this Board shall be final and binding upon the Trustees and the parties and beneficiaries of this Trust Agreement and of the Plan. Otherwise, the decision of the impartial umpire shall be final and binding upon the Trustees, the parties and the beneficiaries of the Trust Agreement and the Plan. Any matter in dispute and to be arbitrated shall be submitted to the Board of Arbitration or the impartial umpire, as the case may be, in writing, and in making its or his decision, the Board or umpire shall be bound by the provisions of this Trust Agreement, the Plan and the Collective Bargaining Agreement and shall have no authority to alter or amend the terms of any thereof. If the Trustees cannot jointly agree upon a statement submitting said matter to arbitration, each group shall prepare and state in writing its version of the dispute and the question or questions involved. The decision of the Board of Arbitration or the impartial umpire, as the case may be, shall be rendered in writing within 10 days after the submission of the dispute.

Section 2. If no agreement on an impartial umpire is reached within ten days, or within such further time as the Trustees may allow for such purpose by mutual agreement, such umpire shall, on petition of either the Employee Trustees or the Employer Trustees, be appointed by the United States District Court for the Northern District of California.

Section 3. The reasonable expenses of any such arbitration, including any necessary court proceedings to secure the appointment of an umpire or the enforcement of the arbitration award (excluding the fees and expenses of witnesses called by the parties and the cost of any attorneys other than the Fund attorneys selected pursuant to section 4 (D) of Article VI), shall be a proper charge against the Fund. No expenses shall be deemed reasonable under this section unless and until approved by the Board of Trustees.

*(Amended December 31, 1975)*

Section 4. No matter in connection with the interpretation or enforcement of any Collective Bargaining Agreement shall be subject to arbitration under this Article. No matter which is subject to arbitration under

87

this Article shall be subject to the grievance procedure or any other arbitration procedure provided in any of the Collective Bargaining Agreements.

## ARTICLE X

### General Provisions

Section 1. Subject to the provisions of the Collective Bargaining Agreements, the rights and duties of all parties, including the Employer, the Signatory Associations, the Individual Employers, the Union, the affiliated local unions, the Employees, and their beneficiaries, and the Trustees, shall be governed by the provisions of this Trust Agreement and the Plan.

Section 2. No employee or other beneficiary or person shall have any right or claim to benefits under the Plan other than as specified in the Plan. Any and every claim to benefits from the Fund, and any claim or right asserted under the Plan or against the Fund, regardless of the basis asserted for the claim and regardless of when the act or omission upon which the claim is based occurred, shall be resolved by the Board of Trustees under and pursuant to the Plan and its decision with regard to the claim or right shall be final and binding upon all persons affected by the decision. The Board of Trustees shall establish a procedure for the presentation, consideration and determination of any such claim or right, which procedure shall comply with ERISA. No action may be brought for benefits under the Plan or to enforce any right or claim under the Plan or against the Fund until after the claim for benefits or other claim has been submitted to and determined by the Board in accordance with the procedure thus established and thereafter the only action which may be brought is one to enforce the decision of the Board or to clarify the rights of the claimant under such decision. Neither the Employers, any signatory association, the Union, any affiliated local union, nor any of the Trustees shall be liable for the failure or omission for any reason to pay any benefits under the Plan.

*(Amended December 31, 1975)*

Section 3. Any notice required to be given under the terms of this Trust Agreement or the Plan shall be deemed to have been duly served if delivered personally to the person to be notified in writing, or if mailed in a sealed envelope, postage prepaid, to such person at his last known address as shown in the records of the Fund, or if sent by wire to such person at said last known address.

Section 4. This Trust Agreement shall be binding upon and inure to the benefit of all Individual Employers who are now or hereafter may become members of the Employer, or any Signatory Association, and the heirs, executors, administrators, successors, purchasers

and assigns of the Employer, any Signatory Association, any Individual Employer, the Union, any affiliated local union, and the Trustees.

Section 5. All questions pertaining to this Trust Agreement, the Fund or the Plan, and their validity, administration and construction, shall be determined in accordance with the laws of the State of California and with any pertinent laws of the United States.

Section 6. If any provision of this Trust Agreement, the Plan, the rules and regulations made pursuant hereto, or any step in the administration of the Fund or the Plan is held to be illegal or invalid for any reason, such illegality or invalidity shall not affect the remaining portions of the Trust Agreement, the Plan or the rules and regulations, unless such illegality or invalidity prevents accomplishment of the objectives and purposes of the Trust Agreement and the Plan. In the event of any such holding, the parties will immediately commence negotiations to remedy any such defect.

Section 7. Except to the extent necessary for the proper administration of the Fund or the Plan, all books, records, papers, reports, documents, or other information obtained with respect to the Fund or the Plan shall be confidential and shall not be made public or used for any other purposes. Nothing in this section shall prohibit the preparation and publication of statistical data and summary reports with respect to the operations of the Fund and the Plan, nor the cooperation with benefit funds or plans authorized by other provisions of this Trust Agreement.

Section 8. In any action or proceeding affecting the Fund, the Plan, or the trust hereby established, it shall be necessary to join as parties only the Trustees and neither the Employer nor any Signatory Association, the Union, any affiliated local union, any Employee, any beneficiary or other person shall be entitled to notice of any such proceeding or to service of process therein. Any final judgment entered in any such action or proceeding shall be binding upon all of the above mentioned parties so long as such judgment does not attempt or purport to impose any personal liability upon or against any party not joined or not served in any such action or proceeding.

Section 9. Any payment required by a decision of the Board shall be due and payable in the City and County of San Francisco and any action or proceeding to enforce or clarify such decision shall be brought in a court of competent jurisdiction in that City and County. Any action or proceeding affecting the Fund, the Plan or the Trust hereby established shall be brought solely against the Fund as an entity, and solely by or on behalf of the claimant in the claims procedure established pursuant to Section 2 of this Article, and neither the Em-

88                                89

ployer nor any signatory association, the Union, any affiliated local union, any employee, any beneficiary or other person shall be entitled to notice of any such action or proceeding or to service of process therein. Any final judgment entered in any such action or proceeding shall be binding upon all of the above-mentioned parties so long as such judgment does not attempt or purport to impose any personal liability upon or against any party not joined or not served in any such action or proceeding.

*(Amended December 31, 1975)*

## ARTICLE XI

### Non-member Employers

Section 1. Upon the approval of the Board of Trustees, any Individual Employer who is not a member of or represented by the Employer or a Signatory Association but who is performing work coming within the jurisdiction of the Union may become a party to this Trust Agreement by executing in writing and depositing with the Administrative Office of the Board of Trustees his or its acceptance of the terms of this Trust Agreement, in a form acceptable to the Board.

*(Amended December 31, 1975)*

Section 2. Any Individual Employer who executes and deposits any such written acceptance, or who in fact makes one or more Contributions to the Fund with the approval of the Board of Trustees, assumes and shall be bound by all of the obligations imposed by this Trust Agreement upon the Individual Employer, is entitled to all rights under this Trust Agreement and is otherwise subject to it in all respects.

## ARTICLE XII

### Amendment and Termination

Section 1. The provisions of this Trust Agreement may be amended or modified at any time, and from time to time, by mutual agreement of the Employer and the Union subject to the terms and conditions of the Collective Bargaining Agreements, any applicable law or regulation and the provisions of Section 4 of this Article.

Section 2. The provisions of this Trust Agreement shall continue in effect during the term of the Collective Bargaining Agreements, and any amendments, modifications, renewals or extensions thereof with respect to such Collective Bargaining Agreements as provide for the continuation of payments into the Fund and of the Plan.

Section 3. This Trust Agreement and the Plan may be terminated by the Employer and the Union by an instrument in writing executed by mutual consent at any time.

90

Section 4. In no event shall this Trust Agreement continue for a longer period than is permitted by law.

Section 5. Upon the termination of the Plan, any and all moneys remaining in the Fund, after the payment of all expenses, shall be paid out in accordance with this Trust Agreement to the persons entitled thereto, until such moneys have been exhausted; provided, however, that if the Plan is terminated and a new or successor Plan of a similar kind is established covering any or all of the Employees covered under the Plan, the Board of Trustees is authorized and empowered to transfer or cause to be transferred to or in accordance with such new or successor Plan all money remaining to the credit of the vacation accounts of Employees under the Plan, who are covered or to be covered by the new or successor Plan, which vacation accounts shall be withdrawable, by such Employees, subject to the rules and regulations of such new or successor Plan, and such transfer shall be a complete discharge from liability under this Plan; and provided further, however, that if the Plan is terminated and a new or successor Plan of a similar kind is established covering any or all Employees covered under the Plan, the Board is authorized and empowered to withdraw or transfer or cause to be withdrawn or transferred all moneys in the administrative account of the Fund or any portions of such moneys, as in its absolute discretion it determines to be necessary or desirable to accomplish the purposes of the Plan.

*(Amended September 15, 1965)*

Executed as of the day and year first above written.

**EMPLOYER:**

Northern and Central California Chapter, The Associated General Contractors of America, Inc.

By *Budd O. Stevenson*

*President*

*Bruce McKenzie*

*Secretary*

**UNION:**

Northern California District Council of Laborers, AFL-CIO.

By *Jay Johnson*

*President*

*Percy F. Ball*

*Secretary*

*Chas. Robinson*
*Business Representative*

91

# TRAINING

# AND

# RETRAINING

LABORERS TRAINING AND RETRAINING TRUST FUND
FOR NORTHERN CALIFORNIA

### BOARD OF TRUSTEES

| Employer Trustees | Employee Trustees |
|---|---|
| Morris K. Daley | Sal Minerva |
| *Co-Chairman* | *Chairman* |
| Wallace Benson | George Goodfellow |
| Richard E. Hall | C. R. Johnson |
| James W. Lowrie | Robert H. Medina |
| Clifford W. Swenson | Jessie O. Payne |

94

# INDEX

## LABORERS TRAINING AND RETRAINING TRUST FUND
## FOR NORTHERN CALIFORNIA

|  | Page |
|---|---|
| Trust Agreement — Recitals | 96 |
| Article 1 — Definitions | 98 |
| " 2 — Trust Fund | 99 |
| " 3 — Board of Trustees | 102 |
| " 4 — Functions and Powers of the Board of Trustees | 103 |
| " 5 — Procedure of Board of Trustees | 108 |
| " 6 — General Provisions Applicable to Trustees | 109 |
| " 7 — Arbitration | 113 |
| " 8 — General Provisions | 114 |
| " 9 — Non-member Employers | 117 |
| " 10 — Amendment and Termination | 117 |

95

## TRUST AGREEMENT

## LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA

### Revised, 1975

This Agreement, made and entered into as of this 19th day of November, 1968, by and between the NORTHERN AND CENTRAL CALIFORNIA CHAPTER, THE ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC., ENGINEERING AND GRADING CONTRACTORS ASSOCIATION OF CALIFORNIA, INC., CALIFORNIA CONTRACTORS COUNCIL, INC., hereinafter referred to collectively as the "Employers," and the NORTHERN CALIFORNIA DISTRICT COUNCIL OF HOD CARRIERS, BUILDING AND CONSTRUCTION LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, hereinafter referred to as the "Union," recites and provides as follows:

Recitals:

1. The Employers, and the other employer organizations signatory to this Trust Agreement, are parties to collective bargaining agreements with the Union known respectively as the Laborers 46 Northern California Counties Master Agreement and the Laborers 46 Northern California Counties Tunnel Master Agreement, which provide that each individual employer covered by either of said Agreements shall pay hourly contributions for each hour paid and/or worked by employees under such agreement to the Laborers Training and Retraining Trust Fund for Northern California at rates specified from time to time in said Agreements.

   *(Amended December 31, 1975)*

2. In addition, various individual employers performing work within the area covered by one or more of said Master Agreements are now or will become parties to collective bargaining agreements with one or more of the Local Unions affiliated with the Union or the Union providing that said individual employers will comply with the wages, hours, terms, and working conditions as set forth in one or more of said Master Agreements, or providing for payments to the training and retraining programs for employees created by said collective bargaining agreements.

3. Pursuant to said Master Agreements and other collective bargaining agreements, a subcommittee will negotiate the details of the training and retraining program referred to in said agreements which include the details of the trust for which provisions are herein made.

96

4. Pending completion of such negotiations the said subcommittee established, pursuant to said Master Agreements, and entered into Escrow Agreements with the Bank of America, effective as of June 16, 1968, providing for the payment of contributions coming due under such collective bargaining agreements for work performed on and after June 16, 1968, into escrow accounts with said Bank, known as the Laborers Training and Retraining Trust Fund for Northern California escrow account, pending the execution of this Trust Agreement, and under said escrow agreement contributions have been paid by individual employers into such accounts.

5. This Fund is being created and the training and retraining programs implemented, each of which shall at all times conform to the applicable requirements of the Labor-Management Relations Act of 1947, as amended, and be qualified pursuant to the applicable provisions of the Internal Revenue Code for all available exemptions and immunities.

6. The subcommittee referred to in said agreements has negotiated the following terms and provisions as terms and provisions of the trust agreement governing the establishment and administration of the Laborers Training and Retraining Trust Fund for Northern California.

7. Since the establishment of the Trust Fund, the Northern and Central California Chapter, the Associated General Contractors of America, Inc., originally named as one of the Employers herein, has been merged into the Associated General Contractors of California, Inc., which succeeded to all of the rights and obligations of said Employer and thereby became one of the entities referred to herein as the Employers. The name of the Union has also been changed to Northern California District Council of Laborers, affiliated with the Laborers' International Union of North America, AFL-CIO.

   *(Amended December 31, 1975)*

8. The Employers and the Union have agreed that this Trust Agreement shall be and is amended, modified and restated to conform with all of the requirements of the Employee Retirement Income Security Act of 1974 and any valid regulations issued pursuant to said Act.

   *(Amended December 31, 1975)*

Provisions:

In consideration of the foregoing, and of the mutual promises hereinafter provided, the parties agree as follows:

97

# ARTICLE I

## Definitions

Unless the context or subject matter otherwise requires, the following definitions shall govern in this agreement:

**Section 1.** The term "Collective Bargaining Agreement" includes (a) the Laborers Master Agreement dated June 16, 1968, (b) the Tunnel Master Agreement dated June 16, 1968, (c) any other collective bargaining agreement between one or more of the Local Unions affiliated with the Union or the Union and any Individual Employer which provides that such Individual Employer shall make contributions to a training and retraining program or trust fund or shall comply with the wages, hours and working conditions of the Master Agreements, and (d) any modification, amendment, extension or renewal of any of said agreements, or any substitute for or successor to any such agreement, which provides for making of employer contributions to a training and retraining program or trust fund.

**Section 2.** The term "Master Agreement" means the Laborers Master Agreement and the Tunnel Master Agreement, dated June 16, 1968, or either of said agreements, and any modification, amendment, extension or renewal of any thereof.

**Section 3.** The term "Individual Employer" means any individual employer who is required by any of the Collective Bargaining Agreements to make contributions to the Training and Retraining Trust Fund or who in fact makes one or more contributions to the Fund.

**Section 4.** The term "Employee" means any employee of any Individual Employer who performs one or more hours of work covered by any of the Collective Bargaining Agreements.

**Section 5.** The term "District Council" or the term "Union" shall mean the Northern California District Council of Hod Carriers, Building and Construction Laborers of the Laborers' International Union of North America.

**Section 6.** The term "Local Union" means any Local Union in the 46 Northern California Counties affiliated with the Union.

**Section 7.** The term "Signatory Association" means any employer organization, other than one of the Employers, which signs this Trust Agreement, or one of the Master Agreements, on behalf of its members or executes on behalf of such members any agreement to be bound by the terms of this Trust Agreement or a

written acceptance or authorization of this Trust Agreement or any such Master Agreement.

**Section 8.** The term "Trustee" means any natural person designated as Trustee pursuant to Article III hereof.

**Section 9.** The terms "Board of Trustees" or "Board" mean the Board of Trustees established by this Trust Agreement.

**Section 10.** The term "Training and Retraining Fund" or "Fund" mean the Trust Fund created and established by this Trust Agreement.

**Section 11.** The term "Program" means a Training and Retraining Program created pursuant to a Collective Bargaining Agreement or other labor-management agreement, and any modification, amendment, extension or renewal of said program or programs.

*(Amended January 1, 1973)*

**Section 12.** The term "Trust Agreement" means this agreement and any modification, amendment, extension or renewal thereof.

**Section 13.** The term "Contribution" means the payment made or to be made to the Fund by any Individual Employer under the provisions of a Collective Bargaining Agreement.

**Section 14.** The term "ERISA" means the Employee Retirement Income Security Act of 1974 and any valid regulations issued pursuant thereto.

*(Amended December 31, 1975)*

# ARTICLE II

## Trust Fund

**Section 1.** There is hereby created the Laborers Training and Retraining Trust Fund for Northern California, which shall consist of all contributions required by the Collective Bargaining Agreements to be made for the establishment and maintenance of the Training and Retraining and Educational Programs, and any interest, income and other returns thereon of any kind whatsoever, and any other property received or held by reason of or pursuant to the trust. All sums held in escrow by the Bank of America pursuant to the escrow agreement effective as of June 16, 1968, as amended and all interest or other returns of any kind thereon shall be and become a part of this trust and of this Fund.

**Section 2.** The Fund shall have its principal office in the City and County of San Francisco.

*(Amended December 31, 1975)*

**Section 3.** No Employee or any other person shall be entitled to receive any part of the contributions made or

98

99

EXHIBIT A
PART 3

required to be made to the Fund, except as may be lawfully provided by and paid pursuant to any Program.

Section 4. Neither the Employers, any Signatory Association, any Individual Employer, the Union, any Local Union, any Employee or any other person under the Programs nor any other person shall have any right, title or interest in or to the Fund other than as specifically provided in this Trust Agreement or in the Programs. Neither the Fund nor any contribution to the Fund shall be in any manner liable for or subject to the debts, contracts or liabilities of any of the Employers, any Signatory Association, any Individual Employer, the Union, any Local Union, or any Employee or Beneficiary.

Section 5. Neither the Employers or any Signatory Association, nor any officer, agent, employee or committee member of the Employers or any Signatory Association shall be liable to make contributions to the Fund or be under any other liability to the Fund, except to the extent that he or it may be an Individual Employer required to make contributions to the Fund with respect to his or its own individual or joint venture operations, or to the extent he or it may incur liability as a Trustee as hereinafter provided. The liability of any Individual Employer to the Fund shall be limited to the payments required by the Collective Bargaining Agreements and by this agreement with respect to his or its individual or joint venture operations, and in no event shall be or it be liable or responsible for any portion of the contributions due from other Individual Employers with respect to the operations of such Individual Employers. The basis on which payments are made to the Fund shall be as specified in the Collective Bargaining Agreements and in this Trust Agreement and the individual employers shall not be required to make any further payments or contributions to the cost of operation of the Fund or of the Programs.

*(Amended December 31, 1975)*

Section 6. Neither the Employers, any Signatory Association, any Individual Employer, the Union, any Local Union, nor any Employee shall be liable or responsible for any debts, liabilities or obligations of the Fund or the Trustees.

Section 7. All amounts specified in Section 1 of this Article shall be held in trust for the purpose of paying either from principal or income, or both, for the expense of one or more of said Training and Retraining or Educational Programs and the expense of establishing and administering the Fund.

*(Amended January 1, 1973)*

Section 8. Contributions to the Fund shall be due commencing June 16, 1968, for work on and after said

date and shall be payable in the City and County of San Francisco, State of California, in regular monthly installments starting on or before July 15, 1968, and continuing from month to month thereafter subject to the provisions of the Collective Bargaining Agreements. The Contribution payable on or before July 15, 1968, shall include all payments which have theretofore accrued for work performed during the period from June 16, 1968, up to the Individual Employer's payroll period ending closest to the last day of June, 1968. Thereafter each monthly Contribution shall include all payments which have accrued in the interim for work performed up to the close of the Individual Employer's payroll period ending closest to the last day of the preceding calendar month. Each monthly Contribution shall be accompanied by a report in a form prescribed by the Board of Trustees.

*(Amended January 21, 1969)*

Section 9. Each Contribution to the Fund shall be made promptly, and in any event on or before the 25th of the calendar month in which it becomes payable, on which date said Contribution, if not then paid in full, shall be delinquent. If any Individual Employer fails to make his or its monthly Contribution in full on or before the 25th day of the month on four occasions within any twelve-month period, the Board of Trustees may provide by resolution that thereafter during the twelve-month period immediately following such resolution the 15th of the month shall be the delinquency date for such Individual Employer. The parties recognize and acknowledge that the regular and prompt payment of contributions to the Fund is essential to the maintenance in effect of the Programs, and that it would be extremely difficult, if not impracticable, to fix the actual expense and damage to the Fund and to the Programs which would result from the failure of an Individual Employer to pay such Contributions in full within the time above prescribed. Therefore, the amount of damage to the Fund and the Programs resulting from any such failure shall be presumed to be the sum of Twenty Dollars ($20.00) or 10% of the amount of Contribution or Contributions due, whichever is greater, which amount shall become due and payable to the Fund as liquidated damages and not as a penalty, in San Francisco, California, upon the day immediately following the date on which the Contribution or Contributions become delinquent and said delinquent Contribution or Contributions shall be increased by the amount of said liquidated damages. Such Contributions, as thus increased, shall be the payments specified in this Trust Agreement and the Programs pursuant to ERISA as required to be made to the Fund.

*(Amended January 21, 1969 and December 31, 1975)*

100

101

## ARTICLE III

### Board of Trustees

Section 1. The Fund shall be administered by a Board of Trustees which shall consist of five (5) Trustees representing the Individual Employers and five (5) Trustees representing the Employees. The Trustees representing the Individual Employers shall be appointed in writing by the Employers, who are hereby irrevocably designated by each Individual Employer as his or its attorney's-in-fact for the purpose of appointing and removing Trustees and successor Trustees. The Trustees representing the Employees shall be appointed by the Union by an instrument in writing signed by the appropriate officers of the Union. The Employers and the Union expressly designate the Trustees jointly as named fiduciaries, who shall have exclusive authority and discretion acting as the Board of Trustees as herein provided to control and manage the operation and administration of the Fund and the Programs. Each of the current Trustees expressly accepts designation as a fiduciary and as Trustee by written acceptance and signature of this Agreement and assumes the duties, responsibilities and obligations of the Trustees as created and established by this Agreement and under applicable law. Any Trustee named hereafter shall do likewise by signing the Trust Agreement or a written acceptance thereof, in a form approved by and filed with the Board of Trustees.

*(Amended December 31, 1975)*

Section 2. The Trustees shall select one of their number to act as Chairman of the Board of Trustees and one to act as Co-Chairman, to serve for such period as the Trustees shall determine. When the Chairman is selected from among the Employer Trustees, the Co-Chairman shall be selected from among the Employee Trustees, and vice versa.

Section 3. Each Trustee shall serve until his death, resignation or removal from office.

Section 4. A Trustee may resign at any time by serving written notice of such resignation upon the Secretary of the Board of Trustees at least thirty (30) days prior to the date on which such resignation is to be effective. The Secretary shall promptly notify in writing the Chairman and Co-Chairman of the Board, and the Employers and the Union of such resignation.

*(Amended December 31, 1975)*

Section 5. Any Employer Trustee may be removed from office at any time, for any reason, by a writing signed by the Employers and served on the Secretary of the Board of Trustees. Any Employee Trustee may be removed from office at any time, for any reason, by a writing signed by the Executive Officer of the Union and served on the Secretary of the Board of Trustees. The Secretary shall promptly notify in writing the Chairman and Co-Chairman of the Board, the Trustee being removed and the Union or Employers, as the case may be, of such removal.

*(Amended December 31, 1975)*

Section 6. If any Employer Trustee dies, resigns or is removed from office, a successor Trustee shall be appointed forthwith by an instrument in writing signed by the Employers. If any Employee Trustee dies, resigns, or is removed from office, a successor Trustee shall be appointed forthwith by an instrument in writing signed by the appropriate officers of the Union.

*(Amended December 31, 1975)*

Section 7. The initial Employee Trustees shall be:

> SAL MINERVA
> JAY JOHNSON
> JOHN PETERSEN
> PHIL THORPE
> HARRY E WHITEHOUSE

The initial Employer Trustees shall be:

> MORRIS K. DALEY
> WALLACE BENSON
> ERNEST L. CLEMENTS
> CARL K. LAWRENCE
> CLIFFORD SWENSON

## ARTICLE IV

### Functions and Powers of the Board of Trustees

Section 1. The Board of Trustees acting jointly shall have the power to control and manage the assets, operation and administration of the Fund and the Programs as a fiduciary and shall exercise such authority with the care, skill, prudence and diligence under the circumstances then prevailing that a prudent Board acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of like character and with like aims; provided, however, that the Board may:

(a) appoint an investment manager or managers (as defined in ERISA) to manage (including the power to acquire and dispose of) any assets of the Fund,

(b) enter into an agreement allocating among Trustees such specific responsibilities, obligations or duties as the Board shall determine, after receiving and considering the written reports and recommendations of the investment manager, if any, co-legal counsel and of the qualified public accountant, engaged by the Fund, may be properly so allocated,

(c) designate pursuant to the same procedure persons other than named fiduciaries to carry out fiduciary responsibilities (other than Trustee responsibilities) under this Trust Agreement or the Program,

(d) employ one or more persons to render service with regard to any responsibilities the Board has under this Trust Agreement or the Programs, or

(e) do any one or more of the foregoing.

Any person or entity so appointed, designated or employed shall act solely in the interests of the participants and beneficiaries of the Fund and the Programs.
*(Amended February 18, 1969 and December 31, 1975)*

Section 2. All contributions to the Fund shall be due and payable at San Francisco, California, and shall be paid to, received and held by the Fund subject to this Trust Agreement and all the terms and provisions hereof. The acceptance and cashing of any checks for such contributions, and the disposition of the moneys covered thereby in accordance with this Trust Agreement, shall not release or discharge the Individual Employer from his or its obligation under the Collective Bargaining Agreement for hours worked under said Agreement for which no contribution has actually been received, notwithstanding any statement, restriction or qualification appearing on the check or any attachment thereto. The Board of Trustees may direct that any such check may be a single check covering moneys payable to one or more other Funds and may join with the Boards of Trustees of such other Funds in instructing the bank or banks with regard to the allocation of the moneys covered by such check among the Funds. In such event the instructions so given shall be binding upon the bank or banks, the Individual Employer, the Employees, the Union, and all other parties hereto.
*(Amended February 18, 1969)*

Section 3. The Board of Trustees shall have the power, in the name of the Fund, in the name of its joint delinquency committee or jointly with other funds, or otherwise, as in its discretion may be deemed necessary or desirable, to demand and enforce, by suit in court or otherwise the prompt payment of contributions to the Fund, including payments due to delinquencies as provided in Section 9 of Article II, without being limited or restricted by any grievance or arbitration procedures provided in a Collective Bargaining Agreement, and to assert and enforce all priorities, lien rights, and other claims or rights with respect to any contributions or payments belonging to the Fund, this Trust or any of its beneficiaries, including the right to file priority and other claims in bankruptcy. If any Individual Employer defaults in the making of such contributions or payments and if the Board consults or causes to be consulted legal counsel with respect thereto,

or files or causes to be filed any suit or claim with respect thereto, there shall be added to the obligation of the Individual Employer who is in default, reasonable attorney's fees, court costs and all other reasonable expenses incurred in connection with such suit or claim, including any and all appellate proceedings therein.
*(Amended December 31, 1975)*

Section 4. The Board of Trustees shall establish and conduct a training program for the purpose of educating and training and retraining persons to perform work covered by the Collective Bargaining Agreements, to acquire new skills, to upgrade skills, and to develop and acquire techniques and skills necessary to meet technological changes in the construction industry, and shall have the power and duty to administer the Fund and to pay out the assets of the Fund for such purpose.

Section 5. Without limitation of the provisions of Section 1 of this Article, the Board of Trustees shall have power:

(A) To pay or cause to be paid out of the Fund the reasonable expenses incurred in the establishment of the Fund.

(B) To establish and accumulate such reserve funds as may be adequate to provide for administration expenses and other obligations of the Fund.

(C) To provide a procedure for establishing and carrying out a funding policy and method consistent with the objectives of the Programs and the requirements of ERISA in adopting a program of benefits and in amending the program.
*(Amended December 31, 1975)*

(D) To employ such executive, accounting, administrative, technical, educational, clerical, secretarial and legal personnel and other employees and assistants as may be necessary in connection with the administration of the Fund, and to pay or cause to be paid, out of the Fund, the compensation and necessary expenses of such personnel and assistants and the cost of office space, furnishings and supplies and other essentials required in such administration. If the Board is unable to agree upon the employment of an attorney pursuant to this clause, the Employer Trustees and the Employee Trustees may each select an attorney who shall be directed to act jointly with each other in connection with the administration of the Fund, and the reasonable cost of such advice or services shall be paid from the Fund.
*(Amended December 31, 1975)*

(E) To incur and pay or cause to be paid out of the Fund any other expense reasonably incidental to the administration of the Fund.

(F) To compromise, settle, or release claims or demands in favor of or against the Fund on such terms and conditions as the Board may deem desirable, including the power to continue, maintain and from time to time modify or revoke, in whole or in part, a policy and procedure for the waiver of all or any part of the liquidated damages portion of any Contribution or Contributions upon such terms and conditions as the Board determines would be in the interests of the Fund and its participants and beneficiaries; provided, however, that this clause shall not excuse any violation of any of the Collective Bargaining Agreements.

*(Amended December 31, 1975)*

(G) If no investment manager is designated and appointed by the Board, to invest and reinvest or cause to be invested and reinvested the assets of the Fund, in accordance with all applicable laws. Investments may be made with a bank or other fiduciary to the fullest extent permitted by law. No indicia of ownership shall be maintained outside the jurisdiction of the district courts of the United States, except to the extent permitted by law.

*(Amended December 31, 1975)*

(H) To enter into contracts in its own name or in the name of the Fund, to terminate, modify or renew any such contracts subject to the provisions of the Trust, and to exercise and claim all rights and benefits granted to the Board or the Fund by any such contracts.

*(Amended February 18, 1969)*

(I) To sell, exchange, lease, convey or otherwise dispose of or to cause to be sold, exchanged, leased, conveyed or otherwise disposed of, any property of any kind forming a part of the Fund upon such terms as it may deem proper and to execute and deliver or cause to be executed and delivered, any and all instruments of conveyance or transfer in connection therewith.

(J) To construe the provisions of this Trust Agreement and any such construction adopted by the Board in good faith shall be binding upon any and all parties or persons affected thereby.

(K) To pay or cause to be paid any and all real or personal property taxes, income taxes, or other taxes or assessments of any or all kinds levied or assessed upon or with respect to the Fund.

(L) To prepare or cause to be prepared such reports, descriptions, summaries and other information as are or may be required by law or as the Board in its discretion deems necessary or advisable and to file and furnish such reports, descriptions, summaries and other information to participants and their beneficiaries, Unions, the Employers and individual employers, the Trustees, or other persons or entities, including government agencies, as required by law.

*(Amended December 31, 1975)*

(M) To maintain or cause to be maintained such bank account or bank accounts as may be necessary or advisable in the administration of the Fund and to designate the person or persons authorized to sign checks and withdrawal orders on any such accounts.

(N) To adopt and prescribe reasonable rules and procedures, which shall not be inconsistent with the provisions of this Trust Agreement or of the Programs, governing the reporting of contributions, the entitlement to program benefits and any and all other matters in connection with the Fund.

(O) To exercise and perform any and all of the other powers and duties specified in this Trust Agreement.

Section 6. The Board of Trustees shall engage an independent qualified public accountant on behalf of all Plan participants as required by ERISA.

*(Amended December 31, 1975)*

Section 7. The Board of Trustees shall provide at the expense of the Fund, where and to the extent permissible by applicable law, insurance and bonding protection for the Fund and for each Trustee, former Trustee or estate of a deceased Trustee or former Trustee, and all other persons who handle funds or other property of the Fund for any purpose whatsoever. The protection shall be from such companies as the Board shall determine.

*(Amended June 17, 1975)*

Section 8. The Board of Trustees shall maintain suitable and adequate records of and for the administration of the Fund. The Board may require the Employers, any Signatory Association, any Individual Employer, the Union, any Local Union, or any Employee to submit to it any information, data, reports or documents reasonably relevant to and suitable for the purposes of such administration; provided, however, that the Union and Local Unions shall not be required to submit lists of membership. The parties agree that they will use their best efforts to secure compliance with any reasonable request of the Board for any such information, data, report or documents. Upon request in writing from the Board, any Individual Employer will permit a Trust Fund Auditor to enter upon the premises of such Individual Employer during business hours, at a reasonable time or times, not less than two (2) working days after such request, and to examine and copy such books, rec-

106

107

ords, papers or reports of such Individual Employer as may be necessary to determine whether the Individual Employer is making full and prompt payment of all sums required to be paid by him or it to the Fund.

*(Amended August 1, 1974)*

Section 9. The books of account and records of the Board of Trustees, including the books of account and records pertaining to the Fund, shall be audited at least once a year by an independent qualified public accountant engaged by the Board on behalf of all Program participants who shall conduct such an examination of any financial statements of the Fund and the Program, and of other books and records of the Fund and Program as is required by ERISA. The Board shall also make all other reports required by law. A statement of the results of the annual audit shall be available for inspection by interested persons at the principal office of the Fund and at such other suitable place as the Board may designate from time to time.

*(Amended December 31, 1975)*

Section 10. Compatible with equitable principles and to the extent that sound accounting principles permit, the Board of Trustees may coordinate its activities in the administration of the Fund with the administrative activities of the governing board or boards of any other fund or funds, established or to be established for employees in the building and construction industry to such extent and upon such terms as may be deemed necessary or desirable by the Board, including the entering into and performance of agreements or arrangements with any such board or boards providing for reciprocity or transfer or exchange of contributions between or among such funds or upon such terms as the Board may determine are for the best interests of the administration of the Fund.

*(Amended January 1, 1973)*

## ARTICLE V

### Procedure of Board of Trustees

Section 1. The Board of Trustees shall determine the time and place for regular periodic meetings of the Board. Either the Chairman or the Co-Chairman, or any four members of the Board, may call a special meeting of the Board by giving written notice to all other Trustees of the time and place of such meeting at least five days before the date set for the meeting. Any such notice of special meeting shall be sufficient if sent by ordinary mail or by wire addressed to the Trustee at his address as shown in the records of the Board. Any meeting at which all Trustees are present, or concerning which all Trustees have waived notice, in writing, shall be a valid meeting without the giving of any notice .

108

Section 2. The Board shall appoint a secretary who shall keep minutes or records of all meetings, proceedings and acts of the Board. Such minutes need not be verbatim.

Section 3. The Board shall not take any action or make any decision on any matter coming before it or presented to it for consideration or exercise any power or right given or reserved to it or conferred upon it by this Trust Agreement except upon the vote of a majority of all ten of the Trustees at a meeting of the Board duly and regularly called or except by the signed concurrence of all ten trustees without a meeting, as provided in Section 5 of this Article. In the event of the absence of any Employer Trustee from a meeting of the Board, the Employer Trustees present as such meeting may vote on behalf of such absent Trustee and if such Employer Trustees cannot all agree as to how the vote of such absent Employer Trustee shall be cast, then it shall be cast as the majority of them shall determine or, in the absence of such majority determination, it shall be cast as the Employer Trustee Chairman or Co-Chairman of the Board shall determine. In the event of the absence of any Employee Trustee from a meeting of the Board, the Employee Trustees present at such meeting may vote on behalf of such absent Trustee pursuant to the same method and in the same manner as above provided for Employer Trustees to cast the vote of any absent Employer Trustee.

Section 4. All meetings of the Board shall be held at the principal office of the Fund unless another place is designated from time to time by the Board.

Section 5. Upon any matter which may properly come before the Board of Trustees, the Board may act in writing without a meeting, provided such action has the concurrence of all of the Trustees.

## ARTICLE VI

### General Provisions Applicable to Trustees

Section 1. The provisions of this Article are subject to and qualified by the provisions of ERISA to the extent that such provisions are constitutionally applicable. In order to induce experienced, competent and qualified persons and entities to serve as fiduciaries, to deal with the Fund and the Board of Trustees and to participate in other ways in the administration and operation of the Fund and Plan and thus to further the interests of the participants and beneficiaries of the Plan, it is the intent and purpose of the parties to provide herein for the maximum permissible protection and indemnification of such persons or entities from and against personal liability, loss, cost or expense as a result of such service, dealing or participation, and the provisions of this

109

Article shall be liberally construed and applied to accomplish this objective.

*(Amended June 17, 1975)*

Section 2. No party who has verified that he or it is dealing with the duly appointed Trustees, or any of them, shall be obligated to see to the application of any money or property of the Fund, or to see that the terms of this Trust Agreement have been complied with, or to inquire as to the necessity or expedience of any act of the Trustees. Every instrument executed by the Board of Trustees or by its direction shall be conclusive in favor of every person who relies on it, that (a) at the time of the delivery of the instrument this Trust Agreement was in full force and effect, (b) the instrument was executed in accordance with the terms and conditions of this Trust Agreement, and (c) the Board was duly authorized to execute the instrument or direct its execution.

Section 3. The duties, responsibilities, liabilities and disabilities of any Trustee under this Trust Agreement shall be determined solely by the express provisions of the Trust Agreement and no further duties, responsibilities, liabilities or disabilities shall be implied or imposed.

Section 4. The Trustees shall incur no liability, either collectively or individually, in acting upon any papers, documents, data or information believed by them to be genuine and accurate and to have been made, executed, delivered or assembled by the proper parties. The Trustees may delegate any of their ministerial powers or duties to any of their agents or employees. No Trustee shall incur any liability for simple negligence, oversight or carelessness in connection with the performance of his duties as such Trustee. No Trustee shall be liable for the act or omission of any other Trustee. The Fund shall exonerate, reimburse and save harmless the Trustees, individually and collectively, against any and all liabilities and reasonable expenses arising out of their trusteeship, except (as to the individual Trustee or Trustees directly involved) for expenses and liabilities arising out of wilful misconduct or gross negligence. No expense shall be deemed reasonable under this section unless and until approved by the Board of Trustees.

Section 5. (A) Except as otherwise provided in Subsection (B) of this Section, upon request of a Trustee or former Trustee, or the legal representative of a deceased Trustee or former Trustee, the Board of Trustees shall provide for the defense of any civil action or proceeding brought against the Trustee, former Trustee or estate of a deceased Trustee or former Trustee, in his capacity as such Trustee or former Trustee or in his individual capacity or in both, on account of any act or omission in the scope of his service or duties as a Trustee of the Fund. For the purposes of this Section, a cross-action, counterclaim, cross-complaint or administrative or arbi-

110

tration proceeding against a Trustee or former Trustee or estate shall be deemed to be a civil action or proceeding brought against him or it.

(B) The Board of Trustees may refuse to provide for the defense of a civil action or proceeding brought against a Trustee or former Trustee or estate if the Board determines that:

(1) The act or omission was not within the scope of his service as a Trustee of the Fund; or

(2) He acted or failed to act in breach of his fiduciary duty because of wilful misconduct or gross negligence; or

(3) The defense of the action or proceeding by the Board would create a conflict of interest between the Board or Fund and the Trustee, former Trustee or estate.

(C) The Board of Trustees may provide for the defense of a criminal action brought against a Trustee or former Trustee if:

(1) The criminal action or proceeding is brought on account of an act or omission in the scope of his services or duties as a Trustee or former Trustee; and

(2) The Board determines that such defense would be in the best interests of the Fund and its participants and beneficiaries and that the Trustee or former Trustee acted, or failed to act, in good faith, without actual malice and in the apparent interests of the Fund and its participants and beneficiaries.

(D) The Board may provide for a defense pursuant to this section by Fund counsel or co-counsel or by employing other counsel for such purpose or by purchasing insurance which requires that the insurer provide the defense. All of the expenses of providing a defense pursuant to this Section are proper charges against the Fund. The Fund shall have no right to recover such expenses from the Trustee, former Trustee or estate.

(E) If after request the Board fails or refuses to provide a Trustee, former Trustee or estate with a defense against a civil action or proceeding brought against him or it and the Trustee or former Trustee or legal representative retains his own counsel to defend the action or proceeding, he shall be entitled to recover from the Fund such reasonable attorneys fees, costs and expenses as are necessarily incurred by him in defending the action or proceeding if the action or proceeding arose out of an act or omission in the scope of his service or duties as a Trustee of the Fund, unless the Board establishes that the Trustee or former Trustee acted or failed to act in breach of his fiduciary duty because of wilful misconduct or gross negligence.

*(Amended June 17, 1975)*

111

**Section 6.** Neither the Employers, any Signatory Association, the Individual Employers, the Union, any Local Union, any District Council nor any of the Trustees shall be responsible or liable for:

(a) The validity of this Trust Agreement or of a Program.

(b) The form, validity, sufficiency, or effect of any contract or policy for program benefits which may be entered into.

(c) Any delay occasioned by any restriction or provision in this Trust Agreement, a Program, the rules and procedures of the Board of Trustees issued hereunder, any contract or policy procured in the course of the administration of the Fund or Programs, or by any other proper procedure in such administration; provided, however, that this clause shall not excuse any violation of any of the Collective Bargaining Agreements.

(d) The making or retention of any deposit or investment of the Fund, or any portion thereof, or the disposition of any such investment, or the failure to make any deposit or investment of the Fund, or any portion thereof, or any loss or diminution of the Fund, except as to the particular person involved, such loss as may be due to the gross neglect or wilful misconduct of such person.

**Section 7.** Neither the Employers, any Signatory Association, any Individual Employer, the Union, nor any Local Union shall be liable in any respect for any of the obligations or acts of the Trustees because such Trustees are in any way associated with any such Employers Signatory Association, Individual Employer, Union, or any Local Union.

**Section 8.** Subject to and within the limitations provided in ERISA, the Board of Trustees may provide for the reimbursement to the Trustees for expenses incurred in the performance of their duties as Trustees, including attendance at education or training conferences, institutes or other meetings relevant to such duties as authorized by the Board, and for a reasonable payment to the Trustees for attendance at meetings or other services rendered to the Fund at the request or direction of the Board.

*(Amended December 31, 1975)*

**Section 9.** Any Trustee who resigns or is removed from office shall forthwith turn over to the Chairman or Co-Chairman of the Board of Trustees at the principal office of the Fund any and all records, books, documents, moneys and other property in his possession or under his control which belong to the Fund or which were received by him in his capacity as such Trustee.

112

**Section 10.** The name of the Fund may be used to designate the Trustees collectively and all instruments may be effected by the Board of Trustees in such name.

## ARTICLE VII

### Arbitration

**Section 1.** In the event that the Trustees deadlock on any matter arising in connection with the administration of the Fund, they shall agree upon a neutral person to serve as an impartial umpire to decide the dispute. The Employer Trustees and the Employee Trustees may, by mutual agreement, select an equal number of representatives from their respective trustee groups to sit with the umpire to constitute a Board of Arbitration. If such is done, the decision of a majority of this Board shall be final and binding upon the Trustees and the parties to and beneficiaries of this Trust Agreement. Otherwise, the decision of the impartial umpire shall be final and binding upon the Trustees, the parties to and the beneficiaries of this Trust Agreement. Any matter in dispute and to be arbitrated shall be submitted to the Board of Arbitration or the impartial umpire, as the case may be, in writing, and in making its or his decision, the Board or umpire shall be bound by the provisions of this Trust Agreement and the Collective Bargaining Agreements and shall have no authority to alter or amend the terms of any thereof. If the Trustees cannot jointly agree upon a statement submitting said matter to arbitration, each group shall prepare and state in writing its version of the dispute and the question or questions involved. The decision of the Board of Arbitration or the impartial umpire, as the case may be, shall be rendered in writing within ten days after the submission of the dispute.

**Section 2.** If no agreement on an impartial umpire is reached within ten days, or within such further time as the Trustees may allow for such purpose by mutual agreement, such umpire shall, on petition of either the Employee Trustees or the Employer Trustees be appointed by the United States District Court for the Northern District of California.

**Section 3.** The reasonable expenses of any such arbitration, including any necessary court proceedings to secure the appointment of an umpire or the enforcement of the arbitration award (excluding the fees and expenses of witnesses called by the parties and the cost of any attorneys other than the Fund attorneys selected pursuant to Section 5(D) of Article IV) shall be a proper charge against the Fund. No expense shall be deemed reasonable under this Section unless and until approved by the Board of Trustees.

*(Amended December 31, 1975)*

113

Section 4. No matter in connection with the interpretation or enforcement of any Collective Bargaining Agreement shall be subject to arbitration under this Article. No matter which is subject to arbitration under this Article shall be subject to the grievance procedure or any other arbitration procedure provided in any of the Collective Bargaining Agreements.

## ARTICLE VIII

### General Provisions

Section 1. Subject to the provisions of the Collective Bargaining Agreements, the rights and duties of all parties, including the Employers, the Signatory Associations, the Individual Employers, the Union, the Local Unions, the Employees and the Trustees, shall be governed by the provisions of this Trust Agreement and contracts procured or executed pursuant to this Trust Agreement.

Section 2. Any notice required to be given under the terms of this Trust Agreement shall be deemed to have been duly served if delivered personally to the person to be notified in writing, or if mailed in a sealed envelope, postage prepaid, to such person at his last known address as shown in the records of the Fund, or if sent by wire to such person at said last known address.

Section 3. This Trust Agreement shall be binding upon and inure to the benefit of all Individual Employers who are now or hereafter may become members of Employers or any Signatory Association or who become in any other way a party to a Collective Bargaining Agreement and the heirs, executors, administrators, successors, purchasers and assigns of the Employers, any Signatory Association, any Individual Employer, the Union, any Local Union, and the Trustees.

Section 4. All questions pertaining to this Trust Agreement, the Fund, or any Program, and their validity, administration and construction shall be determined in accordance with the laws of the State of California and with any pertinent laws of the United States.

Section 5. If any provisions of this Trust Agreement, the rules and regulations made pursuant thereto, or any step in the administration of this Trust is held to be illegal or invalid for any reason, or to render payments by the Individual Employers into this trust non-deductible for tax purposes or taxable to the Individual Employer or to prevent or defeat any other object stated in Section 9 of this Article, such holding shall not affect the remaining portion of the agreement or the rules and regulations, unless such holding prevents accomplishment of the objectives and purposes of the Agreement. In the event of any such holding the necessary steps to

remedy such illegality, invalidity, non-deductibility, taxability or prevention or defeat of any other objective stated herein shall be taken immediately.

Section 6. Except to the extent necessary for the proper administration of the Fund, all books, records, papers, reports, documents or other information obtained with respect to the Fund shall be confidential and shall not be made public or used for any other purposes. Nothing in this section shall prohibit the preparation and publication of statistical data and summary reports with respect to the operations of the Fund nor the cooperation with benefit funds authorized by other provisions of this Trust Agreement.

Section 7. In the establishment and maintenance of the Fund, and in the execution, amendment and implementation of this Trust Agreement, the Union acts for and on behalf of the Employees and as their collective bargaining representatives and agents, and every agreement or act of the Union in connection with the establishment, maintenance and operation of the Fund or the Program shall be deemed to be and is the agreement or act of the Employee, or Employees, concerned or affected by such agreement or action.

Section 8. In the establishment and maintenance of the Fund and in the execution, amendment and implementation of this Trust Agreement, the Employers act for and on behalf of the Individual Employers who, at the time of the execution of this Trust Agreement are, or during the term thereof become members of any of the Employers, or of any Signatory Association, and for and on behalf of any other Individual Employer who is required by any of the Collective Bargaining Agreements to make contributions to the Fund or who in fact makes one or more contributions to the Fund. Every agreement or act of the Employers in connection with the establishment, maintenance and operation of the Fund or the Programs shall be deemed to be and is the agreement or act of the Individual Employers, or Individual Employer, concerned or affected by such agreement or action.

Section 9. Contributions to the Fund shall not constitute nor be deemed to be wages due to the Employee with respect to whose work such contributions are made. It is the intent and purpose of the parties that such contributions shall at all times be deductible by the Individual Employer under all applicable tax laws, that said contributions shall not at any time be taxable as part of the compensation of the Employee whose hours of work are the measure of such contributions and such contributions shall not be considered part of the hourly wage rates for the purpose of computing overtime, either under any Collective Bargaining Agreement or under the Fair Labor Standards Act, the Walsh-Healey Act,

114

115

the Davis-Bacon Act, the Contract Work Standards Act, or any other law or regulation.

Section 10. In any action or proceeding affecting the Fund, or the trust hereby established, it shall be necessary to join as parties only the Trustees, and no Employer, Individual Employer, Union, Local Union, Employee, or any other person shall be entitled to notice of any such proceeding or to service of process therein. Any final judgment entered in any such action or proceeding shall be binding upon all of the above mentioned parties so long as such judgment does not attempt or purport to impose any personal liability upon or against any party not joined or not served in any such action or proceeding.

Section 11. No employee or other beneficiary or person shall have any right or claim to benefits under the Programs other than as specified in the Programs. Any and every claim to benefits from the Fund, and any claim or right asserted under the Programs or against the Fund, regardless of the basis asserted for the claim and regardless of when the act or omission upon which the claim is based occurred, shall be resolved by the Board of Trustees under and pursuant to the Programs and its decision with regard to the claim or right shall be final and binding upon all persons affected by the decision. The Board of Trustees shall establish a procedure for the presentation, consideration and determination of any such claim or right, which procedure shall comply with ERISA. No action may be brought for benefits under the Programs or to enforce any right or claim under the Programs or against the Fund until after the claim for benefits or other claim has been submitted to and determined by the Board in accordance with the procedure thus established and thereafter the only action which may be brought is one to enforce the decision of the Board or to clarify the rights of the claimant under such decision. Neither the Employers, any signatory association, the Union, any affiliated local union nor any of the trustees shall be liable for the failure or omission for any reason to pay any benefits under the Program.

*(Amended December 31, 1975)*

Section 12. Any payment required by a decision of the Board shall be due and payable in the City and County of San Francisco and any action or proceeding to enforce or clarify such decision shall be brought in a court of competent jurisdiction in that City and County. Any action or proceeding affecting the Fund, the Programs or the Trust hereby established shall be brought solely against the Fund as an entity, and solely by or on behalf of the claimant in the claims procedure established pursuant to Section 11 of this Article, and neither the Employers, nor any signatory association,

the Union, any affiliated local union, any employee, any beneficiary or other person shall be entitled to notice of any such action or proceeding or to service of process therein. Any final judgment entered in any such action or proceeding shall be binding upon all of the abovementioned parties so long as such judgment does not attempt or purport to impose any personal liability upon or against any party not joined or not served in any such action or proceeding.

*(Amended December 31, 1975)*

## ARTICLE IX

### Non-member Employers

Section 1. Any Individual Employer who is not a member of or represented by Employers or a Signatory Association but who is performing work coming within the jurisdiction of the Union or any Local Union may become a party to this Trust Agreement by executing in writing and depositing with the Administrative Office of the Board of Trustees his or its acceptance of this Trust Agreement, in a form acceptable to the Board.

*(Amended December 31, 1975)*

Section 2. Any Individual Employer who executes and deposits any such written acceptance, or who in fact makes one or more contributions to the Fund, assumes and shall be bound by all of the obligations imposed by this Trust Agreement upon the Individual Employer, is entitled to all rights under this Trust Agreement and is otherwise subject to it in all respects.

## ARTICLE X

### Amendment and Termination

Section 1. The provisions of this Trust Agreement may be amended or modified at any time, and from time to time, by mutual agreement of the Employers and the Union subject to the terms and conditions of the Collective Bargaining Agreements, any applicable law or regulation, and the provisions of Section 4 of this Article.

Section 2. Subject to the provisions of this Article and Section 5 of Article VIII of this Trust Agreement, this Trust is irrevocable and the provisions of this Trust Agreement shall continue in effect during the term of the Collective Bargaining Agreements, and any amendments, modifications, renewals or extensions thereof with respect to such Collective Bargaining Agreements as provide for the continuation of payments into the Fund and for a period of six months following the termination of the last of the Collective Bargaining Agreements which provide for the continuation of payments into the Fund.

116                                                            117

Section 3. This Trust Agreement and the Trust herein provided may be terminated by the Employers and the Union by an instrument in writing executed by mutual consent at any time, subject to the provisions of Section 4 of this Article. Upon the termination of such Trust, any moneys remaining in the Fund after the payment of all expenses and obligations of the Trust shall be paid or used for the continuance of one or more Program benefits in accordance with the provisions of the Program, until such Fund is exhausted in accordance with the provisions of Section 1, Article IV.

Section 4. In no event shall any amendment or modification of this Trust Agreement, or the termination of this Trust Agreement, cause or result in any portion of the Fund reverting to, or being recoverable by, any of the Employers, any Signatory Association, any Individual Employer, the Union, or any Local Union, or cause or result in the diversion of any portion of the Fund to any purpose other than the exclusive benefit of Employees under the Programs and the payment of the administrative expenses of the Fund.

Section 5. In no event shall the Trust established by this Trust Agreement continue for a longer period than is permitted by law.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement in San Francisco the day and year first hereinabove written.

FOR THE EMPLOYERS:

NORTHERN AND CENTRAL CALIFORNIA CHAPTER, THE ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC., a corporation, The ENGINEERING AND GRADING CONTRACTORS ASSOCIATION OF CALIFORNIA, INC., The CALIFORNIA CONTRACTORS COUNCIL, INC.

By *H. R. Erickson*
By *Warren Mendel*
By *Raymond Battiste*

FOR THE UNION:

NORTHERN CALIFORNIA DISTRICT COUNCIL OF HOD CARRIERS, BUILDING AND CONSTRUCTION LABORERS OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA

By *Jay Johnson*
By *George Goodfellow*
By *Sal Minerva*

118

119

AMENDMENT NO. 11 TO TRUST AGREEMENT ESTABLISHING
THE LABORERS HEALTH AND WELFARE TRUST FUND
FOR NORTHERN CALIFORNIA

This Amendment No. 11 to the Trust Agreement dated March 4, 1953, establishing the Laborers Health and Welfare Trust Fund for Northern California, made and entered into as of the 1st day of    March, 1980 by and between the Employer and the Union named in said Trust Agreement acting pursuant to Section 1 of Article X of said Trust Agreement provides as follows:

Recitals:

The Employer and the Union have reviewed the importance of the regular and prompt payment of employer contributions to the maintenance in effect of the fringe benefit funds provided for in the Laborers' Master Agreement for Northern California.  They have considered all pertinent factors bearing on the problem of employer delinquencies, including, without limitation, the cost to the funds of collection activities made necessary by such delinquencies, the losses to the funds resulting from the failure of delinquent employers to file reports of contributions at a time when moneys to pay such contributions were available through customary construction industry procedures, the delay in and increased cost of making benefit payments to employees due to delinquent employer reports and contributions, and the adverse effect of employer delinquencies upon the willingness of all other employers to make regular and prompt payments to the

funds. They concluded that it remains extremely difficult if not impracticable to fix the actual expense and damage to the funds, and to the fringe benefit plans supported by the funds, which results from the failure of an individual employer to pay his monthly fringe benefit contributions in full within the time provided in the trust agreements, but they estimated that due to increasing costs such expense and damage is not less than $20 per delinquency or 15% of the amount of the contribution or contributions due, whichever is greater, and that it would aid in the solution of the problem of employer delinquencies if said Trust Agreement were amended to provide that such amounts shall be payable by delinquent employers to said Fund as liquidated damages and not as a penalty, effective for contributions due for work performed in March, 1980.

Provisions:

Effective for contributions due for work performed in January, 1980, Section 8 of Article II of said Trust Agreement is revised to read as follows:

Section 8. Each contribution to the Fund shall be made promptly, and in any event on or before the 25th day of the calendar month in which it becomes payable, on which date said contribution, if not then paid in full, shall be delinquent. If any individual employer fails to make his or its monthly contribution in full on or before the 25th day of the month on four occasions within any twelve-month period, the Board of Trustees may provide by resolution that thereafter during the twelve-month period immediately following such resolution the 15th day of the month shall be the delinquency date for such individual employer. The parties recognize and acknowledge that the regular and prompt payment of employer contributions to the Fund is essential to the maintenance in effect of the Health and Welfare Plan, and that

-2-

it would be extremely difficult, if not impracticable, to fix the actual expense and damage to the Fund and to the Health and Welfare Plan which would result from the failure of an individual employer to pay such monthly contributions in full within the time above provided. Therefore, the amount of damage to the Fund and Health and Welfare Plan resulting from any such failure shall be presumed to be the sum of $20 per delinquency or 15% of the amount of the contribution or contributions due, whichever is greater, which amount shall become due and payable to the Fund as liquidated damages and not as a penalty, in San Francisco, California, upon the day immediately following the date on which the contribution or contributions become delinquent. Said delinquent contribution or contributions shall be increased by the amount of said liquidated damages and such contributions, as thus increased, shall be the payments specified in this Trust Agreement and the Health and Welfare Plan pursuant to ERISA as required to be made to the Fund.

Subject to the revision made by this amendment, all of the terms and provisions of said Trust Agreement, as previously amended, are continued in full force and effect.

Executed as of the day and year first above written.

For the Employer:                          For the Union:

THE ASSOCIATED GENERAL CONTRACTORS        NORTHERN CALIFORNIA DISTRICT
OF CALIFORNIA, INC.                        COUNCIL OF LABORERS, AFL-CIO

By _____                By _____
      Richard B. Munn
      Executive Director

                                          By _____

                                          By _____

-3-

AMENDMENT NO. 10 TO TRUST AGREEMENT ESTABLISHING
THE LABORERS HEALTH AND WELFARE TRUST FUND
FOR NORTHERN CALIFORNIA

This Amendment No. 10 to the Trust Agreement dated March 4, 1953, establishing the Laborers Health and Welfare Trust Fund for Northern California, made and entered into as of the 31st day of December, 1975 by and between the Employer and the Union named in said Trust Agreement acting pursuant to Section 1 of Article X of said Trust Agreement provides as follows:

1.  A new Section 9 is added to Article VIII reading as follows:

> "Section 9.  Any action to secure compliance with the provisions of Section 9 of Article IV or any other provision of this Trust Agreement, to enforce the prompt payment of Contributions or any other sums owed to the Fund, or arising out of any dispute concerning the interpretation, application or enforcement of Section 9 of Article IV or of any other provision of the Trust Agreement, shall be brought and tried in a court of competent jurisdiction located in the City and County of San Francisco, and each party to any such action expressly waives any right to change the venue of such action to any other county or to any other place."

2.  Except as herein expressly modified, all of the terms and provisions of said Trust Agreement, as amended

and restated, are continued in full force and effect.

Executed as of the day and year first above written.

For the Employer:

THE ASSOCIATED GENERAL CONTRACTORS
OF CALIFORNIA, INC.

By _____
        Richard B. Munn
        Executive Director

For the Union:

NORTHERN CALIFORNIA DISTRICT
COUNCIL OF LABORERS, AFL-CIO

By _____

By _____

By _____

-2-

AMENDMENT NO. 11 TO TRUST AGREEMENT ESTABLISHING
THE LABORERS PENSION TRUST FUND
FOR NORTHERN CALIFORNIA

This Amendment No. 11 to the Trust Agreement dated
August 2, 1963, establishing the Laborers Pension Trust Fund
for Northern California, made and entered into as of the 1st
day of March, 1980, by and between the Employer and the Union
named in said Trust Agreement acting pursuant to Section 1 of
Article XI of said Trust Agreement provides as follows:

Recitals:

The Employer and the Union have reviewed the importance
of the regular and prompt payment of employer contributions
to the maintenance in effect of the fringe benefit funds pro-
vided for in the Laborers' Master Agreement for Northern Cali-
fornia.  They have considered all pertinent factors bearing on
the problem of employer delinquencies, including, without limi-
tation, the cost to the funds of collection activities made
necessary by such delinquencies, the losses to the funds resul-
ting from the failure of delinquent employers to file reports of
contributions at a time when moneys to pay such contributions were
available through customary construction industry procedures, the
delay in and increased cost of making benefit payments to em-
ployees due to delinquent employer reports and contributions, and
the adverse effect of employer delinquencies upon the willingness
of all other employers to make regular and prompt payments to the
funds.  They concluded that it remains extremely difficult if

not impracticable to fix the actual expense and damage to the funds, and to the fringe benefit plans supported by the funds, which results from the failure of an individual employer to pay his monthly fringe benefit contributions in full within the time provided in the trust agreements, but they estimated that due to increasing costs such expense and damage is not less than $20 per delinquency or 15% of the amount of the contribution or contributions due, whichever is greater, and that it would aid in the solution of the problem of employer delinquencies if said Trust Agreement were amended to provide that such amounts shall be payable by delinquent employers to said Fund as liquidated damages and not as a penalty, effective for contributions due for work performed in March, 1980.

Provisions:

Effective for contributions due for work performed in March, 1980, Section 10 of Article II of said Trust Agreement is revised to read as follows:

Section 10. Each Contribution to the Fund shall be made promptly, and in any event on or before the 25th day of the calendar month in which it becomes payable, on which date said Contribution, if not then paid in full, shall be delinquent, and such contribution, as thus increased, shall be the payments specified in this Trust Agreement and the Pension Plan pursuant to ERISA as required to be made to the Fund. If any individual Employer fails to make his or its monthly Contribution on or before the 25th day of the month on four occasions within any twelve-month period, the Board of Trustees may provide by resolution that thereafter during the twelve-month period immediately following such resolution the 15th day of the month shall be the delinquency date for such Individual Employer. The parties recognize and acknowledge that the regular and prompt payment of Employer Contributions to the Fund is essential to the maintenance in effect of the Plan, and that it would be extremely difficult, if not impracticable, to fix the actual expense and damage

-2-

to the Fund and to the Plan which would result from the failure of an Individual Employer to pay such monthly Contributions in full within the time above provided. Therefore, the amount of damage to the Fund and Plan resulting from any such failure shall be presumed to be the sum of $20 per delinquency or 15% of the amount of the Contribution or Contributions due, whichever is greater, which amount shall become due and payable to the Fund as liquidated damages and not as a penalty, in San Francisco, California, upon the day immediately following the date on which the Contribution or Contributions become delinquent and said delinquent Contribution or Contributions shall be increased by the amount of said liquidated damages.

Subject to the revision made by this amendment, all of the terms and provisions of said Trust Agreement, as previously amended, are continued in full force and effect.

Executed as of the day and year first above written.

For the Employer:

THE ASSOCIATED GENERAL CONTRACTORS
OF CALIFORNIA, INC.

By _____

For the Union:

NORTHERN CALIFORNIA DISTRICT
COUNCIL OF LABORERS, AFL-CIO

By _____

By _____

By _____

AMENDMENT NO. 10 TO TRUST AGREEMENT ESTABLISHING
THE LABORERS VACATION-HOLIDAY TRUST FUND
FOR NORTHERN CALIFORNIA

This Amendment No. 10 to the Trust Agreement dated
June 4, 1963, establishing the Laborers Vacation-Holiday
Trust Fund for Northern California, made and entered into
as of the 1st day of March, 1980 by and between the Employer
and the Union named in said Trust Agreement acting pursuant
to Section 1 of Article XII of said Trust Agreement provides
as follows:

Recitals:

The Employer and the Union have reviewed the importance
of the regular and prompt payment of employer contributions
to the maintenance in effect of the fringe benefit funds pro-
vided for in the Laborers' Master Agreement for Northern Cali-
fornia.  They have considered all pertinent factors bearing on
the problem of employer delinquencies, including, without limi-
tation, the cost to the funds of collection activities made
necessary by such delinquencies, the losses to the funds result-
ing from the failure of delinquent employers to file reports of
contributions at a time when moneys to pay such contributions were
available through customary construction industry procedures, the
delay in and increased cost of making benefit payments to em-
ployees due to delinquent employer reports and contributions, and
the adverse effect of employer delinquencies upon the willingness
of all other employers to make regular and prompt payments to the

funds. They concluded that it remains extremely difficult if not impracticable to fix the actual expense and damage to the funds, and to the fringe benefit plans supported by the funds, which results from the failure of an individual employer to pay his monthly fringe benefit contributions in full within the time provided in the trust agreements, but they estimated that due to increasing costs such expense and damage is not less than $20 per delinquency or 15% of the amount of the contribution or contributions due, whichever is greater, and that it would aid in the solution of the problem of employer delinquencies if said Trust Agreement were amended to provide that such amounts shall be payable by delinquent employers to said Fund as liquidated damages and not as a penalty, effective for contributions due for work performed in March, 1980.

Provisions:

Effective for contributions due for work performed in March, 1980, Section 10 of Article II of said Trust Agreement is revised to read as follows:

Section 10. Each Contribution to the Fund shall be made promptly, and in any event on or before the 25th day of the calendar month in which it becomes payable, on which date said Contribution, if not then paid in full, shall be delinquent. If any Individual Employer fails to make his or its monthly Contribution in full on or before the 25th day of the month on four occasions within any twelve-month period, the Board of Trustees may provide by resolution that thereafter during the twelve-month period immediately following such resolution the 15th day of the month shall be the delinquency date for such Individual Employer. The parties recognize and acknowledge that the regular and prompt payment of employer Contributions to the Fund is essential to the maintenance in effect of the Plan, and that it would be extremely

-2-

difficult, if not impracticable, to fix the actual expense and damage to the Fund and to the Plan which would result from the failure of an Individual Employer to pay such monthly Contributions in full within the time above provided. Therefore, the amount of damage to the Fund and the Plan resulting from any such failure shall be presumed to be the sum of $20 per delinquency or 15% of the amount of the Contribution or Contributions due, whichever is greater, which amount shall become due and payable to the Fund as liquidated damages and not as a penalty, in San Francisco, California, upon the day immediately following the date on which the Contribution or Contributions become delinquent and said delinquent Contribution or Contributions shall be increased by the amount of said liquidated damages. Such Contributions, as thus increased, shall be the payments specified in this Trust Agreement and the Plan pursuant to ERISA as required to be made to the Fund.

Subject to the revision made by this amendment, all of the terms and provisions of said Trust Agreement, as previously amended, are continued in full force and effect.

Executed as of the day and year first above written.

For the Employer:

For the Union:

THE ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC.

NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS, AFL-CIO

By _____
    Richard B. Munn
    Executive Director

By _____

By _____

By _____

## AMENDMENT NO. 8 TO TRUST AGREEMENT ESTABLISHING
## THE LABORERS TRAINING AND RETRAINING TRUST FUND
## FOR NORTHERN CALIFORNIA

This Amendment No. 8 to the Trust Agreement dated
November 19, 1968, establishing the Laborers Training and Retraining
Trust Fund for Northern California, made and entered into as of
the 1st day of March, 1980, by and between the Employer and the
Union named in said Trust Agreement acting pursuant to Section 1
of Article X of said Trust Agreement provides as follows:

Recitals:

The Employer and the Union have reviewed the importance
of the regular and prompt payment of employer contributions
to the maintenance in effect of the fringe benefit funds pro-
vided for in the Laborers' Master Agreement for Northern Cali-
fornia.  They have considered all pertinent factors bearing on
the problem of employer delinquencies, including, without limi-
tation, the cost to the funds of collection activities made
necessary by such delinquencies, the losses to the funds result-
ing from the failure of delinquent employers to file reports of
contributions at a time when moneys to pay such contributions were
available through customary construction industry procedures, the
delay in and increased cost of making benefit payments to em-
ployees due to delinquent employer reports and contributions, and
the adverse effect of employer delinquencies upon the willingness
of all other employers to make regular and prompt payments to the

funds. They concluded that it remains extremely difficult if not impracticable to fix the actual expense and damage to the funds, and to the fringe benefit plans supported by the funds, which results from the failure of an individual employer to pay his monthly fringe benefit contributions in full within the time provided in the trust agreements, but they estimated that due to increasing costs such expense and damage is not less than $20 per delinquency or 15% of the amount of the contribution or contributions due, whichever is greater, and that it would aid in the solution of the problem of employer delinquencies if said Trust Agreement were amended to provide that such amounts shall be payable by delinquent employers to said Fund as liquidated damages and not as a penalty, effective for contributions due for work performed in March, 1980.

Provisions:

Effective for contributions due for work performed in March, 1980, Section 9 of Article II of said Trust Agreement is revised to read as follows:

Section 9. Each Contribution to the Fund shall be made promptly, and in any event on or before the 25th day of the calendar month in which it becomes payable, on which date said Contribution, if not then paid in full, shall be delinquent. If any Individual Employer fails to make his or its monthly Contribution in full on or before the 25th day of the month on four occasions within any twelve-month period, the Board of Trustees may provide by resolution that thereafter during the twelve-month period immediately following such resolution the 15th day of the month shall be the delinquency date for such Individual Employer. The parties recognize and acknowledge that the regular and prompt payment of employer Contributions to the Fund is essential to the maintenance in effect of the Programs, and that it would be extremely difficult, if not impracticable, to fix the actual expense and damage to the Fund and to the Programs

-2-

which would result from the failure of an Individual
Employer to pay such monthly Contributions in full
within the time above prescribed. Therefore, the
amount of damage to the Fund and the Programs result-
ing from any such failure shall be presumed to be the
sum of $20 per delinquency or 15% of the amount of the
Contribution or Contributions due, whichever is greater,
which amount shall become due and payable to the Fund
as liquidated damages and not as a penalty, in San
Francisco, California, upon the day immediately following
the date on which the Contribution or Contributions
become delinquent and said delinquent Contribution or
Contributions shall be increased by the amount of said
liquidated damages. Such Contributions, as thus increased,
shall be the payments specified in this Trust Agreement
and the Programs pursuant to ERISA as required to be
made to the Fund.

Subject to the revision made by this amendment, all of
the terms and provisions of said Trust Agreement, as previously
amended, are continued in full force and effect.

Executed as of the day and year first above written.

For the Employer:

THE ASSOCIATED GENERAL CONTRACTORS
OF CALIFORNIA, INC.

By _Richard B. Wilson_
    Richard B. Wilson
    Executive Director

For the Union:

NORTHERN CALIFORNIA DISTRICT
COUNCIL OF LABORERS, AFL-CIO

By _L. L. Minerva_

By _R. N. Medina_

By _____

-3-

Union agrees to perform all of the provisions of the Agreement hereinabove referred to.

This Agreement shall be binding upon the heirs, executors, administrators, successors, purchasers, and assigns of the individual employer, including any name or style to which business is conducted with respect to work covered by this Agreement.

It is the intention of the undersigned to enforce the provisions of this Agreement only to the extent permitted by law. Except as set forth below, the individual employer waives any right that he or it may have to terminate, abrogate, repudiate or cancel this Agreement during its term, or during the term of any future modifications, changes, amendments, supplements, extensions, or renewals of or to said Master Agreement, or to file or process any petition before the National Labor Relations Board seeking such termination, abrogation, repudiation or cancellation.

This Agreement shall remain in full force and effect until June 30, 2002, and shall continue hereafter for the term of any future modifications, changes, amendments, supplements, extensions, or renewals of or to said Master Agreement which may be negotiated between the parties thereto unless either party to this Memorandum Agreement gives written notice to the other of the desire to change or cancel not more than ninety (90) days nor less than sixty (60) days prior to June 30, 2002, or June 30th of any year in which the Master Agreement may terminate.

Dated: This ___21st___ day of ___Nov, 2000___    Effective: This ___21___ day of ___NOV___ 2000

**Geotech Construction**
(Name of individual employer and/or Association)

NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS

By ___Archie Thomas___ 36875

By ___Anthony Mollov___
(Signature of individual employer or Authorized Representative)

Archie Thomas, Business Manager

Title ___Project Manager___
(Owner, Partner, Foreman, etc.)

LOCAL UNION NO. ___324___

Contractor's License No. ___131597___

By ___Gene May___  Title ___President___

Address ___3801 Third Street___

City & State ___San Francisco___ Zip ___CA 94124___

SL89E

I /99 ORIGINAL 1

Telephone Number and Code ___(415) 559-3889___

## MEMORANDUM AGREEMENT

It is hereby mutually understood and agreed by and between the undersigned individual employer and the Northern California District Council of Laborers for and on behalf of all affiliated Local Unions in the 46 Northern California Counties hereinafter referred to as Union that for and in consideration of services performed and to be performed by Laborers for the individual employer, the individual employer agrees to comply with all wages, hours, and working conditions set forth in the Laborers' Master Agreement for Northern California June 28, 1 99 through June 30, 2002 (which agreement is incorporated herein by reference and a copy of which has been delivered to me and receipt of which is hereby expressly acknowledged), which amends, modifies, supplements and renews each and every, all and singular previous Laborers' Master Agreements or individual employer Memorandum Agreement in the construction industry in the 46 Northern California Counties and any future modifications changes, amendments, supplements, extensions or renewals of or to said Master Agreement which may be negotiated between the parties thereto for the term thereof.

The individual employer and/or association by executing this Memorandum Agreement continues to be bound by each and every of the Memoranda previously signed by said individual employer, individual employer entity and specifically applies to any company, firm or corporation in the construction industry with which or to which the undersigned has any connection of any nature or kind whatsoever. The undersigned individual employer or association hereby voluntarily recognizes the Union as the majority collective bargaining representative of all employees employed by said individual employer or by members of the signatory association performing work covered by this Agreement at all jobsites located within the 46 Northern California Counties and agrees that the Union has demonstrated that it is the majority representative of such employees in an appropriate collective bargaining unit.

The individual employer agrees to pay all sums of money for each hour paid for or worked by employees performing work covered by said Master Agreement to each and every all and singular of the Trust Funds specified in said Master Agreement, at their respective offices in San Francisco, Calif. and to accept and assure and be bound by all of the obligations of any trust agreement, plans, or rules or any amendments, modifications, or changes thereof made by the parties thereto or are now or may hereafter be imposed upon any individual employer by or pursuant to any such trust, trust fund or plan as set forth in the Master Agreement or any applicable trust agreement, including the obligation to pay liquidated damages and other sums due upon delinquency as provided in said trust agreements. The individual employer hereby acknowledges receipt of copies of each of said trust agreements.

The individual employer further agrees that he or she does irrevocably designate and appoint the Employer Members of said Trust Fund and Plan mentioned in the Master Agreement as his or her attorneys in fact for the selection, removal, and substitution of trustees as board members or plans or as may be hereafter provided by or pursuant to said trust agreements or plans.

Notwithstanding any provision of the Master of this Agreement, it is understood that the individual employer is required to give written notice to the Union, 402 - 37th Street, Richmond, California 94805, of the name or names of any entity, person, firm, or corporation engaged in the construction industry with which the undersigned becomes or is now connected and any change of name or style under which the undersigned will be or is engaged in the construction industry in the territory covered by said Master Agreement. Such written notice must be given no less than 10 days prior to the date of any such change of name, new corporation, change of corporation status, creation or formation of any entity, etc.

Notwithstanding any provisions of the Master Agreement or this Agreement, the Union reserves the right to strike (provided however, that no aspect of the subcontractors' clause, including its enforcement, may be enforced by or subject to strike action) or process the dispute through the grievance procedure, or both, the individual employer for alleged contract violations or breach of this Agreement and such strike shall not be deemed a breach of contract by the Union. Submission of any grievance involving the undersigned individual employer shall be to the permanent neutral arbitrator provided in the grievance procedure of the Master Agreement. Claims for unpaid wages or trust fund contributions may be submitted to the Labor commission at the sole option of the Union or the appropriate trust fund at anytime, in addition to any other remedy provided by the Master Agreement or this Agreement or by law.

EXHIBIT **8**

1999-2002
# LABORERS' MASTER AGREEMENT

Between

**ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC.**



and

**NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS**

Affiliated with

**LABORERS' INTERNATIONAL UNION OF NORTH AMERICA AFL-CIO**



EXHIBIT C
PART 1

# TABLE OF CONTENTS

|  | Section No. | Page |
|---|---|---|
| Additional Work or Classification | 14(a) | 28 |
| Agreement Binding upon Parties | 16(b) | 29 |
| Bargaining Representatives | 2 | 7 |
| Change of Name or Style | 30 | 43 |
| Contract Administration | 9A | 21 |
| Conflicting Contracts | 12 | 24 |
| Contracting Piece Work | 17 | 29 |
| Cost of Living Adjustment Additional Increase | | 46 |
| Coverage and Description of Work | 1(b) | 5 |
| Definitions | 1A | 4 |
| Delinquency Withdrawals | 28(b) | 39 |
| Discharge | 3(c) | 15 |
| Effective & Termination Date | 32 | 43 |
| Elimination of Restrictions on Production | 13(a) | 25 |
| Employers Membership | 16(a) | 29 |
| Employment | 3(b) | 9 |
| Employment and Discharge | 3 | 8 |
| Gardening & Landscape Work | 25 | 36 |
| (Supplement #4) | | 57 |
| General Provisions | 1 | 4 |
| General Saving Clause | 29 | 42 |
| Grievance Procedure | 9 | 18 |
| Gunite Industry, including Shot Crete, Panel Crete, and similar type work | 24 | 36 |
| (Supplement #2) | | 55 |
| Health & Welfare, Pension & Vacation Holiday-Dues Supplement, Training & Retraining Plans | 28(a) | 37 |
| Higher Wages | 5 | 17 |
| Hiring Hall Location-Schedule "A" | | 67 |
| Holidays | 23 | 36 |
| Industry Stabilization Fund | 9B | 22 |
| Jurisdictional Disputes | 14(b) | 28 |
| Landscape Laborers Trainee | | 58 |
| Liability of Parties | 26 | 36 |
| Local Union Dispatch Hours-Schedule "A" | | 67 |

2

## TABLE OF CONTENTS (continued)

|  | Section No. | Page |
|---|---|---|
| Lunchtime | 6 | 17 |
| No Cessation of Work | 8 | 18 |
| Overtime, Hours & Working Conditions | 20(a) | 31 |
| Parking | 20(b) | 34 |
| Parties to Agreement |  |  |
| Payment of Wages | 10 | 22 |
| Picket Lines | 27 | 37 |
| Pre-Job Conference | 15 | 29 |
| Protective Clothing | 13(b) | 26 |
| Records | 7 | 17 |
| Safety | 13(c) | 26 |
| Security Bonds | 28(c) | 40 |
| Show-up Time | 4 | 16 |
| Status of Foremen | 21 | 35 |
| Stewards | 22 | 35 |
| Subcontractors | 11 | 23 |
| Supplement Dues | 28(e) | 41 |
| Subsistence — Supplement #6 |  | 60 |
| Union Security | 3(a) | 8 |
| Wage and Fringe Increase | 28(f) | 41 |
| Wages | 18 | 29 |
| Wages Applicable to Classification | 19 | 30 |
| Wage Rates — Supplement #1 |  | 46 |
| Wrecking Work | 25 | 36 |
| (also Supplement #3) |  | 57 |
| Wrecking Work, Gardening, Horticultural and Landscaping Work | 25 | 36 |
| Warranty | 31 | 43 |

3

# LABORERS' MASTER AGREEMENT
# 1999-2002

THIS AGREEMENT, made and entered into this 5th day of May, 1999 and effective the 28th day of June, 1999, by and between THE ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC., hereinafter referred to as COLLECTIVE BARGAINING REPRESENTATIVE OF EMPLOYER, and the NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA AFL-CIO, hereinafter referred to as UNION, modifying, amending and changing the Agreement made and entered into the 17th day of May, 1951, as modified by the Agreements dated June 4, 1952; July 14, 1953; April 13, 1954; April 12, 1955; April 30, 1956; April 19, 1957; June 30, 1959; July 28, 1961; June 27, 1962; July 1, 1965; June 16, 1968; June 16, 1971; July 2, 1974; May 10, 1977; April 30, 1980; January 18, 1983; March 5, 1986; November 21, 1988; May 17, 1992 and June 14, 1996, by and between the ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC. and the NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS of the LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO.

## WITNESSETH:

## Section 1 — General Provisions

### A. Definitions

(1) The term "Employer" shall refer to the Associated General Contractors of California, Inc.

(2) The term "Union" shall refer to the Northern California District Council of Laborers.

(3) This Agreement shall apply to any employee who performs work falling within the presently recognized jurisdiction of those Local Unions of the Laborers' International Union of North America affiliated with the Northern California District Council of Laborers; except that this Agreement shall not apply to superintendents, assistant superintendents, general foremen, civil engineers and their helpers, timekeepers, messenger persons, confidential employees and office help.

(4) This Agreement shall apply to Northern California, which term means that portion of the State

4

of California above the Northerly boundary of Kern County, the Northerly boundary of San Luis Obispo County, and the Westerly boundaries of Inyo and Mono Counties, which includes the following counties: Alameda, Alpine, Amador, Butte, Calaveras, Colusa, Contra Costa, Del Norte, El Dorado, Fresno, Glenn, Humboldt, Kings, Lake, Lassen, Madera, Marin, Mariposa, Mendocino, Merced, Modoc, Monterey, Napa, Nevada, Placer, Plumas, Sacramento, San Benito, San Francisco, San Joaquin, San Mateo, Santa Clara, Santa Cruz, Shasta, Sierra, Siskiyou, Solano, Sonoma, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo and Yuba.

**B. Coverage and Description of Laborers' Work Covered by this Agreement.**

(1) This Agreement shall cover all work coming within the recognized jurisdiction of the Laborers' International Union of North America.

(2) Subject to the preceding paragraph and subject also to the provisions of Section 14 of this Agreement, it is agreed that Laborers' work shall include but not be limited to: All Laborers' work necessary to tend the carpenters and other building trades craftsmen, stripping of concrete forms, handling and raising of slip forms, sewer cleaners, gardening, horticulture, landscaping, trackmen (construction, maintenance, repair), all cleanup of debris, grounds and buildings, steam cleaning and all General Laborers' work. In accordance with Green Book Decision dated August 2, 1920 — December 11, 1924, the loading and unloading, carrying and handling of all rods and materials for use in reinforcing concrete construction shall be done by Laborers under the supervision of such person as the Employer may designate. The hoisting of rods shall be done by Laborers, except when a derrick or outrigger operated by other than hand power is used.

All Laborers' work in connection with excavation for building and all other construction, including digging of trenches, piers, foundations and holes; digging, lagging, sheeting, cribbing and bracing of foundations, holes, caissons and cofferdams, manning, setting and moving all manually movable pumps. (This does not restrict the Laborers from performing other work.)

All Laborers' work in connection with concrete work, including chipping and grinding, sandblasting, mixing, handling, shoveling, conveying, pouring, concrete

pumps and similar type machines, grout pumps, noz-
zlemen (including gunmen and potmen), vibrating,
guniting and otherwise applying concrete, whether
done by hand or any other process, and wrecking,
stripping, dismantling and handling concrete forms
and false work, including tending of plasterers and
brick and block layers.

All Laborers' work in the excavation, grading,
preparation concreting, asphalt and mastic paving,
paving, ramming, curbing, flagging and laying of
other stone materials, and surfacing of streets, ways,
courts, underpasses, overpasses and bridges.

All work in connection with the operation of spread-
er boxes, such as True-Lay, Rola Pavers and Laytons or
similar type models, including but not limited to all
shoveling and shifting material and cleaning of boxes,
shall be the work of the Laborers. All Laborers' work
in connection with the cutting of streets and ways for
all purposes, including aligning by any method, dig-
ging of trenches, manholes, etc., handling and convey-
ing of all materials for same; concreting of same; and
the backfilling, grading and resurfacing of same. All
Laborers' work in connection with the construction of
caissons, cofferdams, subways (except as covered by
Master Tunnel Agreement), aqueducts, water lines,
culverts, flood controls, airports, drains and sewers,
and any type of conduit, no joint pipe, including the
cribbing, lagging, bracing, sheeting, checking grade
for pipelaying, trench jacking and handling of lagging
hammers on all open trenches and ditches. All
Laborers' work in connection with shoring, underpin-
ning including cutting, fitting, placing and raising of
all structures.

All Laborers' work in connection with drilling, all
work of loading, placing and blasting of all powder
and explosives of whatever type regardless of the
method used for such loading and placing.

All signaling and rigging in connection with
Laborers' work.

All Laborers' work in connection with the wrecking
of buildings and other structures.

All Laborers' work in connection with the slinging,
handling and placing of all rip-rap, rock and stone on
highways, jetties, retaining walls or wherever used.

All wrecking work on construction and/or razing
sites: all Laborers' work on pre-casting or prefabrica-
tion at the construction project site or at a precast or
prefabrication yard specifically established and oper-
ated for that one particular construction job.

6

All work in connection with the operation of such equipment that is necessary and incidental to carry out the work of the Laborer.

(3) All classifications listed Supplement No. 1 of this Agreement which are not listed under this Section shall be included in the coverage and description of Laborers' work just as though incorporated in full in this Section.

(4) Should an Individual Employer signatory to this Agreement subcontract the masonry or plastering portion of a project, said contract shall specify that the work to be performed shall be done under the terms and conditions of the current Masonry and/or Plaster Tender Agreement that has been negotiated by the Northern California District Council of Laborers or its affiliates, which is in effect in the territory in which the work is performed. However, Masonry work which is incidental to the work of the Individual Employer may be performed under the terms and conditions of this Agreement.

(5) Any Employer not signatory to both the Tunnel and Laborers' Master Agreement shall agree that whenever work is performed which is covered by the terms of the Laborers' Master Tunnel Agreement for the 46 Northern California Counties, the provisions of that Agreement shall be fully applicable to and binding upon the Individual Employer.

## Section 2 — Bargaining Representatives

### A. Union's Recognition of Collective Bargaining Representative of Employer.

The Union hereby recognizes and acknowledges that the Collective Bargaining Representative of Employer includes in its membership a majority of the Individual Employers in the highway, general building and heavy construction industry, and said Individual Employers are performing the greater percentage of work therein. By reason of such facts the Union hereby recognizes that the Collective Bargaining Representative of the Employer, as hereinabove referred to, is the collective bargaining representative for all Individual Employers who authorize the Employer to represent them with respect to Collective Bargaining with the Northern California District Council of Laborers. A list of said Individual Employers shall be furnished to the Union at the commencement of negotiations and the Employer shall furnish the Union with a complete monthly report of

any additions and deletions to the list of Individual Employers represented by the Employer.

In the event the Union (District Council) enters into any other agreement with other employers or employer associations concerning the type of work covered hereby in the area which shall have terms more favorable to such employers or employer associations and the members thereof than this Agreement, then such more favorable provisions shall become a part of and apply to this Agreement only in the geographical area where such other agreement is in effect.

**B. Employers' Recognition of Union as Collective Bargaining Representative of Employees.**

The Employer and the Individual Employers covered hereby recognize and acknowledge the Northern California District Council of Laborers of the Laborers' International Union of North America, AFL-CIO as the collective bargaining representative for the employees in the area aforementioned covering the jurisdiction of the Union.

**C. Access to Project.**

A Union Representative shall have access to the project during working hours for the purpose of checking the manner of compliance with which the terms of this Agreement are being complied.

## Section 3 — Employment and Discharge

**A. Union Security**

(1) Every person performing work covered by this Agreement who is a member of the Union and in the employment of an Individual Employer on work covered by this Agreement on the effective date of this subsection 3A shall, as a condition of employment or continued employment, remain a member in good standing of the Union in the appropriate Local Union of the Union. Every person covered by this Agreement and employed to perform work covered by this Agreement shall be required, as a condition of employment, to apply for and become a member of and to maintain membership in good standing in the Union in the appropriate Local Union of the Union which has territorial jurisdiction of the area in which such person is performing work on or after the expiration of eight (8) days of employment on such work following the beginning of such employment on the effective date of

8

this revised subsection 3A, whichever is later. Membership in any such Local Union shall be available to any such person on the same terms and conditions generally applicable to other members.

If Federal law is hereafter amended to permit a lesser requirement for Union membership or Union membership as a condition of employment than provided in this subsection, the Collective Bargaining Representative of the Employer and the Union will promptly enter into negotiations with regard to such subject.

(2) The Individual Employer shall be required to discharge any employee pursuant to this subsection 3A only when a written notice from the Union or Local Union, with an immediate copy of such notice to the Union, of such employee's non-compliance with this subsection, stating all pertinent facts showing such non-compliance, shall have been served upon such Individual Employer and a reasonable time (not to exceed 48 hours) has been allowed for compliance therewith.

**B. Employment**

(1) The Union or Local Union shall maintain open and non-discriminatory hiring halls for the use of workmen desiring employment on work covered by this Agreement and such workmen shall be entitled to use such hiring halls. It is mutually agreed by the Employer and the Union to fully comply with all of the provisions of Title 7 of the Civil Rights Act of 1964, Presidential Executive Order #11246, the Americans with Disabilities Act of 1990, and the California Fair Employment Practices Section, to the end that no person shall, on the grounds of sex, race, color, disability, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination by not having full access to the contents of Section 3 of this Agreement. (A list of Local Unions, their telephone numbers and daily dispatching hours is attached hereto as "Schedule A" for convenience only.)

The Union shall retain full power to change the location of any hiring hall listed herein, to change the daily dispatching hours listed herein or to cause the merger, amalgamation or consolidation of any two or more hiring halls listed herein. The Union shall give notice in writing to the Employer whenever any such change, merger, amalgamation or consolidation becomes effec-

9

tive. If the Employer desires a location of a hiring hall or daily dispatching hours other than as specified herein, notice of such desire shall be given to the Union in writing and the Collective Bargaining Representative shall promptly enter into negotiations with regard to such subject.

(2) Each person desiring employment shall register through such hiring hall by appearing personally and by indicating his/her name, address, telephone number, Social Security Account Number, qualifications and employment desired. Each such person shall be listed numerically in the order in which he/she registers.

In the territorial jurisdiction of the following Locals only 73 Stockton, 139 Santa Rosa, 185 Sacramento, 270 San Jose, 291 (Napa/Lake Counties only), 294 Fresno, 297 Salinas, 326 Solano and 1130 Modesto, a person may register by phone if his residence is more than 10 miles from the nearest hiring hall maintained by said Local.

Distance for interpreting this subsection shall be determined by using the nearest Class "A" road or highway.

(3) No person shall be entitled to have his name placed on any employment list which is applicable to a particular type or classification of work unless he/she has been employed in such type or classification of work for six months consecutively or accumulatively within a period of three (3) years immediately preceding the date of his/her registration.

(4) The Individual Employer shall contact the appropriate hiring hall of the local Union having work and area jurisdiction for all Laborers as he/she or it may from time to time need, and the Local Union shall furnish to the Individual Employer the required number of qualified and competent Laborers of the classifications needed by the Individual Employer in accordance with the provisions of this subsection 3B, if such Laborers are available

(5) When requesting Laborers, the Individual Employer shall submit job orders indicating the number of persons desired, qualifications of each person desired, the location of the job, the reporting date and time and the representative of the Individual Employer to be contacted on the job site.

(6) The appropriate hiring hall of the Local Union of the Union having work and area jurisdiction will furnish in accordance with the request of the Individual Employer such qualified and competent Laborers of

10

the classifications needed from among those entered on said lists to the Individual Employer by use of a written referral in the following order of preference:

Persons shall be referred in the order in which they are registered if their registration indicates that they are qualified for and desirous of taking such referral, unless they are not available for referral, subject to the following conditions: First,

(a) Notwithstanding any other provision of this Agreement, the Individual Employer may request a person by name, out of order, and such person must be dispatched if such person is registered on the out-of-work list and if such person was employed previously by such Individual Employer or member of a joint venture within three years prior to such request within the territorial jurisdiction of the appropriate Local Union of the Union.

(b) In addition to requests permitted by the provision of subsection 6(a), the Individual Employer may request any person registered on the out-of-work list out of order for any reasons; provided, however, that at no time shall any job contain more than 50% of persons requested under subsection 6(b). It will not be a violation of this Agreement for an owner (1 person) to perform Laborers' work when needed, provided that said owner is performing work with at least one (1) additional Laborer on the job site.

(c) Any Local Union, may at its option, permit a percentage of individual requests greater than 50% on any job. Such permission shall not be deemed a violation of this Agreement.

(d) Notwithstanding the above, the mobility of all employees who have been employees of the Individual Employer for a period of three hundred sixty (360) hours out of the immediate preceding six (6) months, shall not be restricted for any reason subject to Section 3A, Union Security. In order for the Individual Employer to exercise the mobility provisions set forth in this paragraph, the Individual Employer shall:

(1) Provide the appropriate Local Union with a current list of names and Social Security Numbers of those employees who are eligible for mobility, prior to any employee being moved; and

(2) The Individual Employer shall notify the appropriate Local Union of a job or project of more than five day's duration.

(3) In cases where an individual employer is found to have dispatched certain employees not eligible for

mobility to a job site as defined herein, then the local Union having jurisdiction in the project area shall notify the employer of such violation or error. The employer, upon notification by the Union, shall within one (1) working day, correct said violation or error to the satisfaction of the Union. Additional Laborers shall be obtained in accordance with the hiring hall procedures from the Local Union in the area where work is performed. All Laborers shall have in their possession proof of proper dispatch and Union status which shall be produced upon request of Local Union representative in the area where the job is located. Any violation not resolved to the mutual satisfaction of the parties shall be subject to Section 9 of this Agreement.

(4) No Employee of the employer shall suffer loss of mobility for a break in service of two (2) months or less with the employer if the break in service is due to illness, extended vacation or winter shutdown.

(e) No person shall be dispatched pursuant to the provisions of subsection 6(a), 6(b) or 6(c) of this Section unless the Individual Employer's request is in writing, dated, is signed by an appropriate management representative, specifies whether the person is a rehire and names the job for which rehire is requested.

Second, persons who, within five (5) years immediately preceding the job order, performed work covered under this Agreement in the geographical area covered by this Agreement in the order in which they registered.

Third, persons who are registered in the order in which they registered by qualification.

(7) Available for employment shall mean: All persons eligible for referral shall be present at the hiring hall or present at their residence phone if they live at a location specified in subsection (2) of this subsection 3B during dispatching hours, unless excused for the following reasons:

(a) When a death or imminent death occurs in the immediate family, from the date of death and not exceeding one week after the date of burial, however, they shall produce bona fide proof of such death or imminent death from hospital or family doctor.

(b) Persons on jury duty, providing they produce bona fide proof that they are serving on a jury.

(c) Persons temporarily serving in the U.S. Military Reserve, providing they show bona fide proof of such service.

(d) Attendance at Workers' Compensation Hearing or any administrative or court appearance.

12

(8) When ordering workers, the Individual Employer will give notice to the appropriate hiring hall of the Local Union, if possible, not later than 2:30 p.m. of the day prior (Monday through Friday) or, in any event, not less than seventeen and one-half (17½) hours, if possible, before the required reporting time. In the event that forty-eight (48) consecutive hours after such notice (Saturday, Sundays and recognized holidays excluded), the Local Union shall not furnish such workers, the Individual Employer may procure workers from any other source or sources. If workers are so employed, the Individual Employer shall promptly report to the appropriate hiring hall of the Local Union, in writing or by phone with written confirmation within forty-eight (48) hours, the name, address and Social Security Account Number of the employee procured from such other source or sources and the date of employment and the location of the job on which he/she is employed. Workers who report on the first day are to be paid from the time they report to the Individual Employer's designated location.

(9) Dispatching hours shall be as specified in subdivision (1) of this subsection 3B or as specified in the notice or notices submitted pursuant to subdivision (1) of this subsection 3B. In emergency cases, individuals may be dispatched other than at such dispatching hours.

(10) Each person, upon being referred, shall receive a written referral to be transmitted to the Employer representative at the job site indicating the name, address, Social Security Account Number, type of job, date of proposed employment and date of referral.

(11) To insure the maintenance of a current registration list, all persons who do not re-register or answer roll call, as the case may be, on each regularly scheduled roll call day (which shall not be more often than once a week), shall be removed from the registration list unless excused in accordance with subsection 3B(7). Any person may re-register by phone and must be personally present at the phone during dispatch hours. If a referral is made by phone, a written dispatch slip must be sent to the Individual Employer and worker. Any person who is permitted to register by telephone under this subsection 3B must appear personally at the appropriate hiring hall on roll call day. If such persons re-register or answer roll call pursuant to the provisions of this Section, they shall maintain their previous position on such list, subject to the provisions of subsection 12 of subsection 3B following,

13

such person shall not be entitled to the position he/she held prior to his elimination in the event he/she re-registers or answers roll call, as the case may be. Persons will be excused from answering roll call only for the reason enumerated in subsection 3B(7).

(12) Persons shall be eliminated from the registration list for the following reasons:

(a) Dispatched to a job — except that any person who is rejected by the Individual Employer or who fails to complete two (2) full days of work shall retain his/her position on said list; provided, no person who is rejected by the Individual Employer shall be re-referred to such Individual Employer with respect to the same request pursuant to which he/she was initially referred.

(b) Failing to accept suitable employment one time during the current week at the time of dispatch. Employment which cannot be reached by an individual because of lack of transportation shall not be deemed suitable as to him/her.

(c) Unavailable for employment.

(d) Any person dispatched to a job who fails to report for work.

(13) Notwithstanding the provisions of this subsection 3B, upon the same notice as required in 3B(6)(E) being given to the appropriate Local Union of the Union, an Individual Employer shall have complete freedom to employ the first key Laborer.

(14) Subject to the provisions of this Agreement, the Individual Employer shall have complete freedom of selectivity in hiring and the Individual Employer retains the right to reject any job applicant referred by the Union for just cause including but not limited to persons unable to produce legal residence documentation as required under the Immigration Reform and Control Act of 1986. In the event an Individual Employer receives two (2) referrals from the Local Union not meeting the skill requirements of the hiring request, the Individual Employer shall be free to secure such skilled person from any available source subject to Section 3a of this Agreement.

(15) The Local Unions and the Union shall post in places where notices to applicants for employment with the Individual Employers are customarily posted, all provisions relating to the functioning of the hiring arrangements, including the provisions set forth in this Section, and each Individual Employer shall similarly post in places where notices to employees and applicants for employment are customarily posted, a

14

notice of the hiring arrangements set forth in this Section.

(16) Selection of applicants for referral to jobs pursuant to this Agreement shall be on a non-discriminatory basis and shall not be based on, or in any way affected by, Union membership, bylaws, rules, regulations, constitutional provisions, or any other aspect or obligation of Union membership, policies or requirements, provided that the provisions hereof shall not modify or qualify the requirements of subsection A of this Section 3.

(17) Any person aggrieved by the operation of the hiring hall shall submit his/her grievance to the permanent hiring hall neutral arbitrator provided that such submission is made in writing stating the reasons for the grievance within ten (10) working days after the occurrence of the grievance.

The Arbitrator shall have full power to adjust the grievance, and his decision thereon shall be final and binding upon the person submitting the grievance and all parties hereto. Forms for the submission of any such grievance shall be available at all times in the office of the Union and each Local Union.

The permanent hiring hall neutral arbitrator shall be Gerald R. McKay and notices required by this Section shall be mailed or delivered to P.O. Box 406, Burlingame, CA 94011-0406. The date of this postmark and/or date of delivery of the grievance, whichever is later, shall toll the running of the ten (10) day period. The costs of arbitration shall be borne equally by the Employer and the Local Union regardless of who the Local Union or Individual Employer is.

## C. Discharge

No employee shall be discharged or discriminated against for activity in or representation of the Union or any Local Union. The Local Union shall be the sole judge of the qualifications of its members.

The Individual Employer shall be the sole judge of the qualifications of all of their employees, and may on such grounds, discharge any of them. No employee shall be discharged without just cause. In the event of discharge without just cause, the employee shall, if he/she so desires, be reinstated with payment for time lost. In the event of a dispute, the existence of "just cause" shall be determined under the grievance procedure provided for in Section 9 hereof. In the event of reinstatement, the amount of back pay awarded under

Section 9 hereof may not exceed 90 days unless the grievant was employed by the Individual Employer who discharged him/her for more than 1500 hours in the two (2) years preceding the date of discharge.

D. The Individual Employer may notify the Local Union hiring hall of all employees who have quit, or been terminated or recalled during the week. Such notification may be on a written form which will include the following information:

    NAME OF EMPLOYER COMPANY
    NAME OF EMPLOYEE
    DATE OF TERMINATION
    DATE OF RECALL
    REASON FOR TERMINATION

E. No employee may be transferred from an Individual Employer's payroll to another Individual Employer's payroll except in accordance with subsection 3B, except any transfer to and/or from a joint venture of which the Individual Employer is a partner.

### Section 4 — Show-Up Time

When any employee reports for work and there is no work provided by the Individual Employer, he/she shall be paid two (2) hours show-up time at the applicable rate plus subsistence where applicable, provided, however, no show-up time will be payable to any person who reports for work without the necessary and legally required documentation to establish work right status under applicable Immigration and Naturalization Laws. If work is suspended on account of weather conditions, the employee shall be entitled to show-up time only if he/she remains on the job site for two (2) hours pending abatement of such weather unless sent home earlier by the Individual Employer. If work is to be suspended for any reason, the employee shall be notified at least two (2) hours before being required to report for work. The employee shall keep the Individual Employer informed at all times of his/her correct address, and if he/she has a telephone, his/her telephone number. If an employee does not keep the Individual Employer so informed, the Individual Employer shall be relieved of the duty of giving such notice and further he/she shall not have to pay such employee show-up time. Radio and/or TV notice is acceptable on remote projects as means of notification providing the Union is notified in writing



at the commencement of the job.

### Section 5 — Higher Wages

No employee receiving a higher rate of pay shall suffer a reduction of pay by reason of the execution of this Agreement.

### Section 6 — Lunch Time

No employee shall be required to work more than five (5) hours without time off for a meal period, which shall be not less than one-half (½) hour.

If Laborers are required to work continuously for more than five (5) hours without an opportunity for lunch, they shall receive overtime pay for work after the fifth (5th) hour until opportunity to take time for lunch is afforded. When opportunity for lunch is afforded, the employee shall be allowed thirty (30) minutes at his/her straight time rate to eat his/her lunch. Lunch periods at the option of the Individual Employer may be staggered any time after three and one-half (3½) hours from the beginning of the shift. On a 4 x 10 work week, staggered lunches begin no sooner than four and one-half (4½) hours into the shift and no later than the sixth (6th) hour.

Any employee required to work more than two (2) hours overtime at the end of a shift shall be permitted a one-half (½) hour meal period for which he/she shall receive regular overtime pay. No work shall be performed by him/her during such meal period. (Meal periods may be staggered from the 10th to the 11th hour.)

### Section 7 — Records

A. Each Individual Employer shall provide a proper means for registering the reporting, quitting time, and as supplied by the employee, the address and telephone number of all employees covered by this Agreement. In the event of a dispute, such records shall be accessible to the business representative of the Union or Local Union during working hours.

B. Each Individual Employer, upon request of any Trust Fund specified in this Agreement, shall permit a Trust Fund Auditor to review any and all records relevant to the enforcement of the provisions of this Agreement pertaining to the Trust Funds. Such review shall be permitted not less than ten (10) working days after demand.

## Section 8 — No Cessation of Work

It is mutually agreed and understood that during the period when this Agreement is in force and effect, the Union or any Local Union will not authorize any strike, slow-down, or stoppage of work in any dispute, complaint, or grievance arising under the terms and conditions of this Agreement, except such disputes, complaints, or grievances as arise out of the failure or refusal of any Individual Employer to comply with the provisions of the hiring clause, subsection 3A or B hereof, or as permitted under Section 28B and C hereof or whenever an Individual Employer pays Laborers improperly with checks which do not clear for collection. As to any Individual Employer who shall fail or refuse to comply with the provisions of the sections specified herein, so long as such failure or refusal continues it shall not be a violation of this Agreement if the Union or any Local Union withdraws its members who are subject hereto from the performance of any work for such Individual Employer, and such withdrawal for such period shall not be a strike or work stoppage within the terms of this Agreement. In the event that any employees of any Individual Employer should be withdrawn by reason of any dispute, complaint, or grievance arising out of the violation of any similar hiring clause in any agreement between Employer and any other Union, then the Union or any Local Union may respect such withdrawal and for the period thereof may refuse to perform any work for such Individual Employer, and such refusal for such period shall not be a violation of this Agreement.

Any employees so withdrawn or refusing to perform any work as herein provided shall not lose their status as employees, but no such employee shall be entitled to claim or receive any wages or other compensation for any period during which he/she has been so withdrawn or refused to perform any work.

## Section 9 — Grievance Procedure

Any dispute concerning the interpretation or application of this Agreement, other than a jurisdictional dispute or a dispute arising out of subsection 3A or B, or a dispute arising out of subsection 13C(4), or a dispute of Section 28 (Health & Welfare Plan, Pension/Annuity Plan, Vacation-Holiday-Dues Supplement Plan, Training-Retraining/Apprenticeship Plan) which said sections

18

and the subsections thereof are specifically exempted by the provisions of this Section, the following procedure will apply:

1. In the event that a dispute arises on a job, it shall be first reported to the Individual Employer and/or the Business Agent of the appropriate Local Union who shall then attempt to adjust said grievance or dispute at the job site level.

2. The grieving parties shall specify the date(s) of the alleged violations(s) and the provision(s) of the Agreement applicable to the dispute.

3. If said grievance or dispute is not satisfactorily adjusted by the appropriate Local Union or otherwise authorized Union Representative and the Individual Employer or his/her representative within three (3) days after submission to the Individual Employer, the matter may be submitted by either party to a permanent Board of Adjustment created for the settlement of such disputes.

4. The Board of Adjustment shall be composed of two (2) members named by the Union, two (2) members named by the Association and an Impartial Arbitrator. At any point in the proceedings, should the panel be unable to reach a majority vote, the Arbitrator shall participate and his decision shall be final and binding.

5. In addition to any rules or procedures which the panel may adopt, the Board of Adjustment shall be governed by the following provisions:

(a) No attorneys shall be utilized unless either party advises the other of its intent to do so within a reasonable time in advance of the hearing.

(b) No briefs shall be submitted nor a transcript made of the hearing except by mutual agreement of the parties or by direction of the Arbitrator.

(c) In the case of a deadlock, the Arbitrator shall render his decision upon the conclusion of the case at the Board of Adjustment hearing unless the time is extended by mutual agreement of the parties or at the request of the Arbitrator, in which case the Arbitrator shall render a decision not later than thirty (30) days after submission. The Arbitrator shall not render an expanded opinion in any case unless requested by the parties.

(d) The parties shall select and utilize one (1) permanent impartial arbitrator who is willing to abide by the procedures set forth herein. The impartial arbitrator may be changed or replaced at the request of either party.

19

6. The Board of Adjustment shall meet not less than once each calendar month with the exception of the discharge cases which must be heard at the earliest possible date not to exceed fifteen (15) working days. Failure of either party to meet or participate in the procedure shall relieve the charging party of further compliance with the grievance procedure.

7. Decisions of the Board of Adjustment or an Impartial Arbitrator shall be within the scope and terms of this Agreement, and shall be final and binding upon all parties hereto

8. In the event an Individual Employer fails to comply with any such decisions, the Union may withdraw employees or strike the Individual Employer and such action shall not be a violation of this Agreement so long as such noncompliance continues.

9. The expenses of the Joint Adjustment Board and the Impartial Arbitrator, including the cost of a court reporter, shall be borne by the Contract Administration Fund.

10. No proceedings hereunder based on any dispute, complaint or grievance herein provided for, shall be recognized unless the grievance procedure steps outlined above have been followed. The Board of Adjustment may, by majority vote, for good cause, accept a late submission.

11. The Board of Adjustment shall establish regular meeting dates and administer grievances filed in conjunction with this Section as set forth in the rules and procedures which may be amended from time to time by the parties.

12. A decision of the Board of Adjustment by majority vote, or the decision of a permanent arbitrator shall be enforceable by a petition to confirm an arbitration award filed in the Superior Court of the City and County of San Francisco, State of California.

13. All hearings of the Board of Adjustment shall be in the County of Contra Costa and/or County of Alameda, unless mutually agreed to move to another location.

14. No proceedings hereunder based on any dispute, complaint, or grievance herein provided for shall be recognized unless adequate notice was given to the Employer and/or Union or Local Union within ten days after the alleged violation was committed.

15. In the case of discharge, the Board shall meet within fifteen (15) working days. The Board of Adjustment or Arbitrator shall be free to sustain the discharge or to find discipline other than discharge to

be appropriate and may order reinstatement with full or partial back pay as he or it deems appropriate provided there shall be no discrimination on the part of the Individual Employer against any employee for activities in behalf of, or representation of the Union not interfering with the proper performance of his/her duties.

16.   If failure of a Board of Adjustment to meet on a discharge case within fifteen (15) working days is due to the unavailability of the Union, the wage payment and Trust Fund contribution liability shall be limited to the above fifteen (15) working days. If the Employer or Individual Employer is unavailable to meet the wage payment and Trust Fund contribution, liability shall be continuing.

17.   The Board of Adjustment shall settle any dispute or grievance involving a subcontractor as defined in Section 11 who has agreed under contract with the Employer, or any Individual Employer, or a subcontractor of the Employer, or any Individual Employer to perform on the job site any part or portion of the construction work covered by the prime contract, including the operation of equipment, performance of labor and installation of materials.

When liabilities are assessed against a subcontractor for hiring violations as a result of a Board of Adjustment held under the provisions of Paragraph 17 and said subcontractor fails to satisfy said obligations, the Union shall promptly give written notice to the Individual Employer and subcontractor and the Individual Employer shall pay such obligations from the retention of such subcontractor.

18.   The procedures specified herein shall be applicable to any Individual Employer whether or not he or she is a member of Employer or any other associations.

19.   In those instances where the Individual Employer is not a member of the Employer, the Joint Adjustment Board shall establish procedures whereby the Employer members of the Joint Adjustment Board may consist of one Individual Employer who is not a member of the Employer.

## Section 9A — Contract Administration

A trust fund entitled "The Contract Administration Trust Fund" shall be used to provide compensation to the Employer for negotiations and administration of the provisions of this Agreement, including Section 9, for the Industry. The contribution into a contract

administration trust fund shall not exceed six cents ($.06) per hour for each hour paid for or worked. The Trust Fund shall be administered solely by Trustees selected by the Employer in accordance with a trust agreement to be executed by the Employer. The contribution as described above shall commence with the work month following notice by the Laborers Northern California Trust Fund Corporation to the Individual Employers. The Union shall have the right, not more than one (1) time per year, to independently audit the Trust Fund.

### Section 9B — Industry Stabilization Fund

The Individual Employer shall contribute eight cents ($.08) per hour for each hour paid for or worked by workers in work covered by this Agreement to the Industry Stabilization Fund. Of the $.08 per hour, two cents ($.02) per hour is earmarked for California Alliance for Jobs and one cent ($.01) per hour is earmarked for the Construction Industry Force Account Council (CIFAC).

The purpose of such funds shall be to enhance the monitoring of public works projects relative to Employer compliance with State, Federal or other public agencies public works wage and hour laws. Such contributions shall continue until written notice by the parties signatory hereto. Such trust fund shall be administered jointly by the signatory parties.

### Section 10 — Payment of Wages

A.   Each employee shall be paid wages in full each week before or at quitting time on the Individual Employer's regular pay day unless specific arrangements to the contrary are made in writing between the Individual Employer and appropriate Local Union of the Union. Employees who quit or are laid off or discharged shall be paid in accordance with the laws of the State of California.

B.   Each employee shall be given a statement with the Individual Employer's name and address, itemizing the employee's gross amount earned, hours worked, Social Security tax, withholding tax and all other deductions, also a statement of hours applicable to Health and Welfare, Pension/Annuity, Vacation-Holiday-Dues Supplement and Training-Retraining/Apprenticeship Plans.

22

## Section 11 — Subcontractors

The terms and conditions of this Agreement insofar as it affects Employer and the Individual Employer shall apply equally to any subcontractor of any tier under the control of, or working under oral or written contract with such Individual Employer on any work covered by this Agreement to be performed at the job site or job yard, and said subcontractor with respect to such work shall be considered the same as an Individual Employer covered hereby. Subject to the provisions of this Section and any other Section of this Agreement applicable to subcontractors, if an Individual Employer shall subcontract work herein defined, such subcontract shall state that such subcontractor agrees to be bound by and comply with the terms and provisions of this Agreement. A subcontractor is defined as any person, firm or corporation who agrees under contract with the Employer, or any Individual Employer, or a subcontractor of the Employer, or any Individual Employer to perform on the job site any part or portion of the construction work covered by the prime contract, including the operation of equipment, performance of labor and installation of materials. The Individual Employer has the primary obligation for performance of all conditions of this Agreement. This obligation cannot be relieved, evaded or diminished by subcontracting. Should the Individual Employer elect to subcontract, the Individual Employer shall continue to have such primary obligation. Said primary obligation shall be deemed conclusive evidence of the Unions majority status for the purpose of establishing the obligation of the Individual Employer to bargain collectively pursuant to Section 8(A)(5) of the National Labor Relations Act as amended with the Union upon expiration of this Agreement, but for no other purpose, statute or law.

An Individual Employer who provides in the subcontract that the subcontractor will pay the wages and benefits and will observe the hours and all other terms and conditions of this Agreement shall not be liable for any delinquency by such subcontractor in the payment of any wages or fringe benefits provided herein, including payments required by Section 28 (Health and Welfare, Pension/Annuity, Vacation-Holiday-Dues Supplement and Training-Re-training/Apprenticeship Funds), except as follows:

The Individual Employer will give written notice to



the Union of any subcontract involving the performance of work covered by this Agreement within five (5) days of entering such subcontract, and shall specify the name and address of the subcontractor. Written notice at a pre-job conference shall be deemed written notice under this provision for those subcontractors listed at the pre-job only. Notification to the Union of any subcontractor not listed in writing at the pre-job must still be given in accordance with this paragraph.

If thereafter such subcontractor shall become delinquent in the payment of any wages or benefits as above specified, the Union shall promptly give written notice thereof to the Individual Employer and to the subcontractor specifying the nature and amount of such delinquency.

If such notice is given, the Individual Employer shall pay and satisfy only the amount of any such delinquency by such subcontractor occurring within seventy-five (75) days prior to the receipt of said notice from the Union, and said Individual Employer may withhold the amount claimed to be delinquent out of the sums due and owing by the Individual Employer to such contractor.

In the event the Individual Employer fails to give written notice of a subcontract as required herein such Individual Employer shall be liable for all delinquencies of the subcontractor on that job or project without limitation.

The Individual Employer shall not be liable for any such delinquency if the Local Union where the delinquency occurs refers any employee to such subcontractor after giving such notice and during the continuance of such delinquency. The provisions of this Section 11 shall be applied only to the extent permitted by law and, notwithstanding any other provision of this Agreement, no aspect of the subcontractors' clause, including its enforcement, may be enforced by or subject to strike action.

### Section 12 — Conflicting Contracts

Any oral or written agreement between Employer or any Individual Employer and an individual employee, which conflicts or is inconsistent with this Agreement, or any supplemental agreements hereto, disestablishes or tends to disestablish relationship of Employer and employee, or establishes a relationship other than that of Employer and employee, shall forthwith terminate. No oral or written agreement which conflicts or is

inconsistent with this Agreement, or any supplemental agreements thereto, shall hereafter be entered into by and between Employer, or an Individual Employer, and any individual employee performing work covered by this Agreement. Any practice of the Employer or Individual Employer contrary to this Agreement shall forthwith terminate. Any such future practice shall not be binding on the Union or effect the interpretation of this Agreement unless specifically authorized by the Union in writing.

## Section 13A — Elimination of Restrictions on Production

No rules, customs or practices shall be permitted that limit production or increase the time required to do any work. There shall be no limitation or restriction of the use of machinery tools or other labor-saving devices.

The Union and Employer recognize that Drug/Alcohol abuse by employees shall not be tolerated for safety reasons.

The Union agrees to cooperate with Employer and Individual Employer in establishing drug and alcohol abuse policies to the extent legally possible.

Management Rights Regarding Substance Abuse: Notwithstanding any other provisions of this agreement, the Employer expressly reserves the right, in its discretion, to undertake the following measures:

(a)  In the sole discretion of the employer, requiring covered employees to submit to physical examination by competent medical personnel to determine whether there is a probability that the employee is suffering from any physical impairment which might cause the employee to be a safety hazard to him/herself or others, or which might cause the employee to be unable to perform assigned tasks within the coverage of this agreement in a prompt and competent manner. Such tests may include, in the discretion of the employer, such tests of the employee's bodily fluids as the employer may reasonably believe will elicit evidence of the employee's use of substances which are reasonably likely to alter or impair the employee's ability to perform his/her duties in a prompt, competent and safe manner.

(b)  Implementation of rules regarding the discipline and/or discharge of any employees that the employer determines, as a result of the tests described in subparagraph (a), are reasonably likely to become



EXHIBIT C
PART 2

25


voluntarily impaired or disabled from the safe performance of their work tasks as a result of the ingestion of alcohol or performance-impairing drugs.

(c) An Individual Employer may initiate unannounced random testing; a selection process where affected Employees are selected for testing and each Employee has an equal chance of being selected for testing. If an Individual Employer initiates such testing, all Employees shall be subjected to such testing. The Employee may establish two random testing pools, one for DOT regulated Employees and one for all others. An Individual Employer who initiates random testing shall specifically state in its notice to the Union and its notice to Employees that Employees will be subject to random testing. The Individual Employer shall give thirty (30) days notice to the Union and Employees prior to implementing a random drug testing program.

(d) Implementation of a voluntary employee assistance program, to provide counseling, therapy and monitoring of those employees who request employer assistance in controlling and overcoming problems related to the use of drugs and alcohol.

Disputes arising from the implementation of the provisions of this paragraph shall be subject to the grievance procedures set forth in Section 9 of this Agreement.

## B. Protective Clothing

The Individual Employer shall furnish the necessary goggles, hard hats or other protective clothing. Laborers working in rain, snow or sleet shall be furnished with waterproof clothing. Laborers working in gunite or handling concrete and/or cement shall be furnished rubber boots and gloves. Laborers working in mud or water shall be furnished boots. Such equipment shall be furnished by the Individual Employer free of charge and returned by the employee in the same condition as received subject to reasonable wear and tear. Such equipment shall be sanitized before reissue.

## C. Safety

(1) The Union shall cooperate with the Individual Employer and with each employee in carrying out all pertinent rules and regulations dealing with health, safety and welfare of employees promulgated by the Department of Industrial Relations of the State of California. All employees shall perform their duties in each operation in such manner as to promote safe and

26

efficient operations of each particular duty and of any job as a whole.

(2)   All State and/or Federal and/or Local Safety Laws, Standards, Rules and Regulations shall be applicable to all work covered by this Agreement. The Individual Employer is solely responsible for implementing and maintaining such Laws, Standards, Rules and Regulations. Neither the Union nor any Local Union is responsible for implementing or maintaining such Laws, Standards, Rules or Regulations.

(3)   Adequate first-aid equipment shall be maintained and provision shall be made for the safety of employees covered by this Agreement on each job by each Individual Employer. Each Individual Employer shall arrange for adequate and prompt transportation to a hospital or doctor for any employee who is injured on the job and may require doctor's care or hospitalization or both. Each Individual Employer must post the name and address of its doctor and of the Worker's Compensation Insurance carrier on the job site.

(4)   No employee shall be discharged for refusing to work under conditions injurious to his health or safety as determined under any rule or regulation of the United States or State of California or any political subdivision. Such determination shall be made by a responsible agent of the State of California or OSHA or any of its political subdivisions, or by a safety inspector from the applicable insurance carrier.

(5)   When drilling holes in rock or other dust producing material with air or power controlled drilling equipment (excluding jack hammer), dust shall be controlled by water, chemical or other suitable means within the maximum acceptable concentration as set forth in the California or OSHA Construction Safety Orders.

(6)   Should the Employer or Individual Employer desire a change in variance in the California or OSHA Construction or any applicable Safety Orders, they will notify the Union in writing not less than thirty (30) days prior to making a request for such change.

(7)   Manhaul trucks regularly used for personnel transport but not designed for this purpose, shall be provided with safe seating and side and end protection to prevent falls. Some convenient means of mounting and dismounting the truck shall be provided. Adequate protection shall be provided during inclement weather. A bell or other means of communication with the driver shall be installed.

(8)   Employees who as a direct result of an on-the-



job industrial injury are unable to complete a full day of work shall nevertheless be paid for the full day on which such injury occurred; provided, however, that said injury requires the attention of a licensed physician.

(9) The Local Union with area jurisdiction shall be notified within one day (twenty-four hours) of any industrial injury which results in death or requires hospitalization.

## Section 14A — Additional Work or Classifications

This Agreement shall not prevent the Employer from negotiating or making agreements with the Union for any work or classification not covered by this Agreement.

Whenever any work covered by this Agreement is to be eliminated or modified by the introduction of any new machine, mechanized process, new or different material, or new or different method or technology with respect to the performance of such work, persons employed under this Agreement and subject thereto, will be given preference for employment and will be assigned such work where it is not in conflict with International jurisdictional agreements with respect to such new machine, mechanized process, new or different material, or new or different method or technology and the use of any such new machine, mechanized process, new or different material, or new or different method or technology shall be subject to and covered by this Agreement regardless of the nature, size or characteristics of such new machine, mechanized process, new or different material or new different method or technology.

It is not the intent of the parties to provide work where no job exists.

## Section 14B — Jurisdictional Disputes

There shall be no cessation or interference in any way with any work of the Employer or any Individual Employer by reason of jurisdictional disputes between the Union and any other Union affiliated with the AFL-CIO or the International Brotherhood of Teamsters, Chauffeurs, Warehousemen, and Helpers of America with respect to jurisdiction over any of the work covered by this Agreement. Such disputes will be settled by the Unions, themselves, or submitted to the International Presidents of the Union involved in

23

the dispute for determination. Until such determination is made and confirmed by the disputing Unions, the work shall proceed as originally assigned by the Individual Employer. Craft jurisdiction is neither determined nor awarded by classifications or coverage descriptions appearing in this Agreement.

## Section 15 — Pre-Job Conference

There shall be a pre-job conference prior to the start of a job or project, at the option of either party, where the agreed or estimated price to be paid the Individual Employer and any of his or its subcontractors if $1,000,000 or more where construction conditions or remoteness of the project warrant it. The Individual Employer shall notify, in writing, the appropriate Local Union of the Union of an award of work within ten (10) days thereof so that a pre-job conference can be arranged.

## Section 16A — Employer's Membership

This Agreement is made for and on behalf of and shall be binding upon all persons, firms or corporations that at the time of the execution of this Agreement have given or subsequently give bargaining authorization to the Employer as defined in Section 2A.

Once an Individual Employer is bound by the Agreement, they shall remain bound by the Agreement for the term thereof and shall remain bound by any modifications, extensions or renewals thereto unless that Individual Employer gives appropriate written notice to the Northern California District Council of Laborers prior to the termination of the Agreement.

## Section 16B — Agreement Binding Upon Parties

This Agreement shall be binding upon the heirs, executors, administrators, successors, purchasers and assigns of the parties hereto.

## Section 17 — Contracting-Piece Work

No work shall be let or paid for by piece work, contract or lump sum direct with Laborers for labor services.

## Section 18 — Wages

Wages for General Laborers and for special classifi-

29

cations are set forth in the Supplements attached hereto and made a part hereof as if set forth in full herein and shall be effective on June 28, 1999, and on succeeding anniversary dates as herein provided on all work, both old and new.

**A.** Subsistence for employees performing work under the terms of this Agreement is set forth in Supplement No. 6 attached hereto and made a part hereof as if set forth in full herein.

**B.** On a job where a Craft with whom Employer has negotiated a short work week terminates early on Friday, the Individual Employer will keep the Laborer employed the balance of the work day when the Employer determines that work is available.

**C.** On public work projects where wage determinations exist, such pre-determined wage and fringe rates referenced in the bid specifications shall remain in effect for the duration of said project, provided, however, that each segment let by the Owner shall be deemed the project; provided, further that this provision shall not apply to projects where the formal advertised sealed bid procedure is not used. Whenever non-signatory and/or non-union contractors appear on a public works plan holders list and where the prevailing wage determination is less than that which is provided for in the current Master Labor Agreement, the employer signatory to the 1999-2002 Laborers' Master Agreement may bid the project pursuant to the prevailing wage determination attached to and part of the bid specifications for that project. Payments to the Health and Welfare Trust Fund shall be maintained at the Laborers' Master Agreement rates. In no event shall wages be frozen for more than thirty-six (36) months on any one project. Employers should notify the appropriate local Union whenever utilizing this provision.

## Section 19 — Wages Applicable to Classifications

Wage rates shall be recognized as applying to classifications rather than to persons and any worker performing work shall be paid at the rate which the classification of their work calls for, except when it is necessary to temporarily transfer workers from one classification to another, in which event such workers shall be paid on the basis of the highest rate and the duration of payment at the highest rate shall be reckoned by the day and the half day.

30

When workers are requested for one classification and this work is no longer available at the rate and type of work they were requested for, then the workers have the right to accept or reject the employment offered. If the worker so desires, worker shall be given a written notice of reduction in force, stating that the classification that the worker was originally hired for is no longer available; or the worker may have the choice of a lesser rate of pay.

## Section 20A — Overtime Rates, Hours and Working Conditions

### 1. Work Day

Eight (8) consecutive hours (exclusive of meal period), shall constitute a day's work for straight time rates unless the job or project is on a four-ten (4 x 10) hour day workweek in which case the workday shall be ten (10) consecutive hours (exclusive of meal period) at straight time rates. (If all basic Crafts employed by the Individual Employer on the job site and/or contract are employed on the basis of 4 x 10 hour work week, the Laborers shall work on the same basis).

### 2. Work Week

On single shift work and on the first shift of a multiple shift operation, five (5) consecutive days of eight (8) consecutive hours (exclusive of meal period), Monday through Friday, shall constitute a week's work except as otherwise provided for in this Agreement. The regular starting time of such shift shall be 8:00 a.m.

(a)  Where in any locality, existing traffic conditions, job conditions or weather conditions render it desirable to start the day shift at an earlier hour, not earlier than 5:00 a.m., or a later starting time not later than 10:00 a.m., the Individual Employer is permitted to do so.

(b)  Special Single Shift: When the Individual Employer produces evidence in writing to the appropriate Local Union or the Union of a bona fide job requirement which certifies that work can only be done outside the normal shift hours, and notifies the appropriate Local Union or the Union by certified mail at least three (3) days prior to the start of such special shift, the Individual Employer may initiate such special shift of eight (8) consecutive hours (not in conjunction with any other shift), exclusive of meal period, Monday through Friday. Such shift shall be in accordance with the provisions of subsection 5(a) of

this Section. Provided, however, if, by direction of the Contracting Authority, the bid specifications require it, or congestive traffic conditions on Fridays are such that work conditions would be unsafe for employees, or counter-productive to the performance of work, the special single shift may commence on Sunday with double (2) time to be paid from the start of the shift to midnight and the applicable straight-time rate paid from midnight until completion of the eight (8) hour special single shift.

(c) Four (4) by Ten (10) Workweek (4 x 10): An Individual Employer may establish a workweek of four (4) consecutive days of ten (10) consecutive hours. Applicable overtime rate shall be paid for all work before a shift begins, after ten (10) hours, and on Saturdays, Sundays and holidays. In the event two (2) shifts are employed, nine and one-half (9fi) consecutive hours' work, (on the 2nd shift) exclusive of meal period, shall constitute a shift's work for which ten (10) hours shall be paid. Provided, further, all shifts are worked the same four (4) consecutive days during a 4 x 10 work week, except as may be changed by mutual agreement. All hours in excess of forty (40) hours in any one (1) week shall be compensated at the applicable overtime rate.

(d) In the event that work cannot be performed Monday through Friday or Monday through Thursday (4 x 10 hour workweek) because of inclement weather, major mechanical breakdown or lack of materials beyond the control of the Employer, employees (at their option) may make up such day on Friday or Saturday, whichever the case may be, and shall be paid at the applicable straight time rate.

(e) Notwithstanding the above, it shall not be a violation of this Agreement to start individual employees at no more than one (1) hour prior to the regularly established starting time.

3. On shift work, the day shift, eight (8) hours work for eight (8) hours' pay. When two or three shifts are employed for five (5) or more consecutive days, seven and one-half (7fi) consecutive hours (exclusive of meal period), shall constitute a day of work, for which eight (8) times the straight time hourly rate shall be paid for the second shift. The third shift shall be seven (7) hours for eight (8) hours pay. On two shift operations, the first shift shall have a regular starting time not earlier than 5:00 a.m., and not later than 8:00 a.m. On three shift operations, the first shift shall start at 8:00 a.m. Shifts shall run consecutively with not

32

more than one hour break between shifts.

The Friday graveyard shift, though coming off work Saturday morning, is to be considered working Friday. Work performed after 8:00 a.m., Saturday morning shall be deemed Saturday work.

The Saturday graveyard shift, though coming off work Sunday morning, is to be considered working Saturday. Work performed after 8:00 a.m. Sunday morning shall be deemed Sunday work. The Sunday graveyard shift, though coming off work Monday morning, is to be considered working Sunday, with the exception that a graveyard shift employee who has worked seven (7) or more hours prior to the scheduled starting time of the Monday day shift and continues to work after such starting time shall continue to receive the double (2) time wage rate.

4.   One and one-half (1fi) the regular straight time hourly rate shall be paid for all work on Saturdays (except make-up day) and before a shift begins and after it ends. Double the regular straight time hourly rate shall be paid for all work on Sundays and holidays. Laborers working a complete shift of shift work on Saturdays, Sundays and holidays shall be paid eight (8) hours of pay at the appropriate overtime rate for seven (7) hours of work on the second and third shift only.

5.   a)   From April 1 to November 14, the hours of employment shall be reckoned by the day and half day. From November 15 to March 31, the hours of employment shall be reckoned by the day, three-quarter day and half day. The fraction of a half or three quarter day to be paid for as a half or three-quarter day. Overtime hours, Monday through Friday, shall be reckoned by the hour and half hour. If after work is begun, work is suspended on account of weather conditions, not less than four (4) hours (or five (5) hours on a 4 x 10 shift) at the applicable rate shall be paid for work performed and any time thereafter shall be reckoned by the hour.

(b)   Whenever a Laborer is called out to work on Saturdays, Sundays or holidays (except on make-up days), he/she shall be paid at least four (4) hours, five (5) hours on 4 x 10 shift, at the applicable overtime rate. All time worked beyond the first four (4) consecutive hours, five (5) consecutive hours on a 4 x 10 shift, on Saturdays, Sundays and holidays shall be reckoned by the hour at the applicable overtime rate.

On shift work, the above shall apply to Laborers called out to work on the day shift only. If two or more

shifts are employed, the above shall apply except that three and one-half (3fi) hours worked shall be paid as four (4) hours worked, seven (7) hours worked shall be paid as eight (8) hours worked, and hours worked in excess of three and one-half (3fi) hours but less than seven (7) hours shall be paid on a pro rata basis, except as modified by 4 x 10 work week.

(c)   Tide Work: When an employee or employees are called out to work tide work, the employee shall receive a guarantee of a full shift at straight time. The overtime rate for Saturday, Sunday and holidays or work in excess of eight (8) hours in any twenty-four (24) hour period shall be the same rate of overtime pay as set forth in this Agreement. The hours between 8:00 a.m. and 5:00 p.m. shall be worked at straight time. Work performed between 5:00 p.m. and 8:00 a.m. shall be considered overtime work.

6.   Watchpersons may be required to work any five (5) days out of the week on any shift and may also be required to do job office clean-up work. The overtime rates provided in paragraph 4 of this Section 20A shall apply only to watchpersons, cleaning and washing windows, service landscape Laborers for work in excess of eight (8) hours in any one day, or forty (40) hours per week.

Employees cleaning and washing windows (after initial cleaning) and service landscape Laborers (establishment warranty period), may be required to work any five (5) days out of the week on any shift.

7.   When the Individual Employer sets up a camp or boarding house on a project, the charge made to the employee for board and room shall not exceed the subsistence rate incurred during a calendar week.

8.   Any employees such as a flagperson shall be furnished adequate relief for use of toilet facilities.

## Section 20B — Parking

In the event free parking facilities are not available within five (5) blocks of a job site, the Individual Employer will provide such parking facilities and the Individual Employer shall have the right to designate parking areas to be used.

Where, because of congested parking conditions, it is necessary to use public parking facilities, the Individual Employer will reimburse the employees for the cost of such parking upon being presented with a receipt or voucher certifying to the cost thereof, submitted weekly. Such reimbursement is to be made on a

weekly basis or at the conclusion of the project, which ever occurs earlier.

On remote jobs when the access to where the work is being performed (at a job or project or within a job or project) is unsuitable, and no parking facilities are provided within a five (5) minute walk from where the work is being performed, the Individual Employer shall transport the employees to and from the place where the work is being performed, and such transporting shall be one-half (½) on the Individual Employer's time and one-half (½) on the employee's time.

## Section 21 — Status of Foremen

When the Individual Employer determines that a foreman is required to supervise a crew of Laborers, he/she shall be or become a member of this Union in accordance with Subsection 3A of this Agreement.

## Section 22 — Steward

A.  The Union may select an employee on the job as a Steward and he/she shall be a working employee. Written notification shall be given to the Individual Employer of such assignment. The Union agrees that the Steward's duties shall be performed as expeditiously as possible and the Individual Employer agrees to allow him/her a reasonable amount of time for the performance of his/her duties. The Individual Employer will give the Union forty-eight (48) hours advance written notice before terminating the Steward unless the job is completed or he/she is discharged for cause.

B   The Steward shall be limited to and shall not exceed the following duties and activities:

(1)  Check the dispatch of each employee dispatched under the terms of this Agreement.

(2)  Report to his Business Representative all violations of this Agreement.

(3)  Report to his Business Representative any employee covered by this Agreement who, during his/her shift, leaves the job site without giving the Individual Employer and the Steward prior notice.

C.  The Steward shall not:

(1)  Stop the Individual Employer's work for any reason or tell any workers or any employee covered by this Agreement that he/she cannot work on the job.

(2)  Infraction of either of the two rules set forth in (C) (1) above shall be cause for immediate dismissal of the Steward without any prior notice.

## Section 23 — Recognized Holidays

The following days are recognized as holidays: Every Saturday and Sunday in the year, except as otherwise provided herein: New Year's Day, President's Birthday, Memorial Day, Fourth of July, Labor Day, Thanksgiving Day, Day After Thanksgiving Day and Christmas Day.

If any of the above holidays fall on Sunday, the Monday following shall be considered a holiday.

Martin Luther King Day will become a recognized holiday when and if the five basic crafts adopt it as a holiday.

## Section 24 — Gunite, Shot Crete, Panel Crete and Similar Type Work Including All Placing, Finishing and Patching of Shot Crete or Gunite

The wages and certain other conditions not specifically enumerated elsewhere in this Agreement for the gunite, shot crete, panel crete and similar type work including all placing, finishing and patching of shotcrete or gunite are set forth in Supplement No. 2 attached hereto and made a part hereof as if set out in full herein covering the territory in which the Agreement is to apply.

## Section 25 — Wrecking Work; Gardening, Horticultural and Landscaping Work

The wages and certain other conditions not specifically enumerated elsewhere in this Agreement for wrecking work are set forth in Supplement No. 3; for gardening, horticultural and landscaping work are set forth in Supplement No. 4. Each of the Supplements referred to herein is made a part hereof as if set forth in full herein.

## Section 26 — Liability of the Parties

It is mutually understood and agreed that neither the Employer, any Individual Employer, the Union nor any Local Union shall be liable for damages caused by the acts or conduct of any individual or group of individuals who are acting or conducting themselves in

36

violation of the terms of this Agreement without authority of the respective party, provided that such action or conduct has not been specifically authorized, participated in, fomented or condoned by the Employer, the Individual Employer, the Union or the Local Union, as the case may be.

In the event of any unauthorized violation of the terms of this Agreement, responsible and authorized representatives of the Union, Local Union, the Employer or the Individual Employer, as the case may be, shall promptly take such affirmative action as is within their power to correct and terminate such violation for the purpose of bringing such unauthorized persons into compliance with the terms of this Agreement. Such individuals acting or conducting themselves in violation of the terms of this Agreement shall be subject to discipline, up to and including discharge.

### Section 27 — Employees Not To Be Discharged For Recognizing Authorized Picket Lines

The parties to this Agreement recognize that it is vital to the unionized segment of the construction industry that the work opportunities of the employee and the Individual Employer signatory to this Agreement proceed without interruption because of disputes involving unions not signatory to an Agreement with the Employer.

No employee covered hereby may be discharged by any Individual Employer for refusing to cross a picket line established by a Local Union of the basic crafts.

### Section 28A — Health and Welfare Plan, Pension/Annuity Plan, Vacation-Holiday-Dues Supplement Plan, Training-Retraining/Apprenticeship Plan

In continuation of the Laborers Health and Welfare Trust Fund for Northern California, the Laborers Pension/Annuity Trust Fund for Northern California, the Laborers Vacation-Holiday-Dues Supplement Trust Fund for Northern California and the Laborers Training-Retraining/Apprenticeship Trust Fund for Northern California (provided for in Trust Agreements dated March 4, 1953, August 2, 1963, April 1, 1985, June 4, 1963, November 19, 1968 and December 31, 1975, respectively, as amended and modified, and the

appropriate plans adopted thereunder), each Individual Employer shall pay hourly contributions for each hour paid for and/or worked, including overtime pay, shift pay, show-up time pay and similar payments in accordance with the schedule specified in this Section, as follows:

|  | 5/28/99 | 6/26/00 | 06/25/01 |
|---|---|---|---|
| Health & Welfare | $2.24 | $ * | $ * |
| Retiree Health & Welfare | $ .30 | $ * | $ * |
| Pension | $2.16 | $ * | $ * |
| Annuity | $ .20 | $ * | $ * |
| Vacation/Holiday/ Dues Supplement | $2.20 | $ * | $ * |
| **Training-Retraining /Apprenticeship | $ .34 | $ * | $ * |
| Contract Administration | $ .06 | $ * | $ * |
| ***Industry Stabilization Fund | $ .08 | $ * | $ * |
| Laborers—Employers Cooperation And Education Trust (L.E.C.E.T.) | $ * | $ * | $ * |

*To be allocated.

**Effective 6/28/99 four cents ($.04) per hour is earmarked for L.E.C.E.T.

***Effective 6/28/99 two cents ($.02) per hour is earmarked for California Alliance for Jobs and one cent ($.01) per hour for Construction Industry Force Account Council (CIFAC).

Each Individual Employer shall be subject to and entitled to the benefits of all of the provisions of the Trust Agreements specified herein establishing said Funds and any amendment or modification or amendments or modifications. In order to provide for benefits to employees without disruption during periods of contract negotiations and to assure an orderly means of collecting Trust Fund contributions during such periods, each signatory employer agrees that he/she shall be obligated to contribute to each and every Trust Fund referred to in this Agreement for any period following their termination date of this Agreement unless and until a lawful impasse occurs or until a successor Agreement is negotiated. Each signatory employer further agrees that any and all said Trust Funds may enforce this obligation by action to collect such delinquent contributions filed in any court of competent

jurisdiction.

The Health & Welfare Plan shall be supplemented to provide that the Trustees shall apply amounts from the contributions specified in this Agreement to such Plan for the purpose of providing benefits to employees retired pursuant to the provisions of the Laborers Pension Trust Fund for Northern California.

The parties agree that the Trustees of the Vacation-Holiday-Dues Supplement Trust Fund may allocate up to twenty-five percent (25%) of the applicable contributions for Holiday pay.

The Union and the Employer agree that the Individual Employers covered by the Master Agreement may continue the coverage of their supervisory personnel above the rank of foreman in the Laborers Health & Welfare Trust Fund for Northern California, the Laborers Pension/Annuity Trust Fund for Northern California, the Laborers Vacation-Holiday-Dues Supplement Trust Fund for Northern California, the Laborers Training-Re-training/Apprenticeship Trust Fund for Northern California by paying into all Trusts monthly on the basis of one hundred seventy (170) hours per month in accordance with the schedules set forth in the Master Agreement, regardless of the hours worked by any such employee in a month, provided, however, the Individual Employer having made one (1) payment on an employee shall continue to make such a payment so long as the employee is in his employ.

## Section 28B — Delinquency Withdrawals

In the event that the Board of Trustees of a fund into which the Individual Employers are required to pay, determine that an Individual Employer is delinquent in the making of any payments required by Section 28A hereof, it shall not be a violation of this Agreement, so long as such delinquency continues, if the Union takes economic action against such Individual Employer and such economic action shall not be a strike or work stoppage within the terms of this Agreement. In the event that any employees of any Individual Employer should be withdrawn pursuant to any similar clause in any agreement between the Collective Bargaining Representative of the Employer and any other Union, then the Union may respect such withdrawal and for the period thereof, may refuse to perform any work for such Individual Employer and such refusal for such period shall not be

39

a violation of this Agreement. Any employees so withdrawn or refusing to perform any work as herein provided shall not lose their status as employees but no such employee shall be entitled to claim or receive any wages or other compensation for any period during which he has been so withdrawn or refused to perform any work.

## Section 28C — Security For Individual Employer Payments Into Trust Funds

Each Individual Employer delinquent by one (1) or more months in making the payments set forth in Section 28A above shall be notified by mail by the Administrator of the Trust or Trusts applicable of such delinquency. Copies of such notices shall be sent to the Employer and to the Union. Each such delinquent Individual Employer shall, within five (5) days of the receipt of such notice (certified mail), give a satisfactory bond in a sum equal to two (2) times the amount of the delinquency. Such amounts are to be determined by the Administrator of the Trust or Trusts applicable. Such bond is not in any way to be construed as in lieu of any payments required under this Agreement.

All such bonds shall be deposited with the Administrator and shall be in a form acceptable by the Administration of the various trusts.

If the bond must be used to make any payments under Section 28A, the money shall be prorated among the amounts owed by such Individual Employer, with the first priority to the Vacation-Holiday-Dues Supplement Trust Fund, and the balance dispersed equally to the Health & Welfare, Pension/Annuity and Training-Retraining/Apprenticeship Trusts.

Whenever an Individual Employer fails to deposit a satisfactory bond within the time provided by this Section, if the notice herein provided for has been given, the Local Union shall not be required to dispatch employees, and further economic action by the Union to obtain compliance of this Section will not be a violation of Section 8 of this Agreement.

Any employees so withdrawn or refusing to perform any work as herein provided, shall not lose their status as employees, but no such employee shall be entitled to claim or receive any wages or other compensation for any period during which he/she has been so withdrawn or refused to perform any work.

Whenever any Employer covered by this Agreement is delinquent with respect to the payment of any contributions or other sum of money due to any trust fund specified in this Agreement, the Union may withdraw workers and place appropriate pickets at the premises of the Employer or places where said Employer is performing work.

## Section 28E — Supplemental Dues

Effective for all work performed on and after June 29, 1998 it is agreed that upon authorization as required by law, the amount of fifty-five cents ($.55) per hour for each hour paid for or worked shall be transmitted from the Vacation-Holiday benefit of each Laborer and shall be remitted directly to the Union. This amount of fifty-five cents ($.55) shall not be deemed to be part of the Vacation-Holiday benefit but is an amount specifically agreed to as a Supplemental Dues benefit. The amount of the Supplemental Dues transmittal shall be specified on a statement sent to the Laborer. Such remittance shall be made to the Union not less than twice per year.

## Section 28F — Wage and Fringe Increase

It is agreed effective June 28, 1999, thirty cents ($.30) per hour will be allocated to Retiree Health & Welfare, two cents ($.02) per hour to Contract Administration Fund, one cent ($.01) per hour to the Training-Retraining/Apprenticeship Fund for the Laborers-Employers Cooperation and Education Trust (L.E.C.E.T.), five cents ($.05) per hour to Annuity and three cents ($.03) per hour to the Industry Stabilization Fund of which two cents ($.02) per hour is earmarked for the California Alliance for Jobs and one cent ($.01) per hour is earmarked for the Construction Industry Force Account Council. Fifty-five cents ($.55) per hour wage increase to the Construction Specialist, Groups 1-4 and Supplements 2-5 classifications.

There shall be an additional eighty-five cents ($.85) per hour increase effective on 6/26/00; and an additional eighty-five cents ($.85) per hour increase effective on 6/25/01. Entry Level Laborer wage rate will be frozen for the duration of the Agreement, except for fringe benefit increases which will be paid for by the Employer.

The Union may elect at its option upon ninety (90) days notice to the Employer, prior to 6/26/00 or

41

6/25/01, to allocate each increase to any or all of the following:

1. Wages
2. Health and Welfare
3. Retiree Health and Welfare
4. Pension/Annuity
5. Vacation-Holiday-Dues Supplement
6. Training-Retraining/Apprenticeship
7. Contract Administration
8. Industry Stabilization
9. Laborers-Employers Cooperation and Education Trust (L.E.C.E.T.)

provided, if any or all of the allocation is made to Fringe Benefits, such Fringe Benefits shall be effective on 6/26/00 or 6/25/01 as applicable:

In the event the Laborers Health and Welfare Trust Fund falls below a six (6) month reserve, any package increase negotiated by the collective bargaining parties, shall be reviewed at least 90 days prior to the effective date of such increase, and by mutual agreement such monies as are deemed necessary to provide sufficient reserve (not less than six (6) months), shall be allocated to the Health and Welfare Trust Fund. Such monies as are determined appropriate for this allocation shall have as their intent to build a six (6) month reserve.

## Section 29 — General Saving Clause

It is not the intent of either party hereto to violate laws, rulings or regulations of any governmental authority or agency having jurisdiction of the subject matter or of this Agreement, and the parties hereto agree that in the event any provisions of this Agreement are finally held or determined to be illegal or void as being in contravention of any such laws, rulings or regulations; nevertheless, the remainder of the Agreement shall remain in full force and effect, unless the parts so found to be void are wholly inseparable from the remaining portion of this Agreement. The clauses hereof relating to "Hiring," subsection 3A hereof, and "No Cessation of Work," Section 8 hereof, are intended to be inseparable and mutually interdependent. Should either of such sections be held or determined to be illegal or void for any reason, then both of said clauses shall forthwith become of no further force or effect, and neither party shall by implication be bound thereby. The parties agree that if and when any provisions of this Agreement are finally

held or determined to be illegal or void, they will then promptly enter into lawful negotiations concerning the substance thereof.

It is the intent of the parties to this Agreement that each and every, all and singular, of the provisions of this Agreement be fully in accordance with Federal and State Law. Its interpretation and the interpretation of each of the provisions of this Agreement is therefore intended to apply no broader than that permitted by law.

## Section 30 — Change of Name or Style

This Agreement is binding upon each Individual Employer regardless of whether he/she or it changes the name or style or address of his/her or their business. Each Individual Employer shall give notice in writing to said District Council of any intent to change the name, style or address of his/her or its business, or to perform business under more than one name or style or at more than one address, prior to the adoption of a new or different name, style or address, or the addition of new names or styles or addresses, as specified herein.

Nothing in this paragraph shall be construed as adding to the scope of work covered by this Agreement.

## Section 31 — Warranty

Each of the persons executing this Agreement on behalf of their respective Employers or Unions hereby warrants his/her authority to execute this Agreement and to bind the respective party on whose behalf he/she signs.

## Section 32 — Effective and Termination Date

This Agreement shall be effective as of the 28th day of June, 1999, and remain in effect without reopening for any purpose until the 30th day of June, 2002, and shall continue from year to year thereafter, unless either of the Collective Bargaining Representatives shall give written notice to the other of a desire to change the wages, hours and working conditions hereof not more than ninety (90) and not less than sixty (60) days prior to June 30 of any succeeding year.

The parties to this Agreement recognize the necessity of assuring the competitive position of the parties

within the industry during the term of this Agreement. Consistent with that recognition, the parties will continually monitor the effectiveness of this Agreement relative to specific geographic or market area and will endeavor, by mutual agreement, to initiate such modifications to the Agreement during its term as may be necessary to assure the work opportunities of the employees and the competitive position of the Individual Employers.

It is agreed that in the event either party should exercise its rights under the paragraph first above set out, they will for a period of sixty (60) days prior to the 30th day of June, 2002, or June 30th of any succeeding year bargain with each other with respect to all wage rates, working conditions and hours of employment for the work herein covered.

Should an impasse be reached during the course of future negotiations to amend and/or extend the present Agreement, or during the course of negotiations over a new agreement, either party may submit the items in dispute to the Dispute Settlement Board established in the AGC-Basic Trades Joint Labor Management Committee Impasse Settlement Plan for resolution. The findings of the Dispute Settlement Board shall be binding on the parties.

44

IN WITNESS WHEREOF, the parties hereto have hereunto set their hands and seals by respective officers duly authorized to do so, this 9th day of July, 1999.

FOR THE EMPLOYER:

THE ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC.

By_____THOMAS T. HOLSMAN_____
          Executive Vice President

FOR THE UNION:

NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO

By_____JOSE A. MORENO_____
          President

By_____RALPH CANNELL_____
          Vice President

By_____MARIO DE LA TORRE_____
          Secretary / Treasurer

By_____ARCHIE THOMAS_____
          Business Manager

EXHIBIT C
PART 3

## SUPPLEMENT NO. 1
## LABORERS WAGE RATES

WAGE RATES: In each group, two different wage rates will apply for each classification.

Wage Rate A — will apply to the following six (6) counties: Alameda, Contra Costa, Marin, San Francisco, San Mateo and Santa Clara.

Wage Rate B — will apply to the following forty (40) counties: Alpine, Amador, Butte, Calaveras, Colusa, Del Norte, El Dorado, Fresno, Glenn, Humboldt, Kings, Lake, Lassen, Madera, Mariposa, Mendocino, Merced, Modoc, Monterey, Napa, Nevada, Placer, Plumas, Sacramento, San Benito, San Joaquin, Santa Cruz, Sierra, Shasta, Siskiyou, Solano, Sonoma, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo and Yuba.

Labor Foremen — shall receive a $1.00 per hour above any classification of this Agreement working under his direction.

## CONSTRUCTION SPECIALIST — WAGE RATE

| EFFECTIVE DATE | 6/28/99 | 6/26/00 | 6/25/01 |
|---|---|---|---|
| RATE A ........... | $22.36 | $ * | $ * |
| RATE B ........... | $21.36 | $ * | $ * |

## CLASSIFICATIONS OF CONSTRUCTION SPECIALIST

Asphalt Ironers and Rakers

Chainsaw

Laser Beam in connection with Laborers' work

Masonry and Plasterer Tender

Cast in place manhole form setters

Pressure pipelayers

Davis Trencher — 300 or similar type (and all small trenchers)

State Licensed Blaster as designated

46

Diamond Drillers

Multiple Unit Drills

Hydraulic Drills

Certified Welder

New or additional classification subject to 14A of this
   Agreement

GROUP 1 — WAGE RATE

EFFECTIVE

| DATE | 6/28/99 | 6/26/00 | 6/25/01 |
|------|---------|---------|---------|
| RATE A . . . . . . . . . . . . . . | $21.06 | $ * | $ * |
| RATE B . . . . . . . . . . . . . . | $20.06 | $ * | $ * |

CLASSIFICATIONS OF GROUP 1

Asphalt Spreader Boxes (all types)

Barko, Wacker and Similar Type Tampers

Buggymobile

Caulkers, Banders, Pipewrappers, Conduit Layers,
   Plastic Pipe Layers

Certified Asbestos & Mold Removal Worker

Certified Hazardous Waste Worker (Including Lead
   Abatement)

Compactors of all types

Concrete and Magnesite Mixer and fi yard

Concrete Pan Work

Concrete Sanders, Concrete Saw

Cribbers and / or Shoring

Cut Granite Curb Setter

Dri pak-it Machine

Faller, Logloader and Bucker

Form Raisers, Slip Forms

Green Cutters

Headerboard Men, Hubsetters, Aligners by any
   method

High Pressure Blow Pipe (1ft" or over, 100 lbs pres-
   sure / over)

Hydro Seeder & Similar Type

Jackhammer Operators

Jacking of Pipe over 12 inches

Jackson and Similar Type Compactors

Kettlemen, Potmen and men applying asphalt, Lay-
   Kold, Creosote, Lime, caustic and similar type mate-
   rials, (applying means applying dipping or handling

of such materials)

Lagging, Sheeting, Whaling, Bracing, Trenchjacking, Lagging hammer

Magnesite, Epoxy resin, Fiber Glass and Mastic Workers (wet/dry)

No joint pipe and stripping of same, including repair of voids

Pavement Breakers and Spaders, including tool grinder

Permit Curbs

Pipelayers (including grade checking in connection with pipe laying)

Precast-manhole setters

Pressure Pipe Tester

Post Hole Diggers — Air, Gas and Electric Power Broom Sweepers

Power Tampers of all types, except as shown in Group 2

Ram Set Gun and Stud Gun

Riprap — Stonepaver and Rock-slinger, including placing of sacked concrete and/or sand (wet or dry) and Gabions and similar type

Rotary Scarifier or Multiple Head Concrete Chipping Scarifier

Roto and Ditch Witch

Roto iller

Sand Blasters, Potmen, Gunmen and Nozzlemen

Signaling and Rigging

Tank Cleaners

Tree Climbers

Turbo Blaster

Vibra-Screed — Bull float in connection with Laborers' work

Vibrators

GROUP 1(a) — WAGE RATE

EFFECTIVE

| DATE | 6/28/99 | 6/26/00 | 6/25/01 |
|------|---------|---------|---------|
| RATE A .............. | $21.88 | $ * | $ * |
| RATE B .............. | $20.88 | $ * | $ * |

CLASSIFICATIONS OF GROUP 1(a)

Joy Drill Model TWM-2A

Gardener — Denver Model DH-143 and similar type

48

drills. (In accordance with Memorandum of Understanding between Laborers and Operating Engineers dated at Miami, Florida, February 3, 1954.)

Track Drillers

Jack Leg Drillers

Wagon Drillers

Mechanical Drillers — All types regardless of type or method of power

Mechanical Pipe Layer — All types regardless of type or method of power

Blasters and Powderman

All work of loading, placing and blasting of all powder and explosives of whatever type, regardless of method used for such loading and placing

High Scalers (including drilling of same)

Tree Topper

Bit Grinder

GROUP 1(b) — WAGE RATE

Sewer Cleaners shall receive $4.00 per day above Group 1 wage rates. "Sewer Cleaner" means any workman who handles or comes in contact with raw sewage in small diameter sewers. Those who work inside recently active, large diameter sewers, and all recently active sewer manholes shall receive $5.00 per day above Group 1 wage rates.

GROUP 1(c) WAGE RATE

| EFFECTIVE DATE | 6/28/99 | 6/26/00 | 6/25/01 |
|---|---|---|---|
| RATE A ............... | $21.71 | $ * | $ * |
| RATE B ............... | $20.71 | $ * | $ * |

CLASSIFICATIONS OF GROUP 1(c)

Burning and welding in connection with Laborers' work Synthetic thermoplastics and similar type welding.

GROUP 1(d)

Maintenance and Repair Trackmen and Road Beds and all employees performing work covered by this Agreement shall receive $.15 per hour above their reg-

49

ular rate for all work performed on underground structures not specifically covered herein. This paragraph shall not be construed to apply to work below ground level in open cut. It shall apply to cut and cover work of subway construction after the temporary cover has been placed.

GROUP 1(e) — WAGE RATE

| EFFECTIVE DATE | 6/28/99 | 6/26/00 | 6/25/01 |
|---|---|---|---|
| RATE A .............. | $22.21 | $ * | $ * |
| RATE B .............. | $21.21 | $ * | $ * |

CLASSIFICATIONS OF GROUP 1(e)

Work on and/or in Bell Hole Footings and Shafts thereof, and work on and in Deep Footings (Deep Footing is a hole fifteen (15) feet or more in depth). In the event the depth of the footing is unknown at the commencement of excavation, and the final depth exceeds fifteen (15) feet, the contractor agrees to pay the deep footing wage rate to all employees for each and every day worked on or in the excavation of the footing from the date of inception.

All work in the construction of tunnels and shafts shall be performed in accordance with the provisions of the Laborers' Tunnel Master Agreement for Northern California and the Individual Employer agrees to comply with all of the provisions of said Tunnel Agreement in such work.

Shaft is an excavation over fifteen (15) feet deep of any type, generally vertical in nature, but may decline from the vertical, and whose depth is greater than its largest horizontal dimension. It is specifically understood that Bell Hole Footings and Deep Footings are subject to the provisions of this Agreement, and all Shafts, Stopes, Raises and Tunnels are subject to the provisions of the Tunnel Master Agreement specified herein.

## GROUP 1(f) — WAGE RATE

Wire winding machine in connection with Guniting or
Shot Crete.

| EFFECTIVE DATE | 6/28/99 | 6/26/00 | 6/25/01 |
|---|---|---|---|
| Aligner- | | | |
| RATE A . . . . . . . . . . . . . . | $22.24 | $ * | $ * |
| RATE B . . . . . . . . . . . . . . | $21.24 | $ * | $ * |
| | | | |
| Helper- | | | |
| RATE A . . . . . . . . . . . . . | $21.26 | $ * | $ * |
| RATE B . . . . . . . . . . . . . . | $20.26 | $ * | $ * |

## GROUP 1(g) — WAGE RATES FOR CONTRA COSTA COUNTY

| EFFECTIVE DATE | 6/28/99 | 6/26/00 | 6/25/01 |
|---|---|---|---|
| RATE . . . . . . . . . . . . . . | $21.86 | $ * | $ * |

## CLASSIFICATIONS OF GROUP 1(g)

Pipelayers (including grade checking in connection
    with pipelaying)
Caulkers
Banders
Pipewrappers
Conduit Layers
Plastic Pipe Layer
Pressure Pipe Tester
No joint pipe and stripping of same, including repair
    of voids
Precast Manhole setters, cast in place manhole form
    setters

## GROUP 1(h)

Laborers working off or with or from Bos'n Chairs,
Swinging Scaffolds, Belts shall receive $.25 per hour
above the applicable wage rate. This premium rate
shall be reckoned by the day and half day. This shall
not apply to Laborers entitled to receive the wage rate
set forth in Group 1(a).

## GROUP 2 — WAGE RATE

| EFFECTIVE DATE | 6/28/99 | 6/26/00 | 6/25/01 |
|---|---|---|---|
| RATE A . . . . . . . . . . . . . . | $21.51 | $ * | $ * |
| RATE B . . . . . . . . . . . . . . | $20.51 | $ * | $ * |

### CLASSIFICATIONS OF GROUP 2

Asphalt Shovelers

Cement Dumpers and handling dry cement or gyp-
sum

Choke-setter and Rigger (clearing work)

Concrete Bucket Dumper and Chuteman

Concrete Chipping and Grinding

Concrete Laborers (wet or dry)

Drillers Helper, Chuck Tender, Nipper (One
chuck tender on single machine operation with
minimum of one chuck tender for each two
machines on multiple machine operations.
(Jackhammers in no way involved in this item.)

Guinea Chaser (Stakeman), Grout Crew

High Pressure Nozzlemen, Adductors

Hydraulic Monitor (over 100 lbs. pressure)

Loading and unloading, carrying and handling of all
rocks and materials for use in reinforcing concrete
construction

Pittsburgh Chipper, and similar type brush shredders

Sloper

Single foot, hand held, pneumatic tamper

All Pneumatic, Air, Gas and Electric Tools not listed in
Groups 1 through 1(f)

Jacking of Pipe — under 12 inches

## GROUP 3 — WAGE RATE

| EFFECTIVE DATE | 6/28/99 | 6/26/00 | 6/25/01 |
|---|---|---|---|
| RATE A . . . . . . . . . . . . . | $21.41 | $ * | $ * |
| RATE B . . . . . . . . . . . . . | $20.41 | $ * | $ * |

### CLASSIFICATIONS OF GROUP 3

Construction Laborers, including Bridge Laborers and
General Laborers

Dumpman, Load Spotter

Flagperson

Fire Watcher

Fence Erectors

Guardrail Erectors

Gardeners, Horticultural and Landscape Laborers (See
  Supplement No. 4)

Jetting

Limbers, Brush Loaders and Pilers

Pavement Markers (Button Setters)

Maintenance, Repair Trackmen and Road Beds

Streetcar and Railroad Construction Track Laborers

Temporary Air and Water Lines, Victaulic or similar

Tool Room Attendant (job site only)

## GROUP 3(a) — WAGE RATE

| EFFECTIVE DATE | 6/28/99 | 6/26/00 | 6/25/01 |
|---|---|---|---|
| RATE A . . . . . . . . . . . . . . | $21.41 | $ * | $ * |
| RATE B . . . . . . . . . . . . . . | $20.41 | $ * | $ * |

### CLASSIFICATION OF GROUP 3(a)

Composite Crew Person — Shall apply only to the
operation of vehicles, when operated in conjunction
with Laborers duties.

## GROUP 4 — WAGE RATE

| EFFECTIVE DATE | 6/28/99 | 6/26/00 | 6/25/01 |
|---|---|---|---|
| RATE A . . . . . . . . . . . . . . | $15.10 | $ * | $ * |
| RATE B . . . . . . . . . . . . . . | $14.10 | $ * | $ * |

### CLASSIFICATIONS OF GROUP 4

All cleanup work of debris, grounds and building
  including but not limited to street cleaners

Cleaning & Washing Windows (subject to provisions
  of Section 20A)

Brick Cleaners (job site only)

Watchman (Subject to provisions of Section 20A)

Material Cleaners (job site only)

The classification "Material Cleaner" is to be utilized
under the following conditions:

A.   At demolition sites for the salvage of the material.

53

B. At the conclusion of a job where the material is to be salvaged and stocked to be reused on another job.

C. The cleaning of salvage material at the Employer's job site or temporary job site yard.

It was not the intent of either party to utilize the classification of "Material Cleaner" in the performance of "form stripping, cleaning and oiling and moving to the next point of erection."

Laborers that are to be used under the Group 4 classification rate shall be so notified and given the opportunity to accept or reject the employment offered according to Section 19 of the Laborers' Master Agreement.

GROUP 5 — (Entry Level Laborer) WAGE RATES

| EFFECTIVE DATE | 6/28/99 | 6/26/00 | 6/25/01 |
|---|---|---|---|
| 2,000 hours .......... | $11.40 | $11.40 | $11.40 |

At the discretion of the Employer, the scope of work includes, but is not limited to:

Tending other crafts
Watermeter Installer
Residential Laborer

An Individual Employer may employ two (2) Entry Level Laborers for every four (4) regular Laborers on his payroll. Provided; further, the second (2nd) Entry Level Laborer would be permitted on a job or project only after four (4) regular Laborers are on the job or project.

Each Entry Level Laborer who completes the Basic Laborer Training Course at the Laborers' Training School shall receive three (3) months credit towards becoming a regular Laborer under the terms of this Agreement.

All other terms and conditions of this Agreement shall apply to all Entry Level Laborers. The provisions of this Group 5 shall not apply to the Tunnel Master Agreement.

## SUPPLEMENT NO. 2

## GUNITE, SHOTCRETE, FANELCRETE AND SIMILAR TYPE WORK INCLUDING ALL PLACING, FINISHING AND PATCHING OF SHOTCRETE OR GUNITE

Hours and working conditions and wages shall be the same as in this Master Agreement except those expressly herein provided.

## CLASSIFICATIONS/RATES PER HOUR:

| EFFECTIVE DATE | 6/28/99 | 6/26/00 | 6/25/01 |
|---|---|---|---|
| **Structural Nozzleman** | | | |
| RATE A . . . . . . . . . . . . . | $22.62 | $ * | $ * |
| RATE B . . . . . . . . . . . . . | $21.62 | $ * | $ * |
| | | | |
| **Nozzleman, Gunman and Potman** | | | |
| RATE A . . . . . . . . . . . . . | $22.12 | $ * | $ * |
| RATE B . . . . . . . . . . . . . | $21.12 | $ * | $ * |
| | | | |
| **Rodman** | | | |
| RATE A . . . . . . . . . . . . . | $22.12 | $ * | $ * |
| RATE B . . . . . . . . . . . . . | $21.12 | $ * | $ * |
| | | | |
| **Groundman** | | | |
| RATE A . . . . . . . . . . . . . | $22.12 | $ * | $ * |
| RATE B . . . . . . . . . . . . . | $21.12 | $ * | $ * |
| | | | |
| ***Gunite Trainee** | | | |
| RATE A . . . . . . . . . . . . . | $15.10 | $ * | $ * |
| RATE B . . . . . . . . . . . . . | $14.10 | $ * | $ * |
| | | | |
| **Reboundman** | | | |
| RATE A . . . . . . . . . . . . . | $21.53 | $ * | $ * |
| RATE B . . . . . . . . . . . . . | $20.53 | $ * | $ * |
| | | | |
| **General Laborers** | | | |
| RATE A . . . . . . . . . . . . . | $21.41 | $ * | $ * |
| RATE B . . . . . . . . . . . . . | $20.41 | $ * | $ * |

*One trainee shall be allowed for each three (3) Journeymen on a crew. In the absence of the Journeyman, the trainee shall receive the Journeyman scale.

Gunite Foreman
RATE A  . . . . . . . . . . . . . . $23.12    $*        $*
RATE B . . . . . . . . . . . . . . $22.12    $*        $*

## Travel from Jurisdiction of One Area to Another Area:

The Employer shall have the right to bring six (6) workers from one area into another area within the area covered by this Agreement. Such Employer shall notify the Local Union one day in advance of starting the job. Other workers will be obtained when available from the area where the work is to be performed.

## Travel and Out of Town Expense Allowance:

All workers performing work covered by this Agreement at a job site located between sixty (60) and one hundred twenty (120) miles from the main office or a permanently established district office of an Individual Employer shall receive twenty-five dollars ($25.00) per working day. All distances for payment purposes shall commence at the main office or a permanently established district office of an Individual Employer.

Each worker performing work covered by this Agreement shall be reimbursed for the cost of meals and lodging actually expended and not to exceed thirty-five dollars ($35.00) per working day on all jobs located over one hundred twenty (120) miles from the main office or a permanently established district office of an Individual Employer.

56

## SUPPLEMENT NO. 3

## WRECKING WORK

Hours and working conditions and wages shall be the same as in this Master Agreement, except those expressly herein provided.

CLASSIFICATIONS/RATES PER HOUR:

| EFFECTIVE DATE | 6/28/99 | 6/26/00 | 6/25/01 |
|---|---|---|---|
| Skilled Wrecker — Group No. 1 (Removing and salvaging of sash, windows, doors, plumbing and electric fixtures.) | | | |
| RATE A .............. | $21.66 | $ * | $ * |
| RATE B .............. | $20.66 | $ * | $ * |
| Semi-skilled Wrecker — Group No. 2 (Salvaging of other building materials) | | | |
| RATE A .............. | $21.51 | $ * | $ * |
| RATE B .............. | $20.51 | $ * | $ * |
| General Laborer — Group 4. (Includes all cleanup work, loading, lumber, loading and burning of debris) | | | |
| RATE A .............. | $15.10 | $ * | $ * |
| RATE B .............. | $14.10 | $ * | $ * |

## SUPPLEMENT NO. 4

## GARDENERS, HORTICULTURAL & LAND-SCAPE WORKERS

Hours and working conditions and wages shall be the same as in this Master Agreement, except those expressly herein provided.

CLASSIFICATION/RATES PER HOUR:

| EFFECTIVE DATE | 6/28/99 | 6/26/00 | 6/25/01 |
|---|---|---|---|
| Gardeners, Horticultural and Landscape Laborers (New Construction) | | | |
| RATE A .............. | $21.41 | $ * | $ * |
| RATE B .............. | $20.41 | $ * | $ * |

Service Landscape Laborers (Establishment Warranty Period)

| | | |
|---|---|---|
| RATE A . . . . . . . . . . . . . $15.10 | $ * | $ * |
| RATE B . . . . . . . . . . . . . $14.10 | $ * | $ * |

The overtime rates provided in paragraph 5 of Section 20A shall apply only to service landscape Laborers (establishment warranty period) for work in excess of forty (40) hours in any one (1) week, or in excess of eight (8) hours in any one day.

Service landscape Laborers (establishment warranty period), may be required to work any five (5) days out of the week on any shift.

## LANDSCAPE LABORER TRAINEE

A new classification, Landscape Laborer Trainee, is based on an eighteen-month training program, as follows:

| EFFECTIVE DATE | 6/28/99 | 6/26/00 | 6/25/01 |
|---|---|---|---|
| RATE A | | | |
| 1st 6 mos. @ 70% . . . . . . . $14.99 | $ * | | $ * |
| 2nd 6 mos. @ 80% . . . . . . .$17.13 | $ * | | $ * |
| 3rd 6 mos. @ 90% . . . . . . .$19.27 | $ * | | $ * |
| | | | |
| RATE B | | | |
| 1st 6 mos. @ 70% . . . . . . . $14.29 | $ * | | $ * |
| 2nd 6 mos. @ 80% . . . . . . . $16.33 | $ * | | $ * |
| 3rd 6 mos. @ 90% . . . . . . . $18.37 | $ * | | $ * |

(The above rates are wages only. Fringe Benefits are the same as in Section 28A of the Laborers' Master Agreement.)

Prior to employment, the Employer must submit in writing any request for employees from the Local Union; and, all employees must be referred by the Local Union in the area of work.

The ratio of trainees shall be: One in three, with the understanding that each Individual Contractor utilizing the Trainee Classification must employ at least one second period Trainee in the second period of the Agreement and at least one third period Trainee in the third period of the Agreement before being eligible to employ another first period trainee.

58

*SUPPLEMENT NO. 5*

## LABORERS' APPRENTICESHIP PROGRAM

1.   TERM OF APPRENTICESHIP: The term of apprenticeship shall be 3,000 hours within 18 months. The first 750 hours, shall be a tryout or probationary period.

2.   RATIO: A qualified employer may employ one (1) apprentice when at least five (5) journeymen are regularly employed, and one (1) additional apprentice for each five (5) additional journeymen.

3.   WORK TRAINING: The Employer shall see that all apprentices are under the supervision of a qualified journeyman or instructor and shall provide the necessary diversified experience and training in order to train and develop the apprentice into a skilled worker, proficient in all the work processes of a Construction Craft Laborer, as outlined herein. Apprentices shall also be trained in the use of new equipment, materials and processes as they come into use in the craft.

4.   WAGE SCHEDULE: Apprentices shall be paid not less than the following percentages of the current journeymen's rate:

| | | |
|---|---|---|
| 1st period | 1 — 500 hours | 50% |
| 2nd period | 501 — 1000 hours | 55% |
| 3rd period | 1001 — 1500 hours | 60% |
| 4th period | 1501 — 2000 hours | 70% |
| 5th period | 2001 — 2500 hours | 80% |
| 6th period | 2501 — 3000 hours | 90% |

5.   FRINGE BENEFIT SCHEDULE:

| | 1st 1500 hours | 2nd 1500 hours |
|---|---|---|
| Health & Welfare | Per Master Agreement | Per Master Agreement |
| Retiree Health & Welfare | Per Master Agreement | Per Master Agreement |
| Pension/Annuity | N/A | Per Master Agreement |
| Vacation | N/A | Per Master Agreement |
| Supplemental Dues | Per Master Agreement | Per Master Agreement |
| Training-Retraining/ Apprenticeship | Per Master Agreement | Per Master Agreement |
| Contract Administration | Per Master Agreement | Per Master Agreement |
| Industry Stabilization | Per Master Agreement | Per Master Agreement |

59

## SUPPLEMENT NO. 6

## SUBSISTENCE

It is hereby agreed that effective June 28, 1999, Supplement No. 6, Subsistence of the Laborers Agreement shall read as follows:

### MAP DESCRIPTION FOR AREA FREE ZONE AND SUBSISTENCE ZONE:

The following is a description based upon township and area free zones and subsistence zones. Area free zones for all of Northern California within the following lines:

Commencing in the Pacific Ocean on the extension of the Southerly line of Township 19S,

Thence Easterly along the Southerly line of Township 19S, crossing the Mt. Diablo meridian to the S.W. Corner of township 19S, range 6E, Mt. Diablo base line and meridian,

Thence Southerly to the S.W. corner of township 20S, range 6E,

Thence Easterly to the S.W. corner of township 20S, range 13E,

Thence Southerly to the S.W. corner of township 21S, range 13E,

Thence Easterly to the S.W. corner of township 21S, range 17E,

Thence Southerly to the S.W. corner of township 22S, range 17E,

Thence Easterly to the S.E. corner of township 22S, range 17E,

Thence Southerly to the S.W. corner of township 23S, range 18E,

Thence Easterly to the S.E. corner of township 23S, range 18E,

Thence Southerly to the S.W. corner of township 24S, range 19E, falling on the Southerly line of Kings County, thence Easterly along the Southerly boundary of Kings County and the Southerly boundary of Tulare County, to the S.E. corner of township 24S, range 29E,

Thence Northerly to the N.E. corner of township 21S, range 29E,

Thence Westerly to the N.W. corner of township 21S, range 29E,

Thence Northerly to the N.E. corner of township 13S,

60

range 28E,

Thence Westerly to the N.W. corner of township 13S, range 28E,

Thence Northerly to the N.E. corner of township 11S, range 27E,

Thence Westerly to the N.W. corner of township 11S, range 27E,

Thence Northerly to the N.E. corner of township 10S, range 26E,

Thence Westerly to the N.W. corner of township 10S, range 26E,

Thence Northerly to the N.E. corner of township 9S, range 25E,

Thence Westerly to the N W. corner of township 9S, range 25E,

Thence Northerly to the N.E. corner of township 8S, range 24E,

Thence Westerly to the N.W. corner of township 8S, range 24E,

Thence Northerly to the N.E. corner of township 6S, range 23E,

Thence Westerly to the S.E. corner of township 5S, range 19E,

Thence Northerly to the N.E. corner of township 5S, range 19E,

Thence Westerly to the N.W. corner of township 5S, range 19E,

Thence Northerly to the N.E. corner of township 3S, range 18E,

Thence Westerly to the N.W. corner of township 3S, range 18E,

Thence Northerly to the N.E. corner of township 2S, range 17E,

Thence Westerly to the N.W. corner of township 2S, range 17E,

Thence Northerly crossing the Mt. Diablo baseline to the N.E. corner of township 2N, range 16E

Thence Westerly to the N.W. corner of township 2N, range 16E,

Thence Northerly to the N.E. corner of township 3N, range 15E,

Thence Westerly to the N.W. corner of township 3N, range 15E,

Thence Northerly to the N.E. corner of township 4N, range 14E,

Thence Westerly to the N.W. corner of township 4N, range 14E,

Thence Northerly to the N.E. corner of township 5N, range 13E,

Thence Westerly to the N.W. corner of township 5N, range 13E,

Thence Northerly to the N.E. corner of township 10N, range 12E,

Thence Easterly to the S.E. corner of township 11N, range 14E,

Thence Northerly to the N.E. corner of township 11N, range 14E,

Thence Westerly to the N.E. corner of township 11N, range 10E,

Thence Northerly to the N.E. corner of township 15N, range 10E,

Thence Easterly to the S.E. corner of township 16N, range 11E,

Thence Northerly to the N.E. corner of township 16N, range 11E,

Thence Easterly to the S.E. corner of township 17N, range 14E,

Thence Southerly to the S.W. corner of township 14N, range 15E,

Thence Easterly to the S.E. corner of township 14N, range 15E,

Thence Southerly to the S.W. corner of township 13N, range 16E,

Thence Easterly to the S.E. corner of township 13N, range 16E,

Thence Southerly to the S.W. corner of township 12N, range 17E,

Thence Easterly along the Southern line of township 17N to the Eastern boundary of the State of California,

Thence Northwesterly, thence Northerly along the Eastern boundary of the State of California to the N.E. corner of township 17N, range 18E,

Thence Westerly to the N.W. corner of township 17N, range 11E,

Thence Northerly to the N.E. corner of township 20N, range 10E,

Thence Westerly to the N.W. corner of township 20N, range 10E,

Thence Northerly to the N.E. corner of township 21N, range 9E,

Thence Westerly to the N.W. corner of township 21N, range 9E,

Thence Northerly to the N.E. corner of township 22N, range 8E,

Thence Westerly to the N.W. corner of township 22N, range 8E,

Thence Northerly to the S.W. corner of township 27N,

range 8E,
Thence Easterly to the S.E. corner of township 27N, range 8E,
Thence Northerly to the NE corner of township 28N, range 8E,
Thence Westerly to the N.W. corner of township 28N, range 7E,
Thence Northerly to the N.E. corner of township 30N, range 6E,
Thence Westerly to the N.W. corner of township 30N, range 1E,
Thence Northerly along the Mt. Diablo meridian to the N.E. corner of township 34N, range 1W,
Thence Westerly to the N.W. corner of township 34N, range 6W,
Thence Southerly to the N.E. corner of township 32N, range 7W,
Thence Westerly to the N.W. corner of township 32N, range 7W,
Thence Southerly to the S.W. corner of township 30N, range 7W,
Thence Easterly to the S.E. corner of township 30N, range 7W,
Thence Southerly to the S.W. corner of township 16N, range 6W,
Thence Easterly to the S.E. corner of township 16N, range 6W,
Thence Southerly to the S.W. corner of township 14N, range 5W,
Thence Westerly to the S.E. corner of township 14N, range 7W,
Thence Northerly to the N.E. corner of township 14N, range 7W,
Thence Westerly to the N.W. corner of township 14N, range 7W,
Thence Northerly to the N.E. corner of township 15N, range 8W,
Thence Westerly to the S.E. corner of township 16N, range 12W,
Thence Northerly to the N.E. corner of township 16N, range 12W,
Thence Westerly to the N.W. corner of township 16N, range 12W,
Thence Northerly to the N.E. corner of township 18N, range 12W,
Thence Westerly to the N.W. corner of township 18N, range 14W,
Thence Southerly to the S.W. corner of township 18N, range 14W,

Thence Easterly to the S.E. corner of township 18N, range 14W,

Thence Southerly to the S.W. corner of township 16N, range 13W,

Thence Westerly to the N.W. corner of township 15N, range 14W,

Thence Southerly to the S.W. corner of township 14N, range 14W,

Thence Easterly to the S.E. corner of township 14N, range 14W,

Thence Southerly to the S.W. corner of township 13N, range 13W,

Thence Easterly to the S.E. corner of township 13N, range 13W,

Thence Southerly to the S.W. corner of township 11N, range 12W,

Thence Easterly to the S.E. corner of township 11N, range 12W,

Thence Southerly along the Eastern line of range 12W to the Pacific Ocean, excluding that portion of Northern California within Santa Clara County included within the following line. Commencing at the N.W. corner of township 6S, range 3E, Mt. Diablo Baseline and meridian:

Thence in a Southerly direction to the S.W. corner of township 7S, range 3E,

Thence in an Easterly direction to the S.E. corner of township 7S, range 4E,

Thence in a Northerly direction to the N.E. corner of township 6S, range 4E,

Thence in a Westerly direction to the N.W. corner of township 6S, range 3E, to the point of beginning, which portion is a part of Area 2.

Area 1 also includes that portion of Northern California within the following lines:

Commencing in the Pacific Ocean on an extension of the Southerly line of township 2N, Humboldt baseline and meridian:

Thence Easterly along the Southerly line of township 2N, to the S.W. corner of township 2N, range 1W,

Thence Southerly to the S.W. corner of township 1N, range 1W,

Thence Easterly along the Humboldt baseline to the S.W. corner of township 1N, range 2E,

Thence Southerly to the S.W. corner of township 2S, range 2E,

Thence Easterly to the S.E. corner of township 2S, range 2E,

Thence Southerly to the S.W. corner of township 4S,

range 3E,

Thence Easterly to the S. E. corner of township 4S, range 3E,

Thence Northerly to the N.E. corner of township 2S, range 3E,

Thence Westerly to the N.W. corner of township 2S, range 3E,

Thence Northerly crossing the Humboldt baseline to the S.W. corner of township 1N, range 3E,

Thence Easterly along the Humboldt baseline to the S.E. corner of township 1N, range 3E,

Thence Northerly to the N.E. corner of township 9N, range 3E,

Thence Westerly to the N.W. corner of township 9N, range 2E,

Thence Northerly to the N.E. corner of township 10N, range 1E,

Thence Westerly along the Northerly line of township 10N, into the Pacific Ocean.

Subsistence map change shall apply for work bid after June 16, 1980.

All areas other than free zones shall be subject to the payment of subsistence, as follows:

On all work subject to travel and subsistence allowance specified in this Section, the daily subsistence allowance shall be as follows:

June 28, 1999 through June 30, 2002 — $19.00/day.

The Individual Employer shall not be required to pay subsistence to employees employed by an Individual Employer in a permanent yard or shop or plant and employees employed by an Individual Employer on residential construction projects (not camps); subdivisions; buildings of three (3) stories or less including utilities and site work related to these buildings; streets, roadways and utilities which are a part of a residential construction project.

Subsistence shall not be applicable within the city limits of the following cities or towns:

Auburn, Coalinga, Crescent City, Exeter, Grass Valley, Greenfield, Jackson, Jamestown, Lindsay, Mariposa, Nevada City, Placerville, Porterville, Sonora, Strathmore, Terrabella, Tuolumne, Twain Harte, Woodlake or Yreka.

Subsistence shall apply to publicly financed camps, highways, dams, tunnels power facilities, defense facilities, utilities (except as provided above), sewage disposal plants and heavy engineering projects together with the camps, warehouses, offices or facilities con-

structed in connection with such latter projects, such pay shall be separate from the wages of the employee and shall be paid him/her by separate check.

No subsistence shall be paid on a job located within the right of way of a road or highway forming part of the boundary of a subsistence area.

If a road or highway forming part of the boundary of a subsistence area is relocated, such relocated road or highway upon being officially opened shall form a part of the boundary of the subsistence area in place of the old road.

When the work is to be performed in the subsistence zone, each employee employed to perform work covered by this Agreement shall receive subsistence pay specified herein.

When the work to be performed is in the non-subsistence zone, such employees shall not be entitled to receive subsistence pay; provided, however, if two or more hours of compensable time (straight time or premium time) are worked by said employee in the subsistence zone, he/she shall be entitled to be paid appropriate subsistence pay as specified herein for the entire day. An employee or person referred for employment shall be entitled to subsistence pay for any day on which he/she is required by or requested to report to the job of the Individual Employer, but does not perform work due to conditions beyond said Individual Employer's control (such as: rainy days, or days when steel or other materials are not available).

If the Individual Employer maintains a camp in the subsistence area hereinabove described, the Individual Employer agrees not to charge the employees covered by this Agreement more than the amount allowed for subsistence hereunder for suitable room and board incurred during a calendar week.

66

## SCHEDULE "A"
## DISTRICT COUNCIL OF LABORERS HIRING HALL LOCATIONS

| Local | City | Street Address | Phone Number | Dispatch Hours |
|---|---|---|---|---|
| *67 | Oakland | 8400 Enterprise Way, #119 | 510/569-4761 | 7:00-9:00 a.m. |
| *67 | Sacramento | 2717 Cottage Way, #12 | 916/482-2607 | 7:00-9:00 a.m. |
| 73 | Stockton | 2841 E. Myrtle St. | 209/466-3356 | 7:00-9:00 a.m. |
| 139 | Santa Rosa | 81 Barham Avenue | 707/542-1107 | 7:00-9:00 a.m. |
| 185 | Sacramento | 1816 Tribute Rd., #102 | 916/648-9300 | 7:00-9:00 a.m. |
| 185 | Redding | 1556 Hartnell Ave. | 530/221-0961 | 7:00-9:00 a.m. |
| 185 | Yuba City | 1650 Sierra Ave., #226 | 530/671-1777 | 7:00-9:00 a.m. |
| 261 | San Francisco | 3271 – 18th St. | 415/826-4550 | 7:00-9:00 a.m. |
| 270 | San Jose | 509 Emory St. | 408/297-2620 | 7:00-9:00 a.m. |
| 270 | Santa Cruz | 640 Eaton St. | 831/475-7058 | 7:00-9:00 a.m. |
| 291 | San Rafael | 4174 Redwood Hwy. | 415/492-0936 | 7:00-9:00 a.m. |
| 291 | Napa | (Phone dispatch only) | 707/226-7971 | 7:00-9:00 a.m. |
| 294 | Fresno | 5431 E. Hedges Ave. | 559/255-3019 | 7:00-9:00 a.m. |
| 294 | Visalia | 319 N. Church | 559/734-9426 | 7:00-9:00 a.m. |
| 297 | Salinas | 117 Pajaro St. | 831/422-7077 | 7:00-9:00 a.m. |

*Continued On Back*

67

| | | | | |
|---|---|---|---|---|
| 297 | Monterey | 254 Casa Verde Way | 831/648-1081 | 7:00-9:00 a.m. |
| 304 | Hayward | 29475 Mission Blvd. | 510/581-4691 | 7:00-9:00 a.m. |
| 304 | Oakland | 8035 E. 14th St. | 510/562-2661 | 7:00-9:00 a.m. |
| 304 | Livermore | 2063 Research Drive | 510/455-8292 | 7:00-9:00 a.m. |
| 324 | Martinez | 611 Berrellesa St. | 925/228-0930 | 7:00-9:00 a.m. |
| 324 | Pittsburg | 1085 Cumberland St. | 925/439-1021 | 7:00-9:00 a.m. |
| 324 | Richmond | 101 So. 12th St. | 510/234-1069 | 7:00-9:00 a.m. |
| 326 | Vallejo | 1971 Broadway | 707/643-7214 | 7:00-9:00 a.m. |
| 389 | San Mateo | 300 — 7th Avenue | 650/344-7168 | 7:00-9:00 a.m. |
| 1130 | Modesto | 2569 Yosemite Blvd., Ste. K | 209/521-9883 | 7:00-9:00 a.m. |

*Asbestos

# 2002-2006
# LABORERS'
# MASTER AGREEMENT

### Between

### ASSOCIATED GENERAL CONTRACTORS
### OF
### CALIFORNIA, INC.



### And
### NORTHERN CALIFORNIA
### DISTRICT COUNCIL OF
### LABORERS

### Affiliated with

### LABORERS' INTERNATIONAL UNION
### OF NORTH AMERICA
### AFL-CIO

EXHIBIT _D_
PART 1

# TABLE OF CONTENTS

|  | Section No. | Page |
|---|---|---|
| Additional Work or Classification | 14(A) | 35 |
| Agreement Binding upon Parties | 16(B) | 37 |
| Bargaining Representative | 2 | 6 |
| Change of Name or Style | 30 | 57 |
| Contract Administration | 9A | 26 |
| Conflicting Contracts | 12 | 31 |
| Contracting Piece Work | 17 | 38 |
| Cost of Living Adjustment Additional Increase | | 61 |
| Coverage and Description of Work | 1(B) | 2 |
| Definitions | 1A | 1 |
| Delinquency Withdrawals | 28(B) | 52 |
| Discharge | 3(C) | 17 |
| Effective & Termination Date | 32 | 58 |
| Elimination of Restrictions on Production | 13(A) | 31 |
| Employers' Membership | 16(A) | 37 |
| Employment | 3(B) | 8 |
| Employment & Discharge | 3 | 7 |
| Gardening & Landscape Work | 25 | 48 |
| (Supplement #4) | | 78 |
| General Provisions | 1 | 1 |
| General Saving Clause | 29 | 56 |
| Grievance Procedure | 9 | 22 |
| Gunite Industry, including Shot Crete, Panel Crete, and similar type work | 24 | 47 |
| (Supplement #2) | | 74 |
| Health & Welfare, Pension & Vacation-Holiday-Dues Supplement, Training & Retraining Plans | 28(A) | 49 |
| Higher Wages | 5 | 19 |

# LABORERS' MASTER AGREEMENT
## 2002-2006

THIS AGREEMENT, made and entered into this 22nd day of October 2001, and effective the 24th day of June, 2002, by and between the ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC., herein after referred to as COLLECTIVE BARGAINING REPRESENTATIVE OF EMPLOYER, and the NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, here nafter referred to as UNION, modifying, amending and changing the Agreement made and entered into the 17th day of May, 1951, as modified by the Agreements dated June 4, 1952; July 14, 1953; April 13, 1954; April 12, 1955; April 30, 1956; April 19, 1957; June 30, 1959; July 28, 1961; June 27, 1962; July 1, 1965; June 16, 1968; June 16, 1971; July 2, 1974; May 10, 1977; April 30, 1980, January 18, 1983, March 5, 1986, November 21, 1988, May 17, 1992 and June 14, 1996, by and between the ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC. and the NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS of the LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO.

## *WITNESSETH:*

### *Section 1 - General Provisions*

#### A.  Definitions

> (1)     The term "Employer" shall refer to the Associated General Contractors of California, Inc.

> (2)     The term "Union" shall refer to the Northern California District Council of Laborers.

> (3)     This Agreement shall apply to any employee who performs work falling within the presently recognized jurisdiction of those Local Unions of the Laborers' International Union of North America affiliated with the Northern California District Council of Laborers; except that this Agreement shall not apply to superintendents, assistant superintendents, general foremen, civil engineers and their helpers, timekeepers, messenger persons, confidential employees and office help.

> (4)     This Agreement shall apply to Northern California, which term means that portion of the State of California above the Northerly boundary of Kern County, the Northerly boundary of San Luis Obispo County, and the Westerly boundaries of Inyo and Mono Counties, which includes the following counties: Alameda, Alpine, Amador, Butte, Calaveras, Colusa, Contra Costa, Del Norte, El Dorado, Fresno, Glenn, Humboldt, Kings, Lake, Lassen, Madera, Marin, Mariposa, Mendocino, Merced, Modoc, Monterey, Napa, Nevada, Placer, Plumas, Sacramento, San Benito, San Francisco, San Joaquin, San Mateo, Santa Clara, Santa Cruz, Shasta, Sierra, Siskiyou, Solano, Sonoma, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo and Yuba.

#### B.  Coverage and Description of Laborers' Work Covered by this Agreement

(1)    This Agreement shall cover all work coming within the recognized jurisdiction of the Laborers' International Union of North America.

(2)    Subject to the preceding paragraph and subject also to the provisions of Section 14 of this Agreement, it is agreed that Laborers' work shall include but not be limited to:  All Laborers' work necessary to tend the carpenters and other building trades craftsmen, stripping of concrete forms, handling and raising of slip forms, sewer cleaners, gardening, horticulture, landscaping, trackmen (construction, maintenance, repair), all cleanup of debris, grounds and buildings, steam cleaning and all General Laborers' work. In accordance with Green Book Decision dated August 2, 1920 - December 11, 1924, the loading and unloading, carrying and handling of all rods and materials for use in reinforcing concrete construction shall be done by Laborers under the supervision of such person as the Employer may designate. The hoisting of rods shall be done by Laborers, except when a derrick or outrigger operated by other than hand power is used.

All Laborers' work in connection with excavation for building and all other construction, including digging of trenches, piers, foundations and holes; digging, lagging, sheeting, cribbing and bracing of foundations, holes, caissons and cofferdams, manning, setting and moving all manually movable pumps. (This does not restrict the Laborers from performing other work.)

All Laborers' work in connection with concrete work, including chipping and grinding, sandblasting, mixing, handling, shoveling, conveying, pouring, concrete pumps and similar type machines, grout pumps, nozzlemen (including gunmen and potmen), vibrating, guniting and otherwise applying concrete whether done by hand or any other process, and wrecking, stripping, dismantling and handling concrete forms and false work, including tending of plasterers and brick and block layers.

All Laborers' work in the excavation, grading, preparation concreting, asphalt and mastic paving, paving, ramming, curbing, flagging and laying of other stone materials, and surfacing of streets, ways, courts, underpasses, overpasses and bridges.

All work in connection with the operation of spreader boxes, such as True-Lay, Rola Pavers and Laytons or similar type models, including but not limited to all shoveling and shifting material and cleaning of boxes, shall be the work of the Laborers. All Laborers' work in connection with the cutting of streets and ways for all purposes, including aligning by any method, digging of trenches, manholes, etc., handling and conveying of all materials for same; concreting of same; and the backfilling, grading and resurfacing of same. All Laborers' work in connection with the construction of caissons, cofferdams, subways (except as covered by Master Tunnel Agreement), aqueducts, water lines, culverts, flood controls, airports, drains and sewers, and any type of conduit, no joint pipe, including the cribbing, lagging, bracing, sheeting, checking grade for pipe laying, trench jacking and handling of lagging hammers on all open trenches and ditches. All Laborers' work in connection with shoring, underpinning including cutting, fitting, placing and raising of all structures.

All Laborers' work in connection with drilling, all work of loading, placing and blasting of all powder and explosives of whatever type regardless of the method used for such loading and placing.

All signaling and rigging in connection with Laborers' work.

All Laborers' work in connection with the wrecking of buildings and other structures.

All Laborers' work in connection with the slinging, handling and placing of all rip-rap, rock and stone on highways, jetties, retaining walls or wherever used.

All wrecking work on construction and/or razing sites: all Laborers' work on pre-casting or prefabrication at the construction project site or at a precast or prefabrication yard specifically established and operated for that one particular construction job.

All work in connection with the operation of such equipment that is necessary and incidental to carry out the work of the Laborer.

2

(3)    All classifications listed in Supplement No. 1 of this Agreement which are not listed under this Section shall be included in the coverage and description of Laborers' work just as though incorporated in full in this Section.

(4)    Should an Individual Employer signatory to this Agreement subcontract the masonry or plastering portion of a project, said contract shall specify that the work to be performed shall be done under the terms and conditions of the current Masonry and/or Plaster Tender Agreement that has been negotiated by the Northern California District Council of Laborers or its affiliates, which is in effect in the territory in which the work is performed. However, Masonry work which is incidental to the work of the Individual Employer may be performed under the terms and conditions of this Agreement.

(5)    Any Employer not signatory to both the Tunnel and Laborers' Master Agreement shall agree that whenever work is performed which is covered by the terms of the Laborers' Master Tunnel Agreement for the 46 Northern California Counties, the provisions of that Agreement shall be fully applicable to and binding upon the Individual Employer.

### Section 2 - Bargaining Representatives

#### A.  Union's Recognition of Collective Bargaining Representative of Employer

The Union hereby recognizes and acknowledges that the Collective Bargaining Representative of Employer includes in its membership a majority of the Individual Employers in the highway, general building and heavy construction industry, and said Individual Employers are performing the greater percentage of work therein. By reason of such facts the Union hereby recognizes that the Collective Bargaining Representative of the Employer, as herein-above referred to, is the collective bargaining representative for all Individual Employers who authorize the Employer to represent them with respect to Collective Bargaining with the Northern California District Council of Laborers. A list of said Individual Employers shall be furnished to the Union at the commencement of negotiations and the Employer shall furnish the Union with a complete monthly report of any additions and deletions to the list of Individual Employers represented by the Employer.

In the event the Union (District Council) enters into any other agreement with other employers or employer associations concerning the type of work covered hereby in the area which shall have terms more favorable to such employers or employer associations and the members thereof than this Agreement, then such more favorable provisions shall become a part of and apply to this Agreement only in the geographical area where such other agreement is in effect.

#### B.  Employers' Recognition of Union as Collective Bargaining Representative of Employees

The Employer and the Individual Employers covered hereby recognize and acknowledge the Northern California District Council of Laborers of the Laborers' International Union of North America, AFL-CIO as the collective bargaining representative for the employees in the area aforementioned covering the jurisdiction of the Union.

#### C.  Access to Project

A Union Representative shall have access to the project during working hours for the purpose of checking the manner of compliance with which the terms of this Agreement are being complied.

### Section 3 - Employment and Discharge

#### A.  Union Security

3

(1)     Every person performing work covered by this Agreement who is a member of the Union and in the employment of an Individual Employer on work covered by this Agreement on the effective date of this Subsection 3A shall, as a condition of employment or continued employment, remain a member in good standing of the Union in the appropriate Local Union of the Union. Every person covered by this Agreement and employed to perform work covered by this Agreement shall be required, as a condition of employment, to apply for and become a member of and to maintain membership in good standing in the Union in the appropriate Local Union of the Union which has territorial jurisdiction of the area in which such person is performing work on or after the expiration of eight (8) days of employment on such work following the beginning of such employment on the effective date of this revised Subsection 3A, whichever is later. Membership in any such Local Union shall be available to any such person on the same terms and conditions generally applicable to other members.

If Federal law is hereafter amended to permit a lesser requirement for Union membership or Union membership as a condition of employment than provided in this Subsection, the Collective Bargaining Representative of the Employer and the Union will promptly enter into negotiations with regard to such subject.

(2)     The Individual Employer shall be required to discharge any employee pursuant to this Subsection 3A only when a written notice from the Union or Local Union, with an immediate copy of such notice to the Union, of such employee's non-compliance with this Subsection, stating all pertinent facts showing such non-compliance, shall have been served upon such Individual Employer and a reasonable time (not to exceed 48 hours) has been allowed for compliance therewith.

## B.   Employment

(1)     The Union or Local Union shall maintain open and non- discriminatory hiring halls for the use of workmen desiring employment on work covered by this Agreement and such workmen shall be entitled to use such hiring halls. It is mutually agreed by the Employer and the Union to fully comply with all of the provisions of Title 7 of the Civil Rights Act of 1964, Presidential Executive Order #11246, the Americans with Disabilities Act of 1990, and the California Fair Employment Practices Section, to the end that no person shall, on the grounds of sex, race, color, disability, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination by not having full access to the contents of Section 3 of this Agreement. (A list of Local Unions, their telephone numbers and daily dispatching hours is attached hereto as "Schedule A" for convenience only.)

The Union shall retain full power to change the location of any hiring hall listed herein, to change the daily dispatching hours listed herein or to cause the merger, amalgamation or consolidation of any two or more hiring halls listed herein. The Union shall give notice in writing to the Employer whenever any such change, merger, amalgamation or consolidation becomes effective. If the Employer desires a location of a hiring hall or daily dispatching hours other than as specified herein, notice of such desire shall be given to the Union in writing and the Collective Bargaining Representative shall promptly enter into negotiations with regard to such subject.

(2)     Each person desiring employment shall register through such hiring hall by appearing personally and by indicating his/her name, address, telephone number, Social Security Account Number, qualifications and employment desired. Each such person shall be listed numerically in the order in which he/she registers.

In the territorial jurisdiction of the following Locals only 73 Stockton, 139 Santa Rosa, 185 Sacramento, 270 San Jose, 291 (Napa/Lake Counties only), 294 Fresno, 297 Salinas, 324 Martinez, 326 Solano and 1130 Modesto, a person may register by phone if his residence is more than 10 miles from the nearest hiring hall maintained by said Local.

4

Distance for interpreting this Subsection shall be determined by using the nearest Class "A" road or highway.

(3)     No person shall be entitled to have his name placed on any employment list which is applicable to a particular type or classification of work unless he/she has been employed in such type or classification of work for six months consecutively or accumulatively within a period of three (3) years immediately preceding the date of his/her registration.

(4)     The Individual Employer shall contact the appropriate hiring hall of the local Union having work and area jurisdiction for all Laborers as he/she or it may from time to time need, and the Local Union shall furnish to the Individual Employer the required number of qualified and competent Laborers of the classifications needed by the Individual Employer in accordance with the provisions of this Subsection 3B, if such Laborers are available.

(5)     When requesting Laborers, the Individual Employer shall submit job orders indicating the number of persons desired, qualifications of each person desired, the location of the job, the reporting date and time and the representative of the Individual Employer to be contacted on the job site.

(6)     The appropriate hiring hall of the Local Union of the Union having work and area jurisdiction will furnish in accordance with the request of the Individual Employer such qualified and competent Laborers of the classifications needed from among those entered on said lists to the Individual Employer by use of a written referral in the following order of preference:

Persons shall be referred in the order in which they are registered if their registration indicates that they are qualified for and desirous of taking such referral, unless they are not available for referral, subject to the following conditions:  First,

(a)     Notwithstanding any other provision of this Agreement, the Individual Employer may request a person by name, out of order, and such person must be dispatched if such person is registered on the out-of-work list and if such person was employed previously by such Individual Employer or member of a joint venture within three years prior to such request within the territorial jurisdiction of the appropriate Local Union of the Union.

(b)     In addition to requests permitted by the provision of Subsection 6(a), the Individual Employer may request any person registered on the out-of-work list out of order for any reasons; provided, however, that at no time shall any job contain more than 50% of persons requested under Subsection (b). It will not be a violation of this Agreement for an owner (1 person) to perform Laborers' work when needed, provided that said owner is performing work with at least one (1) additional Laborer on the job site.

(c)     Any Local Union, may at its option, permit a percentage of individual requests greater than 50% on any job. Such permission shall not be deemed a violation of this Agreement.

(d)     Notwithstanding the above, the mobility of all employees who have been employees of the Individual Employer for a period of three hundred sixty (360) hours out of the immediate preceding six (6) months, shall not be restricted for any reason subject to Subsection 3A, Union Security. In order for the Individual Employer to exercise the mobility provisions set forth in this paragraph, the Individual Employer shall:

(1)     Provide the appropriate Local Union with a current list of names and Social Security Numbers of those employees who are eligible for mobility, prior to any employee being moved; and

(2)     The Individual Employer shall notify the appropriate Local Union of a job or project of more than five day's duration.

(3)     In cases where an individual employer is found to have dispatched certain employees not eligible for mobility to a job site as defined herein, then the local Union having jurisdiction in the project area shall notify the employer of such violation or error. The employer, upon notification by the Union, shall within one (1) working day, correct said violation or error to

5

the satisfaction of the Union. Additional laborers shall be obtained in accordance with the hiring hall procedures from the Local Union in the area where work is performed. All laborers shall have in their possession proof of proper dispatch and Union status which shall be produced upon request of Local Union representative in the area where the job is located. Any violation not resolved to the mutual satisfaction of the parties shall be subject to Section 9 of this Agreement.

      (4)     No Employee of the employer shall suffer loss of mobility for a break in service of two (2) months or less with the employer if the break in service is due to illness, extended vacation or winter shutdown.

      (e)     No person shall be dispatched pursuant to the provisions of Subsection 6(a), 6(b) or 6(c) of this Section unless the Individual Employer's request is in writing, dated, is signed by an appropriate management representative, specifies whether the person is a rehire and names the job for which rehire is requested.

Second, persons who, within five (5) years immediately preceding the job order, performed work covered under this Agreement in the geographical area covered by this Agreement in the order in which they registered.

Third, persons who are registered in the order in which they registered by qualification.

      (7)     Available for employment shall mean: All persons eligible for referral shall be present at the hiring hall or present at their residence phone if they live at a location specified in Subsection (2) of this Subsection 3B during dispatching hours, unless excused for the following reasons:

      (a)     When a death or imminent death occurs in the immediate family, from the date of death and not exceeding one week after the date of burial, however, they shall produce bona fide proof of such death or imminent death from hospital or family doctor.

      (b)     Persons on jury duty, providing they produce bona fide proof that they are serving on a jury.

      (c)     Persons temporarily serving in the U.S. Military Reserve, providing they show bona fide proof of such service.

      (d)     Attendance at Workers' Compensation Hearing or any administrative or court appearance.

      (8)     When ordering workers, the Individual Employer will give notice to the appropriate hiring hall of the Local Union, if possible, not later than 2:30 p.m. of the day prior (Monday through Friday) or, in any event, not less than seventeen and one-half (17-1/2) hours, if possible, before the required reporting time. In the event that forty-eight (48) consecutive hours after such notice (Saturday, Sundays and recognized holidays excluded), the Local Union shall not furnish such workers, the Individual Employer may procure workers from any other source or sources. If workers are so employed, the Individual Employer shall promptly report to the appropriate hiring hall of the Local Union, in writing or by phone with written confirmation within forty-eight (48) hours, the name, address and Social Security Account Number of the employee procured from such other source or sources and the date of employment and the location of the job on which he/she is employed. Workers who report on the first day are to be paid from the time they report to the Individual Employer's designated location.

      (9)     Dispatching hours shall be as specified in subdivision (1) of this Subsection 3B or as specified in the notice or notices submitted pursuant to subdivision (1) of this Subsection 3B. In emergency cases, individuals may be dispatched other than at such dispatching hours.

      (10)     Each person, upon being referred, shall receive a written referral to be transmitted to the Employer representative at the job site indicating the name, address, Social Security Account Number, type of job, date of proposed employment and date of referral.

      (11)     To insure the maintenance of a current registration list, all persons who do not re-register or answer roll call, as the case may be, on each regularly scheduled roll call day (which shall not be more often than once a week), shall be removed from the registration list unless excused in

accordance with Subsection 3B(7). Any person may re-register by phone and must be personally present at the phone during dispatch hours. If a referral is made by phone, a written dispatch slip must be sent to the Individual Employer and worker. Any person who is permitted to register by telephone under this Subsection 3B must appear personally at the appropriate hiring hall on roll call day. If such persons re-register or answer roll call pursuant to the provisions of this Section, they shall maintain their previous position on such list, subject to the provisions of Subsection 12 of Subsection 3B following, such person shall not be entitled to the position he/she held prior to his elimination in the event he/she re-registers or answers roll call, as the case may be. Persons will be excused from answering roll call only for the reason enumerated in Subsection 3B(7).

(12)    Persons shall be eliminated from the registration list for the following reasons:

(a)    Dispatched to a job - except that any person who is rejected by the Individual Employer or who fails to complete two (2) full days of work shall retain his/her position on said list; provided, no person who is rejected by the Individual Employer shall be re-referred to such Individual Employer with respect to the same request pursuant to which he/she was initially referred.

(b)    Failing to accept suitable employment one time during the current week at the time of dispatch. Employment which cannot be reached by an individual because of lack of transportation shall not be deemed suitable as to him/her.

(c)    Unavailable for employment.

(d)    Any person dispatched to a job who fails to report for work.

(13)    Notwithstanding the provisions of this Subsection 3B, upon the same notice as required in Subsection 3B(6)(e) being given to the appropriate Local Union of the Union, an Individual Employer shall have complete freedom to employ the first key Laborer.

(14)    Subject to the provisions of this Agreement, the Individual Employer shall have complete freedom of selectivity in hiring and the Individual Employer retains the right to reject any job applicant referred by the Union for just cause including but not limited to persons unable to produce legal residence documentation as required under the Immigration Reform and Control Act of 1986. In the event an Individual Employer receives two (2) referrals from the Local Union not meeting the skill requirements of the hiring request, the Individual Employer shall be free to secure such skilled person from any available source subject to Subsection 3A of this Agreement.

(15)    The Local Unions and the Union shall post in places where notices to applicants for employment with the Individual Employers are customarily posted, all provisions relating to the functioning of the hiring arrangements, including the provisions set forth in this Section, and each Individual Employer shall similarly post in places where notices to employees and applicants for employment are customarily posted, a notice of the hiring arrangements set forth in this Section.

(16)    Selection of applicants for referral to jobs pursuant to this Agreement shall be on a non-discriminatory basis and shall not be based on, or in any way affected by, Union membership, bylaws, rules, regulations, constitutional provisions, or any other aspect or obligation of Union membership, policies or requirements, provided that the provisions hereof shall not modify or qualify the requirements of Subsection A of this Section 3.

(17)    Any person aggrieved by the operation of the hiring hall shall submit his/her grievance to the permanent hiring hall neutral arbitrator provided that such submission is made in writing stating the reasons for the grievance within ten (10) working days after the occurrence of the grievance.

The Arbitrator shall have full power to adjust the grievance, and his decision thereon shall be final and binding upon the person submitting the grievance and all parties hereto. Forms for the submission of any such grievance shall be available at all times in the office of the Union and each Local Union.

The permanent hiring hall neutral arbitrator shall be Gerald R. McKay and notices required by this Section shall be mailed or delivered to P.O. Box 406, Burlingame, CA 94011-0406. The date of

7

this postmark and/or date of delivery of the grievance, whichever is later, shall toll the running of the ten (10) day period. The cost of arbitration shall be borne equally by the Employer and the Local Union regardless of who the Local Union or Individual Employer is.

## C.  Discharge

No employee shall be discharged or discriminated against for activity in or representation of the Union or any Local Union.  The Local Union shall be the sole judge of the qualifications of its members.

The Individual Employer shall be the sole judge of the qualifications of all of their employees, and may on such grounds, discharge any of them.  No employee shall be discharged without just cause.  In the event of discharge without just cause, the employee shall, if he/she so desires, be reinstated with payment for time lost. In the event of a dispute, the existence of "just cause" shall be determined under the grievance procedure provided for in Section 9 hereof.  In the event of reinstatement, the amount of back pay awarded under Section 9 hereof may not exceed 90 days unless the grievant was employed by the Individual Employer who discharged him/her for more than 1500 hours in the two (2) years preceding the date of discharge.

**D.**  The Individual Employer <u>may</u> notify the Local Union hiring hall of all employees who have quit, or been terminated or recalled during the week.  Such notification <u>may</u> be on a written form which will include the following information:

      NAME OF EMPLOYER COMPANY
      NAME OF EMPLOYEE
      DATE OF TERMINATION
      DATE OF RECALL
      REASON FOR TERMINATION

**E.**  No employee may be transferred from an Individual Employer's payroll to another Individual Employer's payroll except in accordance with Subsection 3B, except any transfer to and/or from a joint venture of which the Individual Employer is a partner.

### Section 4 - Show-Up Time

When any employee reports for work and there is no work provided by the Individual Employer, he/she shall be paid two (2) hours show- up time at the applicable rate plus subsistence where applicable, provided, however, no show-up time will be payable to any person who reports for work without the necessary and legally required documentation to establish work right status under applicable Immigration and Naturalization Laws.  If work is suspended on account of weather conditions, the employee shall be entitled to show-up time only if he/she remains on the job site for two (2) hours pending abatement of such weather unless sent home earlier by the Individual Employer.  If work is to be suspended for any reason, the employee shall be notified at least two (2) hours before being required to report for work.  The employee shall keep the Individual Employer informed at all times of his/her correct address, and if he/she has a telephone, his/her telephone number.  If an employee does not keep the Individual Employer so informed, the Individual Employer shall be relieved of the duty of giving such notice and further he/she shall not have to pay such employee show-up time.  Radio and/or TV notice is acceptable on remote projects as means of notification providing the Union is notified in writing at the commencement of the job.

### Section 5 - Higher Wages

8

No employee receiving a higher rate of pay shall suffer a reduction of pay by reason of the execution of this Agreement.

## Section 6 - Lunch Time

No employee shall be required to work more than five (5) hours without time off for a meal period, which shall be not less than one-half (½) hour.

If Laborers are required to work continuously for more than five (5) hours without an opportunity for lunch, they shall receive overtime pay for work after the fifth (5th) hour until opportunity to take time for lunch is afforded. When opportunity for lunch is afforded, the employee shall be allowed thirty (30) minutes at his/her straight time rate to eat his/her lunch. Lunch periods at the option of the Individual Employer may be staggered any time after three and one-half (3½) hours from the beginning of the shift. On a 4 x 10 work week, staggered lunches begin no sooner than four and one-half (4½) hours into the shift and no later than the sixth (6th) hour.

Any employee required to work more than two (2) hours overtime at the end of a shift shall be permitted a one-half (½) hour meal period for which he/she shall receive regular overtime pay. No work shall be performed by him/her during such meal period. (Meal periods may be staggered from the 10th to the 11th hour.)

## Section 7 - Records

**A.**     Each Individual Employer shall provide a proper means for registering the reporting, quitting time, and as supplied by the employee, the address and telephone number of all employees covered by this Agreement. In the event of a dispute, such records shall be accessible to the business representative of the Union or Local Union during working hours.

**B.**     Each Individual Employer, upon request of any Trust Fund specified in this Agreement, shall permit a Trust Fund Auditor to review any and all records related to the enforcement of the provisions of this Agreement pertaining to the Trust Funds. Such review shall be permitted not less than ten (10) working days after demand.

**C.**     Any Individual Employer who is found to be delinquent as a result of an audit will pay and satisfy such delinquency with accrued interest and in addition pay liquidated damages.

**D.**     All delinquent contributions shall bear simple interest at a rate of one and one half percent (1.5%) per month until receipt of payment.

**E.**     Subject to accounting verification liquidated damages shall be assessed on delinquent contributions at a flat rate of one hundred and fifty ($150.00) dollars per month to reflect the internal administrative costs incurred by the trust administrators in monitoring and tracking such late contributions.

**F.**     The cost of any audit shall be borne by the Individual Employer if the delinquency disclosed by the audit is in excess of one thousand dollars ($1,000.00) and is not the result of a clerical error.

**G.**     When economic conditions warrant, the Trustees of the Trust Funds specified in this Agreement are authorized to amend the liquidated damages and interest provisions of this Agreement. Any adjustments implemented by the Trustees shall be reflective of true increases in the administrative and legal costs associated with the recovery of delinquent Trust Fund contributions.

## Section 8 - No Cessation of Work

It is mutually agreed and understood that during the period when this Agreement is in force and effect, the Union or any Local Union will not authorize any strike, slow-down, or stoppage of work in any dispute, complaint, or grievance arising under the terms and conditions of this Agreement,

9

except such disputes, complaints, or grievances as arise out of the failure or refusal of any Individual Employer to comply with the provisions of the hiring clause, Subsection 3A or B hereof, or as permitted under Subsection 28B and C hereof or whenever an Individual Employer pays Laborers improperly with checks which do not clear for collection. As to any Individual Employer who shall fail or refuse to comply with the provisions of the sections specified herein, so long as such failure or refusal continues it shall not be a violation of this Agreement if the Union or any Local Union withdraws its members who are subject hereto from the performance of any work for such Individual Employer, and such withdrawal for such period shall not be a strike or work stoppage within the terms of this Agreement. In the event that any employees of any Individual Employer should be withdrawn by reason of any dispute, complaint, or grievance arising out of the violation of any similar hiring clause in any agreement between Employer and any other Union, then the Union or any Local Union may respect such withdrawal and for the period thereof may refuse to perform any work for such Individual Employer, and such refusal for such period shall not be a violation of this Agreement.

Any employees so withdrawn or refusing to perform any work as herein provided shall not lose their status as employees, but no such employee shall be entitled to claim or receive any wages or other compensation for any period during which he/she has been so withdrawn or refused to perform any work.

## Section 9 - Grievance Procedure

Any dispute concerning the interpretation or application of this Agreement, other than a jurisdictional dispute or a dispute arising out of Subsection 3A or B, or a dispute arising out of Subsection 13C(4), or a dispute of Section 28 (Health & Welfare Plan, Pension/Annuity Plan, Vacation-Holiday-Dues Supplement Plan, Training- Retraining/Apprenticeship Plan) which said sections and the Subsections thereof are specifically exempted by the provisions of this Section, the following procedure will apply:

(1)     In the event that a dispute arises on a job, it shall be first reported to the Individual Employer and/or the Business Agent of the appropriate Local Union who shall then attempt to adjust said grievance or dispute at the job site level.

(2)     The grieving parties shall specify the date(s) of the alleged violations(s) and the provision(s) of the Agreement applicable to the dispute.

(3)     If said grievance or dispute is not satisfactorily adjusted by the appropriate Local Union or otherwise authorized Union Representative and the Individual Employer or his/her representative within three (3) days after submission to the Individual Employer, the matter may be submitted by either party to a permanent Board of Adjustment created for the settlement of such disputes.

(4)     The Board of Adjustment shall be composed of two (2) members named by the Union, two (2) members named by the Association and an Impartial Arbitrator. At any point in the proceedings, should the panel be unable to reach a majority vote, the Arbitrator shall participate and his decision shall be final and binding.

(5)     In addition to any rules or procedures which the panel may adopt, the Board of Adjustment shall be governed by the following provisions:

(a)     No attorneys shall be utilized unless either party advises the other of its intent to do so within a reasonable time in advance of the hearing.

(b)     No briefs shall be submitted nor a transcript made of the hearing except by mutual agreement of the parties or by direction of the Arbitrator.

(c)     In the case of a deadlock, the Arbitrator shall render his decision upon the conclusion of the case at the Board of Adjustment hearing unless the time is extended by mutual agreement of the parties or at the request of the Arbitrator, in which case the Arbitrator shall render a

10

decision not later than thirty (30) days after submission. The Arbitrator shall not render an expanded opinion in any case unless requested by the parties.

(d)　The parties shall select and utilize one (1) permanent impartial arbitrator who is willing to abide by the procedures set forth herein. The impartial arbitrator may be changed or replaced at the request of either party.

(6)　The Board of Adjustment shall meet not less than once each calendar month with the exception of the discharge cases which must be heard at the earliest possible date not to exceed fifteen (15) working days. Failure of either party to meet or participate in the procedure shall relieve the charging party of further compliance with the grievance procedure.

(7)　Decisions of the Board of Adjustment or an Impartial Arbitrator shall be within the scope and terms of this Agreement, and shall be final and binding upon all parties hereto.

(8)　In the event an Individual Employer fails to comply with any such decisions, the Union may withdraw employees or strike the Individual Employer and such action shall not be a violation of this Agreement so long as such noncompliance continues.

(9)　The expenses of the Joint Adjustment Board and the Impartial Arbitrator, including the cost of a court reporter, shall be borne by the Contract Administration Fund.

(10)　No proceedings hereunder based on any dispute, complaint or grievance herein provided for, shall be recognized unless the grievance procedure steps outlined above have been followed. The Board of Adjustment may, by majority vote, for good cause, accept a late submission.

(11)　The Board of Adjustment shall establish regular meeting dates and administer grievances filed in conjunction with this Section as set forth in the rules and procedures which may be amended from time to time by the parties.

(12)　A decision of the Board of Adjustment by majority vote, or the decision of a permanent arbitrator shall be enforceable by a petition to confirm an arbitration award filed in the Superior Court of the City and County of San Francisco, State of California.

(13)　All hearings of the Board of Adjustment shall be in the County of Contra Costa and/or County of Alameda, unless mutually agreed to move to another location.

(14)　No proceedings hereunder based on any dispute, complaint, or grievance herein provided for shall be recognized unless adequate notice was given to the Employer and/or Union or Local Union within ten days after the alleged violation was committed.

(15)　In the case of discharge, the Board shall meet within fifteen (15) working days. The Board of Adjustment or Arbitrator shall be free to sustain the discharge or to find discipline other than discharge to be appropriate and may order reinstatement with full or partial back pay as he or it deems appropriate provided there shall be no discrimination on the part of the Individual Employer against any employee for activities in behalf of, or representation of the Union not interfering with the proper performance of his/her duties.

(16)　If failure of a Board of Adjustment to meet on a discharge case within fifteen (15) working days is due to the unavailability of the Union, the wage payment and Trust Fund contribution liability shall be limited to the above fifteen (15) working days. If the Employer or Individual Employer is unavailable to meet the wage payment and Trust Fund contribution, liability shall be continuing.

(17)　The Board of Adjustment shall settle any dispute or grievance involving a subcontractor as defined in Section 11 who has agreed under contract with the Employer, or any Individual Employer, or a subcontractor of the Employer, or any Individual Employer to perform on the job site any part or portion of the construction work covered by the prime contract, including the operation of equipment, performance of labor and installation of materials.

(a)　When liabilities are assessed against a subcontractor for hiring violations as a result of a Board of Adjustment held under the provisions of Paragraph 17, and said subcontractor fails to satisfy said obligations, the Union shall promptly give written notice to the Individual

11

Employer and subcontractor and the Individual Employer shall pay such obligations from the retention of such subcontractor.

(18)    The procedures specified herein shall be applicable to any Individual Employer whether or not he or she is a member of Employer or any other associations.

(19)    In those instances where the Individual Employer is not a member of the Employer, the Joint Adjustment Board shall establish procedures whereby the Employer members of the Joint Adjustment Board may consist of one Individual Employer who is not a member of the Employer.

## Section 9A - Contract Administration

A trust fund entitled "The Contract Administration Trust Fund" shall be used to provide compensation to the Employer for negotiations and administration of the provisions of this Agreement, including Section 9, for the Industry. Effective June 24, 2002, each signatory employer shall contribute the sum of six cents ($.06) per hour worked or paid for to the Contract Administration Trust Fund. At the discretion of the Trustees of said Trust, contributions to the Contract Administration Trust Fund may be increased up to an additional four ($.04) cents per hour during the term of this Agreement. Such increase or increases are to be effective on such dates as determined by the Trustees. The contribution into a contract administration trust fund shall not exceed ten cents ($.10) per hour for each hour paid for or worked. The Trust Fund shall be administered solely by Trustees selected by the Employer in accordance with a trust agreement to be executed by the Employer. The contribution as described above shall commence with the work month following notice by the Laborers Northern California Trust Fund Corporation to the Individual Employers. The Union shall have the right, not more than one (1) time per year, to independently audit the Trust Fund.

## Section 9B - Industry Stabilization Fund

The Individual Employer shall contribute eleven cents ($.11) per hour for each hour paid for or worked by workers in work covered by this Agreement to the Industry Stabilization Fund. Of the $.11 per hour, two cents ($.02) per hour is earmarked for California Alliance for Jobs and one cent ($.01) per hour is earmarked for the Construction Industry Force Account Council (CIFAC).

The purpose of such funds shall be to enhance the monitoring of public works projects relative to Employer compliance with State, Federal or other public agencies public works wage and hour laws. Such contributions shall continue until written notice by the parties signatory hereto. Such trust fund shall be administered jointly by the signatory parties.

## Section 10 - Payment of Wages

**A.**    Each employee shall be paid wages in full each week before or at quitting time on the Individual Employer's regular pay day unless specific arrangements to the contrary are made in writing between the Individual Employer and appropriate Local Union of the Union. Employees who quit or are laid off or discharged shall be paid in accordance with the laws of the State of California.

**B.**    Each employee shall be given a statement with the Individual Employer's name and address, itemizing the employee's gross amount earned, hours worked, Social Security tax, withholding tax and all other deductions, also a statement of hours applicable to Health and Welfare, Pension/Annuity, Vacation-Holiday-Dues Supplement and Training-Retraining/Apprenticeship Plans.

## Section 11 - Subcontractors

12

The terms and conditions of this Agreement insofar as it affects Employer and the Individual Employer shall apply equally to any subcontractor of any tier under the control of, or working under oral or written contract with such Individual Employer on any work covered by this Agreement to be performed at the job site or job yard, and said subcontractor with respect to such work shall be considered the same as an Individual Employer covered hereby. Subject to the provisions of this Section and any other Section of this Agreement applicable to subcontractors, if an Individual Employer shall subcontract work herein defined, such subcontract shall state that such subcontractor agrees to be bound by and comply with the terms and provisions of this Agreement. A subcontractor is defined as any person, firm or corporation who agrees under contract with the Employer, or any Individual Employer, or a subcontractor of the Employer, or any Individual Employer to perform on the job site any part or portion of the construction work covered by the prime contract, including the operation of equipment performance of labor and installation of materials. The Individual Employer has the primary obligation for performance of all conditions of this Agreement. This obligation cannot be relieved, evaded or diminished by subcontracting. Should the Individual Employer elect to subcontract, the Individual Employer shall continue to have such primary obligation. Said primary obligation shall be deemed conclusive evidence of the Unions majority status for the purpose of establishing the obligation of the Individual Employer to bargain collectively pursuant to Section 8(A)(5) of the National Labor Relations Act as amended with the Union upon expiration of this Agreement, but for no other purpose, statute or law.

An Individual Employer who provides in the subcontract that the subcontractor will pay the wages and benefits and will observe the hours and all other terms and conditions of this Agreement shall not be liable for any delinquency by such subcontractor in the payment of any wages or fringe benefits provided herein, including payments required by Section 28 (Health and Welfare, Pension/Annuity, Vacation-Holiday-Dues Supplement and Training-Retraining/Apprenticeship Funds), except as follows:

The Individual Employer will give written notice to the Union of any subcontract involving the performance of work covered by this Agreement within five (5) days of entering such subcontract, and shall specify the name and address of the subcontractor. Written notice at a pre-job conference shall be deemed written notice under this provision for those subcontractors listed at the pre-job only. Notification to the Union of any subcontractor not listed in writing at the pre-job must still be given in accordance with this paragraph.

If thereafter such subcontractor shall become delinquent in the payment of any wages or benefits as above specified, the Union shall promptly give written notice thereof to the Individual Employer and to the subcontractor specifying the nature and amount of such delinquency.

If such notice is given, the Individual Employer shall pay and satisfy only the amount of any such delinquency by such subcontractor occurring within seventy-five (75) days prior to the receipt of said notice from the Union, and said Individual Employer may withhold the amount claimed to be delinquent out of the sums due and owing by the Individual Employer to such contractor.

In the event the Individual Employer fails to give written notice of a subcontract as required herein such Individual Employer shall be liable for all delinquencies of the subcontractor on that job or project without limitation.

The Individual Employer shall not be liable for any such delinquency if the Local Union where the delinquency occurs refers any employee to such subcontractor after giving such notice and during the continuance of such delinquency. The provisions of this Section 11 shall be applied only to the extent permitted by law and, notwithstanding any other provision of this Agreement, no aspect of the subcontractors' clause, including its enforcement, may be enforced by or subject to strike action.

13

### Section 12 - Conflicting Contracts

Any oral or written agreement between Employer or any Individual Employer and an individual employee, which conflicts or is inconsistent with this Agreement, or any supplemental agreements hereto, disestablishes or tends to disestablish relationship of Employer and employee, or establishes a relationship other than that of Employer and employee, shall forthwith terminate. No oral or written agreement which conflicts or is inconsistent with this Agreement, or any supplemental agreements thereto, shall hereafter be entered into by and between Employer, or an Individual Employer, and any individual employee performing work covered by this Agreement. Any practice of the Employer or Individual Employer contrary to this Agreement shall forthwith terminate. Any such future practice shall not be binding on the Union or effect the interpretation of this Agreement unless specifically authorized by the Union in writing.

### Section 13A - Elimination of Restrictions on Production

No rules, customs or practices shall be permitted that limit production or increase the time required to do any work. There shall be no limitation or restriction of the use of machinery tools or other labor-saving devices.

The Union and Employer recognize that Drug/Alcohol abuse by employees shall not be tolerated for safety reasons.

The Union agrees to cooperate with Employer and Individual Employer in establishing drug and alcohol abuse policies to the extent legally possible.

**Management Rights Regarding Substance Abuse:**

Notwithstanding any other provisions of this agreement, the Employer expressly reserves the right, in its discretion, to undertake the following measures:

(a)    In the sole discretion of the employer, requiring covered employees to submit to physical examination by competent medical personnel to determine whether there is a probability that the employee is suffering from any physical impairment which might cause the employee to be a safety hazard to him/herself or others, or which might cause the employee to be unable to perform assigned tasks within the coverage of this agreement in a prompt and competent manner. Such tests may include, in the discretion of the employer, such tests of the employee's bodily fluids as the employer may reasonably believe will elicit evidence of the employee's use of substances which are reasonably likely to alter or impair the employee's ability to perform his/her duties in a prompt, competent and safe manner.

(b)    Implementation of rules regarding the discipline and/or discharge of any employees that the employee determines, as a result of the tests described in subparagraph (a), are reasonably likely to become voluntarily impaired or disabled from the safe performance of their work tasks as a result of the ingestion of alcohol or performance-impairing drugs.

(c)    An Individual Employer may initiate unannounced random testing, a selection process where affected Employees are selected for testing and each Employee has an equal chance of being selected for testing. If an Individual Employer initiates such testing, all Employees shall be subjected to such testing. The Employee may establish two random testing pools, one for DOT regulated Employees and one for all others. An Individual Employer who initiates random testing shall specifically state in its notice to the Union and its notice to Employees that Employees will be subject to random testing. The Individual Employer shall give thirty (30) days notice to the Union and Employees prior to implementing a random drug testing program.

(d)    Implementation of a voluntary employee assistance program, to provide counseling, therapy and monitoring of those employees who request employer assistance in controlling and overcoming problems related to the use of drugs and alcohol.

14

Disputes arising from the implementation of the provisions of this Paragraph shall be subject to the grievance procedures set forth in Section 9 of this Agreement.

## B.  Protective Clothing

The Individual Employer shall furnish the necessary goggles, hard hats or other protective clothing. Laborers working in rain, snow or sleet shall be furnished with waterproof clothing. Laborers working in gunite or handling concrete and/or cement shall be furnished rubber boots and gloves. Laborers working in mud or water shall be furnished boots. Such equipment shall be furnished by the Individual Employer free of charge and returned by the employee in the same condition as received subject to reasonable wear and tear. Such equipment shall be sanitized before reissue.

## C.  Safety

(1)    The Union shall cooperate with the Individual Employer and with each employee in carrying out all pertinent rules and regulations dealing with health, safety and welfare of employees promulgated by the Department of Industrial Relations of the State of California. All employees shall perform their duties in each operation in such manner as to promote safe and efficient operations of each particular duty and of any job as a whole.

(2)    All State and/or Federal and/or Local Safety Laws, Standards, Rules and Regulations shall be applicable to all work covered by this Agreement. The Individual Employer is solely responsible for implementing and maintaining such Laws, Standards, Rules and Regulations. Neither the Union nor any Local Union is responsible for implementing or maintaining such Laws, Standards, Rules or Regulations.

(3)    Adequate first-aid equipment shall be maintained and provision shall be made for the safety of employees covered by this Agreement on each job by each Individual Employer. Each Individual Employer shall arrange for adequate and prompt transportation to a hospital or doctor for any employee who is injured on the job and may require doctor's care or hospitalization or both. Each Individual Employer must post the name and address of its doctor and of the Worker's Compensation Insurance carrier on the job site.

(4)    No employee shall be discharged for refusing to work under conditions injurious to his health or safety as determined under any rule or regulation of the United States or State of California or any political subdivision. Such determination shall be made by a responsible agent of the State of California or OSHA or any of its political subdivisions, or by a safety inspector from the applicable insurance carrier.

(5)    When drilling holes in rock or other dust producing material with air or power controlled drilling equipment (excluding jack hammer), dust shall be controlled by water, chemical or other suitable means within the maximum acceptable concentration as set forth in the California or OSHA Construction Safety Orders.

(6)    Should the Employer or Individual Employer desire a change in variance in the California or OSHA Construction or any applicable Safety Orders, they will notify the Union in writing not less than thirty (30) days prior to making a request for such change.

(7)    Manhaul trucks regularly used for personnel transport but not designed for this purpose, shall be provided with safe seating and side and end protection to prevent falls. Some convenient means of mounting and dismounting the truck shall be provided. Adequate protection shall be provided during inclement weather. A bell or other means of communication with the driver shall be installed.

15

(8)     Employees who as a direct result of an on-the-job industrial injury are unable to complete a full day of work shall nevertheless be paid for the full day on which such injury occurred; provided, however, that said injury requires the attention of a licensed physician.

(9) The Local Union with area jurisdiction shall be notified within one day (twenty-four hours) of any industrial injury which results in death or requires hospitalization.

### Section 14A - Additional Work or Classifications

This Agreement shall not prevent the Employer from negotiating or making agreements with the Union for any work or classification not covered by this Agreement.

Whenever any work covered by this Agreement is to be eliminated or modified by the introduction of any new machine, mechanized process, new or different material, or new or different method or technology with respect to the performance of such work, persons employed under this Agreement and subject thereto, will be given preference for employment and will be assigned such work where it is not in conflict with International jurisdictional agreements with respect to such new machine, mechanized process, new or different material, or new or different method or technology and the use of any such new machine, mechanized process, new or different material, or new or different method or technology shall be subject to and covered by this Agreement regardless of the nature, size or characteristics of such new machine, mechanized process, new or different material or new different method or technology.

It is not the intent of the parties to provide work where no job exists.

### Section 14B - Jurisdictional Disputes

There shall be no cessation or interference in any way with any work of the Employer or any Individual Employer by reason of jurisdictional disputes between the Union and any other Union affiliated with the AFL-CIO or the International Brotherhood of Teamsters, Chauffeurs, Warehousemen, and Helpers of America with respect to jurisdiction over any of the work covered by this Agreement. Such disputes will be settled by the Unions, themselves, or submitted to the International Presidents of the Union involved in the dispute for determination. Until such determination is made and confirmed by the disputing Unions, the work shall proceed as originally assigned by the Individual Employer. Craft jurisdiction is neither determined nor awarded by classifications or coverage descriptions appearing in this Agreement.

### Section 15 - Pre-Job Conference

There shall be a pre-job conference prior to the start of a job or project, at the option of either party, where the agreed or estimated price to be paid the Individual Employer and any of his or its subcontractors if $1,000,000 or more where construction conditions or remoteness of the project warrant it. The Individual Employer shall notify, in writing, the appropriate Local Union of the Union of an award of work within ten (10) days thereof so that a pre-job conference can be arranged.

### Section 16A - Employer's Membership

This Agreement is made for and on behalf of and shall be binding upon all persons, firms or corporations that at the time of the execution of this Agreement have given or subsequently give bargaining authorization to the Employer as defined in Subsection 2A.

Once an Individual Employer is bound by the Agreement, they shall remain bound by the Agreement for the term thereof and shall remain bound by any modifications, extensions or renewals

16

thereto unless that Individual Employer gives appropriate written notice to the Northern California District Council of Laborers prior to the termination of the Agreement.

## Section 16B - Agreement Binding Upon Parties

This Agreement shall be binding upon the heirs, executors, administrators, successors, purchasers and assigns of the parties hereto.

## Section 17 - Contracting-Piece Work

No work shall be let or paid for by piece work, contract or lump sum direct with laborers for labor services.

## Section 18 - Wages

Wages for General Laborers and for special classifications are set forth in the Supplements attached hereto and made a part hereof as if set forth in full herein and shall be effective on June 24, 2002, and on succeeding anniversary dates as herein provided on all work, both old and new.

**A.**      Subsistence for employees performing work under the terms of this Agreement is set forth in Supplement No. 6 attached hereto and made a part hereof as if set forth in full herein.

**B.**      On a job where a Craft with whom Employer has negotiated a short work week terminates early on Friday, the Individual Employer will keep the laborer employed the balance of the work day when the Employer determines that work is available.

**C.**      On public work projects where wage determinations exist, such pre-determined wage and fringe rates referenced in the bid specifications shall remain in effect for the duration of said project, provided, however, that each segment let by the Owner shall be deemed the project; provided, further that this provision shall not apply to projects where the formal advertised sealed bid procedure is not used. Whenever non-signatory and/or non-union contractors appear on a public works plan holders list and where the prevailing wage determination is less than that which is provided for in the current Master Labor Agreement, the employer signatory to the 2002-2006 Laborers' Master Agreement may bid the project pursuant to the prevailing wage determination attached to and part of the bid specifications for that project. Payments to the Health and Welfare Trust Fund shall be maintained at the Laborers' Master Agreement rates. In no event shall wages be frozen for more than thirty-six (36) months on any one project. Employers should notify the appropriate local Union whenever utilizing this provision.

## Section 19 - Wages Applicable to Classifications

Wage rates shall be recognized as applying to classifications rather than to persons and any worker performing work shall be paid at the rate which the classification of their work calls for, except when it is necessary to temporarily transfer workers from one classification to another, in which event such workers shall be paid on the basis of the highest rate and the duration of payment at the highest rate shall be reckoned by the day and the half day.

When workers are requested for one classification and this work is no longer available at the rate and type of work they were requested for, then the workers have the right to accept or reject the employment offered. If the worker so desires, worker shall be given a written notice of reduction in force, stating that the classification that the worker was originally hired for is no longer available; or the worker may have the choice of a lesser rate of pay.

## Section 20A - Overtime Rates, Hours and Working Conditions

17

(1)     Work Day

Eight (8) consecutive hours (exclusive of meal period), shall constitute a day's work for straight time rates unless the job or project is on a four-ten (4 x 10) hour day workweek in which case the workday shall be ten `10) consecutive hours (exclusive of meal period) at straight time rates. (If all basic Crafts employed by the Individual Employer on the job site and/or contract, are employed on the basis of 4 x 10 hour work week, the Laborers' shall work on the same basis).

(2)     Work Week

On single shift work and on the first shift of a multiple shift operation, five (5) consecutive days of eight (8) consecutive hours (exclusive of meal period), Monday through Friday, shall constitute a week's work except as otherwise provided for in this Agreement. The regular starting time of such shift shall be 8:00 a.m.

(a)     Where in any locality, existing traffic conditions, job conditions or weather conditions render it desirable to start the day shift at an earlier hour, not earlier than 5:00 a.m., or a later starting time not later than 10:00 a.m., the Individual Employer is permitted to do so.

(b)     Special Single Shift: When the Individual Employer produces evidence in writing to the appropriate Local Union or the Union of a bona fide job requirement which certifies that work can only be done outside the normal shift hours, and notifies the appropriate Local Union or the Union by certified mail at least three (3) days prior to the start of such special shift, the Individual Employer may initiate such special shift of eight (8) consecutive hours (not in conjunction with any other shift), exclusive of meal period, Monday through Friday. Such shift shall be in accordance with the provisions of Subsection 5(a) of this Section. Provided, however, if, by direction of the Contracting Authority, the bid specifications require it, or congestive traffic conditions on Fridays are such that work conditions would be unsafe for employees, or counter-productive to the performance of work, the special single shift may commence on Sunday with double (2) time to be paid from the start of the shift to 8:00 p.m. and the applicable straight-time rate paid from 8:00 p.m. until completion of the eight (8) hour special single shift.

NOTE: Special Single Shift rates: Area "A" $3.00/hr., Area "B" $2.85/hr. over classification. All current projects are grandfathered. The new Special Single shift provisions will become effective when recognized and published by the Department of Industrial Relations for the State of California.

(c)     Four (4) by Ten (10) Workweek (4 x 10): An Individual Employer may establish a workweek of four (4) consecutive days of ten (10) consecutive hours. Applicable overtime rate shall be paid for all work before a shift begins, after ten (10) hours, and on Saturdays, Sundays and holidays. In the event two (2) shifts are employed, ten (10) consecutive hours' work, (on the 2nd shift) exclusive of meal period, shall constitute a shift's work for which ten (10) hours shall be paid at the Second Shift Premium rate. Provided, further, all shifts are worked the same four (4) consecutive days during a 4 x 10 work week, except as may be changed by mutual agreement. All hours in excess of forty (40) hours in any one (1) week shall be compensated at the applicable overtime rate.

(d)     In the event that work cannot be performed Monday through Friday or Monday through Thursday (4 x 10 hour workweek) because of inclement weather, major mechanical breakdown or lack of materials beyond the control of the Employer, employees (at their option) may make up such day on Friday or Saturday, whichever the case may be, and shall be paid at the applicable straight time rate.

(e)     Notwithstanding the above, it shall not be a violation of this Agreement to start individual employees at no more than one (1) hour prior to the regularly established starting time.

(3)     On shift work, the day shift, eight (8) hours work for eight (8) hours' pay. When two shifts are employed for five (5) or more consecutive days, on the second shift eight consecutive hours' (exclusive of meal period), shall constitute a day of work, for which eight (8) times the

18

straight time hourly rate shall be paid at the Second Shift Premium rate. When three shifts are employed for five (5) or more consecutive days, seven and one-half (7½) consecutive hours (exclusive of meal period) shall constitute a day of work, for which eight (8) times the straight time hourly rate shall be paid for the second shift. The third shift shall be seven (7) hours for eight (8) hours pay. On two shift operations, the first shift shall have a regular starting time not earlier than 5:00 a.m., and not later than 8:00 a.m. On three shift operations, the first shift shall start at 8:00 a.m. Shifts shall run consecutively with not more than one hour between shifts.

The Friday graveyard shift, though coming off work Saturday morning, is to be considered working Friday. Work performed after 8:00 a.m. Saturday morning shall be deemed Saturday work.

The Saturday graveyard shift, though coming off work Sunday morning, is to be considered working Saturday. Work performed after 8:00 a.m. Sunday morning shall be deemed Sunday work. The Sunday graveyard shift, though coming off work Monday morning, is to be considered working Sunday, with the exception that a graveyard shift employee who has worked seven (7) or more hours prior to the scheduled starting time of the Monday day shift and continues to work after such starting time shall continue to receive the double (2) time wage rate.

(4)    One and one-half (1½) times the regular straight time hourly rate shall be paid for all work on Saturdays (except make-up day) and before a shift begins and after it ends. Double the regular straight time hourly rate shall be paid for all work on Sundays and holidays. On two shift operations, Laborers working a complete second shift of shift work on Saturdays, Sundays and holidays shall be paid eight (8) hours of pay at the appropriate overtime rate for eight (8) hours of work. Laborers working a complete shift of shift work on Saturdays, Sundays and holidays shall be paid eight (8) hours of pay at the appropriate overtime rate for seven (7) hours of work on the second and third shift only.

(5)    (a)    From April 1, to November 14, the hours of employment shall be reckoned by the day and half day. From November 15, to March 31, the hours of employment shall be reckoned by the day, three-quarter day and half day. The fraction of a half or three quarter day to be paid for as a half or three-quarter day. Overtime hours, Monday through Friday, shall be reckoned by the hour and half hour. If after work is begun, work is suspended on account of weather conditions, not less than four (4) hours (or five (5) hours on a 4 x 10 shift) at the applicable rate shall be paid for work performed and any time thereafter shall be reckoned by the hour.

(b)    Whenever a Laborer is called out to work on Saturdays, Sundays or holidays (except on make-up days), he/she shall be paid at least four (4) hours, five (5) hours on 4 x 10 shift, at the applicable overtime rate. All time worked beyond the first four (4) consecutive hours, five (5) consecutive hours on a 4 x 10 shift, on Saturdays, Sundays and holidays shall be reckoned by the hour at the applicable overtime rate.

On shift work, the above shall apply to Laborers called out to work on the day shift and second shift of a two shift operation only. If three shifts are employed, the above shall apply except that three and one-half (3 ½) hours worked shall be paid as four (4) hours worked, seven (7) hours worked shall be paid as eight (8) hours worked, and hours worked in excess of three and on-half (3 ½) hours but less than seven (7) shall be paid on a pro rata basis, except as modified by a 4 x 10 work week.

NOTE: Shift differential applies only to the second shift of a two (2) shift operation. Shift differential is as follows: Area "A" $3.00/hr., Area "B" $2.85/hr. over the appropriate classification rate.

(c)    Tide Work: When an employee or employees are called out to work tide work, the employee shall receive a guarantee of a full shift at straight time. The overtime rate for Saturday, Sunday and holidays or work in excess of eight (8) hours in any twenty-four (24) hour period shall be the same rate of overtime pay as set forth in this Agreement. The hours between 8:00

19

a.m. and 5:00 p.m. shall be worked at straight time. Work performed between 5:00 p.m. and 8:00 a.m. shall be considered over ime work.

(6)    Watchpersons may be required to work any five (5) days out of the week on any shift and may also be required to do job office clean-up work. The overtime rates provided in paragraph 4 of this Section No. 20A shall apply only to watchpersons, cleaning and washing windows, service landscape laborers for work in excess of eight (8) hours in any one day, or forty (40) hours per week.

Employees cleaning and washing windows (after initial cleaning) and service landscape laborers (establishment warra ity period), may be required to work any five (5) days out of the week on any shift.

(7)    When the Individual Employer sets up a camp or boarding house on a project, the charge made to the employee for board and room shall not exceed the subsistence rate incurred during a calendar week.

(8)    Any employees such as a flagperson shall be furnished adequate relief for use of toilet facilities.

### Section 20B - Parking

In the event free parking facilities are not available within five (5) blocks of a job site, the Individual Employer will provide such parking facilities and the Individual Employer shall have the right to designate parking areas to be used. Where, because of congested parking conditions, it is necessary to use public parking facilities, the Individual Employer will reimburse the employees for the cost of such parking upon being presented with a receipt or voucher certifying to the cost thereof, submitted weekly. Such reimbursement is to be made on a weekly basis or at the conclusion of the project, whichever occurs earlier.

On remote jobs when the access to where the work is being performed (at a job or project or within a job or project) is unsuitable, and no parking facilities are provided within a five (5) minute walk from where the work is being performed, the Individual Employer shall transport the employees to and from the place where the work is being performed, and such transporting shall be one-half (½) on the Individual Employer's time and one-half (½) on the employee's time.

### Section 21 - Status of Foremen

When the Individual Employer determines that a foreman is required to supervise a crew of Laborers, he/she shall be or become a member of this Union in accordance with Subsection 3A of this Agreement.

### Section 22 - Steward

A.    The Union may select an employee on the job as a Steward and he/she shall be a working employee. Written notification shall be given to the Individual Employer of such assignment. The Union agrees that the Steward's duties shall be performed as expeditiously as possible and the Individual Employer agrees to allow him/her a reasonable amount of time for the performance of his/her duties. The Individual Employer will give the Union forty-eight (48) hours advance written notice before terminating the Steward unless the job is completed or he/she is discharged for cause.

B.    The Steward shall be limited to and shall not exceed the following duties and activities:

(1)    Check the dispatch of each employee dispatched under the terms of this Agreement.

(2)    Report to his Business Representative all violations of this Agreement.

20

(3)    Report to his Business Representative any employee covered by this Agreement who, during his/her shift, leaves the job site without giving the Individual Employer and the Steward prior notice.

C.    The Steward shall not:

(1)    Stop the Individual Employer's work for any reason or tell any workers or any employee covered by this Agreement that he/she cannot work on the job.

Infraction of either of the two rules set forth in (C)(1) above shall be cause for immediate dismissal of the Steward without any prior notice.

### Section 23 - Recognized Holidays

The following days are recognized as holidays: Every Saturday and Sunday in the year, except as otherwise provided herein  New Year's Day, President's Birthday, Memorial Day, Fourth of July, Labor Day, Thanksgiving Day, Day After Thanksgiving Day and Christmas Day.

If any of the above holidays fall on Sunday, the Monday following shall be considered a holiday.

Martin Luther King Day will become a recognized holiday when and if the five basic crafts adopt it as a holiday.

### Section 24 - Gunite, Shot Crete, Panel Crete and Similar Type Work including all placing, finishing and patching of Shot Crete or Gunite

The wages and certain other conditions not specifically enumerated elsewhere in this Agreement for the Gunite, Shot Crete, Panel Crete and Similar Type Work including all placing, finishing and patching of shotcrete or gunite are set forth in Supplement 2 attached hereto and made a part hereof as if set out in full herein covering the territory in which the Agreement is to apply.

### Section 25 - Wrecking Work; Gardening, Horticultural and Landscaping Work

The wages and certain other conditions not specifically enumerated elsewhere in this Agreement for Wrecking Work are set forth in Supplement 3; for Gardening, Horticultural and Landscaping Work are set forth in Supplement 4. Each of the Supplements referred to herein is made a part hereof as if set forth in full herein.

### Section 26 - Liability of the Parties

It is mutually understood and agreed that neither the Employer, any Individual Employer, the Union nor any Local Union shall be liable for damages caused by the acts or conduct of any individual or group of individuals who are acting or conducting themselves in violation of the terms of this Agreement without authority of the respective party, provided that such action or conduct has not been specifically authorized, participated in, fomented or condoned by the Employer, the Individual Employer, the Union or the Local Union, as the case may be.

In the event of any unauthorized violation of the terms of this Agreement, responsible and authorized representatives of the Union, Local Union, the Employer or the Individual Employer, as the case may be, shall promptly take such affirmative action as is within their power to correct and terminate such violation for the purpose of bringing such unauthorized persons into compliance with the terms of this Agreement. Such individuals acting or conducting themselves in violation of the terms of this Agreement shall be subject to discipline, up to and including discharge.

### Section 27 - Employees Not To Be Discharged For Recognizing Authorized Picket Lines

21

The parties to this Agreement recognize that it is vital to the unionized segment of the construction industry that the work opportunities of the employee and the Individual Employer signatory to this Agreement proceed without interruption because of disputes involving unions not signatory to an Agreement with the Employer.

No employee covered hereby may be discharged by any Individual Employer for refusing to cross a picket line established by a Local Union of the basic crafts.

### Section 28A - Health and Welfare Plan, Pension/Annuity Plan, Vacation-Holiday-Dues Supplement Plan, Training-Retraining/Apprenticeship Plan

In continuation of the Laborers Health and Welfare Trust Fund for Northern California, the Laborers Pension/Annuity Trust Fund for Northern California, the Laborers Vacation-Holiday-Dues Supplement Trust Fund for Northern California and the Laborers Training-Retraining/Apprenticeship Trust Fund for Northern California (provided for in Trust Agreements dated March 4, 1953, August 2, 1963, April 1, 1985, June 4, 1963, November 19, 1968 and December 31, 1975, respectively, as amended and modified, and the appropriate plans adopted there under), each Individual Employer shall pay hourly contributions for each hour paid for and/or worked, including overtime pay, shift pay, show-up time pay and similar payments in accordance with the schedule specified in this Section, as follows:

|  | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| Health & Welfare | $2.54 | $3.29 | $ * | $ * | $ * |
| Retiree Health & Welfare | $ .30 | $ .30 | $ * | $ * | $ * |
| Pension | $2.16 | $2.16 | $ * | $ * | $ * |
| Annuity | $ .51 | $ .71 | $ * | $ * | $ * |
| Vacation/Holiday/Dues Supplement | $2.28 | $2.28 | $ * | $ * | $ * |
| **Training-Retraining/Apprenticeship | $ .34 | $ .34 | $ * | $ * | $ * |
| Contract Administration | $ .06 | $ .06 | $ * | $ * | $ * |
| ***Industry Stabilization Fund | $ .11 | $ .11 | $ * | $ * | $ * |
| Laborers-Employers Cooperation And Education Trust (L.E.C.E.T.) | $ * | $ * | $ * | $ * | $ * |

* To be allocated.
** Effective 6/24/02 four cents ($.04) per hour is earmarked for L.E.C.E.T.
*** Effective 6/24/02 two cents ($.02) per hour is earmarked for California Alliance for Jobs and one cent ($.01) per hour for Construction Industry Force Account Council (CIFAC).

Each Individual Employer shall be subject to and entitled to the benefits of all of the provisions of the Trust Agreements specified herein establishing said Funds and any amendment or modification or amendments or modifications. In order to provide for benefits to employees without disruption during periods of contract negotiations and to assure an orderly means of collecting Trust Fund contributions during such periods, each signatory employer agrees that he/she shall be obligated to contribute to each and every Trust Fund referred to in this Agreement for any period following their termination date of this Agreement unless and until a lawful impasse occurs or until a successor Agreement is negotiated. Each signatory employer further agrees that any and all said Trust Funds may enforce this obligation by action to collect such delinquent contributions filed in any court of competent jurisdiction.

The Health & Welfare Plan shall be supplemented to provide that the Trustees shall apply amounts from the contributions specified in this Agreement to such Plan for the purpose of providing benefits to employees retired pursuant to the provisions of the Laborers Pension Trust Fund for Northern California.

22

The parties agree that the Trustees of the Vacation-Holiday-Dues Supplement Trust Fund may allocate up to twenty-five percent (25%) of the applicable contributions for Holiday pay.

The Union and the Employer agree that the Individual Employers covered by the Master Agreement may continue the coverage of their supervisory personnel above the rank of foreman in the Laborers Health & Welfare Trust Fund for Northern California, the Laborers Pension/Annuity Trust Fund for Northern California, the Laborers Vacation-Holiday-Dues Supplement Trust Fund for Northern California, the Laborers Training-Retraining/Apprenticeship Trust Fund for Northern California by paying into all Trusts monthly on the basis of one hundred seventy hours (170) hours per month in accordance with the schedules set forth in the Master Agreement, regardless of the hours worked by any such employee in a month, provided, however, the Individual Employer having made one (1) payment on an employee shall continue to make such a payment so long as the employee is in his employ.

Any Individual Employer who is found to be delinquent as a result of an audit will pay and satisfy such delinquency with accrued interest and in addition pay liquidated damages. All delinquent contributions shall bear simple interest at the rate of one and one-half percent (1.5%) per month until receipt of payment. Subject to accounting verification, liquidated damages shall be assessed on delinquent contributions at a flat rate of one hundred and fifty dollars ($150.00) per month to reflect the internal administrative costs incurred by the trust administrators in monitoring and tracking such late contributions. The cost of any audit shall be borne by the Individual Employer if the delinquency disclosed by the audit is in excess of one thousand dollars ($1,000.00) and is not the result of a clerical error. When economic conditions warrant, the Trustees of the Trust Funds specified in this Agreement are authorized to amend the liquidated damages and interest provisions of this Agreement. Any adjustments implemented by the Trustees shall be reflective of true increases in the administrative and legal costs associated with the recovery of delinquent Trust Fund contributions.

### Section 28B - Delinquency Withdrawals

In the event that the Board of Trustees of a fund into which the Individual Employers are required to pay, determine that an Individual Employer is delinquent in the making of any payments required by Section 28A hereof, it shall not be a violation of this Agreement, so long as such delinquency continues, if the Union takes economic action against such Individual Employer and such economic action shall not be a strike or work stoppage within the terms of this Agreement. In the event that any employees of any Individual Employer should be withdrawn pursuant to any similar clause in any agreement between the Collective Bargaining Representative of the Employer and any other Union, then the Union may respect such withdrawal, and for the period thereof, may refuse to perform any work for such Individual Employer and such refusal for such period shall not be a violation of this Agreement. Any employees so withdrawn or refusing to perform any work as herein provided shall not lose their status as employees but no such employee shall be entitled to claim or receive any wages or other compensation for any period during which he has been so withdrawn or refused to perform any work.

### Section 28C - Security For Individual Employer Payments Into Trust Funds

Each Individual Employer delinquent by one (1) or more months in making the payments set forth in Section 28A above shall be notified by mail by the Administrator of the Trust or Trusts applicable of such delinquency. Copies of such notices shall be sent to the Employer and to the Union. Each such delinquent Individual Employer shall, within five (5) days of the receipt of such notice (certified mail), give a satisfactory bond in a sum equal to two (2) times the amount of the delinquency. Such amounts are to be determined by the Administrator of the Trust or Trusts

23

EXHIBIT D
PART 2

applicable. Such bond is not in any way to be construed as in lieu of any payments required under this Agreement.

All such bonds shall be deposited with the Administrator and shall be in a form acceptable by the Administration of the various trusts.

If the bond must be used to make any payments under Section 28A, the money shall be prorated among the amounts owed by such Individual Employer, with the first priority to the Vacation-Holiday- Dues Supplement Trust Fund, and the balance dispersed equally to the Health & Welfare, Pension/Annuity and Training-Retraining/Apprenticeship Trusts.

Whenever an Individual Employer fails to deposit a satisfactory bond within the time provided by this Section, if the notice herein provided for has been given, the Local Union shall not be required to dispatch employees, and further economic action by the Union to obtain compliance of this Section will not be a violation of Section 8 of this Agreement.

Any employees so withdrawn or refusing to perform any work as herein provided, shall not lose their status as employees, but no such employee shall be entitled to claim or receive any wages or other compensation for any period during which he/she has been so withdrawn or refused to perform any work.

Whenever any Employer covered by this Agreement is delinquent with respect to the payment of any contributions or other sum of money due to any trust fund specified in this Agreement, the Union may withdraw workers and place appropriate pickets at the premises of the Employer or places where said Employer is performing work.

### Section 28E - Supplemental Dues

Effective for all work performed on and after June 24, 2002 it is agreed that upon authorization as required by law, the amount of sixty-three cents ($.63) per hour for each hour paid for or worked shall be transmitted from the Vacation-Holiday benefit of each Laborer and shall be remitted directly to the Union. This amount of sixty-three cents ($.63) shall not be deemed to be part of the Vacation-Holiday benefit but is an amount specifically agreed to as a Supplemental Dues benefit. The amount of the Supplemental Dues transmittal shall be specified on a statement sent to the Laborer. Such remittance shall be made to the Union not less than twice per year.

### Section 28F - Wage and Fringe Increase

It is agreed effective June 24, 2002, thirty cents ($.30) per hour will be allocated to Retiree Health & Welfare, six cents ($.06) per hour to the Contract Administration Fund, thirty-four cents ($.34) per hour to the Training-Retraining/Apprenticeship Fund for the Laborers-Employers Cooperation and Education Trust (L.E.C.E.T.), seventy-one cents ($.71) per hour to Annuity and eleven cents ($.11) per hour to the Industry Stabilization Fund of which two cents ($.02) per hour is earmarked for the California Alliance for Jobs and one cent ($.01) per hour is earmarked for the Construction Industry Force Account Council.

There shall be an additional ninety-five cents ($.95) per hour increase effective on 6/24/02; an additional ninety-five cents ($.95) per hour increase effective on 6/30/03; an additional ninety cents ($.90) per hour increase effective 6/28/04; and an additional ninety cents ($.90) per hour increase effective 6/27/05. Effective 6/24/02, Entry Level Laborer shall receive the same increase as specified above.

The Union may elect at its option upon ninety (90) days notice to the Employer, prior to 6/24/02, 6/30/03, 6/28/04, and 6/27/05 to allocate each increase to any or all of the following:

1.  Wages
2.  Health and Welfare
3.  Retiree Health and Welfare

24

4.    Pension/Annuity
5.    Vacation-Holiday-Dues Supplement
6.    Training-Retraining/Apprenticeship
7.    Contract Administration
8.    Industry Stabilization
9.    Laborers-Employers Cooperation and Education Trust (L.E.C.E.T.)

provided, if any or all of the allocation is made to Fringe Benefits, such Fringe Benefits shall be effective on 6/24/02, 6/30/03, 6/28/04 and 6/27/05 as applicable.

In the event the Laborers Health and Welfare Trust Fund falls below a six (6) month reserve, any package increase negotiated by the collective bargaining parties, shall be reviewed at least 90 days prior to the effective date of such increase, and by mutual agreement such monies as are deemed necessary to provide sufficient reserve (not less than six (6) months), shall be allocated to the Health and Welfare Trust Fund. Such monies as are determined appropriate for this allocation shall have as their intent to build a six (6) month reserve.

### Section 29 - General Saving Clause

It is not the intent of either party hereto to violate laws, rulings or regulations of any governmental authority or agency having jurisdiction of the subject matter or of this Agreement, and the parties hereto agree that in the event any provisions of this Agreement are finally held or determined to be illegal or void as being in contravention of any such laws, rulings or regulations; nevertheless, the remainder of the Agreement shall remain in full force and effect, unless the parts so found to be void are wholly inseparable from the remaining portion of this Agreement. The clauses hereof relating to "Hiring," Subsection 3A hereof, and "No Cessation of Work," Section 8 hereof, are intended to be inseparable and mutually interdependent. Should either of such sections be held or determined to be illegal or void for any reason, then both of said clauses shall forthwith become of no further force or effect, and neither party shall by implication be bound thereby. The parties agree that if and when any provisions of this Agreement are finally held or determined to be illegal or void, they will then promptly enter into lawful negotiations concerning the substance thereof.

It is the intent of the parties to this Agreement that each and every, all and singular, of the provisions of this Agreement be fully in accordance with Federal and State Law. Its interpretation and the interpretation of each of the provisions of this Agreement is therefore intended to apply no broader than that permitted by law.

### Section 30 - Change of Name or Style

This Agreement is binding upon each Individual Employer regardless of whether he/she or it changes the name or style or address of his/her or its business. Each Individual Employer shall give notice in writing to said District Council of any intent to change the name, style or address of his/her or its business, or to perform business under more than one name or style or at more than one address, prior to the adoption of a new or different name, style or address, or the addition of new names or styles or addresses, as specified herein.

Nothing in this paragraph shall be construed as adding to the scope of work covered by this Agreement.

### Section 31 - Warranty

Each of the persons executing this Agreement on behalf of their respective Employers or Unions hereby warrants his/her authority to execute this Agreement and to bind the respective party on whose behalf he/she signs.

25

### Section 32 - Effective and Termination Date

This Agreement shall be effective as of the 24th day of June, 2002, and remain in effect without reopening for any purpose until the 30th day of June 2006, and shall continue from year to year thereafter, unless either of the Collective Bargaining Representatives shall give written notice to the other of a desire to change the wages, hours and working conditions hereof not more than ninety (90) and not less than sixty (60) days prior to June 30 of any succeeding year.

The parties to this Agreement recognize the necessity of assuring the competitive position of the parties within the industry during the term of this Agreement. Consistent with that recognition, the parties will continually monitor the effectiveness of this Agreement relative to specific geographic or market area and will endeavor, by mutual agreement, to initiate such modifications to the Agreement during its term as may be necessary to assure the work opportunities of the employees and the competitive position of the Individual Employers.

It is agreed that in the event either party should exercise its rights under the paragraph first above set out, they will for a period of sixty (60) days prior to the 30th day of June, 2006, or June 30th of any succeeding year bargain with each other with respect to all wage rates, working conditions and hours of employment for the work herein covered.

Should an impasse be reached during the course of future negotiations to amend and/or extend the present Agreement, or during the course of negotiations over a new agreement, either party may submit the items in dispute to the Dispute Settlement Board established in the AGC-Basic Trades Joint Labor Management Committee Impasse Settlement Plan for resolution. The findings of the Dispute Settlement Board shall be binding on the parties.

IN WITNESS WHEREOF, the parties hereto have hereunto set their hands and seals by respective officers duly authorized to do so, this 22nd day of October, 2001.

FOR THE EMPLOYER:

THE ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC.

By     _Thomas J. Holsman_____
             Executive Vice President & CEO

FOR THE UNION:

NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS OF CALIFORNIA, INC. OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO

By     _Doyle S. Radford_____
             President

By     _James M. Homer_____
             Secretary/Treasurer

By     _José A. Moreno_____
             Business Manager

By     _Bill Smith_____
             Vice President

26

*SUPPLEMENT NO. 1*
**LABORERS WAGE RATES**

WAGE RATES:    In each group, two different wage rates will apply for each classification.

Wage Rate A -    will apply to the following six (6) counties: Alameda, Contra Costa, Marin, San Francisco, San Mateo and Santa Clara.

Wage Rate B -    will apply to the following forty (40) counties: Alpine, Amador, Butte, Calaveras, Colusa, Del Norte, El Dorado, Fresno, Glenn, Humboldt, Kings, Lake, Lassen, Madera, Mariposa, Mendocino, Merced, Modoc, Monterey, Napa, Nevada, Placer, Plumas, Sacramento, San Benito, San Joaquin, Santa Cruz, Sierra, Shasta, Siskiyou, Solano, Sonoma, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo and Yuba.

Labor Foremen -    shall receive a $1.00 per hour above any classification of this Agreement working under his direction.

CONSTRUCTION SPECIALIST - WAGE RATE

EFFECTIVE DATE

|  | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| RATE A | $23.34 | $23.34 | $ * | $ * | $ * |
| RATE B | $22.34 | $22.34 | $ * | $ * | $ * |

CLASSIFICATIONS OF CONSTRUCTION SPECIALIST
Asphalt Ironers and Rakers
Chainsaw
Laser Beam in connection with Laborers' work
Masonry and Plasterer Tender
Cast in place manhole form setters
Pressure pipelayers
Davis Trencher - 300 or similar type (and all small trenchers)
Directional Boring Machine
State Licensed Blaster as designated
Diamond Drillers
Multiple Unit Drills
Hydraulic Drills
Certified Welder
New or additional classification subject to 14A of this Agreement

GROUP 1 - WAGE RATE

EFFECTIVE DATE

|  | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| RATE A | $22.64 | $22.64 | $ * | $ * | $ * |
| RATE B | $21.64 | $21.64 | $ * | $ * | $ * |

CLASSIFICATIONS OF GROUP 1

27

Asphalt Spreader Boxes (all types)
Barko, Wacker and Similar Type Tampers
Bobcat
Buggymobile
Caulkers, Banders, Pipewrappers, Conduit Layers, Plastic Pipe Layers
Certified Asbestos & Mold Removal Worker
Certified Hazardous Waste Worker (Including Lead Abatement)
Compactors of all types
Concrete and Magnesite Mixer and ½ yard
Concrete Pan Work
Concrete Sanders, Concrete Saw
Cribbers and/or Shoring
Cut Granite Curb Setter
Dri pak-it Machine
Faller, Logloader and Bucker
Form Raisers, Slip Forms
Green Cutters
Headerboard Men, Hubsetters, Aligners by any method
High Pressure Blow Pipe (1-1/2" or over, 100 lbs pressure/over)
Hydro Seeder & Similar Type
Jackhammer Operators
Jacking of Pipe over 12 inches
Jackson and Similar Type Compactors
Kettlemen, Potmen and men applying asphalt, Lay-Kold, Creosote, Lime, caustic and similar type
    materials, (applying means applying dipping or handling of such materials)
Lagging, Sheeting, Whaling, Bracing, Trenchjacking, Lagging hammer
Magnesite, Epoxy resin, Fiber Glass and Mastic Workers (wet/dry)
No joint pipe and stripping of same, including repair of voids
Pavement Breakers and Spaders, including tool grinder
Perma Curbs
Pipelayers (including grade checking in connection with pipe-laying)
Precast-manhole setters
Pressure Pipe Tester
Post Hole Diggers - Air, Gas and Electric Power Broom Sweepers
Power Tampers of all types, except as shown in Group 2
Ram Set Gun and Stud Gun
Riprap - Stonepaver and Rock-slinger, including placing of sacked concrete and/or sand (wet or dry)
    and Gabions and similar type
Rotary Scarifier or Multiple Head Concrete Chipping Scarifier
Roto and Ditch Witch
Rototiller
Sand Blasters, Potmen, Gunmen and Nozzlemen
Signaling and Rigging
Tank Cleaners
Tree Climbers
Turbo Blaster
Vibra-Screed - Bull float in connection with Laborers' work
Vibrators

28

GROUP 1(a) - WAGE RATE

EFFECTIVE DATE

|  | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| RATE A ............................................................ | $22.86 | $22.86 | $ * | $ * | $ * |
| RATE B ............................................................ | $21.86 | $21.86 | $ * | $ * | $ * |

CLASSIFICATIONS OF GROUP 1(a)

Joy Drill Model TWM-2A
Gardener - Denver Model DF-143 and similar type drills.  (In accordance with Memorandum of
    Understanding   between Laborers and Operating Engineers dated at Miami, Florida, February
    3, 1954.)
Track Drillers
Jack Leg Drillers
Wagon Drillers
Mechanical Drillers -- All types regardless of type or method of power
Mechanical Pipe Layer -- All types regardless of type or method of power
Blasters and Powderman
All work of loading, placing and blasting of all powder and explosives of whatever type, regardless
    of method used for such loading and placing
High Scalers (including drilling of same)
Tree Topper
Bit Grinder

GROUP 1(b) - WAGE RATE

    Sewer Cleaners shall receive $4.00 per day above Group 1 wage rates. "Sewer Cleaner" means
any workman who handles or comes in contact with raw sewage in small diameter sewers. Those
who work inside recently active, large diameter sewers, and all recently active sewer manholes shall
receive $5.00 per day above Group 1 wage rates.

GROUP 1(c) WAGE RATE

EFFECTIVE DATE

|  | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| RATE A ............................................................ | $22.69 | $22.69 | $ * | $ * | $ * |
| RATE B ............................................................ | $21.69 | $21.69 | $ * | $ * | $ * |

CLASSIFICATIONS OF GROUP 1(c)

    Burning and welding in connection with Laborers' work Synthetic thermoplastics and similar
type welding.

GROUP 1(d)

    Maintenance and Repair Trackmen and Road Beds and all employees performing work covered
by this Agreement shall receive $.25 per hour above their regular rate for all work performed on
underground structures not specifically covered herein.  This paragraph shall not be construed to

29

apply to work below ground level in open cut. It shall apply to cut and cover work of subway construction after the temporary cover has been placed.

GROUP 1(e) - WAGE RATE

EFFECTIVE DATE

|  | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| RATE A | $23.19 | $23.19 | $ * | $ * | $ * |
| RATE B | $22.19 | $22.19 | $ * | $ * | $ * |

CLASSIFICATIONS OF GROUP 1(e)

Work on and/or in Bell Hole Footings and Shafts thereof, and work on and in Deep Footings (Deep Footing is a hole fifteen (15) feet or more in depth). In the event the depth of the footing is unknown at the commencement of excavation, and the final depth exceeds fifteen (15) feet, the contractor agrees to pay the deep footing wage rate to all employees for each and every day worked on or in the excavation of the footing from the date of inception.

All work in the construction of tunnels and shafts shall be performed in accordance with the provisions of the Laborers' Tunnel Master Agreement for Northern California and the Individual Employer agrees to comply with all of the provisions of said Tunnel Agreement in such work.

Shaft is an excavation over fifteen (15) feet deep of any type, generally vertical in nature, but may decline from the vertical, and whose depth is greater than its largest horizontal dimension. It is specifically understood that Bell Hole Footings and Deep Footings are subject to the provisions of this Agreement, and all Shafts, Stopes, Raises and Tunnels are subject to the provisions of the Tunnel Master Agreement specified herein.

GROUP 1(f) - WAGE RATE

Wire winding machine in connection with Guniting or Shot Crete.

EFFECTIVE DATE

|  | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| Aligner- | | | | | |
| RATE A | $23.22 | $23.22 | $ * | $ * | $ * |
| RATE B | $22.22 | $22.22 | $ * | $ * | $ * |
| Helper- | | | | | |
| RATE A | $22.24 | $22.24 | $ * | $ * | $ * |
| RATE B | $21.24 | $21.24 | $ * | $ * | $ * |

GROUP 1(g) - WAGE RATES FOR CONTRA COSTA COUNTY

EFFECTIVE DATE

|  | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| RATE | $22.84 | $22.84 | $ * | $ * | $ * |

CLASSIFICATIONS OF GROUP 1(g)

Pipelayers (including grade checking in connection with pipelaying)

30

Caulkers
Banders
Pipewrappers
Conduit Layers
Plastic Pipe Layer
Pressure Pipe Tester
No joint pipe and stripping of same, including repair of voids
Precast Manhole setters, cast in place manhole form setters

GROUP 1(h)

Laborers working off or with or from Bos'n Chairs, Swinging Scaffolds, Belts shall receive $.25 per hour above the applicable wage rate. This premium rate shall be reckoned by the day and half day. This shall not apply to Laborers entitled to receive the wage rate set forth in Group 1(a).

GROUP 2 - WAGE RATE

EFFECTIVE DATE

|  | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| RATE A | $22.49 | $22.49 | $ * | $ * | $ * |
| RATE B | $21.49 | $21.19 | $ * | $ * | $ * |

CLASSIFICATIONS OF GROUP 2

Asphalt Shovelers
Cement Dumpers and handling dry cement or gypsum Choke-setter and Rigger (clearing work)
Concrete Bucket Dumper and Chuteman
Concrete Chipping and Grinding
Concrete Laborers (wet or dry)
Drillers Helper, Chuck Tender, Nipper (One chucktender on single machine operation with minimum of one chucktender for each two machines on multiple machine operations. (Jackhammers in no way involved in this item.)
Guinea Chaser (Stakeman), Grout Crew
High Pressure Nozzlemen, Adductors
Hydraulic Monitor (over 100 lbs. pressure)
Loading and unloading, carrying and handling of all rods and materials for use in reinforcing concrete construction
Pittsburgh Chipper, and similar type brush shredders
Sloper
Single foot, hand held, pneumatic tamper
All Pneumatic, Air, Gas and Electric Tools not listed in Groups 1 through 1(f)
Jacking of Pipe - under 12 inches

GROUP 3 - WAGE RATE

EFFECTIVE DATE

|  | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| RATE A | $22.39 | $22.39 | $ * | $ * | $ * |
| RATE B | $21.39 | $21.39 | $ * | $ * | $ * |

31

CLASSIFICATIONS OF GROUP 3

Construction Laborers, including Bridge Laborers and General Laborers
Dumpman, Load Spotter
Flagperson
Fire Watcher
Fence Erectors
Forklift
Guardrail Erectors
Gardeners, Horticultural and Landscape Laborers (See Supplement No. 4)
Jetting
Limbers, Brush Loaders and Pilers
Pavement Markers (Button Setters)
Maintenance, Repair Trackmen and Road Beds
Pilot Car
Skip Loader (up to and including ½ Cubic Yard)
Streetcar and Railroad Construction Track Laborers
Temporary Air and Water Lines, Victaulic or similar
Tool Room Attendant (job site only)

GROUP 3(a) - WAGE RATE

EFFECTIVE DATE

| | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| RATE A | $22.39 | $22.39 | $ * | $ * | $ * |
| RATE B | $21.39 | $21.39 | $ * | $ * | $ * |

CLASSIFICATION OF GROUP 3(a)

Composite Crew Person - Shall apply only to the operation of vehicles, when operated in
conjunction with Laborers duties.

GROUP 4 - WAGE RATE

EFFECTIVE DATE

| | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| RATE A | $16.08 | $16.08 | $ * | $ * | $ * |
| RATE B | $15.08 | $15.08 | $ * | $ * | $ * |

CLASSIFICATION OF GROUP 4

The Group 4 classification in this Agreement is intended to be utilized only in all final cleanup work
of debris, grounds, and buildings, including but not limited to street cleaners. Laborers that are
utilized in the Group 4 classification will continue to have the opportunity to accept or reject the
employment offer according to Section 19 of the Laborers' Master Agreement. The Group 4
classification is a cleanup classification and shall not be utilized to undermine, modify, or change
any of the current and traditional classifications currently utilized under the scope of this Agreement.

32

This clarification does not change or modify the current interpretation of this classification. It is agreed that the Group 4 classification is not applicable to engineering or heavy highway projects.

Cleaning & Washing Windows (subject to provisions of Section 20A)
Brick Cleaners (job site only)
Watchman (Subject to provisions of Section 20A)
Material Cleaners (job site only)

The classification "Material Cleaner" is to be utilized under the following conditions:
A.    At demolition sites for the salvage of the material.
B.    At the conclusion of a job where the material is to be salvaged and stocked to be reused on another job.
C.    The cleaning of salvage material at the Employer's job site or temporary job site yard.
It was not the intent of either party to utilize the classification of "Material Cleaner" in the performance of "form stripping cleaning and oiling and moving to the next point of erection."

GROUP 5 - (Entry Level Laborer) WAGE RATES

EFFECTIVE DATE

|  | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| 2,000 hours | $11.40 | $11.40 | $ * | $ * | $ * |

At the discretion of the Employer, the scope of work includes, but is not limited to:
Tending other crafts
Watermeter Installer
Residential Laborer

An Individual Employer may employ two (2) Entry Level Laborers for every four (4) regular Laborers on his payroll. Provided; further, the second (2nd) Entry Level Laborer would be permitted on a job or project only after four (4) regular Laborers are on the job or project.

Each Entry Level laborer who completes the Basic Laborer Training Course at the Laborers' Training School shall receive three (3) months credit towards becoming a regular Laborer under the terms of this Agreement.

All other terms and conditions of this Agreement shall apply to all Entry Level Laborers. The provisions of this Group 5 shall not apply to the Tunnel Master Agreement.

33

*SUPPLEMENT NO. 2*

## GUNITE, SHOTCRETE, PANELCRETE AND SIMILAR TYPE WORK INCLUDING ALL PLACING, FINISHING AND PATCHING OF SHOTCRETE OR GUNITE

Hours and working conditions and wages shall be the same as in this Master Agreement except those expressly herein provided.

CLASSIFICATIONS/RATES PER HOUR:

EFFECTIVE DATE

|  | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| **Structural Nozzleman** | | | | | |
| RATE A | $23.60 | $23.60 | $ * | $ * | $ * |
| RATE B | $22.60 | $22.60 | $ * | $ * | $ * |
| **Nozzleman, Gunman and Potman** | | | | | |
| RATE A | $23.10 | $23.10 | $ * | $ * | $ * |
| RATE B | $22.10 | $22.10 | $ * | $ * | $ * |
| **Rodman** | | | | | |
| RATE A | $23.10 | $23.10 | $ * | $ * | $ * |
| RATE B | $22.10 | $22.10 | $ * | $ * | $ * |
| **Groundman** | | | | | |
| RATE A | $23.10 | $23.10 | $ * | $ * | $ * |
| RATE B | $22.10 | $22.10 | $ * | $ * | $ * |
| **Gunite Trainee**\*\* | | | | | |
| RATE A | $16.08 | $16.08 | $ * | $ * | $ * |
| RATE B | $15.08 | $15.08 | $ * | $ * | $ * |
| **Reboundman** | | | | | |
| RATE A | $22.51 | $22.51 | $ * | $ * | $ * |
| RATE B | $21.51 | $21.51 | $ * | $ * | $ * |
| **General Laborers** | | | | | |
| RATE A | $22.39 | 22.39 | $ * | $ * | $ * |
| RATE B | $21.39 | $21.39 | $ * | $ * | $ * |

\*\*One trainee shall be allowed for each three (3) Journeymen on a crew. In the absence of the Journeyman, the trainee shall receive the Journeyman scale.

| **Gunite Foreman** | | | | | |
|---|---|---|---|---|---|
| RATE A | $24.10 | $24.10 | $ * | $ * | $ * |
| RATE B | $23.10 | $23.10 | $ * | $ * | $ * |

**Travel from Jurisdiction of One Area to Another Area:**

34

The Employer shall have the right to bring six (6) workers from one area into another area within the area covered by this Agreement. Such Employer shall notify the Local Union one day in advance of starting the job. Other workers will be obtained when available from the area where the work is to be performed.

**Travel and Out of Town Expense Allowance:**

All workers performing work covered by the Supplement at a job site located over sixty (60) miles from the main office or a permanently established district office of an Individual Employer shall receive a travel allowance as follows:

·   If the employee uses or rides in an employer provided vehicle he/she will be reimbursed at the rate of twenty ($0.20) cents per mile measured from the employer's main office or permanently established district office.

·   If the employee uses or rides in a vehicle not provided by the employer, he/she will be reimbursed at the rate of thirty ($0.30) cents per mile, which shall include all expenses including fuel.

·   If the employer flies the employee to the jobsite, the employee will be reimbursed at the rate of five ($0.05) cents per mile.

Each worker performing work covered by this Agreement shall be reimbursed for the cost of meals and lodging actually expended and not to exceed forty-five dollars ($45.00) per day on all jobs located over one hundred twenty (120) miles from the main office or a permanently established district office of an Individual Employer. If the employer provides the lodging, the employee will be reimbursed at the rate of twenty dollars ($20.00) per day for meals only. This out of town expense will be paid only on the actual days that the employee spending the night out of town.

All projects bid or let prior to the effective date of this agreement shall be considered grandfathered, and therefore, subject to completion under the terms and conditions of the appropriate prior labor agreement.

35

*SUPPLEMENT NO. 3*
**WRECKING WORK**

Hours and working conditions and wages shall be the same as in this Master Agreement, except those expressly herein provided.

**CLASSIFICATIONS/RATES PER HOUR:**

EFFECTIVE DATE

|  | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| Skilled Wrecker - Group No. 1 (Removing and salvaging of sash, windows, doors, plumbing and electric fixtures.) | | | | | |
| RATE A | $22.64 | $22.64 | $ * | $ * | $ * |
| RATE B | $21.64 | $21.64 | $ * | $ * | $ * |
| | | | | | |
| Semi-skilled Wrecker - Group No. 2 (Salvaging of other building materials) | | | | | |
| RATE A | $22.49 | $22.49 | $ * | $ * | $ * |
| RATE B | $21.49 | $21.49 | $ * | $ * | $ * |
| | | | | | |
| General Laborer - Group 4 (Includes all cleanup work, loading, lumber, loading and burning of debris) | | | | | |
| RATE A | $16.08 | $16.08 | $ * | $ * | $ * |
| RATE B | $15.08 | $15.08 | $ * | $ * | $ * |

36

*SUPPLEMENT NO. 4*
## GARDENERS, HORTICULTURAL & LANDSCAPE WORKERS

Hours and working conditions and wages shall be the same as in this Master Agreement, except those expressly herein provided.

CLASSIFICATION/RATES PER HOUR:

EFFECTIVE DATE

| | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| Gardeners, Horticultural and Landscape Laborers (New Construction) | | | | | |
| RATE A | $22.39 | $22.39 | $ * | $ * | $ * |
| RATE B | $21.39 | $21.39 | $ * | $ * | $ * |
| | | | | | |
| Service Landscape Laborers (Establishment Warranty Period) | | | | | |
| RATE A | $16.08 | $16.08 | $ * | $ * | $ * |
| RATE B | $15.08 | $15.08 | $ * | $ * | $ * |

The overtime rates provided in paragraph 5 of Section 20A shall apply only to service landscape laborers (establishment warranty period) for work in excess of forty (40) hours in any one (1) week, or in excess of eight (8) hours in any one day.

Service landscape laborers (establishment warranty period), may be required to work any five (5) days out of the week on any shift.

### LANDSCAPE LABORER TRAINEE

A new classification, Landscape Laborer Trainee, is based on an eighteen-month training program, as follows:

EFFECTIVE DATE

| | 6/25/01 | 6/24/02 | 6/30/03 | 6/28/04 | 6/27/05 |
|---|---|---|---|---|---|
| RATE A | | | | | |
| 1st 6 mos. @ 70% | $15.67 | $15.67 | $ * | $ * | $ * |
| 2nd 6 mos. @ 80% | $17.91 | $17.91 | $ * | $ * | $ * |
| 3rd 6 mos. @ 90% | $20.15 | $20.15 | $ * | $ * | $ * |
| | | | | | |
| RATE B | | | | | |
| 1st 6 mos. @ 70% | $14.97 | $14.97 | $ * | $ * | $ * |
| 2nd 6 mos. @ 80% | $17.11 | $17.11 | $ * | $ * | $ * |
| 3rd 6 mos. @ 90% | $19.25 | $19.25 | $ * | $ * | $ * |

(The above rates are wages only. Fringe Benefits are the same as in Section 28A of the Laborers' Master Agreement.)

Prior to employment, the Employer must submit in writing any request for employees from the Local Union; and, all employees must be referred by the Local Union in the area of work.

The ratio of trainees shall be: One in three, with the understanding that each Individual Contractor utilizing the Trainee Classification must employ at least one second period Trainee in the second period of the Agreement and at least one third period Trainee in the third period of the Agreement before being eligible to employ another first period trainee.

37

### SUPPLEMENT NO. 5
## LABORERS' APPRENTICESHIP PROGRAM

1.    **TERM OF APPRENTICESHIP:** The term of apprenticeship shall be 3,000 hours within 18 months. The first 750 hours, shall be a tryout or probationary period.

2.    **RATIO:** A qualified employer may employ one (1) apprentice when at least five (5) journeymen are regularly employed, and one (1) additional apprentice for each five (5) additional journeymen.

3.    **WORK TRAINING:** The Employer shall see that all apprentices are under the supervision of a qualified journeyman or instructor and shall provide the necessary diversified experience and training in order to train and develop the apprentice into a skilled worker, proficient in all the work processes of a Construction Craft Laborer, as outlined herein. Apprentices shall also be trained in the use of new equipment, materials and processes as they come into use in the craft.

4.    **WAGE SCHEDULE:** Apprentices shall be paid not less that the following percentages of the current journeymen's rate:

| | | | | | |
|---|---|---|---|---|---|
| 1st period | 1 | - | 500 | hours | 50% |
| 2nd period | 501 | - | 1000 | hours | 55% |
| 3rd period | 1001 | - | 1500 | hours | 60% |
| 4th period | 1501 | - | 2000 | hours | 70% |
| 5th period | 2001 | - | 2500 | hours | 80% |
| 6th period | 2501 | - | 3000 | hours | 90% |

5.    **FRINGE BENEFIT SCHEDULE:**

| | 1st 1500 hours | 2nd 1500 hours |
|---|---|---|
| Health & Welfare | Per Master Agreement | Per Master Agreement |
| Retiree Health & Welfare | Per Master Agreement | Per Master Agreement |
| Pension/Annuity | N/A | Per Master Agreement |
| Vacation | N/A | Per Master Agreement |
| Supplemental Dues | Per Master Agreement | Per Master Agreement |
| Training-Retraining/ Apprenticeship | Per Master Agreement | Per Master Agreement |
| Contract Administration | Per Master Agreement | Per Master Agreement |
| Industry Stabilization | Per Master Agreement | Per Master Agreement |

38

**SUPPLEMENT NO. 6**
**SUBSISTENCE**

It is hereby agreed that effective June 24, 2002, Supplement No. 6, Subsistence of the Laborers Agreement shall read as follows:

MAP DESCRIPTION FOR AREA FREE ZONE AND SUBSISTENCE ZONE:

The following is a description based upon township and Area free zones and subsistence zones. Area free zones for all of Northern California within the following lines:

Commencing in the Pacific Ocean on the extension of the Southerly line of Township 19S,
Thence Easterly along the Southerly line of Township 19S, crossing the Mt. Diablo meridian to the S.W. Corner of township 19S, range 6E, Mt. Diablo base line and meridian,
Thence Southerly to the S.W. corner of township 20S, range 6E,
Thence Easterly to the S.W. corner of township 20S, range 13E,
Thence Southerly to the S.W. corner of township 21S, range 13E,
Thence Easterly to the S.W. corner of township 21S, range 17E,
Thence Southerly to the S.W. corner of township 22S, range 17E,
Thence Easterly to the S.E. corner of township 22S, range 17E,
Thence Southerly to the S.W. corner of township 23S, range 18E,
Thence Easterly to the S.E. corner of township 23S, range 18E,
Thence Southerly to the S.W. corner of township 24S, range 19E, falling on the Southerly line of Kings County, thence Easterly along the Southerly boundary of Kings County and the Southerly boundary of Tulare County, to the S.E. corner of township 24S, range 29E,
Thence Northerly to the N.E. corner of township 21S, range 29E,
Thence Westerly to the N.W. corner of township 21S, range 29E,
Thence Northerly to the N.E. corner of township 13S, range 28E,
Thence Westerly to the N.W. corner of township 13S, range 28E,
Thence Northerly to the N.E. corner of township 11S, range 27E,
Thence Westerly to the N.W. corner of township 11S, range 27E,
Thence Northerly to the N.E. corner of township 10S, range 26E,
Thence Westerly to the N.W. corner of township 10S, range 26E,
Thence Northerly to the N.E. corner of township 9S, range 25E,
Thence Westerly to the N.W. corner of township 9S, range 25E,
Thence Northerly to the N.E. corner of township 8S, range 24E,
Thence Westerly to the N.W. corner of township 8S, range 24E,
Thence Northerly to the N.E. corner of township 6S, range 23E,
Thence Westerly to the S.E. corner of township 5S, range 19E,
Thence Northerly to the N.E. corner of township 5S, range 19E,
Thence Westerly to the N.W. corner of township 5S, range 19E,
Thence Northerly to the N.E. corner of township 3S, range 18E,
Thence Westerly to the N.W. corner of township 3S, range 18E,
Thence Northerly to the N.E. corner of township 2S, range 17E,
Thence Westerly to the N.W. corner of township 2S, range 17E,
Thence Northerly crossing the Mt. Diablo baseline to the N.E. corner of township 2N, range 16E
Thence Westerly to the N.W. corner of township 2N, range 16E,
Thence Northerly to the N.E. corner of township 3N, range 15E,
Thence Westerly to the N.W. corner of township 3N, range 15E,

39

Thence Northerly to the N.E. corner of township 4N, range 14E,
Thence Westerly to the N.W corner of township 4N, range 14E,
Thence Northerly to the N.E. corner of township 5N, range 13E,
Thence Westerly to the N.W. corner of township 5N, range 13E,
Thence Northerly to the N.E. corner of township 10N, range 12E,
Thence Easterly to the S.E. corner of township 11N, range 14E,
Thence Northerly to the N.E. corner of township 11N, range 14E,
Thence Westerly to the N.E. corner of township 11N, range 10E,
Thence Northerly to the N.E. corner of township 15N, range 10E,
Thence Easterly to the S.E. corner of township 16N, range 11E,
Thence Northerly to the N.E. corner of township 16N, range 11E,
Thence Easterly to the S.E. corner of township 17N, range 14E,
Thence Southerly to the S.W. corner of township 14N, range 15E,
Thence Easterly to the S.E. corner of township 14N, range 15E,
Thence Southerly to the S.W. corner of township 13N, range 16E,
Thence Easterly to the S.E. corner of township 13N, range 16E,
Thence Southerly to the S.W. corner of township 12N, range 17E,
Thence Easterly along the Southern line of township 12N to the Eastern boundary of the State of California,
Thence Northwesterly, thence Northerly along the Eastern boundary of the State of California to the N.E. corner of township 17N, range 18E,
Thence Westerly to the N.W corner of township 17N, range 11E,
Thence Northerly to the N.E corner of township 20N, range 10E,
Thence Westerly to the N.W corner of township 20N, range 10E,
Thence Northerly to the N.E corner of township 21N, range 9E,
Thence Westerly to the N.W corner of township 21N, range 9E,
Thence Northerly to the N.E corner of township 22N, range 8E,
Thence Westerly to the N.W corner of township 22N, range 8E,
Thence Northerly to the S.W. corner of township 27N, range 8E,
Thence Easterly to the S.E. corner of township 27N, range 8E,
Thence Northerly to the NE corner of township 28N, range 8E,
Thence Westerly to the N.W. corner of township 28N, range 7E,
Thence Northerly to the N.E corner of township 30N, range 6E,
Thence Westerly to the N.W. corner of township 30N, range 1E,
Thence Northerly along the Mt. Diablo meridian to the N.E. corner of township 34N, range 1W,
Thence Westerly to the N.W. corner of township 34N, range 6W,
Thence Southerly to the N.E corner of township 32N, range 7W,
Thence Westerly to the N.W. corner of township 32N, range 7W,
Thence Southerly to the S.W. corner of township 30N, range 7W,
Thence Easterly to the S.E. corner of township 30N, range 7W,
Thence Southerly to the S.W. corner of township 16N, range 6W,
Thence Easterly to the S.E. corner of township 16N, range 6W,
Thence Southerly to the S.W. corner of township 14N, range 5W,
Thence Westerly to the S.E. corner of township 14N, range 7W,
Thence Northerly to the N.E. corner of township 14N, range 7W,
Thence Westerly to the N.W. corner of township 14N, range 7W,
Thence Northerly to the N.E. corner of township 15N, range 8W,
Thence Westerly to the S.E. corner of township 16N, range 12W,
Thence Northerly to the N.E. corner of township 16N, range 12W,

40

Thence Westerly to the N.W. corner of township 16N, range 12W,
Thence Northerly to the N.E. corner of township 18N, range 12W,
Thence Westerly to the N.W. corner of township 18N, range 14W,
Thence Southerly to the S.W. corner of township 18N, range 14W,
Thence Easterly to the S.E. corner of township 18N, range 14W,
Thence Southerly to the S.W. corner of township 16N, range 13W,
Thence Westerly to the N.W. corner of township 15N, range 14W,
Thence Southerly to the S.W. corner of township 14N, range 14W,
Thence Easterly to the S.E. corner of township 14N, range 14W,
Thence Southerly to the S.W. corner of township 13N, range 13W,
Thence Easterly to the S.E. corner of township 13N, range 13W,
Thence Southerly to the S.W. corner of township 11N, range 12W,
Thence Easterly to the S.E. corner of township 11N, range 12W,
Thence Southerly along the Eastern line of range 12W to the Pacific Ocean, excluding that portion
    of Northern California within Santa Clara County included within the following line.
    Commencing at the N.W. corner of township 6S, range 3E, Mt. Diablo Baseline and meridian:
Thence in a Southerly direction to the S.W. corner of township 7S, range 3E,
Thence in an Easterly direction to the S.E. corner of township 7S, range 4E,
Thence in a Northerly direction to the N.E. corner of township 6S, range 4E,
Thence in a Westerly direction to the N.W. corner of township 6S, range 3E, to the point of
    beginning, which portion is a part of Area 2.
    Area 1 also includes that portion of Northern California within the following lines:
Commencing in the Pacific Ocean on an extension of the Southerly line of township 2N, Humboldt
    baseline and meridian:
Thence Easterly along the Southerly line of township 2N, to the S.W. corner of township 2N, range
    1W,
Thence Southerly to the S.W corner of township 1N, range 1W,
Thence Easterly along the Humboldt baseline to the S.W. corner of township 1N, range 2E,
Thence Southerly to the S.W corner of township 2S, range 2E,
Thence Easterly to the S.E. corner of township 2S, range 2E,
Thence Southerly to the S.W corner of township 4S, range 3E,
Thence Easterly to the S.E. corner of township 4S, range 3E,
Thence Northerly to the N.E. corner of township 2S, range 3E,
Thence Westerly to the N.W corner of township 2S, range 3E,
Thence Northerly crossing the Humboldt baseline to the S.W. corner of township 1N, range 3E,
Thence Easterly along the Humboldt baseline to the S.E. corner of township 1N, range 3E,
Thence Northerly to the N.E corner of township 9N, range 3E,
Thence Westerly to the N.W corner of township 9N, range 2E,
Thence Northerly to the N.E corner of township 10N, range 1E,
Thence Westerly along the Northerly line of township 10N, into the Pacific Ocean.

    Subsistence map change shall apply for work bid after June 16, 1980.
    All areas other than free zones shall be subject to the payment of subsistence, as follows:
    On all work subject to travel and subsistence allowance specified in this Section, the daily
subsistence allowance shall be as follows:
    June 24, 2002 through June 30, 2006 - $19.00/day.
    The Individual Employer shall not be required to pay subsistence to employees employed by an
Individual Employer in a permanent yard or shop or plant and employees employed by an Individual
Employer on residential construction projects (not camps); subdivisions; buildings of three (3)

41

stories or less including utilities and site work related to these buildings; streets, roadways and utilities which are a part of a residential construction project.

Subsistence shall not be applicable within the city limits of the following cities or towns:

Auburn, Coalinga, Crescent City, Exeter, Grass Valley, Greenfield, Jackson, Jamestown, Lindsay, Mariposa, Nevada City, Placerville, Porterville, Sonora, Strathmore, Terrabella, Tuolumne, Twain Harte, Woodlake or Yreka.

Subsistence shall apply to publicly financed camps, highways, dams, tunnels, power facilities, defense facilities, utilities (except as provided above), sewage disposal plants and heavy engineering projects together with the camps, warehouses, offices or facilities constructed in connection with such latter projects, such pay shall be separate from the wages of the employee and shall be paid him/her by separate check.

No subsistence shall be paid on a job located within the right of way of a road or highway forming part of the boundary of a subsistence area.

If a road or highway forming part of the boundary of a subsistence area is relocated, such relocated road or highway upon being officially opened shall form a part of the boundary of the subsistence area in place of the old road.

When the work is to be performed in the subsistence zone, each employee employed to perform work covered by this Agreement shall receive subsistence pay specified herein.

When the work to be performed is in the non-subsistence zone, such employees shall not be entitled to receive subsistence pay; provided, however, if two or more hours of compensable time (straight time or premium time) are worked by said employee in the subsistence zone, he/she shall be entitled to be paid appropriate subsistence pay as specified herein for the entire day. An employee or person referred for employment shall be entitled to subsistence pay for any day on which he/she is required by or requested to report to the job of the Individual Employer, but does not perform work due to conditions beyond said Individual Employer's control (such as: rainy days, or days when steel or other materials are not available).

If the Individual Employer maintains a camp in the subsistence area herein above described, the Individual Employer agrees not to charge the employees covered by this Agreement more than the amount allowed for subsistence hereunder for suitable room and board incurred during a calendar week.

42

*SCHEDULE "A"*
## DISTRICT COUNCIL OF LABORERS HIRING HALL LOCATIONS

| Local | City | Street Address | Phone Number | Dispatch Hours |
|-------|------|----------------|--------------|----------------|
| *67 | Oakland | 8400 Enterprise Way, #119 | 510/569-4761 | 6:30-9:00 a.m. |
| *67 | Sacramento | 2717 Cottage Way, #12 | 916/482-2607 | 6:30-9:00 a.m. |
| 73 | Stockton | 2841 E. Myrtle St. | 209/466-3356 | 6:30-9:00 a.m. |
| 139 | Santa Rosa | 81 Barham Avenue | 707/542-1107 | 6:30-9:00 a.m. |
| 185 | Sacramento | 1320 W. National Drive | 916/928-8300 | 6:30-9:00 a.m. |
| 185 | Redding | 2865 Churn Creek Rd., #D | 530/221-0961 | 6:30-9:00 a.m. |
| 185 | Yuba City | 1650 Sierra Ave., #206 | 530/674-4707 | 6:30-9:00 a.m. |
| 261 | San Francisco | 3271 - 18th St. | 415/826-4550 | 6:30-9:00 a.m. |
| 270 | San Jose | 509 Emory St. | 408/297-2620 | 6:30-9:00 a.m. |
| 270 | Santa Cruz | 640 Eaton St. | 831/475-7058 | 6:30-9:00 a.m. |
| 291 | San Rafael | 4174 Redwood Hwy. | 415/492-0936 | 6:30-9:00 a.m. |
| 291 | Napa | (Phone dispatch only) | 707/226-7971 | 6:30-9:00 a.m. |
| 294 | Fresno | 5431 E. Hedges Ave. | 559/255-3019 | 6:30-9:00 a.m. |
| 294 | Visalia | 319 N. Church Street | 559/734-9426 | 6:30-9:00 a.m. |
| 297 | Salinas | 117 Pajaro St. | 831/422-7077 | 6:30-9:00 a.m. |
| 297 | Monterey | 214 Casa Verde Way | 831/648-1081 | 6:30-9:00 a.m. |
| 304 | Hayward | 29475 Mission Blvd. | 510/581-4681 | 6:30-9:00 a.m. |
| 304 | Oakland | 4255 Roland Way | 510/562-2662 | 6:30-9:00 a.m. |
| 304 | Livermore | 2063 Research Drive | 925/455-8292 | 6:30-9:00 a.m. |
| 324 | Martinez | 6 1 Berrellesa St. | 925/228-0930 | 6:30-9:00 a.m. |
| 324 | Pittsburg | 1085 Cumberland St. | 925/439-1021 | 6:30-9:00 a.m. |
| 324 | Richmond | 101 So. 12th St. | 510/234-1069 | 6:30-9:00 a.m. |
| 326 | Vallejo | 2020 Sonoma Blvd., Suite B | 707/643-7214 | 6:30-9:00 a.m. |
| 389 | San Mateo | 300 - 7th Street | 650/344-7168 | 6:30-9:00 a.m. |
| 1130 | Modesto | 2349 Yosemite Blvd., Ste. K | 209/521-9883 | 6:30-9:00 a.m. |

* Asbestos

Northern California District Council of Laborers
Union Plaza
4780 Chabot Drive, Suite 200
Pleasanton, CA  94588
(925) 469-6800
Fax (925) 469-6900
Office Hours:  7:00 am to 5:00 pm Monday through Friday

# LABORERS' MASTER LABOR AGREEMENT

## 2006 - 2010

THIS AGREEMENT, made and entered into this 26th day of June 2006, and effective the 26th day of June, 2006 through June 30, 2010, by and between the ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC., herein after referred to as COLLECTIVE BARGAINING REPRESENTATIVE OF EMPLOYER, and the NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, hereinafter referred to as UNION, modifying, amending and changing the Agreement made and entered into the 17th day of May, 1951, as modified by the Agreements dated June 4, 1952; July 14, 1953; April 13, 1954; April 12, 1955; April 30, 1956; April 19, 1957; June 30, 1959; July 28, 1961; June 27, 1962; July 1, 1965; June 16, 1968; June 16, 1971; July 2, 1974; May 10, 1977; April 30, 1980; January 18, 1983; March 5, 1986; November 21, 1988; May 17, 1992; June 14, 1996; May 5, 1999; and October 22, 2001 by and between the ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC. and the NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS of the LABORERS' INTERNATIONAL UNION OF NORTH AMERICA.

## WITNESSETH:

## Section 1    General Provisions

A.    Definitions

(1)(a)    The term "Employer" shall refer to the Associated General Contractors of California, Inc.

(b)    The term "Individual Employer" shall mean (1) an employer who has authorized the Association (Employer) to represent said Individual Employer with respect to collective bargaining with the Union; or (2) is bound to the terms and conditions of this Agreement under the subcontracting requirements of this Agreement; or (3) directly signs this Agreement with the Union as an Independent or Non-Association Member. The Employer agrees to provide the Union with a current list of Individual Employers it has authority to represent.

(2)    The term "Union" shall refer to the Northern California District Council of Laborers.

(3)    This Agreement shall apply to any employee who performs work falling within the presently recognized jurisdiction of those Local Unions of the Laborers' International Union of North America affiliated with the Northern California District Council of Laborers; except that this Agreement shall not apply to superintendents, assistant superintendents, general foremen, civil engineers and their helpers, timekeepers, messenger persons, confidential employees and office help.

(4)    This Agreement shall apply to Northern California, which term means that portion of the State of California above the Northerly boundary of Kern County, the Northerly boundary of San Luis Obispo County, and the Westerly boundaries of Inyo and Mono Counties, which includes the following counties: Alameda, Alpine, Amador, Butte, Calaveras, Colusa, Contra Costa, Del Norte, El Dorado, Fresno, Glenn,



AGC CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

Humboldt, Kings, Lake, Lassen, Madera, Marin, Mariposa, Mendocino, Merced, Modoc, Monterey, Napa, Nevada, Placer, Plumas, Sacramento, San Benito, San Francisco, San Joaquin, San Mateo, Santa Clara, Santa Cruz, Shasta, Sierra, Siskiyou, Solano, Sonoma, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo and Yuba.

(5) The "method of delivery of notices", required by this Agreement shall be satisfied by one of the following means of delivery: email, fax, certified mail, regular mail or telegram.

B. Coverage and Description of Laborers' Work Covered by this Agreement.

(1) This Agreement shall cover all work coming within the recognized jurisdiction of the Laborers' International Union of North America.

(2) Subject to the preceding paragraph and subject also to the provisions of Section 14 of this Agreement, it is agreed that Laborers' work shall include but not be limited to: All Laborers' work necessary to tend the carpenters and other building trades craftsmen, stripping of concrete forms, handling and raising of slip forms, sewer cleaners, gardening, horticulture, landscaping, trackmen (construction, maintenance, repair), all cleanup of debris, grounds and buildings, steam cleaning and all General Laborers' work. In accordance with Green Book Decision dated August 2, 1920 December 11, 1924, the loading and unloading, carrying and handling of all rods and materials for use in reinforcing concrete construction shall be done by Laborers under the supervision of such person as the Employer may designate. The hoisting of rods shall be done by Laborers, except when a derrick or outrigger operated by other than hand power is used.

All Laborers' work in connection with excavation for building and all other construction, including digging of trenches, piers, foundations and holes; digging, lagging, sheeting, cribbing and bracing of foundations, holes, caissons and cofferdams, manning, setting and moving all manually movable pumps. (This does not restrict the Laborers from performing other work.)

All Laborers' work in connection with concrete work, including chipping and grinding, sandblasting, mixing, handling, shoveling, conveying, pouring, concrete pumps and similar type machines, grout pumps, nozzlemen (including gunmen and potmen), vibrating, guniting and otherwise applying concrete, whether done by hand or any other process, and wrecking, stripping, dismantling and handling concrete forms and false work, including tending of plasterers and brick and block layers.

All Laborers' work in the excavation, grading, preparation concreting, asphalt and mastic paving, paving, ramming, curbing, flagging and laying of other stone materials, and surfacing of streets, ways, courts, underpasses, overpasses and bridges.

All work in connection with the operation of spreader boxes, such as True Lay, Rola Pavers and Layons or similar type models, including but not limited to all shoveling and shifting material and cleaning of boxes, shall be the work of the Laborers. All Laborers' work in connection with the cutting of streets and ways for all purposes, including aligning by any method, digging of trenches, manholes, etc., handling and conveying of all materials for same; concreting of same; and the backfilling, grading and resurfacing of same.



ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

All Laborers' work in connection with the construction of caissons, cofferdams, subways (except as covered by Master Tunnel Agreement), aqueducts, water lines, culverts, flood controls, airports, drains and sewers, and any type of conduit, no joint pipe, including the cribbing, lagging, bracing, sheeting, checking grade for pipelaying, trench jacking and handling of lagging hammers on all open trenches and ditches. All Laborers' work in connection with shoring, underpinning including cutting, fitting, placing and raising of all structures.

All Laborers' work in connection with drilling, all work of loading, placing and blasting of all powder and explosives of whatever type regardless of the method used for such loading and placing.

All signaling and rigging in connection with Laborers' work.

All Laborers' work in connection with the wrecking of buildings and other structures.

All Laborers' work in connection with the slinging, handling and placing of all rip rap, rock and stone on highways, jetties, retaining walls or wherever used.

All wrecking work on construction and/or razing sites: all Laborers' work on pre casting or prefabrication at the construction project site or at a precast or prefabrication yard specifically established and operated for that one particular construction job.

All work in connection with the operation of such equipment that is necessary and incidental to carry out the work of the Laborer.

All Laborers' work in connection with Trenchless Technology, including pipe installation, bursting, relining or similar trenchless laborer work.

All Laborers' work in connection with Dry Utilities, including electrical and telecommunication conduit layer, joint utility trench laborer including gas.

All Laborers' work in connection with Remediation/Land Restoration, including wetlands restoration, mitigation, or re-vegetation of lands, (ornamental landscape is not included in this classification).

(3)     All classifications listed in Supplement No. 1 of this Agreement which are not listed under this Section shall be included in the coverage and description of Laborers' work just as though incorporated in full in this Section.

(4)     Should an Individual Employer signatory to this Agreement subcontract the masonry or plastering portion of a project, said contract shall specify that the work to be performed shall be done under the terms and conditions of the current Masonry and/or Plaster Tender Agreement that has been negotiated by the Northern California District Council of Laborers or its affiliates, which is in effect in the territory in which the work is performed  However, Masonry work which is incidental to the work of the Individual Employer may be performed under the terms and conditions of this Agreement.

(5)     Any Employer not signatory to both the Tunnel and Laborers' Master Agreement shall agree that whenever work is performed which is covered by the terms of the Laborers' Master Tunnel Agreement for the forty-six (46) Northern California



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

Counties, the provisions of that Agreement shall be fully applicable to and binding upon the Individual Employer.

## Section 2        Bargaining Representatives

A.    Union's Recognition of Collective Bargaining Representative of Employer.

The Union hereby recognizes and acknowledges that the Collective Bargaining Representative of Employer includes in its membership a majority of the Individual Employers in the highway, general building and heavy construction industry, and said Individual Employers are performing the greater percentage of work therein.  By reason of such facts the Union hereby recognizes that the Collective Bargaining Representative of the Employer, as herein-above referred to, is the collective bargaining representative for all Individual Employers who authorize the Employer to represent them with respect to Collective Bargaining with the Northern California District Council of Laborers. A list of said Individual Employers shall be furnished to the Union at the commencement of negotiations and the Employer shall furnish the Union with a complete monthly report of any additions and deletions to the list of Individual Employers represented by the Employer.

In the event the Union (District Council) enters into any other agreement with other employers or employer associations concerning the type of work covered hereby in the area which shall have terms more favorable to such employers or employer associations and the members thereof than this Agreement, then such more favorable provisions shall become a part of and apply to this Agreement only in the geographical area where such other agreement is in effect.

B.    Employers' Recognition of Union as Collective Bargaining Representative of Employees.

The Employer and the Individual Employers covered hereby recognize and acknowledge the Northern California District Council of Laborers of the Laborers' International Union of North America, as the collective bargaining representative for the employees in the area aforementioned covering the jurisdiction of the Union.

C.    Access to Project

Union Representative shall have access to the project during working hours for the purpose of checking compliance with which the terms of this Agreement are being complied.

## Section 3        Employment and Discharge

A.    Union Security

(1)    Every person performing work covered by this Agreement who is a member of the Union and in the employment of an Individual Employer on work covered by this Agreement on the effective date of this subsection 3A shall, as a condition of employment or continued employment, remain a member in good standing of the Union in the appropriate Local Union of the Union.  Every person covered by this Agreement and employed to perform work covered by this Agreement shall be required, as a condition of employment, to apply for and become a member of and to maintain membership in good standing in the Union in the appropriate Local Union of the Union which has territorial jurisdiction of the area in which such person is performing work on or after the expiration of eight (8) days of employment on such



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

work following the beginning of such employment on the effective date of this revised subsection 3A, whichever is later. Membership in any such Local Union shall be available to any such person on the same terms and conditions generally applicable to other members

If Federal law is hereafter amended to permit a lesser requirement for Union membership or Union membership as a condition of employment than provided in this subsection, the Collective Bargaining Representative of the Employer and the Union will promptly enter into negotiations with regard to such subject.

(2)     The Individual Employer shall be required to discharge any employee pursuant to this subsection 3A only when a written notice from the Union or Local Union, with an immediate copy of such notice to the Union, of such employee's non compliance with this subsection, stating all pertinent facts showing such non compliance, shall have been served upon such Individual Employer and a reasonable time (not to exceed forty-eight (48) hours) has been allowed for compliance therewith.

B.     Employment

(1)     The Union or Local Union shall maintain open and non-discriminatory hiring halls for the use of workmen desiring employment on work covered by this Agreement and such workmen shall be entitled to use such hiring halls. It is mutually agreed by the Employer and the Union to fully comply with all of the provisions of Title 7 of the Civil Rights Act of 1964, Presidential Executive Order #11246, the Americans with Disabilities Act of 1990 and the California Fair Employment Practices Section, to the end that no person shall, on the grounds of sex, race, color, disability, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination by not having full access to the contents of Section 3 of this Agreement. (A list of Local Unions, their telephone numbers and daily dispatching hours is attached hereto as "Schedule A" for convenience only.)

The Union shall retain full power to change the location of any hiring hall listed herein, to change the daily dispatching hours listed herein or to cause the merger, amalgamation or consolidation of any two or more hiring halls listed herein. The Union shall give notice in writing to the Employer whenever any such change, merger, amalgamation or consolidation becomes effective. If the Employer desires a location of a hiring hall or daily dispatching hours other than as specified herein, notice of such desire shall be given to the Union in writing and the Collective Bargaining Representative shall promptly enter into negotiations with regard to such subject.

(2)     Each person desiring employment shall register through such hiring hall by appearing personally and by indicating his/her name, address, telephone number, Social Security Account Number, qualifications and employment desired. Each such person shall be listed numerically in the order in which he/she registers.

In the territorial jurisdiction of the following Locals only 73 Stockton, 139 Santa Rosa, 185 Sacramento, 270 San Jose, 291 San Rafael (Napa/Lake Counties only), 294 Fresno, 297 Salinas, 324 Solano and 1130 Modesto, a person may register by phone if his residence is more than ten (10) miles from the nearest hiring hall maintained by said Local.



**AGC
CALIFORNIA**

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

Distance for interpreting this subsection shall be determined by using the nearest Class "A" road or highway.

(3)    No person shall be entitled to have his name placed on any employment list which is applicable to a particular type or classification of work unless he/she has been employed in such type or classification of work for six months consecutively or accumulatively within a period of three (3) years immediately preceding the date of his/her registration.

(4)    The Individual Employer shall contact the appropriate hiring hall of the Local Union having work and area jurisdiction for all Laborers as he/she or it may from time to time need, and the Local Union shall furnish to the Individual Employer the required number of qualified and competent Laborers of the classifications needed by the Individual Employer in accordance with the provisions of this subsection 3B, if such Laborers are available.

(5)    When requesting Laborers, the Individual Employer shall submit job orders indicating the number of persons desired, qualifications of each person desired, the location of the job, the reporting date and time and the representative of the Individual Employer to be contacted on the job site.

(6)    The appropriate hiring hall of the Local Union of the Union having work and area jurisdiction will furnish in accordance with the request of the Individual Employer such qualified and competent Laborers of the classifications needed from among those entered on said lists to the Individual Employer by use of a written referral in the following order of preference:

Persons shall be referred in the order in which they are registered if their registration indicates that they are qualified for and desirous of taking such referral, unless they are not available for referral, subject to the following conditions: First,

(a)    Notwithstanding any other provision of this Agreement, the Individual Employer may request a person by name, out of order, and such person must be dispatched if such person is registered on the out of work list and if such person was employed previously by such Individual Employer or member of a joint venture within three (3) years prior to such request within the territorial jurisdiction of the appropriate Local Union of the Union.

(b)    In addition to requests permitted by the provision of subsection 6(a), the Individual Employer may request any person registered on the out of work list out of order for any reasons; provided, however, that at no time shall any job contain more than fifty percent (50%) of persons requested under subsection 6(b). It will not be a violation of this Agreement for an owner (1 person) to perform Laborers' work when needed, provided that said owner is performing work with at least one (1) additional Laborer on the job site.

(c)    Any Local Union, may at its option, permit a percentage of individual requests greater than fifty percent (50%) on any job. Such permission shall not be deemed a violation of this Agreement.

(d)    Notwithstanding the above, the mobility of all employees who have been employees of the Individual Employer for a period of three hundred sixty (360) hours out of the immediate preceding six (6) months, shall not be



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

restricted for any reason subject to Section 3A, Union Security. In order for the Individual Employer to exercise the mobility provisions set forth in this paragraph, the Individual Employer shall:

(1)    Provide the appropriate Local Union with a current list of names and Social Security Numbers of those employees who are eligible for mobility, prior to any employee being moved; and

(2)    The Individual Employer shall notify the appropriate Local Union of a job or project of more than five (5) day's duration.

(3)    In cases where an Individual Employer is found to have dispatched certain employees not eligible for mobility to a job site as defined herein, then the Local Union having jurisdiction in the project area shall notify the employer of such violation or error. The Individual Employer, upon notification by the Union, shall within one (1) working day, correct said violation or error to the satisfaction of the Union. Additional laborers shall be obtained in accordance with the hiring hall procedures from the Local Union in the area where work is performed. All laborers shall have in their possession proof of proper dispatch and Union status which shall be produced upon request of Local Union representative in the area where the job is located. Any violation not resolved to the mutual satisfaction of the parties shall be subject to Section 9 of this Agreement.

(4)    No employee of the Individual Employer shall suffer loss of mobility for a break in service of two (2) months or less with the employer if the break in service is due to illness, extended vacation or winter shutdown.

(e)    No person shall be dispatched pursuant to the provisions of subsection 6(a), 6(b) or 6(c) of this Section unless the Individual Employer's request is in writing, dated, is signed by an appropriate management representative, specifies whether the person is a rehire and names the job for which rehire is requested.

Second, persons who, within five (5) years immediately preceding the job order, performed work covered under this Agreement in the geographical area covered by this Agreement in the order in which they registered.

Third, persons who are registered in the order in which they registered by qualification.

(7)    Available for employment shall mean: All persons eligible for referral shall be present at the hiring hall or present at their residence phone if they live at a location specified in subsection (2) of this subsection 3B during dispatching hours, unless excused for the following reasons:

(a)    When a death or imminent death occurs in the immediate family, from the date of death and not exceeding one week after the date of burial, however, they shall produce bona fide proof of such death or imminent death from hospital or family doctor.



AGC CALIFORNIA

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

(b)      Persons on jury duty, providing they produce bona fide proof that they are serving on a jury.

(c)      Persons temporarily serving in the U.S. Military, providing they show bona fide proof of such service.

(d)      Attendance at Workers' Compensation Hearing or any administrative or court appearance.

(8)      When ordering workers, the Individual Employer will give notice to the appropriate hiring hall of the Local Union, if possible, not later than 2:30 p.m. of the day prior (Monday through Friday) or, in any event, not less than seventeen and one-half (17½) hours, if possible, before the required reporting time. In the event that forty-eight (48) consecutive hours after such notice (Saturday, Sundays and recognized holidays excluded), the Local Union shall not furnish such workers, the Individual Employer may procure workers from any other source or sources. If workers are so employed, the Individual Employer shall promptly report to the appropriate hiring hall of the Local Union, in writing or by phone with written confirmation within forty-eight (48) hours, the name, address and Social Security Account Number of the employee procured from such other source or sources and the date of employment and the location of the job on which he/she is employed. Workers who report on the first day are to be paid from the time they report to the Individual Employer's designated location.

(9)      Dispatching hours shall be as specified in subsection (1) of this subsection 3B or as specified in the notice or notices submitted pursuant to subsection (1) of this subsection 3B. In emergency cases, individuals may be dispatched other than at such dispatching hours.

(10)     Each person, upon being referred, shall receive a written referral to be transmitted to the Individual Employer representative at the job site indicating the name, address, Social Security Account Number, type of job, date of proposed employment and date of referral.

(11)     To insure the maintenance of a current registration list, all persons who do not re-register or answer roll call, as the case may be, on each regularly scheduled roll call day (which shall not be more often than once a week), shall be removed from the registration list unless excused in accordance with subsection 3B(7). Any person may re-register by phone and must be personally present at the phone during dispatch hours. If a referral is made by phone, a written dispatch slip must be sent to the Individual Employer and worker. Any person who is permitted to register by telephone under this subsection 3B must appear personally at the appropriate hiring hall on roll call day. If such persons re-register or answer roll call pursuant to the provisions of this Section, they shall maintain their previous position on such list, subject to the provisions of subsection (12) of subsection 3B following, such person shall not be entitled to the position he/she held prior to his elimination in the event he/she re registers or answers roll call, as the case may be. Persons will be excused from answering roll call only for the reason enumerated in subsection 3B(7).

(12)     Persons shall be eliminated from the registration list for the following reasons:



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

(a)     Dispatched to a job except that any person who is rejected by the Individual Employer or who fails to complete two (2) full days of work shall retain his/her position on said list; provided, no person who is rejected by the Individual Employer shall be re-referred to such Individual Employer with respect to the same request pursuant to which he/she was initially referred.

(b)     Failing to accept suitable employment one time during the current week at the time of dispatch. Employment which cannot be reached by an individual because of lack of transportation shall not be deemed suitable as to him/her.

(c)     Unavailable for employment.

(d)     Any person dispatched to a job who fails to report for work.

(13)     Notwithstanding the provisions of this Section 3B, upon the same notice as required in Section 3B(6)(e) being given to the appropriate Local Union of the Union, an Individual Employer shall have complete freedom to employ the first key Laborer.

(14)     Subject to the provisions of this Agreement, the Individual Employer shall have complete freedom of selectivity in hiring and the Individual Employer retains the right to reject any job applicant referred by the Union for just cause including but not limited to persons unable to produce legal residence documentation as required under the Immigration Reform and Control Act of 1986. In the event an Individual Employer receives two (2) referrals from the Local Union not meeting the skill requirements of the hiring request, the Individual Employer shall be free to secure such skilled person from any available source subject to Section 3A of this Agreement.

(15)     The Local Unions and the Union shall post in places where notices to applicants for employment with the Individual Employers are customarily posted, all provisions relating to the functioning of the hiring arrangements, including the provisions set forth in this Section, and each Individual Employer shall similarly post in places where notices to employees and applicants for employment are customarily posted, a notice of the hiring arrangements set forth in this Section.

(16)     Selection of applicants for referral to jobs pursuant to this Agreement shall be on a non discriminatory basis and shall not be based on, or in any way affected by, Union membership, bylaws, rules, regulations, constitutional provisions, or any other aspect or obligation of Union membership, policies or requirements, provided that the provisions hereof shall not modify or qualify the requirements of Subsection A of this Section 3.

(17)     Any person aggrieved by the operation of the hiring hall shall submit his/her grievance to the permanent hiring hall neutral arbitrator provided that such submission is made in writing stating the reasons for the grievance within ten (10) working days after the occurrence of the grievance.

The Arbitrator shall have full power to adjust the grievance, and his decision thereon shall be final and binding upon the person submitting the grievance and all parties hereto. Forms for the submission of any such grievance shall be available at all times in the office of the Union and each Local Union.



AGC
CALIFORNIA

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

The permanent hiring hall neutral arbitrator shall be Gerald R. McKay and notices required by this Section shall be mailed or delivered to P.O. Box 406, Burlingame, CA 94011-0406. The date of this postmark and/or date of delivery of the grievance, whichever is later, shall toll the running of the ten (10) day period. The costs of arbitration shall be borne equally by the Employer and the Local Union regardless of who the Local Union or Individual Employer is.

C.    Discharge

No employee shall be discharged or discriminated against for activity in or representation of the Union or any Local Union. The Local Union shall be the sole judge of the qualifications of its members.

The Individual Employer shall be the sole judge of the qualifications of all of their employees, and may on such grounds, discharge any of them. No employee shall be discharged without just cause. In the event of discharge without just cause, the employee shall, if he/she so desires, be reinstated with payment for time lost. In the event of a dispute, the existence of "just cause" shall be determined under the grievance procedure provided for in Section 9 hereof. In the event of reinstatement, the amount of back pay awarded under Section 9 hereof may not exceed 90 days unless the grievant was employed by the Individual Employer who discharged him/her for more than 1500 hours in the two (2) years preceding the date of discharge.

D.    The Individual Employer may notify the Local Union hiring hall of all employees who have quit, or been terminated or recalled during the week. Such notification may be on a written form which will include the following information:

> NAME OF EMPLOYER COMPANY
> NAME OF EMPLOYEE
> DATE OF TERMINATION
> DATE OF RECALL
> REASON FOR TERMINATION

E.    No employee may be transferred from an Individual Employer's payroll to another Individual Employer's payroll except in accordance with subsection 3B, except any transfer to and/or from a joint venture of which the Individual Employer is a partner.

## Section 4    Show-Up Time

A.    The Individual Employer is not obligated to pay show-up time to any applicant/employee who fails to comply with the company code of safe practices.

B.    When any employee reports for work and there is no work provided by the Individual Employer, he/she shall be paid two (2) hours show-up time at the applicable rate plus zone pay where applicable, provided, however, no show-up time will be payable to any person who reports for work without the necessary and legally required documentation to establish work right status under applicable Immigration and Naturalization Laws. If work is suspended on account of weather conditions, the employee shall be entitled to show-up time only if he/she remains on the job site for two (2) hours pending abatement of such weather unless sent home earlier by the Individual Employer. If work is to be suspended for any reason, the employee shall be notified at least two (2) hours before being required to report for work. The employee shall keep the Individual Employer informed at all times of his/her correct address,



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

and if he/she has a telephone, his/her telephone number. If an employee does not keep the Individual Employer so informed, the Individual Employer shall be relieved of the duty of giving such notice and further he/she shall not have to pay such employee show-up time. Radio and/or TV notice is acceptable on remote projects as means of notification providing the Union is notified in writing at the commencement of the job.

## Section 5     Higher Wages

No employee receiving a higher rate of pay shall suffer a reduction of pay by reason of the execution of this Agreement.

## Section 6     Lunch Time

There shall be a regularly established meal period. The meal period shall be one-half (½) hour and shall be scheduled to begin not more than one-half (½) hour before and completed not later than one (1) hour after the midpoint of the regularly scheduled hours of work of each Employee's shift.

If the Individual Employer requires the Employee to perform any work through his/her scheduled meal period, the Employee shall be paid at the applicable overtime rate for such meal period and shall be afforded an opportunity to eat on the Individual Employer's time. However, no employee shall be required to work more than five (5) hours without time off for a meal period, which shall be not less than one-half (½) hour.

Any employee required to work more than two (2) hours overtime at the end of a shift shall be permitted a one-half (½) hour meal period for which he/she shall receive regular overtime pay. No work shall be performed by him/her during such meal period. (Meal periods may be staggered from the 10th to the 11th hour.)

## Section 7     Records

A.     Each Individual Employer shall provide a proper means for registering the reporting, quitting time, and as supplied by the employee, the address and telephone number of all employees covered by this Agreement. In the event of a dispute, such records shall be accessible to the business representative of the Union or Local Union during working hours.

B.     Each Individual Employer, upon request of any Trust Fund specified in this Agreement, shall permit a Trust Fund Auditor to review any and all records relevant to the enforcement of the provisions of this Agreement pertaining to the Trust Funds. Such review shall be permitted not less than ten (10) working days after demand.

## Section 8     No Cessation of Work

It is mutually agreed and understood that during the period when this Agreement is in force and effect, the Union or any Local Union will not authorize any strike, slow down, or stoppage of work in any dispute, complaint, or grievance arising under the terms and conditions of this Agreement, except such disputes, complaints, or grievances as arise out of the failure or refusal of any Individual Employer to comply with the provisions of the hiring clause, Section 3A or B hereof, or as permitted under Section 28B and C hereof or whenever an Individual Employer pays Laborers improperly with checks which do not clear for collection. As to any Individual Employer who shall fail or refuse to comply with the provisions of the sections specified herein, so long as such failure or refusal continues it shall not be a violation of this Agreement if the Union or any Local Union withdraws its members who are subject



ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

hereto from the performance of any work for such Individual Employer, and such withdrawal for such period shall not be a strike or work stoppage within the terms of this Agreement. In the event that any employees of any Individual Employer should be withdrawn by reason of any dispute, complaint, or grievance arising out of the violation of any similar hiring clause in any agreement between Employer and any other Union, then the Union or any Local Union may respect such withdrawal and for the period thereof may refuse to perform any work for such Individual Employer, and such refusal for such period shall not be a violation of this Agreement.

Any employees so withdrawn or refusing to perform any work as herein provided shall not lose their status as employees, but no such employee shall be entitled to claim or receive any wages or other compensation for any period during which he/she has been so withdrawn or refused to perform any work.

## Section 9      Grievance Procedure

Any dispute concerning the interpretation or application of this Agreement, other than a jurisdictional dispute or a dispute arising out of Section 3A or 3B, or a dispute arising out of subsection 13C(4), or a dispute of Section 28 (Health & Welfare Plan, Pension/Annuity Plan, Vacation-Holiday-Dues Supplement Plan, Training-Retraining/Apprenticeship Plan) which said Sections and the Subsections thereof are specifically exempted by the provisions of this Section, the following procedure will apply:

1.  In the event that a dispute arises on a job, it shall be first reported to the Individual Employer and/or the Business Agent of the appropriate Local Union who shall then attempt to adjust said grievance or dispute at the job site level.

2.  The grieving parties shall specify the date(s) of the alleged violations(s) and the provision(s) of the Agreement applicable to the dispute.

3.  If said grievance or dispute is not satisfactorily adjusted by the appropriate Local Union or otherwise authorized Union Representative and the Individual Employer or his/her representative within three (3) days after submission to the Individual Employer, the matter may be submitted by either party to a permanent Board of Adjustment created for the settlement of such disputes.

4.  The Board of Adjustment shall be composed of two (2) members named by the Union, two (2) members named by the Association and an Impartial Arbitrator. At any point in the proceedings, should the panel be unable to reach a majority vote, the Arbitrator shall participate and his decision shall be final and binding.

5.  In addition to any rules or procedures which the panel may adopt, the Board of Adjustment shall be governed by the following provisions:

    (a)  No attorney shall be utilized unless either party notifies the other of its intent to do so with a minimum of fourteen (14) calendar days in advance of the hearing.

    (b)  No briefs shall be submitted nor a transcript made of the hearing except by mutual agreement of the parties or by direction of the Arbitrator.

    (c)  In the case of a deadlock, the Arbitrator shall render his decision upon the conclusion of the case at the Board of Adjustment hearing unless the time is extended by mutual agreement of the parties or at the request of the



AGC
**CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

Arbitrator, in which case the Arbitrator shall render a decision not later than thirty (30) days after submission. The Arbitrator shall not render an expanded opinion in any case unless requested by the parties.

(d)    The parties shall select and utilize one (1) permanent impartial arbitrator who is willing to abide by the procedures set forth herein. The impartial arbitrator may be changed or replaced at the request of either party.

6.    The Board of Adjustment shall meet not less than once each calendar month with the exception of the discharge cases which must be heard at the earliest possible date not to exceed fifteen (15) working days. Failure of either party to meet or participate in the procedure shall relieve the charging party of further compliance with the grievance procedure.

7.    Decisions of the Board of Adjustment or an Impartial Arbitrator shall be within the scope and terms of this Agreement, and shall be final and binding upon all parties hereto.

8.    In the event an Individual Employer fails to comply with any such decisions, the Union may withdraw employees or strike the Individual Employer and such action shall not be a violation of this Agreement so long as such noncompliance continues.

9.    The expenses of the Joint Adjustment Board and the Impartial Arbitrator, including the cost of a court reporter, shall be borne by the Contract Administration Fund.

10.    No proceedings hereunder based on any dispute, complaint or grievance herein provided for, shall be recognized unless the grievance procedure steps outlined above have been followed. The Board of Adjustment may, by majority vote, for good cause, accept a late submission.

11.    The Board of Adjustment shall establish regular meeting dates and administer grievances filed in conjunction with this Section as set forth in the rules and procedures which may be amended from time to time by the parties.

12.    A decision of the Board of Adjustment by majority vote, or the decision of a permanent arbitrator shall be enforceable by a petition to confirm an arbitration award filed in the Superior Court of the City and County of San Francisco, State of California.

13.    All hearings of the Board of Adjustment shall be in the County of Contra Costa and/or County of Alameda, unless mutually agreed to move to another location.

14.    No proceedings hereunder based on any dispute, complaint, or grievance herein provided for shall be recognized unless adequate notice was given to the Employer and/or Union or Local Union within ten (10) days after the alleged violation was committed.

15.    In the case of discharge, the Board shall meet within fifteen (15) working days. The Board of Adjustment or Arbitrator shall be free to sustain the discharge or to find discipline other than discharge to be appropriate and may order reinstatement with full or partial back pay as he or it deems appropriate provided there shall be no discrimination on the part of the Individual Employer against any employee for



**AGC
CALIFORNIA**

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

activities in behalf of, or representation of the Union not interfering with the proper performance of his/her duties.

16.     If failure of a Board of Adjustment to meet on a discharge case within fifteen (15) working days is due to the unavailability of the Union, the wage payment and Trust Fund contribution liability shall be limited to the above fifteen (15) working days. If the Employer or Individual Employer is unavailable to meet the wage payment and Trust Fund contribution, liability shall be continuing.

17.     The Board of Adjustment shall settle any dispute or grievance involving a subcontractor as defined in Section 11 who has agreed under contract with the Employer, or any Individual Employer, or a subcontractor of the Employer, or any Individual Employer to perform on the job site any part or portion of the construction work covered by the prime contract, including the operation of equipment, performance of labor and installation of materials.

    When liabilities are assessed against a subcontractor for hiring violations as a result of a Board of Adjustment held under the provisions of Paragraph 17 and said subcontractor fails to satisfy said obligations, the Union shall promptly give written notice to the Individual Employer and subcontractor and the Individual Employer shall pay such obligations from the retention of such subcontractor.

18.     The procedures specified herein shall be applicable to any Individual Employer whether or not he or she is a member of Employer or any other associations.

19.     In those instances where the Individual Employer is not a member of the Employer, the Joint Adjustment Board shall establish procedures whereby the Employer members of the Joint Adjustment Board may consist of one Individual Employer who is not a member of the Employer.

## Section 9A     Contract Administration

A trust fund entitled "The Contract Administration Trust Fund" shall be used to provide compensation to the Employer for negotiations and administration of the provisions of this Agreement, including Section 9, for the Industry. Effective September 1, 2006, each signatory employer shall contribute the sum of eight cents ($.08) per hour worked or paid for to the Contract Administration Trust Fund. At the discretion of the Trustees of said Trust, contributions to the Contract Administration Trust Fund may be increased up to an additional four ($.04) cents per hour during the term of this Agreement. Such increase or increases are to be effective on such dates as determined by the Trustees. The contributions into the Contract Administration Trust Fund shall not exceed ten cents ($.10) per hour for each hour paid for or worked. The Trust Fund shall be administered solely by Trustees selected by the Employer in accordance with a trust agreement to be executed by the Employer. The contributions as described above shall commence with the work month following notice by the Laborers' Northern California Trust Fund Corporation to the Individual Employers. The Union shall have the right, not more than one (1) time per year, to independently audit the Trust Fund.

## Section 9B     Industry Stabilization Fund

The Individual Employer shall contribute eleven cents ($.11) per hour for each hour paid for or worked by workers in work covered by this Agreement to the Industry Stabilization Fund. Of the eleven cents ($.11) per hour, five cents ($.05) per hour is earmarked for California Alliance for Jobs and one cent ($.01) per hour is earmarked for the Construction Industry Force Account Council (CIFAC).



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

The purpose of such funds shall be to enhance the monitoring of public works projects relative to Employer compliance with State, Federal or other public agency public works wage and hour laws. Such contributions shall continue until written notice by the parties signatory hereto. Such trust fund shall be administered jointly by the signatory parties.

## Section 10    Payment of Wages

A.    Each employee shall be paid wages in full each week before or at quitting time on the Individual Employer's regular pay day unless specific arrangements to the contrary are made in writing between the Individual Employer and appropriate Local Union of the Union. Employees who quit or are laid off or discharged shall be paid in accordance with the laws of the State of California.

B    Each employee shall be given a statement with the Individual Employer's name and address, itemizing the employee's gross amount earned, hours worked, Social Security tax, withholding tax and all other deductions, also a statement of hours applicable to Health and Welfare, Pension/Annuity, Vacation Holiday Dues Supplement and Training-Retraining/Apprenticeship Plans.

## Section 11    Subcontractors

The terms and conditions of this Agreement insofar as it affects Employer and the Individual Employer shall apply equally to any subcontractor of any tier under the control of, or working under oral or written contract with such Individual Employer on any work covered by this Agreement to be performed at the job site or job yard, and said subcontractor with respect to such work shall be considered the same as an Individual Employer covered hereby. Subject to the provisions of this Section and any other Section of this Agreement applicable to subcontractors, if an Individual Employer shall subcontract work herein defined, such subcontract shall state that such subcontractor agrees to be bound by and comply with the terms and provisions of this Agreement. A subcontractor is defined as any person, firm or corporation who agrees under contract with the Employer, or any Individual Employer, or a subcontractor of the Employer, or any Individual Employer to perform on the job site any part or portion of the construction work covered by the prime contract, including the operation of equipment, performance of labor and installation of materials. The Individual Employer has the primary obligation for performance of all conditions of this Agreement. This obligation cannot be relieved, evaded or diminished by subcontracting. Should the Individual Employer elect to subcontract, the Individual Employer shall continue to have such primary obligation. Said primary obligation shall be deemed conclusive evidence of the Union's majority status for the purpose of establishing the obligation of the Individual Employer to bargain collectively pursuant to Section 8(a)(5) of the National Labor Relations Act as amended with the Union upon expiration of this Agreement, but for no other purpose, statute or law.

An Individual Employer who provides in the subcontract that the subcontractor will pay the wages and benefits and will observe the hours and all other terms and conditions of this Agreement shall not be liable for any delinquency by such subcontractor in the payment of any wages or fringe benefits provided herein, including payments required by Section 28 (Health and Welfare, Pension/Annuity, Vacation Holiday Dues Supplement and Training-Retraining/Apprenticeship Funds), except as follows:

The Individual Employer will give written notice to the Union of any subcontract involving the performance of work covered by this Agreement within five (5) days of entering such subcontract, and shall specify the name and address of the subcontractor. Written notice at a pre-job conference shall be



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

deemed written notice under this provision for those subcontractors listed at the pre-job only. Notification to the Union of any subcontractor not listed in writing at the pre-job must still be given in accordance with this paragraph.

If thereafter such subcontractor shall become delinquent in the payment of any wages or benefits as above specified, the Union shall promptly give written notice thereof to the Individual Employer and to the subcontractor specifying the nature and amount of such delinquency.

If such notice is given, the Individual Employer shall pay and satisfy only the amount of any such delinquency by such subcontractor occurring within seventy-five (75) days prior to the receipt of said notice from the Union, and said Individual Employer may withhold the amount claimed to be delinquent out of the sums due and owing by the Individual Employer to such contractor.

In the event the Individual Employer fails to give written notice of a subcontract as required herein such Individual Employer shall be liable for all delinquencies of the subcontractor on that job or project without limitation.

The Individual Employer shall not be liable for any such delinquency if the Local Union where the delinquency occurs refers any employee to such subcontractor after giving such notice and during the continuance of such delinquency. The provisions of this Section 11 shall be applied only to the extent permitted by law and, notwithstanding any other provision of this Agreement, no aspect of the subcontractors' clause, including its enforcement, may be enforced by or subject to strike action.

## Section 12     Conflicting Contracts

Any oral or written agreement between Employer or any Individual Employer and an individual employee, which conflicts or is inconsistent with this Agreement, or any supplemental agreements hereto, disestablishes or tends to disestablish relationship of Employer and employee, or establishes a relationship other than that of Employer and employee, shall forthwith terminate. No oral or written agreement which conflicts or is inconsistent with this Agreement, or any supplemental agreements thereto, shall hereafter be entered into by and between Employer, or an Individual Employer, and any individual employee performing work covered by this Agreement. Any practice of the Employer or Individual Employer contrary to this Agreement shall forthwith terminate. Any such future practice shall not be binding on the Union or effect the interpretation of this Agreement unless specifically authorized by the Union in writing.

## Section 13A     Elimination of Restrictions on Production

No rules, customs or practices shall be permitted that limit production or increase the time required to do any work. There shall be no imitation or restriction of the use of machinery tools or other labor saving devices.

The Union and Employer recognize that drug and alcohol abuse by employees shall not be tolerated for safety reasons.

The Union agrees to cooperate with the Employer and the Individual Employer in establishing drug and alcohol abuse policies to the extent legally possible.

**Management Rights Regarding Substance Abuse:**

Notwithstanding any other provisions of this Agreement, the Employer expressly reserves the right, in its discretion, to undertake the following measures:



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

(1)     In the sole discretion of the Employer and the Individual Employer, requiring covered employees to submit to physical examination by competent medical personnel to determine whether there is a probability that the employee is suffering from any physical impairment which might cause the employee to be a safety hazard to him/herself or others, or which might cause the employee to be unable to perform assigned tasks within the coverage of this Agreement in a prompt and competent manner. Such tests may include, in the discretion of the Employer and the Individual Employer, such tests of the employee's bodily fluids as the Employer and the Individual Employer may reasonably believe will elicit evidence of the employee's use of substances which are reasonably likely to alter or impair the employee's ability to perform his/her duties in a prompt, competent and safe manner.

(2)     Implementation of rules regarding the discipline and/or discharge of any employees that the Employer and the Individual Employer determines, as a result of the tests described in subparagraph (1), are reasonably likely to become voluntarily impaired or disabled from the safe performance of their work tasks as a result of the ingestion of alcohol or performance-impairing drugs.

(3)     An Individual Employer may initiate unannounced random testing; a selection process where affected employees are selected for testing and each employee has an equal chance of being selected for testing. If an Individual Employer initiates such testing, all employees shall be subjected to such testing. The Individual Employer may establish two random testing pools, one for DOT regulated employees and one for all others.   An Individual Employer who initiates random testing shall specifically state in its notice to the Union and its notice to employees that employees will be subject to random testing. The Individual Employer shall give thirty (30) days notice to the Union and employees prior to implementing a random drug testing program.

(4)     Implementation of a voluntary employee assistance program, to provide counseling, therapy and monitoring of those employees who request employer assistance in controlling and overcoming problems related to the use of drugs and alcohol.

Disputes arising from the implementation of the provisions of this paragraph shall be subject to the grievance procedures set forth in Section 9 of this Agreement.

## Section 13B    Protective Clothing

The Individual Employer shall furnish the necessary goggles, hard hats or other protective clothing. Laborers working in rain, snow or sleet shall be furnished with waterproof clothing. Laborers working in gunite or handling concrete and/or cement shall be furnished rubber boots and gloves. Laborers working in mud or water shall be furnished boots. Such equipment shall be furnished by the Individual Employer free of charge and returned by the employee in the same condition as received subject to reasonable wear and tear. Such equipment shall be sanitized before reissue.

## Section 13C    Safety

(1)     The Union shall cooperate with the Individual Employer and with each employee in carrying out all pertinent rules and regulations dealing with health, safety and welfare of employees promulgated by the Department of Industrial Relations of the State of California. All employees shall perform their duties in each operation in



**AGC
CALIFORNIA**

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

such manner as to promote safe and efficient operations of each particular duty and of any job as a whole.

(2)    All State and/or Federal and/or Local Safety Laws, Standards, Rules and Regulations shall be applicable to all work covered by this Agreement. The Individual Employer is solely responsible for implementing and maintaining such Laws, Standards, Rules and Regulations. Neither the Union nor any Local Union is responsible for implementing or maintaining such Laws, Standards, Rules or Regulations.

(3)    Adequate first aid equipment shall be maintained and provisions shall be made for the safety of employees covered by this Agreement on each job by each Individual Employer. Each Individual Employer shall arrange for adequate and prompt transportation to a hospital or doctor for any employee who is injured on the job and may require doctor's care or hospitalization or both. Each Individual Employer must post the name and address of its doctor and of the Worker's Compensation Insurance carrier on the job site.

(4)    No employee shall be discharged for refusing to work under conditions injurious to his health or safety as determined under any rule or regulation of the United States or State of California or any political subdivision. Such determination shall be made by a responsible agent of the State of California or OSHA or any of its political subdivisions, or by a safety inspector from the applicable insurance carrier.

(5)    When drilling holes in rock or other dust producing material with air or power controlled drilling equipment (excluding jack hammer), dust shall be controlled by water, chemical or other suitable means within the maximum acceptable concentration as set forth in the California or OSHA Construction Safety Orders.

(6)    Should the Individual Employer desire a change in variance in the California or OSHA Construction or any applicable Safety Orders, they will notify the Union in writing not less than thirty (30) days prior to making a request for such change.

(7)    Manhaul trucks regularly used for personnel transport but not designed for this purpose shall be provided with safe seating and side and end protection to prevent falls. Some convenient means of mounting and dismounting the truck shall be provided. Adequate protection shall be provided during inclement weather. A bell or other means of communication with the driver shall be installed.

(8)    Employees who as a direct result of an on the job industrial injury are unable to complete a full day of work shall nevertheless be paid for the full day on which such injury occurred, provided, however, that said injury requires the attention of a licensed physician.

(9)    The Local Union with area jurisdiction shall be notified within twenty-four (24) hours of any industrial injury which results in death or requires hospitalization.

## Section 14A    Additional Work or Classifications

This Agreement shall not prevent the Employer from negotiating or making agreements with the Union for any work or classification not covered by this Agreement.

**AGC CALIFORNIA**

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

Whenever any work covered by this Agreement is to be eliminated or modified by the introduction of any new machine, mechanized process, new or different material, or new or different method or technology with respect to the performance of such work, persons employed under this Agreement and subject thereto, will be given preference for employment and will be assigned such work where it is not in conflict with International jurisdictional agreements with respect to such new machine, mechanized process, new or different material, or new or different method or technology and the use of any such new machine, mechanized process, new or different material, or new or different method or technology shall be subject to and covered by this Agreement regardless of the nature, size or characteristics of such new machine, mechanized process, new or different material or new different method or technology.

It is not the intent of the parties to provide work where no job exists.

## Section 14B    Jurisdictional Disputes

There shall be no cessation or interference in any way with any work of the Employer or any Individual Employer by reason of jurisdictional disputes between the Union and any other Union with respect to jurisdiction over any of the work covered by this Agreement. Such disputes shall be settled by the Unions, themselves, or submitted to the International Presidents of the Union involved in the dispute for determination. Until such determination is made and confirmed by the disputing Unions, the work shall proceed as originally assigned by the Individual Employer. Craft jurisdiction is neither determined nor awarded by classifications or coverage descriptions appearing in this Agreement.

## Section 15    Pre-Job Conference

There shall be a pre-job conference prior to the start of a job or project, at the option of either party, where the agreed or estimated price to be paid the Individual Employer and any of his or its subcontractors is one million dollars ($1,000,000) or more where construction conditions or remoteness of the project warrant it. The Individual Employer shall notify, in writing, the appropriate Local Union of the Union of an award of work within ten (10) days thereof so that a pre-job conference can be arranged.

## Section 16A    Employer's Membership

This Agreement is made for, and on behalf of, and shall be binding upon all persons, firms or corporations that at the time of the execution of this Agreement have given or subsequently give bargaining authorization to the Employer as defined in Section 2A.

Once an Individual Employer is bound by the Agreement, they shall remain bound by the Agreement for the term thereof and shall remain bound by any modifications, extensions or renewals thereto unless that Individual Employer gives appropriate written notice to the Northern California District Council of Laborers prior to the termination of the Agreement.

## Section 16B    Agreement Binding Upon Parties

This Agreement shall be binding upon the heirs, executors, administrators, successors, purchasers and assigns of the parties hereto.



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

### Section 17    Contracting Piece Work

No work shall be let or paid for by piece work, contract or lump sum direct with laborers for labor services.

### Section 18    Wages

Wages for General Laborers and for special classifications are set forth in the Supplements attached hereto and made a part hereof as f set forth in full herein and shall be effective on June 26, 2006, and on succeeding anniversary dates as herein provided on all work, both old and new.

A.    Zone pay for employees performing work under the terms of this Agreement is set forth in Supplement No. 6 attached hereto and made a part hereof as if set forth in full herein.

B.    On a job where a Craft with whom the Individual Employer has negotiated a short work week terminates early on Friday, the Individual Employer will keep the laborer employed the balance of the work day when the Individual Employer determines that work is available.

C.    On public work projects where wage determinations exist, such pre determined wage and fringe rates referenced in the bid specifications shall remain in effect for the duration of said project, provided, however, that each segment let by the Owner shall be deemed the project; provided, further that this provision shall not apply to projects where the formal advertised sealed bid procedure is not used.  Whenever non-signatory and/or non-union contractors appear on a public works plan holders list and where the prevailing wage determination is less than that which is provided for in the current Master Labor Agreement, the employer signatory to the 2006-2010 Laborers' Master Agreement may bid the project pursuant to the prevailing wage determination attached to and part of the bid specifications for that project. Payments to the Health and Welfare Trust Fund shall be maintained at the Laborers' Master Agreement rates.  In no event shall wages be frozen for more than thirty-six (36) months on any one project. Employers should notify the appropriate Local Union whenever utilizing this provision.

### Section 19    Wages Applicable to Classifications

Wage rates shall be recognized as applying to classifications rather than to persons and any worker performing work shall be paid at the rate which the classification of their work calls for, except when it is necessary to temporarily transfer workers from one classification to another, in which event such workers shall be paid on the basis of the highest rate and the duration of payment at the highest rate shall be reckoned by the day and the half day.

When workers are requested for one classification and this work is no longer available at the rate and type of work they were requested for, then the workers have the right to accept or reject the employment offered.  If the worker so desires, worker shall be given a written notice of reduction in force, stating that the classification that the worker was originally hired for is no longer available; or the worker may have the choice of a lesser rate of pay.



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

## Section 20A    Overtime Rates, Hours and Working Conditions

1.    Work Day

Eight (8) consecutive hours (exclusive of meal period), shall constitute a day's work for straight time rates unless the job or project is on a four-ten (4 x 10) hour day work week in which case the workday shall be ten (10) consecutive hours (exclusive of meal period) at straight time rates. (If all basic Crafts employed by the Individual Employer on the job site and/or contract, are employed on the basis of a four-ten (4 x 10) day hour work week, the Laborers' shall work on the same basis).

2.    Work Week

On single shift work and on the first shift of a multiple shift operation, five (5) consecutive days of eight (8) consecutive hours (exclusive of meal period), Monday through Friday, shall constitute a week's work except as otherwise provided for in this Agreement.  The regular starting time of such shift shall be 8:00 a.m.

(a)    Where in any locality, existing traffic conditions, job conditions or weather conditions render it desirable to start the day shift at an earlier hour, not earlier than 5:00 a.m., or a later starting time not later than 10:00 a.m., the Individual Employer is permitted to do so.

(b)    Special Single Shift*:

When the Individual Employer produces evidence in writing to the appropriate Local Union or the Union of a bona fide job requirement which certifies that work can only be done outside the normal shift hours, and notifies the appropriate Local Union or the Union at least three (3) days prior to the start of such special shift, the Individual Employer may initiate such special shift of eight (8) consecutive hours (not in conjunction with any other shift), exclusive of meal period, Monday through Friday. Such shift shall be in accordance with the provisions of subsection 5(a) of this Section.  Provided, however, if, by direction of the Contracting Authority, the bid specifications require it, or congestive traffic conditions on Fridays are such that work conditions would be unsafe for employees, or counter-productive to the performance of work, the special single shift may commence on Sunday with double time (2x) to be paid from the start of the shift to 8:00 p.m. and the applicable straight-time rate paid from 8 00 p.m. until completion of the eight (8) hour special single shift.

Special single shifts may be used in conjunction with any other shifts.  The special single shift premium shall only apply to that work that is mandated to be performed outside of the normal shift hours.

**\*NOTE: Special Single Shift rates: Area "A" $3.00/hr., Area "B" $2.85/hr. over classification.**

(c)    Four-ten (4 x 10) Hour Work Week:

An Individual Employer may establish a work week of four (4) consecutive days of ten (10) consecutive hours.  Applicable overtime rate shall be paid for all work before a shift begins, after ten (10) hours, and on Saturdays, Sundays and holidays. In the event two (2) shifts are employed, ten (10) consecutive hours' work, (on the



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

2nd shift) exclusive of meal period, shall constitute a shift's work for which ten (10) hours shall be paid at the Second Shift Premium rate. Provided, further, all shifts are worked the same four (4) consecutive days during a four-ten (4 x 10) hour day work week, except as may be changed by mutual agreement. All hours in excess of forty (40) hours in any one (1) week shall be compensated at the applicable overtime rate.

(d)    In the event that work cannot be performed Monday through Friday or Monday through Thursday four-ten (4 x 10) hour day work week) because of inclement weather, major mechanical breakdown or lack of materials beyond the control of the Individual Employer, employees (at their option) may make up such day on Friday or Saturday, whichever the case may be, and shall be paid at the applicable straight time rate.

(e)    Notwithstanding the above, it shall not be a violation of this Agreement to start individual employees at no more than one (1) hour prior to the regularly established starting time.

3.    Shift Work:

On shift work, the day shift, eight (8) hours work for eight (8) hours' pay. When two (2) shifts are employed for five (5) or more consecutive days, on the second shift eight (8) consecutive hours' (exclusive of meal period), shall constitute a day of work, for which eight (8) times the straight time hourly rate shall be paid at the Second Shift Premium rate. When three (3) shifts are employed for five (5) or more consecutive days, seven and one-half (7 ½) consecutive hours (exclusive of meal period) shall constitute a day of work, for which eight (8) times the straight time hourly rate shall be paid for the second shift. The third shift shall be seven (7) hours for eight (8) hours pay. On two (2) shift operations, the first shift shall have a regular starting time not earlier than 5:00 a.m., and not later than 8:00 a.m. On three (3) shift operations, the first shift shall start at 8:00 a.m. Shifts shall run consecutively with not more than one (1) hour between shifts.

Two Shift Operations. The second shift differential is ($3.00/hr – Area A and $2.85/hr – Area B) incorporated in Supplement No. 1 of this Agreement.

The Friday graveyard shift, though coming off work Saturday morning, is to be considered working Friday. Work performed after 8:00 a.m. Saturday morning shall be deemed Saturday work.

The Saturday graveyard shift, though coming off work Sunday morning, is to be considered working Saturday. Work performed after 8:00 a.m. Sunday morning shall be deemed Sunday work. The Sunday graveyard shift, though coming off work Monday morning, is to be considered working Sunday, with the exception that a graveyard shift employee who has worked seven (7) or more hours prior to the scheduled starting time of the Monday day shift and continues to work after such starting time shall continue to receive the double time (2x) wage rate.

4.    Weekends and Holidays:

One and one-half (1 ½) times the regular straight time hourly rate shall be paid for all work on Saturdays (except make up day) and before a shift begins and after it ends. Double the regular straight time hourly rate shall be paid for all work on Sundays and holidays. On two shift operations, Laborers working a complete second shift of shift work on Saturdays, Sundays and holidays shall be paid eight (8) hours of pay at the appropriate overtime rate for

AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

eight (8) hours of work. For work on Saturdays, Sundays and holidays on a three (3) shift operation Laborers working a complete second shift shall be paid eight (8) hours of pay at the appropriate overtime rate for seven and one-half (7 ½) hours of work. Laborers working a complete third shift shall be paid eight (8) hours of pay at the appropriate rate for seven (7) hours of work.

5.    Minimum Hours:

    (a)    From April 1 to November 14, the hours of employment shall be reckoned by the day and half day. From November 15 to March 31, the hours of employment shall be reckoned by the day, three-quarter day and half day. The fraction of a half or three quarter day to be paid for as a half or three-quarter day. Overtime hours, Monday through Friday, shall be reckoned by the hour and half hour. If after work is begun, work is suspended on account of weather conditions, not less than four (4) hours (or five (5) hours on a four-ten (4 x 10) shift) at the applicable rate shall be paid for work performed and any time thereafter shall be reckoned by the hour.

    (b)    Whenever a Laborer is called out to work on Saturdays, Sundays or holidays (except on make up days), he/she shall be paid at least four (4) hours, five (5) hours on four-ten (4 x 10) shift, at the applicable overtime rate. All time worked beyond the first four (4) consecutive hours, five (5) consecutive hours on a four-ten (4 x 10) hour shift, on Saturdays, Sundays and holidays shall be reckoned by the hour at the applicable overtime rate.

           On shift work, the above shall apply to Laborers called out to work on the day shift and second shift of a two (2) shift operation only. If three (3) shifts are employed, the above shall apply except that three and one-half (3 ½) hours worked shall be paid as four (4) hours worked, seven (7) hours worked shall be paid as eight (8) hours worked, and hours worked in excess of three and one-half (3 ½) hours but less than seven (7) hours shall be paid on a pro rata basis, except as modified by a four-ten (4 x 10) hour day work week.

6.    Tide Work:

When an employee or employees are called out to work tide work, the employee shall receive a guarantee of a full shift at straight time. The overtime rate for Saturday, Sunday and holidays or work in excess of eight (8) hours in any twenty-four (24) hour period shall be the same rate of overtime pay as set forth in this Agreement. The hours between 8:00 a.m. and 5:00 p.m. shall be worked at straight time. Work performed between 5:00 p.m. and 8:00 a.m. shall be considered overtime work.

7.    Exceptions:

Watchpersons may be required to work any five (5) days out of the week on any shift and may also be required to do job office clean up work. The overtime rates provided in paragraph 4 of this Section 20A shall apply only to watchpersons, cleaning and washing windows, service landscape laborers for work in excess of eight (8) hours in any one (1) day, or forty (40) hours per week.

Employees cleaning and washing windows (after initial cleaning) and service landscape laborers (establishment warranty period), may be required to work any five (5) days out of the week on any shift.



AGC
CALIFORNIA

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

8.    Flagpersons:

Any employees such as a flagperson shall be furnished adequate relief for use of toilet facilities.

## Section 20B    Parking

In the event free parking facilities are not available within five (5) blocks of a job site, the Individual Employer will provide such parking facilities and the Individual Employer shall have the right to designate parking areas to be used. Where, because of congested parking conditions, it is necessary to use public parking facilities, the Individual Employer will reimburse the employees for the cost of such parking upon being presented with a receipt or voucher certifying to the cost thereof, submitted weekly. Such reimbursement is to be made on a weekly basis or at the conclusion of the project, whichever occurs earlier.

On remote jobs when the access to where the work is being performed (at a job or project or within a job or project) is unsuitable, and no parking facilities are provided within a five (5) minute walk from where the work is being performed, the Individual Employer shall transport the employees to and from the place where the work is being performed, and such transporting shall be one-half (½) on the Individual Employer's time and one-half (½) on the employee's time.

## Section 21    Status of Foremen

When the Individual Employer determines that a foreman is required to supervise a crew of Laborers, he/she shall be or become a member of this Union in accordance with Section 3A of this Agreement.

## Section 22    Steward

A.    The Union may select an employee on the job as a Steward and he/she shall be a working employee. Written notification shall be given to the Individual Employer of such assignment. The Union agrees that the Steward's duties shall be performed as expeditiously as possible and the Individual Employer agrees to allow him/her a reasonable amount of time for the performance of his/her duties. The Individual Employer will give the Union forty-eight (48) hours advance written notice before terminating the Steward unless the job is completed or he/she is discharged for cause.

B.    The Steward shall be limited to and shall not exceed the following duties and activities:

(1)    Check the dispatch of each employee dispatched under the terms of this Agreement.

(2)    Report to his Business Representative all violations of this Agreement.

(3)    Report to his Business Representative any employee covered by this Agreement who, during his/her shift, leaves the job site without giving the Individual Employer and the Steward prior notice.

C.    The Steward shall not:

(1)    Stop the Individual Employer's work for any reason or tell any workers or any employee covered by this Agreement that he/she cannot work on the job.

Infraction of either of the two rules set forth above in C(1) shall be cause for immediate dismissal of the Steward without any prior notice.



**AGC
CALIFORNIA**

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

## Section 23     Recognized Holidays

The following days are recognized as holidays:  Every Saturday and Sunday in the year, except as otherwise provided herein:  New Year's Day, President's Day, Memorial Day, Fourth of July, Labor Day, Thanksgiving Day, Day After Thanksgiving Day and Christmas Day.

If any of the above holidays fall on Sunday, the Monday following shall be considered a holiday.

Martin Luther King Day will become a recognized holiday when and if the five basic crafts adopt it as a holiday.

## Section 24     Gunite, Shot Crete, Panel Crete and Similar Type Work including all placing, finishing and patching of Shot Crete or Gunite

The wages and certain other conditions not specifically enumerated elsewhere in this Agreement for the Gunite, Shot Crete, Panel Crete and similar type work including all placing, finishing and patching of shot crete or gunite are set forth in Supplement No. 2, attached hereto and made a part hereof, as if set out in full herein covering the territory in which the Agreement is to apply.

## Section 25     Wrecking Work; Gardening, Horticultural and Landscaping Work

The wages and certain other conditions not specifically enumerated elsewhere in this Agreement for Wrecking Work are set forth in Supplement No. 3; for Gardening, Horticultural and Landscaping Work are set forth in Supplement No. 4. Each of the Supplements referred to herein is made a part hereof, as if set forth in full herein.

## Section 26     Liability of the Parties

It is mutually understood and agreed that neither the Employer, any Individual Employer, the Union nor any Local Union shall be liable for damages caused by the acts or conduct of any individual or group of individuals who are acting or conducting themselves in violation of the terms of this Agreement without authority of the respective party, provided that such action or conduct has not been specifically authorized, participated in, fomented or condoned by the Employer, the Individual Employer, the Union or the Local Union, as the case may be.

In the event of any unauthorized violation of the terms of this Agreement, responsible and authorized representatives of the Union, Local Union, the Employer or the Individual Employer, as the case may be, shall promptly take such affirmative action as is within their power to correct and terminate such violation for the purpose of bringing such unauthorized persons into compliance with the terms of this Agreement.  Such individuals acting or conducting themselves in violation of the terms of this Agreement shall be subject to discipline, up to and including discharge.

## Section 27     Employees Not To Be Discharged For Recognizing Authorized Picket Lines

The parties to this Agreement recognize that it is vital to the unionized segment of the construction industry that the work opportunities of the employee and the Individual Employer signatory to this Agreement proceed without interruption because of disputes involving unions not signatory to an Agreement with the Employer.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

Exhibit E- Part 2

No employee covered hereby may be discharged by any Individual Employer for refusing to cross a picket line established by a Local Union of the basic crafts.

### Section 28A    Health and Welfare Plan, Pension/Annuity Plan, Vacation Holiday Dues Supplement Plan, Training-Retraining/Apprenticeship Plan

In continuation of the Laborers' Health and Welfare Trust Fund for Northern California, the Laborers' Pension/Annuity Trust Fund for Northern California, the Laborers' Vacation Holiday Dues Supplement Trust Fund for Northern California and the Laborers' Training-Retraining/Apprenticeship Trust Fund for Northern California (provided for in Trust Agreements dated March 4, 1953, August 2, 1963, April 1, 1985, June 4, 1953, November 19, 1968 and December 31, 1975, respectively, as amended and modified, and the appropriate plans adopted hereunder), each Individual Employer shall pay hourly contributions for each hour paid for and/or worked, including overtime pay, shift pay, show-up time pay and similar payments in accordance with the schedule specified in this Section, as follows:

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| Health & Welfare | $5.14 | $ * | $ * | $ * |
| Retiree Health & Welfare | $ .30 | $ * | $ * | $ * |
| Pension | $3.26 | $ * | $ * | $ * |
| Annuity | $ 1.01 | $ * | $ * | $ * |
| Vacation/Holiday/Dues Supplement | $2.28 | $ * | $ * | $ * |
| **Training-Retraining/ Apprenticeship/LECET | $ .34 | $ * | $ * | $ * |
| Contract Administration | $ .08 | $ * | $ * | $ * |
| ***Industry Stabilization Fund | $ .11 | $ * | $ * | $ * |

*The Union and the Employer will meet at least ninety (90) days prior to the effective date of the negotiated future increases to mutually agree on the allocation of the increases. Allocation shall become effective thirty (30) days after mutual allocation notice is received, but in no event earlier than June 26, 2006, June 25, 2007, June 30, 2008 or June 29, 2009.

**Effective 6/26/06 four cents ($.04) per hour is earmarked for L.E.C.E.T.

***Effective 6/26/06 five ($.05) cents per hour is earmarked for California Alliance for Jobs and one ($.01) cent per hour for Construct on Industry Force Account Council (CIFAC).

Each Individual Employer shall be subject to and entitled to the benefits of all of the provisions of the Trust Agreements specified herein establishing said Funds and any amendment or modification thereto. In order to provide for benefits to employees without disruption during periods of contract negotiations and to assure an orderly means of collecting Trust Fund contributions during such periods, each signatory employer agrees that he/she shall be obligated to contribute to each and every Trust Fund referred to in this Agreement for any period following their termination date of this Agreement unless and until a lawful impasse occurs or until a successor Agreement is negotiated. Each signatory employer further agrees that any and all said Trust Funds may enforce this obligation by action to collect such delinquent contributions filed in any court of competent jurisdiction.

The Health & Welfare Plan shall be supplemented to provide that the Trustees shall apply amounts from the contributions specified in this Agreement to such Plan for the purpose of providing benefits to



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

employees retired pursuant to the provisions of the Laborers Pension Trust Fund for Northern California.

The parties agree that the Trustees of the Vacation Holiday Dues Supplement Trust Fund may allocate up to twenty-five percent (25%) of the applicable contributions for Holiday pay.

The Union and the Employer agree that the Individual Employers covered by the Master Agreement may continue the coverage of their supervisory personnel above the rank of foreman in the Laborers' Health & Welfare Trust Fund for Northern California, the Laborers' Pension/Annuity Trust Fund for Northern California, the Laborers' Vacation Holiday Dues Supplement Trust Fund for Northern California, the Laborers' Training-Retraining/Apprenticeship Trust Fund for Northern California by paying into all Trusts monthly on the basis of one hundred seventy (170) hours per month in accordance with the schedules set forth in the Master Agreement, regardless of the hours worked by any such employee in a month, provided, however, the Individual Employer having made one (1) payment on an employee shall continue to make such a payment so long as the employee is in his employ

## Section 28B    Delinquency Withdrawals

In the event that the Board of Trustees of a fund into which the Individual Employers are required to pay, determine that an Individual Employer is delinquent in the making of any payments required by Section 28A hereof, it shall not be a violation of this Agreement, so long as such delinquency continues, if the Union takes economic action against such Individual Employer and such economic action shall not be a strike or work stoppage within the terms of this Agreement. In the event that any employees of any Individual Employer should be withdrawn pursuant to any similar clause in any agreement between the Collective Bargaining Representative of the Employer and any other Union, then the Union may respect such withdrawal, and for the period thereof, may refuse to perform any work for such Individual Employer and such refusal for such period shall not be a violation of this Agreement. Any employees so withdrawn or refusing to perform any work as herein provided shall not lose their status as employees but no such employee shall be entitled to claim or receive any wages or other compensation for any period during which he has been so withdrawn or refused to perform any work.

## Section 28C    Security For Individual Employer Payments Into Trust Funds

Each Individual Employer delinquent by one (1) or more months in making the payments set forth in Section 28A, above shall be notified by mail by the Administrator of the Trust or Trusts applicable to such delinquency. Copies of such notices shall be sent to the Employer and to the Union. Each such delinquent Individual Employer shall, within five (5) days of the receipt of such notice (by certified mail), give a satisfactory bond in a sum equal to two (2) times the amount of the delinquency. Such amounts are to be determined by the Administrator of the Trust or Trusts applicable. Such bond is not in any way to be construed as in lieu of any payments required under this Agreement.

All such bonds shall be deposited with the Administrator and shall be in a form acceptable by the Administration of the various Trusts.

If the bond must be used to make any payments under Section 28A, the money shall be pro-rated among the amounts owed by such Individual Employer, with the first priority to the Vacation-Holiday-Dues Supplement Trust Fund, and the balance dispersed equally to the Health & Welfare, Pension/Annuity and Training-Retraining/Apprenticeship Trusts.



AGC
CALIFORNIA

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

Whenever an Individual Employer fails to deposit a satisfactory bond within the time provided by this Section, if the notice herein provided for has been given, the Local Union shall not be required to dispatch employees, and further economic action by the Union to obtain compliance of this Section will not be a violation of Section 8 of this Agreement.

Any employees so withdrawn or refusing to perform any work as herein provided, shall not lose their status as employees, but no such employee shall be entitled to claim or receive any wages or other compensation for any period during which he/she has been so withdrawn or refused to perform any work.

Whenever any Employer covered by this Agreement is delinquent with respect to the payment of any contributions or other sum of money due to any Trust Fund specified in this Agreement, the Union may withdraw workers and place appropriate pickets at the premises of the Employer or places where said Employer is performing work.

### Section 28E    Supplemental Dues

Effective June 26, 2006, for all work performed, upon authorization as required by law, the amount of sixty-three cents ($.63) per hour for each hour paid or worked, shall be transmitted from the Vacation-Holiday benefit of each laborer and shall be remitted directly to the Union; thereafter, at the discretion of the Union, the amount to be allocated out of the Vacation-Holiday benefit of each laborer may be increased up to a maximum of eighty-two cents ($.82) per hour and remitted directly to the Union. Any such increase in the allocation from Vacation-Holiday to Supplemental Dues requires a duly executed authorization from each individual employee, as required by law; such amounts do not represent new monies but rather amounts already agreed to as Vacation-Holiday benefits negotiated by the collective bargaining parties. Any redirection of such funds shall coincide and become effective consistent with established future allocation dates.

The Union shall bear all responsibility and liability for ensuring that any and all sums received as supplemental dues are supported by proper written authorization from the employee. The Union shall indemnify, defend and hold the individual Employer harmless to the maximum extent permitted by law from any and all claims, liability and damages arising from contentions and/or findings that supplemental dues have been collected in an unauthorized or otherwise improper manner.

### Section 28F   Wage and Fringe Increase

|  |  |
|---|---|
| June 26, 2006 | $2.00 |
| June 25, 2007 | $1.95* |
| June 30, 2008 | $1.85* |
| June 29, 2009 | $1.80* |

*The Union and the Employer will meet at least ninety (90) days prior to the effective date of the negotiated future increases to mutually agree on the allocation of the increases. Allocation shall become effective thirty (30) days after mutual allocation notice is received, but in no event earlier than June 26, 2006, June 25, 2007, June 30, 2008 or June 29, 2009.

In the event the Laborers Health and Welfare Trust Fund falls below a six (6) month reserve, any package increase negotiated by the collective bargaining parties, shall be reviewed at least ninety (90) days prior to the effective date of such increase, and by mutual agreement such monies as are deemed necessary to provide sufficient reserve (not less than six (6) months), shall be allocated to the Health and Welfare Trust Fund. Such monies as are determined appropriate for this allocation shall have as their intent to build a six (6) month reserve.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

## Section 29    General Saving Clause

It is not the intent of either party hereto to violate laws, rulings or regulations of any governmental authority or agency having jurisdiction of the subject matter or of this Agreement, and the parties hereto agree that in the event any provisions of this Agreement are finally held or determined to be illegal or void as being in contravention of any such laws, rulings or regulations; nevertheless, the remainder of the Agreement shall remain in full force and effect, unless the parts so found to be void are wholly inseparable from the remaining portion of this Agreement. The clauses hereof relating to "Hiring," Section 3A hereof, and "No Cessation of Work," Section 8 hereof, are intended to be inseparable and mutually interdependent. Should either of such sections be held or determined to be illegal or void for any reason, then both of said clauses shall forthwith become of no further force or effect, and neither party shall by implication be bound thereby. The parties agree that if, and when, any provisions of this Agreement are finally held or determined to be illegal or void, they will then promptly enter into lawful negotiations concerning the substance thereof.

It is the intent of the parties to this Agreement that each and every, all and singular, of the provisions of this Agreement be fully in accordance with Federal and State Law. Its interpretation and the interpretation of each of the provisions of this Agreement are therefore intended to apply no broader than that permitted by law.

## Section 30    Change of Name or Style

This Agreement is binding upon each Individual Employer regardless of whether he/she or it changes the name or style or address of his/her or their business. Each Individual Employer shall give notice in writing to said District Council of any intent to change the name, style or address of his/her or its business, or to perform business under more than one name or style or at more than one address, prior to the adoption of a new or different name, style or address, or the addition of new names or styles or addresses, as specified herein.

Nothing in this paragraph shall be construed as adding to the scope of work covered by this Agreement.

## Section 31    Warranty

Each of the persons executing this Agreement on behalf of their respective Employers or Unions hereby warrants his/her authority to execute this Agreement and to bind the respective party on whose behalf he/she signs.

## Section 32    Effective and Termination Date

This Agreement shall be effective as of the 26th day of June 2006, and remain in effect without reopening for any purpose until the 30th day of June 2010, and shall continue from year to year thereafter, unless either of the Collective Bargaining Representatives shall give written notice to the other of a desire to change the wages, hours and working conditions hereof not more than ninety (90) and not less than sixty (60) days prior to June 30 of any succeeding year.

The parties to this Agreement recognize the necessity of assuring the competitive position of the parties within the industry during the term of this Agreement. Consistent with that recognition, the parties will continually monitor the effectiveness of this Agreement relative to specific geographic or market area and will endeavor, by mutual agreement, to initiate such modifications to the Agreement



**AGC
CALIFORNIA**

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**2006 - 2010
Laborers
Agreement
Page 36**

during its term as may be necessary to assure the work opportunities of the employees and the competitive position of the Individual Employers.

It is agreed that in the event either party should exercise its rights under the paragraph first above set out, they will for a period of sixty (60) days prior to the 30th day of June, 2010, or June 30th of any succeeding year bargain with each other with respect to all wage rates, working conditions and hours of employment for the work herein covered.

Should an impasse be reached during the course of future negotiations to amend and/or extend the present Agreement, or during the course of negotiations over a new agreement, either party may submit the items in dispute to the Dispute Settlement Board established in the AGC Basic Trades Joint Labor Management Committee Impasse Settlement Plan for resolution.  The findings of the Dispute Settlement Board shall be binding on the parties.

IN WITNESS WHEREOF, the parties hereto have hereunto set their hands and seals by respective officers duly authorized to do so, this 21st day of April, 2006.

**FOR THE EMPLOYER:**

ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC.

By _____
       Thomas T. Holsman, CEO

**FOR THE UNION:**

NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS OF
THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA

By _____
      Jose A. Moreno, Business Manager



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

# SUPPLEMENT NO. 1

# LABORERS WAGE RATES

**WAGE RATES:** In each group, two (2) different wage rates will apply for each classification.

**Wage Rate A** - will apply to the following six (6) counties:

Alameda, Contra Costa, Marin, San Francisco, San Mateo and Santa Clara.

**Wage Rate B** - will apply to the following forty (40) counties:

Alpine, Amador, Butte, Calaveras, Colusa, Del Norte, El Dorado, Fresno, Glenn, Humboldt, Kings, Lake, Lassen, Madera, Mariposa, Mendocino, Merced, Modoc, Monterey, Napa, Nevada, Placer, Plumas, Sacramento, San Benito, San Joaquin, Santa Cruz, Sierra, Shasta, Siskiyou, Solano, Sonoma, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo and Yuba.

Labor Foremen - shall receive one ($1.00) dollar per hour above any classification of this Agreement working under his direction.

A $3.00/hour premium (shift differential) shall be added to the base rate of Wage Rate A and a $2.85/hour premium (shift differential) shall be added to the base rate of Wage Rate B for the second shift of two (2) shift operations and for special single shifts as defined in Section 20A.

Premiums (shift differential) are not applicable to three (3) shift operations.

A $3.00/hour premium (zone pay) shall be added to the base rate of Wage Rate B for worked performed outside the geographic area as defined in Supplement No. 6.

## CONSTRUCTION SPECIALIST – WAGE RATE

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| RATE A | $24.84 | $    * | $    * | $    * |
| RATE B | $23.84 | $    * | $    * | $    * |

## CLASSIFICATIONS OF CONSTRUCTION SPECIALIST

Asphalt Ironers and Rakers
Chainsaw
Laser Beam in connection with Laborers' work
Masonry and Plasterer Tender
Cast in place manhole form setters
Pressure pipelayers
Davis Trencher - 300 or similar type (and all small trenchers)
Directional Boring Machine
State Licensed Blaster as designated
Diamond Drillers
Multiple Unit Drills
Hydraulic Drills
Certified Welder
New or additional classification subject to Section 14A of this Agreement



**AGC
CALIFORNIA**

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

## GROUP 1 – WAGE RATE

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| RATE A | $24.14 | $ * | $ * | $ * |
| RATE B | $23.14 | $ * | $ * | $ * |

**CLASSIFICATIONS OF GROUP 1**

Asphalt Spreader Boxes (all types)
Barko, Wacker and Similar Type Tampers
Bobcat
Buggymobile
Caulkers, Banders, Pipewrappers, Conduit Layers, Plastic Pipe Layers
Certified Asbestos & Mold Removal Worker
Certified Hazardous Waste Worker (Including Lead Abatement)
Compactors of all types
Concrete and Magnesite Mixer and ½ yard
Concrete Pan Work
Concrete Sanders, Concrete Saw
Cribbers and/or Shoring
Cut Granite Curb Setter
Dri Pak it Machine
Faller, Logloader and Bucker
Form Raisers, Slip Forms
Green Cutters
Headerboard Men, Hubsetters, Al gners by any method
High Pressure Blow Pipe (1 ½" or over, 100 lbs pressure/over)
Hydro Seeder & Similar Type
Jackhammer Operators
Jacking of Pipe over 12 inches
Jackson and Similar Type Compactors
Kettlemen, Potmen and men applying asphalt, Lay Kold, Creosote,
   Lime, caustic and similar type materials, (applying means applying dipping or
   handling of such materials)
Lagging, Sheeting, Whaling, Bracing, Trenchjacking, Lagging hammer
Magnesite, Epoxy Resin, Fiber Glass and Mastic Workers (wet/dry)
No joint pipe and stripping of same, including repair of voids
Pavement Breakers and Spaders, including tool grinder
Perma Curbs
Pipelayers (including grade check ng in connection with pipe-laying)
Precast manhole setters
Pressure Pipe Tester
Post Hole Diggers - Air, Gas and Electric Power Broom Sweepers
Power Tampers of all types, except as shown in Group 2
Ram Set Gun and Stud Gun
Riprap - Stonepaver and Rock slinger, including placing of sacked concrete and/or
   sand (wet or dry) and Gabions and similar type
Rotary Scarifier or Multiple Head Concrete Chipping Scarifier
Roto and Ditch Witch
Rototiller
Sand Blasters, Potmen, Gunmen and Nozzlemen
Signaling and Rigging



AGC
CALIFORNIA

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

Tank Cleaners
Tree Climbers
Trenchless Technology Laborer – Pipe installation, bursting, relining or similar
Trenchless Laborer's work, camera controller
Turbo Blaster
Vibra Screed   Bull float in connection with Laborers' work
Vibrators

## GROUP 1(a) – WAGE RATE

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| RATE A | $24.36 | $ * | $ * | $ * |
| RATE B | $23.36 | $ * | $ * | $ * |

**CLASSIFICATIONS OF GROUP 1(a)**

Joy Drill Model TWM 2A
Gardener   Denver Model DH 143 and similar type drills.
  (In accordance with Memorandum of Understanding between Laborers
  and Operating Engineers dated at Miami, Florida, February 3, 1954.)
Track Drillers
Jack Leg Drillers
Wagon Drillers
Mechanical Drillers - All types regardless of type or method of power
Mechanical Pipe Layer - All types regardless of type or method of power
Blasters and Powdermen
All work of loading, placing and blasting of all powder and explosives of whatever type, regardless of
  method used for such loading and placing
High Scalers (including drilling of same)
Tree Topper
Bit Grinder

## GROUP 1(b) – WAGE RATE

Sewer Cleaners shall receive four ($4.00) dollars per day above Group 1 wage rates.  "Sewer Cleaner"
means any workman who handles or comes in contact with raw sewage in small diameter sewers.
Those who work inside recently active, large diameter sewers, and all recently active sewer manholes
shall receive five ($5.00) dollars per day above Group 1 wage rates.

## GROUP 1(c) – WAGE RATE

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| RATE A | $24.19 | $ * | $ * | $ * |
| RATE B | $23.19 | $ * | $ * | $ * |

**CLASSIFICATIONS OF GROUP 1(c)**

Burning and welding in connection with Laborers' work Synthetic thermoplastics and similar type
welding.



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

## GROUP 1(d) – WAGE RATE

Maintenance and Repair Trackmen and Road Beds and all employees performing work covered by this Agreement shall receive twenty-five ($.25) cents per hour above their regular rate for all work performed on underground structures not specifically covered herein. This paragraph shall not be construed to apply to work below ground level in open cut. It shall apply to cut and cover work of subway construction after the temporary cover has been placed.

## GROUP 1(e) – WAGE RATE

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| RATE A | $24.69 | $  * | $  * | $  * |
| RATE B | $23.69 | $  * | $  * | $  * |

**CLASSIFICATIONS OF GROUP 1(e)**

Work on and/or in Bell Hole Footings and Shafts thereof, and work on and in Deep Footings (Deep Footing is a hole fifteen (15) feet or more in depth). In the event the depth of the footing is unknown at the commencement of excavation, and the final depth exceeds fifteen (15) feet, the contractor agrees to pay the deep footing wage rate to all employees for each and every day worked on or in the excavation of the footing from the date of inception.

All work in the construction of tunnels and shafts shall be performed in accordance with the provisions of the Laborers' Tunnel Master Agreement for Northern California and the Individual Employer agrees to comply with all of the provisions of said Tunnel Agreement in such work.

Shaft is an excavation over fifteen (15) feet deep of any type, generally vertical in nature, but may decline from the vertical, and whose depth is greater than its largest horizontal dimension. It is specifically understood that Bell Hole Footings and Deep Footings are subject to the provisions of this Agreement, and all Shafts, Stopes, Raises and Tunnels are subject to the provisions of the Tunnel Master Agreement specified herein.

## GROUP 1(f) – WAGE RATE

Wire winding machine in connection with Guniting or Shot Crete. (See Supplement No. 2)

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| Aligner- | | | | |
| RATE A | $24.72 | $  * | $  * | $  * |
| RATE B | $23.72 | $  * | $  * | $  * |
| | | | | |
| Helper- | | | | |
| RATE A | $23.74 | $  * | $  * | $  * |
| RATE B | $22.74 | $  * | $  * | $  * |



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

## GROUP 1(g) – WAGE RATES FOR CONTRA COSTA COUNTY

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| RATE | $24.34 | $  * | $  * | $  * |

### CLASSIFICATIONS OF GROUP 1(g)

Pipelayers (including grade checking in connection with pipelaying)
Caulkers
Banders
Pipewrappers
Conduit Layers
Plastic Pipe Layer
Pressure Pipe Tester
No joint pipe and stripping of same, including repair of voids
Precast Manhole Setters, cast in place manhole form setters

## GROUP 1(h) – WAGE RATES

Laborers working off or with or from Bos'n Chairs, Swinging Scaffolds, or Belts shall receive twenty-five ($.25) cents per hour above the applicable wage rate. This premium rate shall be reckoned by the day and half day. This shall not apply to Laborers entitled to receive the wage rate set forth in Group 1(a).

## GROUP 2 – WAGE RATE

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| RATE A | $23.99 | $  * | $  * | $  * |
| RATE B | $22.99 | $  * | $  * | $  * |

### CLASSIFICATIONS OF GROUP 2

Asphalt Shovelers
Cement Dumpers and handling dry cement or gypsum
Choke Setter and Rigger (clearing work)
Concrete Bucket Dumper and Chuteman
Concrete Chipping and Grinding
Concrete Laborers (wet or dry)
Drillers Helper, Chuck Tender, Nipper (One (1) Chuck Tender on single machine operation with minimum of one (1) Chuck Tender for each two (2) machines on multiple machine operations. Jackhammers are in no way involved in this item.
Guinea Chaser (Stakeman), Grout Crew
High Pressure Nozzlemen, Adductors
Hydraulic Monitor (over 100 lbs. pressure)
Loading and unloading, carrying and handling of all rods and materials for use in reinforcing concrete construction
Pittsburgh Chipper, and similar type brush shredders
Sloper
Single foot, hand held, pneumatic tamper
All Pneumatic, Air, Gas and Electric Tools not listed in Groups 1 through 1(f)
Jacking of Pipe under 12 inches



AGC
CALIFORNIA

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

## GROUP 3 – WAGE RATE

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| RATE A | $23.89 | $  * | $  * | $  * |
| RATE B | $22.89 | $  * | $  * | $  * |

**CLASSIFICATIONS OF GROUP 3**

Construction Laborers, including Bridge Laborers and General Laborers
Dumpman, Load Spotter
Flagperson
Fire Watcher
Fence Erectors
Forklift
Guardrail Erectors
Gardeners, Horticultural and Landscape Laborers (See Supplement No. 4)
Jetting
Limbers, Brush Loaders and Pilers
Pavement Markers (Button Setters)
Maintenance, Repair Trackmen and Road Beds
Escort Driver
Skip Loader (up to and including ½ Cubic Yard)
Streetcar and Railroad Construction Track Laborers
Temporary Air and Water Lines, Victaulic or similar
Tool Room Attendant (job site only)
Dry Utilities Laborer – Electrical and telecommunication conduit layer, joint utility trench Laborer
    including gas
Remediation/Land Restoration Laborer – Wetlands restoration, mitigation or re-vegetation of lands,
    (ornamental landscape is not included in this classification)

## GROUP 3(a) – WAGE RATE

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| RATE A | $23.89 | $  * | $  * | $  * |
| RATE B | $22.89 | $  * | $  * | $  * |

**CLASSIFICATION OF GROUP 3(a)**

Composite Crew Person - Shall apply only to the operation of vehicles, when operated in conjunction
with Laborers' duties.



**AGC
CALIFORNIA**

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

## GROUP 4 – WAGE RATE

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| RATE A | $17.58 | $ * | $ * | $ * |
| RATE B | $16.58 | $ * | $ * | $ * |

## CLASSIFICATION OF GROUP 4

All final cleanup work of debris, grounds and building near the completion of the project including but not limited to street cleaners. It is agreed that the Group 4 Classification is not applicable to engineering or heavy highway projects.
Cleaning & Washing Windows (subject to provisions of Section 20A)
Brick Cleaners (job site only)
Watchman (Subject to provisions of Section 20A)
Material Cleaners (job site only)

The classification "Material Cleaner" is to be utilized under the following conditions:

    A.    At demolition sites for the salvage of the material.
    B.    At the conclusion of a job where the material is to be salvaged and stocked to be reused on another job.
    C.    The cleaning of salvage material at the Employer's job site or temporary job site yard.

The classification of "Material Cleaner" is not to be used to perform "form stripping cleaning and oiling and moving to the next point of erection.'

## GROUP 5 (Entry Level Laborer) – WAGE RATE

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| 2,000 Hours | $12.90 | $* | $* | $* |

*The Union and the Employer will meet at least ninety (90) days prior to the effective date of the negotiated future increases to mutually agree on the allocation of the increases. Allocation shall become effective thirty (30) days after mutual allocation notice is received, but in no event earlier than June 26, 2006, June 25, 2007, June 30, 2008 or June 29, 2009

At the discretion of the Employer, the scope of work includes, but is not limited to:
    Tending other crafts
    Watermeter Installer
    Residential Laborer

An Individual Employer may employ two (2) Entry Level Laborers for every four (4) regular Laborers on his payroll. Provided further, the second (2rd) Entry Level Laborer would be permitted on a job or project only after four (4) regular Laborers are on the job or project.

Each Entry Level Laborer who completes the Basic Laborer Training Course at the Laborers' Training School shall receive three (3) months* (five hundred ten (510) hours) credit towards becoming a regular Laborer under the terms of this Agreement. (*3 months at 170 hours per month = 510 hours)

All other terms and conditions of this Agreement shall apply to all Entry Level Laborers. The provisions of this Group 5 shall not apply to the Tunnel Master Agreement.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**2006 - 2010
Laborers
Agreement
Page 38**

# SUPPLEMENT NO. 2

## GUNITE, SHOTCRETE, PANELCRETE AND SIMILAR TYPE WORK INCLUDING ALL PLACING, FINISHING AND PATCHING OF SHOTCRETE OR GUNITE

Hours and working conditions and wages shall be the same as in this Master Agreement except those expressly herein provided.

CLASSIFICATIONS/RATES PER HOUR:

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| **Structural Nozzleman** | | | | |
| RATE A | $25.10 | $  * | $  * | $  * |
| RATE B | $24.10 | $  * | $  * | $  * |
| | | | | |
| **Nozzleman, Gunman and Potman** | | | | |
| RATE A | $24.60 | $  * | $  * | $  * |
| RATE B | $23.60 | $  * | $  * | $  * |
| | | | | |
| **Rodman** | | | | |
| RATE A | $24.60 | $  * | $  * | $  * |
| RATE B | $23.60 | $  * | $  * | $  * |
| | | | | |
| **Groundman** | | | | |
| RATE A | $24.60 | $  * | $  * | $  * |
| RATE B | $23.60 | $  * | $  * | $  * |
| | | | | |
| **Gunite Trainee**\*\* | | | | |
| RATE A | $17.58 | $  * | $  * | $  * |
| RATE B | $16.58 | $  * | $  * | $  * |
| | | | | |
| **Reboundman** | | | | |
| RATE A | $24.01 | $  * | $  * | $  * |
| RATE B | $23.01 | $  * | $  * | $  * |
| | | | | |
| **General Laborers** | | | | |
| RATE A | $23.89 | $  * | $  * | $  * |
| RATE B | $22.89 | $  * | $  * | $  * |

\*\*One trainee shall be allowed for each three (3) Journeymen on a crew. In the absence of the Journeyman, the trainee shall receive the Journeyman scale.

Gunite Foreman

| | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| RATE A | $25.60 | $  * | $  * | $  * |
| RATE B | $24.60 | $  * | $  * | $  * |



AGC
**CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**Travel from Jurisdiction of One Area to Another Area:**

The Employer shall have the right to bring six (6) workers from one area into another area within the area covered by this Agreement. Such Employer shall notify the Local Union one day in advance of starting the job. Other workers will be obtained when available from the area where the work is to be performed.

**Travel, Driving and Out of Town Expense Allowance:**

On projects sixty (60) miles or more by the shortest and most direct regularly traveled route from the main office or permanently established area office of the individual employer, such employer shall provide each employee transportation either physically or by paying the cost of such transportation. If the employer chooses to pay the cost of such transportation the cost shall be determined at the rate of forty ($0.40) cents per mile for each mile in excess of sixty (60) miles. Additionally the employee will be compensated at rate of one-half (½) of his straight time wage rate both to and from the job less seventy-five (75) minutes each way.

Any employee operating or responsible for the control of a company vehicle being used to transport personnel, equipment and/or supplies from the employer's regularly established shop or yard to a jobsite shall be compensated at a rate of fifteen dollars and ninety-three cents ($15.93) per hour. Any employee who is a passenger in and not directly responsible for the control of a company vehicle is deemed to be in the vehicle voluntarily and is not subject to compensation other than discussed above. Employees assigned company vehicles will not be compensated for travel to and from the project to their homes unless it is in excess of sixty (60) miles from the regularly established shop or yard.

Travel & Driving time is not subject to Section 28 (Fringe Benefits).

Employees required to stay out of town will be compensated at the rate of sixty dollars ($60.00) per day for each night the employee is at the project location. If an employee arrives on a project on Monday and returns to his home on Friday he/she would be compensated for four (4) night's subsistence. At the employer's option on continuing projects the employee may be paid subsistence through the weekend or pay the travel to and from the project for every weekend that the employee return to such project. If the employer pays for the lodging the employee will be compensated at the rate of twenty dollars ($20.00) per day for food and other out of town expenses.



**AGC CALIFORNIA**

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

# SUPPLEMENT NO. 3

# WRECKING WORK

Hours and working conditions and wages shall be the same as in this Master Agreement, except those expressly herein provided.

## CLASSIFICATIONS/RATES PER HOUR:

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| **Skilled Wrecker** | | | | |
| Group No. 1 | | | | |
| (Removing and salvaging of sash, windows, doors, | | | | |
| plumbing and electric fixtures.) | | | | |
| **RATE A** | $24.14 | $  * | $  * | $  * |
| **RATE B** | $23.14 | $  * | $  * | $  * |
| | | | | |
| **Semi Skilled Wrecker** | | | | |
| Group No. 2 | | | | |
| (Salvaging of other building materials) | | | | |
| **RATE A** | $23.99 | $  * | $  * | $  * |
| **RATE B** | $22.99 | $  * | $  * | $  * |



AGC
CALIFORNIA

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

## SUPPLEMENT NO. 4

# GARDENERS, HORTICULTURAL & LANDSCAPE WORKERS

Hours and working conditions and wages shall be the same as in this Master Agreement, except those expressly herein provided.

### CLASSIFICATION/RATES PER HOUR:

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| Gardeners, Horticultural and Landscape Laborers (New Construction) | | | | |
| RATE A | $23.89 | $ * | $ * | $ * |
| RATE B | $22.89 | $ * | $ * | $ * |
| | | | | |
| Service Landscape Laborers (Establishment Warranty Period) | | | | |
| RATE A | $17.58 | $ * | $ * | $ * |
| RATE B | $16.58 | $ * | $ * | $ * |

The overtime rates provided in paragraph 5 of Section 20A shall apply only to service landscape laborers (establishment warranty period) for work in excess of forty (40) hours in any one (1) week, or in excess of eight (8) hours in any one (1) day.

Service landscape laborers (establishment warranty period), may be required to work any five (5) days out of the week on any shift.

### LANDSCAPE LABORER TRAINEE

A new classification, Landscape Laborer Trainee, is based on an eighteen (18) month training program, as follows:

| EFFECTIVE DATE | 6/26/06 | 6/25/07 | 6/30/08 | 6/29/09 |
|---|---|---|---|---|
| RATE A | | | | |
| 1st 6 mos. @ 70% | $16.72 | $ * | $ * | $ * |
| 2nd 6 mos. @ 80% | $19.11 | $ * | $ * | $ * |
| 3rd 6 mos. @ 90% | $21.50 | $ * | $ * | $ * |
| RATE B | | | | |
| 1st 6 mos. @ 70% | $16.02 | $ * | $ * | $ * |
| 2nd 6 mos. @ 80% | $18.31 | $ * | $ * | $ * |
| 3rd 6 mos. @ 90% | $20.60 | $ * | $ * | $ * |

**(The above rates are wages only. Fringe Benefits are the same as in Section 28A of the Laborers' Master Agreement.)**

Prior to employment, the Employer must submit in writing any request for employees from the Local Union; and, all employees must be referred by the Local Union in the area of work.

The ratio of Trainees shall be: One (1) in three (3), with the understanding that each Individual Contractor utilizing the Trainee Classification must employ at least one (1) Second Period Trainee in the Second Period of the Agreement and at least one (1) Third Period Trainee in the Third Period of the Agreement before being eligible to employ another First Period Trainee.



AGC
CALIFORNIA

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

# SUPPLEMENT NO. 5

# LABORERS' APPRENTICESHIP PROGRAM

1.  **TERM OF APPRENTICESHIP:** The term of apprenticeship shall be three thousand (3,000) hours within eighteen (18) months. The first seven hundred fifty (750) hours, shall be a tryout or probationary period.

2.  **RATIO:** A qualified Individual Employer may employ one (1) Apprentice when at least five (5) Journeymen are regularly employed, and one (1) additional Apprentice for each five (5) additional Journeymen.

3.  **WORK TRAINING:** The Individual Employer shall see that all apprentices are under the supervision of a qualified Journeyman or instructor and shall provide the necessary diversified experience and training in order to train and develop the Apprentice into a skilled worker, proficient in all the work processes of a Construction Craft Laborer, as outlined herein. Apprentices shall also be trained in the use of new equipment, materials and processes as they come into use in the craft.

4.  **WAGE/BENEFIT SCHEDULE:** Apprentices shall be paid not less that than the following percentages of the current Journeyman rate:

| Period | Hours | Wage Rate Percentage (%) | Fringe Benefits |
|---|---|---|---|
| 1st Period | 1-500 Hrs | 65% | Health & Welfare, Training-Retraining/ Apprenticeship/LECET,Employer Trust Funds*, Supplemental Dues |
| 2nd Period | 501-1000 Hrs | 70% | Health & Welfare, Training-Retraining/ Apprenticeship/LECET,Employer Trust Funds*, Supplemental Dues |
| 3rd Period | 1001-1500 Hrs | 75% | Health & Welfare, Training-Retraining/ Apprenticeship/LECET,Employer Trust Funds*, Supplemental Dues |
| 4th Period | 1501-2000 Hrs | 80% | Full Benefits |
| 5th Period | 2001-2500 Hrs | 85% | Full Benefits |
| 6th Period | 2501-3000 Hrs | 90% | Full Benefits |

\* Employer Trust Funds – Contract Administration and Industry Stabilization Fund



**AGC
CALIFORNIA**

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

# SUPPLEMENT NO. 6

# ZONE PAY

Zone pay at three dollars ($3.00) per hour will be added to the base rate for work performed outside the Free Zone described by the following boundaries along Township and Range lines.

**MAP DESCRIPTION FOR AREA FREE ZONE.**

The following is a description based upon township and Area free zones for all of Northern California within the following lines:

1.  Commencing in the Pacific Ocean on the extension of the Southerly line of Township 19S, of the Mount Diablo Base and Meridian,
2.  Thence Easterly along the Southerly line of Township 19S, to the Northwest corner of Township 20S, Range 6E,
3.  Thence Southerly to the Southwest corner of Township 20S, Range 6E,
4.  Thence Easterly to the Northwest corner of Township 21S, Range 7E,
5.  Thence Southerly to the Southwest corner of Township 21S, Range 7E,
6.  Thence Easterly to the Northwest corner of Township 22S, Range 9E,
7.  Thence Southerly to the Southwest corner of Township 22S, Range 9E,
8.  Thence Easterly to the Northwest corner of Township 23S, Range 10E,
9.  Thence Southerly to the Southwest corner of Township 24S, Range 10E,
10. Thence Easterly to the Southwest corner of Township 24S, Range 31E,
11. Thence Northerly to the Northeast corner of Township 20S, Range 31E,
12. Thence Westerly to the Southeast corner of Township 19S, Range 29E,
13. Thence Northerly to the Northeast corner of Township 17S, Range 29E,
14. Thence Westerly to the Southeast corner of Township 16S, Range 28E,
15. Thence Northerly to the Northeast corner of Township 13S, Range 28E,
16. Thence Westerly to the Southeast corner of Township 12S, Range 27E,
17. Thence Northerly to the Northeast corner of Township 12S, Range 27E,
18. Thence Westerly to the Southeast corner of Township 11S, Range 26E,
19. Thence Northerly to the Northeast corner of Township 11S, Range 26E,
20. Thence Westerly to the Southeast corner of Township 10S, Range 25E,
21. Thence Northerly to the Northeast corner of Township 9S, Range 25E,
22. Thence Westerly to the Southeast corner of Township 8S, Range 24E,
23. Thence Northerly to the Northeast corner of Township 8S, Range 24E,
24. Thence Westerly to the Southeast corner of Township 7S, Range 23E,
25. Thence Northerly to the Northeast corner of Township 6S, Range 23E,
26. Thence Westerly to the Southeast corner of Township 5S, Range 20E,
27. Thence Northerly to the Northeast corner of Township 5S, Range 20E,
28. Thence Westerly to the Southeast corner of Township 4S, Range 19E,
29. Thence Northerly to the Northeast corner of Township 1S, Range 19E,
30. Thence Westerly to the Southeast corner of Township 1N, Range 18E,
31. Thence Northerly to the Northeast corner of Township 3N, Range 18E,
32. Thence Westerly to the Southeast corner of Township 4N, Range 17E,
33. Thence Northerly to the Northeast corner of Township 4N, Range 17E,
34. Thence Westerly to the Southeast corner of Township 5N, Range 15E,
35. Thence Northerly to the Northeast corner of Township 5N, Range 15E,
36. Thence Westerly to the Southeast corner of Township 6N, Range 14E,
37. Thence Northerly to the Northeast corner of Township 10N, Range 14E,



AGC
CALIFORNIA
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

38.  Thence Easterly along the Southern line of Township 11N, to the California/Nevada State Border,
39.  Thence Northerly along the California/Nevada State Border to the Northerly line of Township 17N,
40.  Thence Westerly to the Southeast corner of Township 18N, Range 10E,
41.  Thence Northerly to the Northeast corner of Township 20N, Range 10E,
42.  Thence Westerly to the Southeast corner of Township 21N, Range 9E,
43.  Thence Northerly to the Northeast corner of Township 21N, Range 9E,
44.  Thence Westerly to the Southeast corner of Township 22N, Range 8E,
45.  Thence Northerly to the Northeast corner of Township 22N, Range 8E,
46.  Thence Westerly to the Northwest corner of Township 22N, Range 8E,
47.  Thence Northerly to the Southwest corner of Township 27N, Range 8E,
48.  Thence Easterly to the Southeast corner of Township 27N, Range 8E,
49.  Thence Northerly to the Northeast corner of Township 28N, Range 8E,
50.  Thence Westerly to the Southeast corner of Township 29N, Range 6E,
51.  Thence Northerly to the Northeast corner of Township 32N, Range 6E,
52.  Thence Westerly to the Northwest corner of Township 32N, Range 6E,
53.  Thence Northerly to the Northeast corner of Township 35N, Range 5E,
54.  Thence Westerly to the Southeast corner of Township 36N, Range 3E,
55.  Thence Northerly to the Northeast corner of Township 36N, Range 3E,
56.  Thence Westerly to the Southeast corner of Township 37N, Range 1W,
57.  Thence Northerly to the Northeast corner of Township 38N, Range 1W,
58.  Thence Westerly to the Southeast corner of Township 39N, Range 2W,
59.  Thence Northerly to the Northeast corner of Township 40N, Range 2W,
60.  Thence Westerly to the Southeast corner of Township 41N, Range 4W,
61.  Thence Northerly to the Northeast corner of Township 42N, Range 4W,
62.  Thence Westerly to the Southeast corner of Township 43N, Range 5W,
63.  Thence Northerly to the California/Oregon State Border,
64.  Thence Westerly along the California/Oregon State Border to the Westerly Boundary of Township Range 8W,
65.  Thence Southerly to the Southwest corner of Township 43N, Range 8W,
66.  Thence Easterly to the Southeast corner of Township 43N, Range 8W,
67.  Thence Southerly to the Southwest corner of Township 42N, Range 7W,
68.  Thence Easterly to the Southeast corner of Township 42N, Range 7W,
69.  Thence Southerly to the Southwest corner of Township 41N, Range 6W,
70.  Thence Easterly to the Northwest corner of Township 40N, Range 5W,
71.  Thence Southerly to the Southwest corner of Township 38N, Range 5W,
72.  Thence Westerly to the Northwest corner of Township 37N, Range 6W,
73.  Thence Southerly to the Southwest corner of Township 35N, Range 6W,
74.  Thence Westerly to the Northwest corner of Township 34N, Range 10W,
75.  Thence Southerly to the Southwest corner of Township 31N, Range 10W,
76.  Thence Easterly to the Northwest corner of Township 30N, Range 9W,
77.  Thence Southerly to the Southwest corner of Township 30N, Range 9W,
78.  Thence Easterly to the Northwest corner of Township 29N, Range 8W,
79.  Thence Southerly to the Southwest corner of Township 23N, Range 8W,
80.  Thence Easterly to the Northwest corner of Township 22N, Range 6W,
81.  Thence Southerly to the Southwest corner of Township 16N, Range 6W,
82.  Thence Westerly to the Southeast corner of Township 16N, Range 9W,
83.  Thence Northerly to the Northeast corner of Township 16N, Range 9W,
84.  Thence Westerly to the Southeast corner of Township 17N, Range 12W,
85.  Thence Northerly to the Northeast corner of Township 18N, Range 12W,
86.  Thence Westerly to the Northwest corner of Township 18N, Range 15W,
87.  Thence Southerly to the Southwest corner of Township 14N, Range 15W,

AGC
CALIFORNIA

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

88.  Thence Easterly to the Northwest corner of Township 13N, Range 14W,
89.  Thence Southerly to the Southwest corner of Township 13N, Range 14W,
90.  Thence Easterly to the Northwest corner of Township 12N, Range 13W,
91.  Thence Southerly to the Southwest corner of Township 12N, Range 13W,
92.  Thence Easterly to the Northwest corner to Township 11N, Range 12W,
93.  Thence Southerly into the Pacific Ocean, and,
94.  Commencing in the Pacific Ocean on the extension of the Humboldt Base Line,
95.  Thence Easterly to the Northwest corner of Township 1S, Range 2E,
96.  Thence Southerly to the Southwest corner of Township 2S, Range 2E,
97.  Thence Easterly to the Northwest corner of Township 3S, Range 3E,
98.  Thence Southerly to the Southwest corner of Township 5S, Range 3E,
99.  Thence Easterly to the Southeast corner of Township 5S, Range 4E,
100. Thence Northerly to the Northeast corner of Township 4S, Range 4E,
101. Thence Westerly to the Southeast corner of Township 3S, Range 3E,
102. Thence Northerly to the Northeast corner of Township 5N, Range 3E,
103. Thence Easterly to the Southeast corner of Township 6N, Range 5E,
104. Thence Northerly to the Northeast corner of Township 7N, Range 5E,
105. Thence Westerly to the Southeast corner to Township 8N, Range 3E,
106. Thence Northerly to the Northeast corner of Township 9N, Range 3E,
107. Thence Westerly to the Southeast corner of Township 10N, Range 1E,
108. Thence Northerly to the Northeast corner of Township 13N, Range 1E,
109. Thence Westerly into the Pacific Ocean,
     excluding that portion of Northern California contained within the following lines:
110. Commencing at the Southwest corner of Township 12N, Range 11E, of the Mount Diablo
     Base and Meridian,
111. Thence Easterly to the Southeast corner of Township 12N, Range 16E,
112. Thence Northerly to the Northeast corner of Township 12N, Range 16E,
113. Thence Westerly to the Southeast corner of Township 13N, Range 15E,
114. Thence Northerly to the Northeast corner of Township 13N, Range 15E,
115. Thence Westerly to the Southeast corner of Township 14N, Range 14E,
116. Thence Northerly to the Northeast corner of Township 16N, Range 14E,
117. Thence Westerly to the Northwest corner of Township 16N, Range 12E,
118. Thence Southerly to the Southwest corner of Township 16N, Range 12E,
119. Thence Westerly to the Northwest corner of Township 15N, Range 11E,
120. Thence Southerly to the point of beginning at the Southwest corner of Township 12N, Range
     11E.

**Zone Pay and map changes shall apply for work bid after June 26, 2006.**

**All areas other than free zones shall be subject to the payment of Zone Pay.**

The Individual Employer shall not be required to pay Zone Pay to employees employed by an Individual Employer in a permanent yard or shop or plant and employees employed by an Individual Employer on residential construction projects (not camps); subdivisions; buildings of three (3) stories or less including utilities and site work related to these buildings; streets, roadways and utilities which are a part of a residential construction project.

**Zone pay shall not be applicable within the city limits of the following cities or towns:**

Auburn, Coalinga, Crescent City, Exeter, Grass Valley, Greenfield, Jackson, Jamestown, Lindsay, Mariposa, Nevada City, Placerville, Porterville, Sonora, Strathmore, Terrabella, Tuolumne, Twain Harte, Woodlake or Yreka.



ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

Zone Pay shall apply to publicly financed camps, highways, dams, tunnels, power facilities, defense facilities, utilities (except as provided above), sewage disposal plants and heavy engineering projects together with the camps, warehouses, offices or facilities constructed in connection with such latter projects.

No Zone Pay shall be paid on a job located within the right of way of a road or highway forming part of the boundary of the Zone Pay area.

If a road or highway forming part of the boundary of a Zone Pay Area is relocated, such relocated road or highway upon being officially opened shall form a part of the boundary of the Zone Pay Area in place of the old road.

When the work is to be performed in the Zone Pay Area, each employee employed to perform work covered by this Agreement shall receive the Zone Pay specified herein.

When the work to be performed is in the Free Zone, such employees shall not be entitled to receive Zone Pay; provided, however, if two or more hours of compensable time (straight time or premium time) are worked by said employee in the Zone Pay Area, he/she shall be entitled to be paid appropriate Zone Pay for all hours worked.



**AGC
CALIFORNIA**
ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

**2006 - 2010
Laborers
Agreement**
Page 47

# SCHEDULE "A"

## NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS HIRING HALL LOCATIONS

| Local | City | Street Address | Phone Number | Dispatch Hours |
|-------|------|----------------|--------------|----------------|
| 36 | Daly City | 6229-A Mission St. | 650-756-6651 | 7:00-9:00 a.m. |
| 67* | Oakland | 8400 Enterprise Way, #119 | 510-569-4761 | 7:00-9:00 a.m. |
| 67* | Sacramento | 2717 Cottage Way, #12 | 916-482-2607 | 7:00-9:00 a.m. |
| 73 | Stockton | 2841 E. Myrtle St. | 209-466-3356 | 7:00-9:00 a.m. |
| 139 | Santa Rosa | 81 Barham Avenue | 707-542-1107 | 7:00-9:00 a.m. |
| 166 | Oakland | 8400 Enterprise Way, Rm 109 | 510-568-0141 | 7:00-9:00 a.m. |
| 185 | Sacramento | 1320 W. National Drive | 916-928-8300 | 7:00-9:00 a.m. |
| 185 | Redding | 2865 Churn Creek Rd., #D | 530-221-0961 | 7:00-9:00 a.m. |
| 185 | Yuba City | 1650 Sierra Ave., #206 | 530-674-4707 | 7:00-9:00 a.m. |
| 261 | San Francisco | 3271 18th Street | 415-826-4550 | 7:00-9:00 a.m. |
| 270 | San Jose | 509 Emory St. | 408-297-2620 | 7:00-9:00 a.m. |
| 270 | Santa Cruz | 640 Eaton St. | 831-475-7058 | 7:00-9:00 a.m. |
| 291 | San Rafael | 4174 Redwood Highway | 415-492-0936 | 7:00-9:00 a.m. |
| 294 | Fresno | 5431 East Hedges Ave | 559-255-3019 | 7:00-9:00 a.m. |
| 294 | Visalia | 319 N. Church St | 559-734-9426 | 7:00-9:00 a.m. |
| 297 | Salinas | 117 Pajaro St | 831-422-7077 | 7:00-9:00 a.m. |
| 297 | Monterey | 254 Casa Verde Way | 831-648-1081 | 7:00-9:00 a.m. |
| 304 | Hayward | 29475 Mission Blvd | 510-581-4681 | 7:00-9:00 a.m. |
| 304 | Oakland | 425 Roland Way | 510-562-2662 | 7:00-9:00 a.m. |
| 304 | Livermore | 2063 Research Drive | 925-455-8292 | 7:00-9:00 a.m. |
| 324 | Martinez | 611 Berrellesa St. | 925-228-0930 | 7:00-9:00 a.m. |
| 324 | Pittsburg | 1085 Cumberland | 925-439-1021 | 7:00-9:00 a.m. |
| 324 | Richmond | 101 S. 12th St. | 510-234-1069 | 7:00-9:00 a.m. |
| 324 | Vallejo | 2920 Sonoma Blvd, Ste B | 707-643-7214 | 7:00-9:00 a.m. |
| 389 | San Mateo | 300 – 7th Ave. | 650-344-7168 | 7:00-9:00 a.m. |
| 886 | Oakland | 8400 Enterprise Way, Rm 110 | 510-632-0161 | 7:00-9:00 a.m. |
| 1130 | Modesto | 2549 Yosemite Blvd., Ste K | 209-521-9883 | 7:00-9:00 a.m. |

*Asbestos

**Northern California District Council of Laborers
Union Plaza
4780 Chabot Drive, Suite 200
Pleasanton, CA 94588
Telephone 925-469-6800
Facsimile 925-469-6900
Office Hours: 7:00 a.m. to 5:00 p.m. Monday through Friday**



AGC
CALIFORNIA

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

## SIDE LETTER

### STAGGERED STARTS

This SIDE LETTER entered into this April of 7th, 2006, provides the following modifications to the 2006-2010 AGC/Laborers Master Labor Agreement.

The following language shall be placed in a Side Letter until the other basic crafts agree, then placed in the main body of the agreement.

"The Individual Employer may, at its discretion, stagger individual employee's starting times at the employee's regular rate of pay within the established starting times of this Agreement".

**All other terms and conditions of the 2006 – 2010 AGC/Laborers Master Labor Agreement between the collective bargaining parties and Northern California District Council of Laborers including Side Letters and Private Work Agreements shall remain unchanged.**

**FOR THE EMPLOYER:**

ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC.

By _____
    Thomas T. Holsman, CEO

**FOR THE UNION:**

NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA

By _____
    Jose A. Moreno, Business Manager



AGC
CALIFORNIA

ASSOCIATED
GENERAL
CONTRACTORS
OF CALIFORNIA

## CCB LICENSE SUMMARY FOR:
## GEOTECH CONSTRUCTION INC
### License Number: 131597

### GENERAL INFORMATION

| | |
|---:|:---|
| License Number: | 131597 |
| **License Status:** | Not Active - Expired |
| **Date First Licensed:** | 9/28/1998 |
| **Name:** | GEOTECH CONSTRUCTION INC |
| **Final Orders Discharged in Bankruptcy:** | $0.00 [Go] |
| **Unpaid DRS Final Orders:** | $0.00 [Go] |
| **Unpaid Disciplinary Final Orders:** | $0.00 [Go] |

### Click the following summaries:

| | |
|---:|:---|
| **CCB Business Detail Record:** | [Go] |
| **CCB Administrative License Actions :** | [Go] |
| **CCB Disciplinary Actions:** | [Go] |
| **CCB Dispute Resolution Services (DRS) Summary:** | [Go] |
| **Summary of Unpaid CCB Orders:** | [Go] |

### For additional license information:

Associated licenses for plumbing and electrical- Building Codes Division
Search licenses for landscape businesses- Landscape Contractor Board
Search Workers Compensation Insurance Data (DCBS Web Site)

CLOSE WINDOW



EXHIBIT F

Search for : [          ]  Go

| CCB LICENSE NUMBER SEARCH — 1 record(s) found | | | | |
|---|---|---|---|---|
| CCB # | Status | Full Name | Address | |
| 131597 | Not Active - Expired | GEOTECH CONSTRUCTION INC | 1833 PIONEER PARKWAY ST # 145 SPRINGFIELD OR 97477 | Go |
| BACK | | | | |

signed by the Employers and served on the Secretary of
the Board of Trustees. Any Employee Trustee may be
removed from office at any time, for any reason, by a
writing signed by the Executive Officer of the Union and
served on the Secretary of the Board of Trustees. The
Secretary shall promptly notify in writing the Chairman
and Co-Chairman of the Board, the Trustee being re-
moved and the Union or Employers, as the case may be,
of such removal.

*(Amended December 31, 1975)*

Section 6. If any Employer Trustee dies, resigns or
is removed from office, a successor trustee shall be ap-
pointed forthwith by an instrument in writing signed by
the Employers. If any Employee Trustee dies, resigns or
is removed from office, a successor trustee shall be ap-
pointed forthwith by an instrument in writing signed by
the Executive Officer of the Union and bearing the Union
seal.

*(Amended December 31, 1975)*

## ARTICLE IV

### Functions and Powers of Board of Trustees

Section 1. The Board of Trustees acting jointly shall
have the power to control and manage the assets, opera-
tions and administration of the Fund and the Plan as a
fiduciary and shall exercise such authority with the care
skill, prudence and diligence under the circumstances then
prevailing that a prudent Board acting in a like capacity
and familiar with such matters would use in the conduct
of an enterprise of like character and with like aims;
provided, however, that the Board may:

(a) appoint an investment manager or managers (as
defined in ERISA) to manage (including the power to
acquire and dispose of) any assets of the Fund,

(b) enter into an agreement allocating among Trustees
such specific responsibilities, obligations or duties as the
Board shall determine, after receiving and considering
the written reports and recommendations of the consul-
tant-actuary, co-legal counsel and the qualified public
accountant engaged by the Fund, may be properly so
allocated,

(c) designate pursuant to the same procedure persons
other than named fiduciaries to carry out fiduciary re-
sponsibilities (other than trustee responsibilities) under
this Trust Agreement or the Plan,

(d) employ one or more persons to render advice with
regard to any responsibility the Board has under this
Trust Agreement or Plan, or

(e) do any one or more of the foregoing.

Any person or entity so appointed, designated or em-
ployed shall act solely in the interests of the participants
and beneficiaries of the Fund and Plan.

*(Amended August 28, 1964 and December 31, 1975)*

Section 2. All contributions to the Plan or the Fund
shall be due and payable at San Francisco, California
and shall be paid to, received and held subject to the
trust established by this Trust Agreement and all the
terms and provisions hereof. The acceptance and cashing
of any checks for such contributions, and the disposition
of the moneys covered thereby in accordance with this
Trust Agreement, shall not release or discharge the
individual employer from his or its obligation under the
collective bargaining agreement for hours worked under
said agreement for which no contribution has actually
been received, notwithstanding any statement, restriction
or qualification appearing on the check or any attachment
thereto.

*(Amended August 28, 1964)*

Section 3. The Board of Trustees shall have the power,
in the name of the Fund, in the name of its joint de-
linquency committee or jointly with other funds, or
otherwise as in its discretion may be deemed necessary or
desirable, to demand and enforce, by suit in court or
otherwise, the prompt payment of contributions to the
Fund, including payments due to delinquencies as pro-
vided in Section 8 of Article II, without being limited or
restricted by any grievance or arbitration procedures
provided in a Collective Bargaining Agreement, and to
assert and enforce all priorities, lien rights, and other
claims or rights with respect to any contributions or pay-
ments belonging to the Fund, this Trust or any of its
beneficiaries, including the right to file priority and other
claims in bankruptcy. If any individual employer de-
faults in the making of such contributions or payments
and if the Board consults or causes to be consulted legal
counsel with respect thereto, there shall be added to
the obligation of the individual employer who is in
default, reasonable attorneys fees, court costs and all
other reasonable expenses incurred in connection with
such suit or claim, including any and all appellate pro-
ceedings therein.

*(Amended August 28, 1964 and December 31, 1975)*

Section 4. The Board of Trustees shall establish the
Health and Welfare Plan, which shall consist of (a) the
benefits provided by and the other terms and conditions
of the contracts and insurance policies entered into pur-
suant to the provisions of this section and, in the alterna-
tive or in combination, (b) such written statement of
benefits and rules and regulations as may be established
by the Board pursuant to this section to govern the direct
payment of benefits. The Board shall promptly use the
moneys available in the Fund first to provide the benefits
specified in the Plan. The Board shall have power to

10

11

EXHIBIT G

the Trustees shall determine. When the Chairman is selected from among the Employer Trustees, the Co-Chairman shall be selected from among the Employee Trustees, and vice versa.

Section 3. Each Trustee shall serve until his death, resignation or removal from office.

Section 4. A Trustee may resign at any time by serving written notice of such resignation upon the Secretary of the Board of Trustees at least thirty (30) days prior to the date on which such resignation is to be effective. The Secretary shall promptly notify in writing the Chairman and Co-Chairman of the Board and the Employer and Union of such resignation.

*(Amended December 31, 1975)*

Section 5. Any Employer Trustee may be removed from office at any time, for any reason, by a writing signed by the Employer and served on the Secretary of the Board of Trustees. Any Employee Trustee may be removed from office at any time, for any reason, by a writing signed by the Executive Officer of the Union and served on the Secretary of the Board of Trustees. The Secretary shall promptly notify in writing the Chairman and Co-Chairman of the Board, the Trustee being removed and the Union or Employer, as the case may be, of such removal.

*(Amended December 31, 1975)*

Section 6. If any Employer Trustee dies, resigns or is removed from office, a successor Trustee shall be appointed forthwith by an instrument in writing signed by the Employer. If any Employee Trustee dies, resigns or is removed from office, a successor Trustee shall be appointed forthwith by an instrument in writing signed by the Executive Officer of the Union.

*(Amended December 31, 1975)*

Section 7. The initial Employees Trustee shall be:

CHARLES ROBINSON
PERCY F. BALL
HARRY WHITEHOUSE
PHILIP THORPE
JAY JOHNSON

The initial Employer Trustees shall be:

A. E. HOLT
W. F. AMES, JR.
G. S. HERRINGTON
MORRIS K. DALEY
CARL K. LAWRENCE

40

## ARTICLE IV

### Functions and Powers of Board of Trustees

Section 1. The Board of Trustees acting jointly shall have the power to control and manage the assets, operations and administration of the Fund and the Plan as a fiduciary and shall exercise such authority with the care, skill, prudence and diligence under the circumstances then prevailing that a prudent Board acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of like character and with like aims; provided, however, that the Board may:

(a) appoint an investment manager or managers (as defined in ERISA) to manage (including the power to acquire and dispose of) any assets of the Fund,

(b) enter into an agreement allocating among Trustees such specific responsibilities, obligations or duties as the Board shall determine, after receiving and considering the written reports and recommendations of the consultant-actuary, co-legal counsel, the investment counselor or investment manager and the qualified public accountant engaged by the Fund, may be properly so allocated,

(c) designate pursuant to the same procedure persons other than named fiduciaries to carry out fiduciary responsibilities (other than Trustee responsibilities) under this Trust Agreement or the Plan,

(d) employ one or more persons to render advice with regard to any responsibility the Board has under this Trust Agreement or Plan, or

(e) do any one or more of the foregoing. Any person or entity so appointed, designated or employed shall act solely in the interests of the participants and beneficiaries of the Fund and Plan.

*(Amended December 31, 1975)*

Section 2. All Contributions to the Plan or the Fund shall be due and payable at San Francisco, California and shall be paid to, received and held by the Fund subject to the trust established by this Trust Agreement and all the terms and provisions hereof. The acceptance and cashing of any checks for such Contributions, and the disposition of the moneys covered thereby in accordance with this Trust Agreement, shall not release or discharge the Individual Employer from his or its obligation under the Collective Bargaining Agreement for hours compensated under said Agreement for which no Contribution has actually been received, notwithstanding any statement, restriction or qualification appearing on the check or any attachment thereto.

*(Amended December 31, 1975)*

Section 3. The Board of Trustees shall have the power, in the name of the Fund, in the name of its joint delinquency committee, or jointly with other funds, or

41

otherwise, as in its discretion may be deemed necessary or desirable, to demand and enforce, by suit in court or otherwise, the prompt payment of contributions to the Fund, including payments due to delinquencies as provided in Section 10 of Article II, without being limited or restricted by any grievance or arbitration procedures provided in a Collective Bargaining Agreement, and to assert and enforce all priorities, lien rights, and other claims or rights with respect to any contributions or payments belonging to the Fund, this Trust or any of its beneficiaries, including the right to file priority and other claims in bankruptcy. If any Individual Employer defaults in the making of such Contributions or payments and if the Board consults or causes to be consulted legal counsel with respect thereto, there shall be added to the obligation of the Individual Employer who is in default, reasonable attorneys fees, court costs and all other reasonable expenses incurred in connection with such suit or claim, including any and all appellate proceedings therein.

*(Amended December 31, 1975)*

Section 4. Without limitation of the provisions of Section 1 of this Article, the Board of Trustees shall have power:

(A) To pay or cause to be paid out of the Fund the reasonable expenses incurred in the establishment of the Fund and the Plan.

(B) To establish and accumulate such reserve funds a may be adequate to provide for administration expense and other obligations of the Fund, including the mainte nance in effect of the Plan.

(C) To provide a procedure for establishing and carry ing out a funding policy and method consistent with th objectives of the Pension Plan and the requirements c ERISA in adopting a plan of benefits and in amending the plan.

*(Amended December 31, 1975)*

(D) To employ such executive, consultant, actuarial, accounting, administrative, clerical, secretarial and legal personnel and other employees and assistants, as may be necessary in connection with the administration of the Fund and the Plan and to pay or cause to be paid, out of the Fund, the compensation and necessary expenses of such personnel and assistants and the costs of office space, furnishings and supplies and other essentials required in such administration. If the Board is unable to agree upon the employment of either a consultant actuary or an attorney, pursuant to this clause, the Employer Trustees and the Employee Trustees may each select a con sultant-actuary or an attorney, or both, as the case may require, who shall be directed to act jointly with each other in connection with the administration of the Fund,

42

and the reasonable cost of such advice or services shall be paid from the Fund.

*(Amended December 31, 1975)*

(E) To incur and pay or cause to be paid out of the Fund any other expense reasonably incidental to the administration of the Fund or the Plan.

(F) To compromise, settle, or release claims or demands in favor of or against the Fund on such terms and conditions as the Board may deem desirable, including the power to continue, maintain and from time to time modify or revoke, in whole or in part, a policy and procedure for the waiver of all or any part of the liquidated damages portion of any Contribution or Contributions upon such terms and conditions as the Board determines would be in the interests of the Fund and its participants and beneficiaries; provided, however, that this clause shall not excuse any violation of any of the Collective Bargaining Agreements.

*(Amended December 31, 1975)*

(G) If no investment manager is designated and appointed by the Board, to invest and reinvest or cause to be invested and reinvested the assets of the Fund, in accordance with all applicable laws. Investments may be made with a bank or other fiduciary to the fullest extent permitted by law. No indicia of ownership shall be maintained outside the jurisdiction of the district courts of the United States, except to the extent permitted by law.

*(Amended February 15, 1972 and December 31, 1975)*

(H) To enter into contracts and procure insurance policies in its own name or in the name of the Fund, to provide any or all of the benefits specified in the Plan, to terminate, modify or renew any such contracts or policies subject to the provisions of the Plan, and to exercise and claim all rights and benefits granted to the Board or the Fund by any such contracts or policies.

(I) With or without any of the contracts or policies mentioned in paragraph (H) of this Section, to pay or cause to be paid all or any part of the benefits provided in the Plan, to the persons entitled thereto under the Plan, and in accordance with the terms and provisions of the Plan which shall be the basis on which payments are made from the Plan.

*(Amended December 31, 1975)*

(J) To borrow money, and to encumber or hypothecate real or personal property by mortgage, deed of trust (with power of sale), contract of sale, security agreement, pledge or otherwise; to borrow money on the credit of the trust estate; and to purchase real or personal property subject to, and assume the obligation secured

43

the time the work to which the Contributions pertain is performed, subject to the terms of this Agreement, and shall be deemed to be, and shall be treated as, subject to withholding tax and Social Security and Unemployment taxes as a part of the total compensation payable at the end of the Individual Employer's payroll period during which such work is performed. Such Contributions shall not be a part of the hourly wage rates for the purpose of computing overtime or reporting time or for any other purpose of the Collective Bargaining Agreement, or part of the "regular rate" or "basic hourly rate" for the purpose of the Federal Fair Labor Standards Act, the Contract Work Hours Standards Act or the Walsh Healey Act or any other law, ordinance or regulation, except that if, consistent with the foregoing, such Contributions can be considered and treated as a part of the wages prevailing in the area for the purpose of the Federal Davis-Bacon Act and similar federal, state or local laws, ordinances or regulations, they shall be so considered and treated. If any administrative or judicial ruling holds that any of the provisions of this Agreement prevents or defeats any of the objectives stated in this section, the parties will forthwith enter into negotiations with regard to the amendment of this Agreement in such respects as may be necessary to accomplish the objectives so stated, consistently with the other objectives and purposes of this Agreement, and any such amendment shall be effective, insofar as practicable, as of the date of execution of this Agreement.

*(Amended December 31, 1975)*

Section 5. The Board of Trustees shall establish and maintain records of the Contributions received with respect to the work performed by each Employee and shall credit such Contributions to a vacation account for the Employee. Each Employee shall be at all times the owner of and entitled to the money credited to his individual vacation account, subject to the terms and conditions of this Trust Agreement and of any regulation or resolution of the Board pursuant to the authority given by this Trust Agreement. The account of each Employee shall be reflected in the records of the Fund but notwithstanding such records, the Board of Trustees shall have the right and authority to commingle such Contributions with any or all other Contributions received with respect to the work performed by other Employees and any or all other payments to the Fund, to deposit all or any part of such commingled Contributions and payments in one or more bank accounts, to invest and reinvest all or any portion of such Contributions and payments and to pay and distribute or cause the payment and distribution of such Contributions and payments in accordance with the provisions of this Trust Agreement. The Board may charge against and deduct from the vacation account of each Employee an administrative charge not exceeding $2.00 annually for use in defraying the cost of admin-

istering the Fund and Plan. Such portion of the Contributions as represents liquidated damages or expenses of collection and any interest or other return on the Contributions may also be used by the Board to defray such administrative cost or to provide for a reserve for the payment of such cost, and if not so used, shall be distributed equitably to the Employees and their beneficiaries at such times, upon such terms and in such proportions without regard to any specific vacation account or accounts, as the Board of Trustees may determine.

Section 6. The Board of Trustees shall have the power, in the name of the Fund, in the name of its joint delinquency committee or jointly with other funds, or otherwise as in its discretion may be deemed necessary or desirable, to demand and enforce, by suit in court or otherwise, the prompt payment of contributions to the Fund, including payments due to delinquencies as provided in Section 10 of Article II, without being limited or restricted by any grievance or arbitration procedures provided in a Collective Bargaining Agreement, and to assert and enforce all priorities, lien rights, and other claims or rights with respect to any contributions or payments belonging to the Fund, this Trust or any of its beneficiaries, including the right to file priority and other claims in bankruptcy. If any Individual Employer defaults in the making of any such Contributions or payments and if the Board consults legal counsel with respect thereto, or files any suit or claim with respect thereto, there shall be added to the obligation of the Individual Employer who is in default, reasonable attorneys fees, court costs and all other reasonable expenses incurred in connection with such suit or claim, including any and all appellate proceedings therein. Effective upon any such default or delinquency, the Employees, individually and collectively, assign to the Board for collection purposes, all of their right, title and interest in and to said Contributions and other payments, and confer upon and grant to the Board all rights of action, lien rights, preferences, priorities or other security or rights they may have in connection with or relating to such Contributions and payments, including the right and authority to file claims in bankruptcy, mechanics' liens and any and all other kinds of claims, demands or action. All delinquent Contributions collected by the Board shall be credited to the respective vacation accounts of the Employees to whom the Contributions pertain and all liquidated damages and reimbursement for attorneys fees and costs shall be credited to the administrative account of the Plan. No provision of this section, or of any section of this Agreement, shall interfere with or qualify the right of the Unions and their representatives to enforce compliance with the terms and provisions of any of the Collective Bargaining Agreements or to assist in the

processing of claims before the Labor Commission; or any other claims for the payments of sums due the Plan.

(Amended December 31, 1975)

## ARTICLE IV

### Benefits

Section 1. On and after January 1, 1964, the employees entitled to vacation benefits shall have the right to be paid the sums credited to their respective vacation accounts subject to the terms and conditions specified in this Article and subject to such further terms and conditions as may be provided by regulation or resolution of the Board of Trustees pursuant to the authority given by this Agreement.

Section 2. The period during which vacations shall be taken shall be from January 1, of each year through December 31, of the year (designated the "Vacation Year"). The sums credited to each vacation account for work performed during the period from August 1, of each calendar year to July 31, of the succeeding calendar year (designated the "Work Year") shall be distributed within a reasonable time before the start of the Vacation Year commencing with January 1 of the following calendar year. The distribution of vacation benefits for each Vacation Year shall be made by check mailed to Employees in a single mailing as directed by the Board of Trustees not later than December 31, immediately preceding the Vacation Year.

(Amended February 20, 1968)

Section 3. Each Employee who is currently employed shall give his employer at least 30 days' notice of the time at which he desires to go on vacation, unless the employer waives such notice or agrees to a shorter period of notice. The starting time and the duration of such vacation shall be fixed by mutual agreement between the Individual Employer and the Employee. In fixing the starting time and duration of a vacation due consideration shall be given to prevailing conditions at the individual job site, but unless the Individual Employer agrees to the contrary, not more than 20% of the employer's Employees shall be on vacation at the same time.

Section 4. Each Employee who desires to go on a vacation shall complete such forms and comply with such procedures as may be prescribed by the Board of Trustees.

Section 5. It is the intent and purpose of the Plan, and of this Agreement, and a material part of the consideration for the making of Contributions to the Fund by Individual Employers, that the money in each vacation account shall be received by the Employee entitled thereto personally and shall in fact be used by him personally

74

to enable him to take a bona fide vacation from work, and for no other purpose. Accordingly, no Contributions due the Fund, and no moneys in vacation accounts established pursuant to the Plan, shall be subject in any manner to anticipation, alienation, sale, transfer, assignment, pledge, encumbrance or charge by any Employee or any other persons, except as specifically provided in this Trust Agreement, and any such anticipation, alienation, sale, transfer, assignment, pledge, encumbrance or charge shall be void and ineffective. The money credited to a vacation account shall only be subject to withdrawal at the times, in the manner and for the purposes specified in this Agreement.

(Amended October 21, 1975)

Section 6. The amount otherwise payable to an Employee as vacation benefits may be accumulated from year to year subject to the conditions provided herein, except that if the Board is not advised as to an address to which notices and checks may be sent to an Employee as herein provided within four calendar years after the start of a Vacation Year, or if the amount in such account is not withdrawn within such four calendar years period for any reason, the amount in such account, including any amount received after the start of such Vacation Year, with respect to such Vacation Year, shall be deemed contributed to the cost of maintaining the Plan in effect, and any check issued for any such amount shall be void and ineffective. All such amounts so contributed shall be transferred promptly to the administrative account of the Plan.

(Amended February 20, 1968)

Section 7. Each Employee entitled to benefits under the Plan shall file with the Board of Trustees a designation of the person to whom such benefits shall be paid in the event of the Employee's death. The Employee may change a beneficiary at any time by signing and filing a new designation. If an Employee dies, the amount credited to his vacation account shall be paid to the beneficiary named by the Employee, or if no beneficiary is named, or the beneficiary so named is dead, to the person or persons entitled thereto by law. Payment to such person or persons shall be a complete discharge from liabilities to the extent of such payment and the Board shall not be obligated to see to the application of money so paid. The person or persons claiming any such payment shall file with the Board a signed application for the payment and proof of the death of the Employee, and of the right of the applicant or applicants to receive such payment, in such forms as the Board shall prescribe, at any time after death and not later than the end of the period specified in Section 6 of this Article, and if such application and proof is not filed within such time, the person or persons entitled to the payment shall be deemed to have elected to contribute such amount to

75

(c) designate pursuant to the same procedure persons other than named fiduciaries to carry out fiduciary responsibilities (other than Trustee responsibilities) under this Trust Agreement or the Program,

(d) employ one or more persons to render service with regard to any responsibilities the Board has under this Trust Agreement or the Programs, or

(e) do any one or more of the foregoing.

Any person or entity so appointed, designated or employed shall act solely in the interests of the participants and beneficiaries of the Fund and the Programs. *(Amended February 18, 1969 and December 31, 1975)*

Section 2. All contributions to the Fund shall be due and payable at San Francisco, California, and shall be paid to, received and held by the Fund subject to this Trust Agreement and all the terms and provisions hereof. The acceptance and cashing of any checks for such contributions, and the disposition of the moneys covered thereby in accordance with this Trust Agreement, shall not release or discharge the Individual Employer from his or its obligation under the Collective Bargaining Agreement for hours worked under said Agreement for which no contribution has actually been received, notwithstanding any statement, restriction or qualification appearing on the check or any attachment thereto. The Board of Trustees may direct that any such check may be a single check covering moneys payable to one or more other Funds and may join with the Boards of Trustees of such other Funds in instructing the bank or banks with regard to the allocation of the moneys covered by such check among the Funds. In such event the instructions so given shall be binding upon the bank or banks, the Individual Employer, the Employees, the Union, and all other parties hereto.

*(Amended February 18, 1969)*

Section 3. The Board of Trustees shall have the power, in the name of the Fund, in the name of its joint delinquency committee or jointly with other Funds, or otherwise, as in its discretion may be deemed necessary or desirable, to demand and enforce, by suit in court or otherwise the prompt payment of contributions to the Fund, including payments due to delinquencies as provided in Section 9 of Article II, without being limited or restricted by any grievance or arbitration procedures provided in a Collective Bargaining Agreement, and to assert and enforce all priorities, lien rights, and other claims or rights with respect to any contributions or payments belonging to the Fund, this Trust or any of its beneficiaries, including the right to file priority and other claims in bankruptcy. If any Individual Employer defaults in the making of such contributions or payments and if the Board consults or causes to be consulted legal counsel with respect thereto,

104

or files or causes to be filed any suit or claim with respect thereto, there shall be added to the obligation of the Individual Employer who is in default, reasonable attorney's fees, court costs and all other reasonable expenses incurred in connection with such suit or claim, including any and all appellate proceedings therein.

*(Amended December 31, 1975)*

Section 4. The Board of Trustees shall establish and conduct a training program for the purpose of educating and training and retraining persons to perform work covered by the Collective Bargaining Agreements, to acquire new skills, to upgrade skills, and to develop and acquire techniques and skills necessary to meet technological changes in the construction industry, and shall have the power and duty to administer the Fund and to pay out the assets of the Fund for such purpose.

Section 5. Without limitation of the provisions of Section 1 of this Article, the Board of Trustees shall have power:

(A) To pay or cause to be paid out of the Fund the reasonable expenses incurred in the establishment of the Fund.

(B) To establish and accumulate such reserve funds as may be adequate to provide for administration expenses and other obligations of the Fund.

(C) To provide a procedure for establishing and carrying out a funding policy and method consistent with the objectives of the Programs and the requirements of ERISA in adopting a program of benefits and in amending the program.

*(Amended December 31, 1975)*

(D) To employ such executive, accounting, administrative, technical, educational, clerical, secretarial and legal personnel and other employees and assistants as may be necessary in connection with the administration of the Fund, and to pay or cause to be paid, out of the Fund, the compensation and necessary expenses of such personnel and assistants and the cost of office space, furnishings and supplies and other essentials required in such administration. If the Board is unable to agree upon the employment of an attorney pursuant to this clause, the Employer Trustees and the Employee Trustees may each select an attorney who shall be directed to act jointly with each other in connection with the administration of the Fund, and the reasonable cost of such advice or services shall be paid from the Fund.

*(Amended December 31, 1975)*

(E) To incur and pay or cause to be paid out of the Fund any other expense reasonably incidental to the administration of the Fund.

105