BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>GEOTECH CONSTRUCTION, INC., a California Corporation,<br><br>Defendant. | No.   C 07-04783 BZ<br><br>**[PROPOSED] DEFAULT JUDGMENT**<br><br>Date: July 16, 2008<br>Time: 10:00 a.m.<br>Courtroom: G, 15th Floor<br><br>**Honorable Bernard Zimmerman** |

This matter came on for hearing for entry of Judgment by Default against Defendant Geotech Construction, Inc., a California Corporation (hereinafter "Defendant"), on July 16, 2008. Plaintiffs The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California (hereinafter "Trust Funds" or "Plaintiffs") were represented by Kristina M. Zinnen of Weinberg, Roger & Rosenfeld; Defendants [were represented

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

[PROPOSED] DEFAULT JUDGMENT
Case No. C 07-04783 BZ

1  by _____/made no appearance]. Having considered the pleadings and
2  arguments in this matter, and good cause appearing, this Court **FINDS AS FOLLOWS**:
3      1.    The Complaint in this matter was filed with this Court on September 17, 2007.
4      2.    Service was deemed complete on December 31, 2007;
5      3.    That no answer or other responsive pleadings having been filed within the time
6  permitted by law, default was entered against the Defendant on February 13, 2007;
7      4.    Defendant has been an employer within the meaning of section 3(5) and section 515
8  of ERISA (29 U.S.C. §§ 1002(5), 1145) and an employer in an industry affecting commerce within
9  the meaning of section 301 of the LMRA (29 U.S.C. § 185).
10     5.    The Court finds the allegations in the Complaint on file herein are true including the
11 fact that Defendant has been bound to a written Collective Bargaining Agreement with the
12 Northern California District Council of Laborers, a labor organization within the meaning of
13 LMRA §301, 29 U.S.C. §150. By virtue of becoming bound to the Collective Bargaining
14 Agreement, Defendant became subject to all the terms and conditions of the various Trust
15 Agreements referred to in the Complaint; and
16     6.    That Defendant has failed, neglected or refused to submit to an audit as requested
17 by Plaintiffs pursuant to said Collective Bargaining Agreement and Trust Agreements.
18     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Judgment be
19 entered in favor of Plaintiffs and against Defendant as follows:
20     1.    Defendant is ordered to submit to an audit by auditors selected by the Trust Funds at
21 Defendant's premises during business hours, or where the records are kept, at a reasonable time or
22 times, and to allow said auditors to examine and copy such books, records, papers, reports of
23 Geotech Construction, relating to the time period beginning October 1, 2003 to the present, that are
24 relevant to the enforcement of the collective bargaining agreement or Trust Agreements, including
25 but not limited to the following:
26     Individual earning records (compensation); W-2 forms; 1096 and 1099
27     forms; reporting forms for all Trust Funds; State DE-3 tax reports; workers
    compensation insurance report; employee time cards; payroll journal;
    quarterly payroll tax returns (form 941); check register and supporting cash
28     voucher; Form 1120- 1040 or partnership tax returns; general ledger –

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

[PROPOSED] DEFAULT JUDGMENT
Case No. C 07-04783 BZ

(portion relating to payroll audit);

2. Defendant is ordered to pay all amounts found due and owing as a result of said audit of its books and records pursuant to the Trust Agreements;

3. The Court issues an injunction directing Defendant to submit to the Trust Funds, all reports and contributions due and owing by Defendant pursuant to the Trust Agreements;

4. The Court issues an order directing and permanently enjoining Defendant for so long as they remain obligated to contribute to the Trust Funds, from failing, neglecting, or refusing to timely submit required monthly contributions reports and payments as required by the terms of the collective bargaining agreements, Trust Agreements and ERISA sections 502(a)(3) and (g)(2), (29 U.S.C. § 1132(a)(3), (g)(2));

5. Defendant is ordered to pay attorneys' fees in the amount of $5,947.50;

6. Defendant is ordered to pay costs in the amount of $409.50;

7. Defendant is ordered to pay interest on any amounts found due in an amount to be determined consistent with 26 U.S.C. 6621; and

8. This Court shall retain jurisdiction of this matter to enforce the Order compelling an audit and payment of all amounts found due and owing.

DATED: _____

_____
HONORABLE BERNARD ZIMMERMAN
JUDGE OF THE DISTRICT COURT

115854/490429

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 3 -

[PROPOSED] DEFAULT JUDGMENT
Case No. C 07-04783 BZ