1  BARRY E. HINKLE, Bar No. 071223
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  KRISTINA M. ZINNEN, Bar No. 245346
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiff

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 THE BOARD OF TRUSTEES, in their           ) No.   C 07-04783 BZ
   capacities as Trustees of the LABORERS    )
12 HEALTH AND WELFARE TRUST FUND             )
   FOR NORTHERN CALIFORNIA;                  )
13 LABORERS VACATION-HOLIDAY TRUST           ) **EX PARTE APPLICATION FOR**
   FUND FOR NORTHERN CALIFORNIA;             ) **CONTINUANCE OF CASE**
14 LABORERS PENSION TRUST FUND FOR           ) **MANAGEMENT CONFERENCE;**
   NORTHERN CALIFORNIA; and LABORERS         ) **(PROPOSED) ORDER**
15 TRAINING AND RETRAINING TRUST             )
   FUND FOR NORTHERN CALIFORNIA,             )
16                                           )
                Plaintiffs,                  )
17                                           )
         v.                                  )
18                                           )
   GEOTECH CONSTRUCTION, INC., a             )
19 California Corporation,                   )
                                             )
20              Defendant.                   )
                                             )
21

22 **TO:   THE CLERK OF THE COURT AND DEFENDANT GEOTECH CONSTRUCTION,**

23 **INC., a California Corporation:**

24        Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial case

25 management conference scheduled for April 28, 2008 be continued for 90 days.

26        The Court entered default against the Defendant on February 13, 2008 for failure to answer

27 or otherwise respond to the complaint on file in this action. Plaintiffs filed a Motion for Default

28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED)
ORDER; [PROPOSED] ORDER
Case No. C 07-04783 BZ

1  Judgment on April 16, 2008, which is set for hearing on July 16, 2008.

2  The above stated facts are set forth in the accompanying declaration of Kristina M. Zinnen
3  in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

4  Dated:  April 16, 2008

5
6                                 WEINBERG, ROGER & ROSENFELD
                               A Professional Corporation

7
8                                 By:  /s/
                                    KRISTINA M. ZINNEN
9
10

11  **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

12  Based upon the foregoing Ex Parte Application for Continuance of Case Management
13  Order and Declaration of Kristina M. Zinnen in Support of Ex Parte Application to Continue Case
14  Management Conference, the Court orders a continuance of the case management conference for
15  90 days, or as soon thereafter as a court date is available.  In addition, the Court Orders:

16
17

18  Dated:

                               The Honorable Bernard Zimmerman
19                                 United States District Court Judge

20  115854/490693

21
22
23
24
25
26
27
28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER; [PROPOSED] ORDER
Case No. C 07-04783 BZ

# PROOF OF SERVICE
(CCP 1013)

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On April 16, 2008, I served upon the following parties in this action:

  Geotech Construction
  3801 Third Street
  San Francisco, CA  94124

copies of the document(s) described as:

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER; [PROPOSED] ORDER

**[X]** **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]** **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]** **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]** **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on April 16, 2008.

  ___/s/_____
  Laureen D. Arnold

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 3 -

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER; [PROPOSED] ORDER
Case No. C 07-04783 BZ