**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **7-16-08**                                        Time: **10:00a.m.**

**C 07- 4783 BZ**

**The Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al. v Geotech Construction, Inc.**

Attorneys:     Pltf: Conchita Lozano-Batista     Deft: Not Present

Deputy Clerk: **Simone Voltz**                    Reporter: **Lydia Zinn**

**PROCEEDINGS:**                                        **RULING:**

1. Plaintiff's Motion for Default Judgment          Matter held
2. Case Management Conference                       Not held

(  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**
Court to prepare Report and Recommandation re Audit, Fee's and Costs, Defendant not present for hearing.

( x ) ORDER TO BE PREPARED BY:    Pltf_____   Deft_____   Court_x_

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO_____   for_____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Pltf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date_____   Trial Date_____   Set for _____ days
                                      Type of Trial:  (  )Jury    (  )Court
Notes: _____