1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GEOTECH CONSTRUCTION, INC., a California Corporation, <br><br> Defendant. | No. C07-4783 BZ <br><br> **REASSIGNMENT ORDER** |

In view of my Report and Recommendation dated July 18, 2008, the clerk shall **REASSIGN** the above-captioned case immediately.

Dated: July 18, 2008

                                     Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-BZCASES\BD OF TRUSTEES V. GEOTECH\REASSIGNMENT ORDER.wpd

1