STEWART WEINBERG
DAVID A. ROSENFELD
WILLIAM A. SOKOL
VINCENT A. HARRINGTON, JR.
W. DANIEL BOONE
BLYTHE MICKELSON
BARRY E. HINKLE
JAMES RUTKOWSKI •
SANDRA RAE BENSON
CHRISTIAN L. RAISNER
JAMES J. WESSER
THEODORE FRANKLIN
ANTONIO RUIZ
MATTHEW J. GAUGER
ASHLEY K. IKEDA ••
LINDA BALDWIN JONES
PATRICIA A. DAVIS
ALAN G. CROWLEY
J. FELIX DE LA TORRE
KRISTINA L. HILLMAN •••
ANDREA LAIACONA
EMILY P. RICH
BRUCE A. HARLAND

LORI K. AQUINO ••
ANNE I. YEN
NICOLE M. PHILLIPS
CONCEPCIÓN E. LOZANO-BATISTA
CAREN P. SENCER
MANJARI CHAWLA
KRISTINA M. ZINNEN
JANNAH V. MANANSALA
MANUEL A. BOIGUES ••••
KERIANNE R. STEELE •••
ANA M. GALLEGOS
GARY P. PROVENCHER

PATRICIA M. GATES, Of Counsel
ROBERTA D. PERKINS, Of Counsel
RICHARD T. DRURY, Of Counsel

• Also admitted in Arizona
•• Admitted in Hawaii
••• Also admitted in Nevada
•••• Also admitted in Illinois

# WEINBERG, ROGER & ROSENFELD

A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX 510.337.1023

July 28, 2008

VIA E-FILING

Judge Claudia Wilken
United States District Court
Northern District of California
1301 Clay Street, Suite 400 S
Oakland, CA 94612

Re:  *The Board of Trustees, et al. v. Geotech Construction, Inc.*
     Case No. C07-4783 BZ
     Our File No. 115854

Dear Judge Wilken:

Our office represents Plaintiffs in the above-referenced matter. As such, we respectfully request the Court to reconsider its ruling regarding attorneys' fees and costs. On July 16, 2008, we appeared before the Honorable Bernard Zimmerman for a hearing on our Motion for Default Judgment. This case was reassigned to you on July 21, 2008.

Prior to the hearing, I submitted a Declaration in Support of Motion for Default Judgment that listed in detail the work our office had performed in this matter. The declaration included all work performed up to April 16, 2008, which is the date Plaintiffs filed their Motion for Default Judgment.

As part of our request for attorneys' fees, our office indicated that the unbilled work associated with the Motion for Default Judgment was estimated to be approximately $1,000.00. In its Report and Recommendation on Plaintiffs' Motion for Entry of Default Judgment, the Court stated that it did not recommend the award of $1,000.00 for work subsequent to the filing of the Motion. At the billable rate of $250.00 per hour, $1,000.00 represented an additional four hours of work on this matter. We believe four hours was a reasonable estimate of the time it took our office to prepare for and appear at the hearing on the Motion for Default Judgment. We therefore respectfully ask the Court to reconsider this ruling with regard to the additional $1,000.00 in attorneys' fees.

LOS ANGELES OFFICE
3435 Wilshire Boulevard, Suite 620
Los Angeles, CA 90010-1907
TEL 213.380.2344 FAX 213.381.1088

SACRAMENTO OFFICE
428 J Street, Suite 520
Sacramento, CA 95814-2341
TEL 916.443.6600 FAX 916.442.0244

HONOLULU OFFICE
1099 Alakea Street, Suite 1602
Honolulu, HI 96813-4500
TEL 808.528.8880 FAX 808.528.8881

July 28, 2008
Judge Claudia Wilken
Page 2


Thank you in advance for your time and consideration of this matter.

                                          Sincerely,

                                          /s/
                                        Kristina M. Zinnen

KMZ/lda
opeiu 3 afl-cio(1)

115854/500991