United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GEOTECH CONSTRUCTION, INC., a California Corporation,<br><br>    Defendant. | No. C 07-04783 CW<br><br>ORDER CONCERNING PLAINTIFFS' OBJECTION TO REPORT AND RECOMMENDATION |

    Plaintiffs have objected to a portion of Magistrate Judge Zimmerman's report and recommendation on their motion for entry of default judgment.[1]  Specifically, they object to Judge Zimmerman's decision to deny them $1,000 in attorneys' fees for work which, at the time they moved for the award, had not yet been completed and which was not described with specificity in their submissions to the court.  Plaintiffs now state that the $1,000 represents fees incurred for four hours of work spent by counsel preparing for and

---

[1] Plaintiffs' objection is contained in a letter to the Court. Although a letter is not the proper form for such an objection, the Court will consider it nonetheless.

appearing at the hearing on the motion for default judgment, at a rate of $250 per hour.  Plaintiffs have not, however, submitted a sworn declaration or any other evidence showing that these fees were incurred for such a purpose.

If Plaintiffs wish to be awarded the $1,000 in attorneys' fees, they must, within ten days of the date of this order, submit a declaration from their counsel attaching a billing statement that itemizes the relevant charges with specificity.  The Court will delay adoption of the magistrate judge's report and recommendation and entry of judgment for this ten-day period.  Within this time, Plaintiffs must also submit a proposed injunction requiring Defendant to submit to an audit under the conditions specified in the collective bargaining agreement.

IT IS SO ORDERED.

Dated: 8/11/08

CLAUDIA WILKEN
United States District Judge