1   BARRY E. HINKLE, Bar No. 071223
    CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2   KRISTINA M. ZINNEN, Bar No. 245346
    WEINBERG, ROGER & ROSENFELD
3   A Professional Corporation
    1001 Marina Village Parkway, Suite 200
4   Alameda, California 94501-1091
    Telephone 510.337.1001
5   Fax 510.337.1023

6   Attorneys for Plaintiff

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  THE BOARD OF TRUSTEES, in their          ) No.     C 07-04783 CW
    capacities as Trustees of the LABORERS   )
12  HEALTH AND WELFARE TRUST FUND            )
    FOR NORTHERN CALIFORNIA;                 )
13  LABORERS VACATION-HOLIDAY TRUST          ) **SUPPLEMENTAL DECLARATION**
    FUND FOR NORTHERN CALIFORNIA;            ) **OF KRISTINA M. ZINNEN IN**
14  LABORERS PENSION TRUST FUND FOR          ) **SUPPORT OF MOTION FOR**
    NORTHERN CALIFORNIA; and LABORERS        ) **DEFAULT JUDGMENT**
15  TRAINING AND RETRAINING TRUST            )
    FUND FOR NORTHERN CALIFORNIA,            )
16                                           )
                 Plaintiffs,                 )
17                                           )
         v.                                  )
18                                           )
    GEOTECH CONSTRUCTION, INC**.,** a        )
19  California Corporation,                  )
                                             )
20               Defendant.                  )
                                             )
21

22           I, KRISTINA M. ZINNEN, hereby declare that:

23           1.      I am an attorney at law, admitted to practice before this Court, and an associate with

24  the law firm of Weinberg, Roger & Rosenfeld ("the Law Firm"), attorneys for Plaintiffs in the

25  above-referenced matter.  I make this declaration upon my personal knowledge, and, if called as a

26  witness, I could competently testify to the facts hereinafter stated.

27           2.      Since Plaintiffs filed their Motion for Default Judgment, the Law Firm performed

28

**WEINBERG, ROGER &**
**ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

SUPPLEMENTAL DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF MOTION FOR DEFAULT
JUDGMENT
Case No. C 07-04783 CW

the following additional work on this case at the billable rate of $250.00 per hour:

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 07/15/08 | KMZ | Review of file; prepare for motion hearing | 0.75 | $250 | $187.50 |
| 07/16/08 | CLB | Review file; preparation for and appearance at hearing on Motion for Default Judgment; draft correspondence confirming appearance; review Minute Order from Court following hearing | 3.75 | $250 | $937.50 |
| | | **TOTAL:** | **4.5** | | **$1,125.00** |

5.    Based on the foregoing the total amount of additional attorneys' fees billed is

$1,125.00.  Our client has been billed for all work described above in the amount indicated.  A true

and correct copy of the July 2008 billing statement that the Law Firm sent to Plaintiffs for this

matter is attached hereto as Exhibit A and is incorporated by reference herein.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 20th

day of August 2008, at Alameda, California.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation


By:    /s/ _____
        KRISTINA M. ZINNEN

115854/503275

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

SUPPLEMENTAL DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT
Case No. C 07-04783 CW

**Weinberg, Roger & Rosenfeld**                     Fees                          LBTNCAA-115854

**Laborers Funds Administrative Office of**     **Geotech Construction (Audit)**

| Date | Narrative | Hours | Value |
|------|-----------|-------|-------|
| **Matter ID: LBTNCAA-115854** | | | |
| **Initials: CLB** | | | |
| 7/16/2008 | Review file; Preparation for and appearance at hearing on Motion for Default Judgment; Draft correspondence confirming appearance; Review Minute Order from Court following hearing | 3.75 | 937.50 |
| **Initials: ERN** | | | |
| 7/22/2008 | Review of applicable rules to determine due date triggered by Magistrate's order re Recommendations and Reassignment served | 0.50 | 62.50 |
| **Initials: KMZ** | | | |
| 7/15/2008 | Review file; prepare for motion hearing | 0.75 | 187.50 |
| 7/18/2008 | Receive and review Report and Recommendation on Motion for Default Judgment and Reassignment Order | 0.25 | 62.50 |
| 7/22/2008 | Review Recommendation of Magistrate Judge in preparation for letter to reassigned judge | 0.25 | 62.50 |
| 7/28/2008 | Review file; draft letter to Court requesting review of attorney fee determination | 0.75 | 187.50 |
| | | 6.25 | 1,500.00 |

EXHIBIT A