| | |
|---|---|
| 1 | BARRY E. HINKLE, Bar No. 071223 |
| 2 | CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227 |
| | KRISTINA M. ZINNEN, Bar No. 245346 |
| 3 | WEINBERG, ROGER & ROSENFELD |
| | A Professional Corporation |
| 4 | 1001 Marina Village Parkway, Suite 200 |
| | Alameda, California 94501-1091 |
| 5 | Telephone 510.337.1001 |
| | Fax 510.337.1023 |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | ) ) ) ) ) ) ) ) ) ) ) | No.     C 07-04783 CW  **[PROOF OF SERVICE** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| GEOTECH CONSTRUCTION, INC., a California Corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

PROOF OF SERVICE
No.     C 07-04783 CW

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On August 21, 2008, I served upon the following parties in this action:

> Geotech Construction
> 3801 Third Street
> San Francisco, CA 94124

copies of the document(s) described as:

[Proposed] Default Judgment and Supplemental Declaration of Kristina M. Zinnen in Support of Motion for Default Judgment

**[X]** **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]** **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]** **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]** **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on August 21, 2008.

                                /s/
                             Laureen D. Arnold

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

PROOF OF SERVICE
No.    C 07-04783 CW