United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>GEOTECH CONSTRUCTION, INC., a California Corporation,<br><br>    Defendant.<br>_____/ | No. C 07-4783 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, AS MODIFIED |

    The Court has reviewed Magistrate Judge Zimmerman's report and recommendation that Plaintiffs' motion for default judgment be granted in part and denied without prejudice in part.  Plaintiffs objected to Judge Zimmerman's decision to deny them $1,000 in attorneys' fees for work which, at the time they moved for the award, had not yet been completed and which was not described with specificity in their submissions.  At the Court's direction, Plaintiffs subsequently submitted documentation that they incurred $1,250 in fees for 4.5 hours of work spent by counsel preparing for and appearing at the hearing on the motion for default judgment, at a rate of $250 per hour.  Although the magistrate judge's decision

to deny these fees was appropriate under the circumstances at the time, the Court finds that Plaintiffs have since demonstrated that the fees are reasonable, and will permit Plaintiffs to recover them.

The Court finds the magistrate judge's report correct, well-reasoned and thorough, and adopts it in every respect except as noted above.  Accordingly, Plaintiffs' motion for default judgment is GRANTED IN PART and DENIED WITHOUT PREJUDICE IN PART.  The Court will enter judgment requiring Defendant to submit to an audit as required by the Laborers Master Agreement.  If, following the audit, Plaintiffs wish to obtain damages against Defendant, they may move to have the judgment amended.

IT IS SO ORDERED.

Dated: 8/27/08

_____
CLAUDIA WILKEN
United States District Judge

2