**United States District Court**
For the Northern District of California

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   THE BOARD OF TRUSTEES in their              No. C 07-4783 CW
    capacities as Trustees of the
10  LABORERS HEALTH AND WELFARE TRUST
    FUND FOR NORTHERN CALIFORNIA, et al.        DEFAULT JUDGMENT
11
              Plaintiffs,
12
        v.
13
    GEOTECH CONSTRUCTION, INC., a
14  California Corporation,

15            Defendant.
    _____/
16

17

18        For the reasons set forth in Magistrate Judge Bernard

19  Zimmerman's Report and Recommendation on Plaintiffs' Motion for

20  Entry of Default Judgment, filed July 18, 2008 and adopted by this

21  Court, IT IS ORDERED, ADJUDGED AND DECREED that default judgment is

22  entered against Defendant Geotech Construction, Inc.

23        Defendant is ordered to submit to an audit conducted by

24  auditors selected by Plaintiffs at Defendant's premises during

25  business hours, or where Defendant's records are kept, at a

26  reasonable time or times, and to allow said auditors to examine and

27  copy any books, records, papers or reports relating to the time

28  period from October 1, 2003 to the present that are relevant to

**United States District Court**
For the Northern District of California

1  enforcement of the Northern California District Council of Laborers

2  Master Agreement or the Trust Agreements referred to in the

3  complaint.  Such records include but are not limited to: individual

4  earning records (compensation); W-2 forms; 1096 and 1099 forms;

5  reporting forms for all Trust Funds; State DE-3 tax reports;

6  workers compensation insurance reports; employee time cards;

7  payroll journals; quarterly payroll tax returns (form 941); check

8  registers and supporting cash vouchers; Form 1120 - 1040 or

9  partnership tax returns; and the portion of the general ledger

10  relating to payroll audit.

11      Defendant is further ordered to submit to Plaintiffs all

12  reports and contributions due and owing pursuant to the Trust

13  Agreements.  Defendant is enjoined from failing timely to submit

14  monthly contribution reports and payments as required by the terms

15  of the Master Agreement, the Trust Agreements or ERISA sections

16  502(a)(3) and (g)(2), 29 U.S.C. §§ 1132(a)(3) and (g)(2).

17      Defendant is further ordered to pay Plaintiffs the sum of

18  $5,334.50, representing $4,925.00 in attorneys' fees and $409.50 in

19  costs.

20      The Court will retain jurisdiction over this matter to compel

21  payment, as appropriate, of any sums Defendant is shown by the

22  audit to owe Plaintiffs.

23      IT IS SO ORDERED.

24

25  Dated: 8/27/08

                                    _____
26                                  CLAUDIA WILKEN
                                    United States District Judge

27

28

2